# 20-2479-cr(L),
## 20-2714-cr(CON), 20-2722-cr(CON), 20-2980-cr(CON)

# United States Court of Appeals
### *for the*
## Second Circuit

---

UNITED STATES OF AMERICA,

*Appellee,*

– v. –

DOMINIC TRUSCELLO, JOHN CASTELUCCI, AKA Big John, TINDARO
CORSO, AKA Tino, JOSEPH VENICE, JAMES MAFFUCCI, AKA Jimmy the
Jew, JOSEPH DATELLO, AKA Big Joe, AKA Joey Glasses, PAUL CASSANO,
AKA Paulie Roast Beef, VINCENT BRUNO, BRIAN VAUGHAN, CARMINE
GARCIA, AKA Spanish Carmine, RICHARD O'CONNOR, ROBERT CAMILI,
JOHN INCATASCIATO, STEVEN CREA, JR.,

*Defendants,*

CHRISTOPHER LONDONIO, TERRANCE CALDWELL, MATTHEW
MADONNA, STEVEN CREA, SR., AKA Wonder Boy,

*Defendants-Appellants.*

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

## JOINT APPENDIX FOR DEFENDANTS-APPELLANTS
### Volume 7 of 9 (Pages A-1801 to A-2058)

---

CLARA KALHOUS, ESQ.
116 Pinehurst Avenue, #H13
New York, New York 10033
(347) 415-9523

*Attorney for Defendant-Appellant*
*Christopher Londonio*

BRIAN A. JACOBS
DANIEL P. GORDON
MORVILLO ABRAMOWITZ GRAND
  IASON & ANELLO P.C.
565 Fifth Avenue
New York, New York 10017
(212) 856-9600

*Attorneys for Defendant-Appellant*
*Terrance Caldwell*

*(For Continuation of Appearances See Inside Cover)*

ANTHONY DIPIETRO, ESQ.
15 Chester Avenue
White Plains, New York 10601
(914) 948-3242

– and –

BRENDAN M. WHITE, ESQ.
524 East 20ᵗʰ Street, #6-D
New York, New York 10009
(646) 303-0267

*Attorneys for Defendant-Appellant
Steven Crea, Sr.*

JOSHUA L. DRATEL
LAW OFFICES OF DRATEL & LEWIS
29 Broadway, Suite 1412
New York, New York 10006
(212) 732-0707

– and –

ANDREW PATEL, ESQ.
15 Chester Avenue
White Plains, New York 10601
(212) 349-0230

*Attorneys for Defendant-Appellant
Matthew Madonna*

i

# TABLE OF CONTENTS

|  | Page |
|---|---|
| District Court Docket Entries .................................... | A-1 |
| Transcript of August 3, 2018 Proceedings ................. | A-195 |
| Omnibus Motion, by Defendant Steven L. Crea, dated October 19, 2018 ........................................... | A-309 |
| Government's Omnibus Memorandum of Law, in Opposition to Defendants' Pretrial Motions, dated November 12, 2018 ........................................ | A-378 |
| Defendant Steven L. Crea's Reply Memorandum, in Support of Omnibus Motion, dated November 28, 2018 ................................................ | A-448 |
| Letter from Steven D. Crea's Counsel to the Honorable Cathy Seibel, dated December 4, 2018 (Omitted herein) |  |
| Attachment to Letter - Polygraph Examination Report............................... | A-488 |
| Transcript of January 2, 2019 Proceedings................ | A-492 |
| Transcript of January 3, 2019 Proceedings................ | A-590 |
| Letter from Steven L. Crea's Counsel to the Honorable Cathy Seibel, dated January 5, 2019.... | A-680 |
| Letter from Government to the Honorable Cathy Seibel, dated January 7, 2019 ............................... | A-685 |
| Order of the Honorable Cathy Seibel, dated January 14, 2019.................................................... | A-691 |
| Letter-Motion to Quash Subpoena from Steven L. Crea's Counsel to the Honorable Cathy Seibel, dated July 16, 2019 ................................................. | A-695 |

ii

**Page**

Exhibit 1 to Letter -
Rider to Grand Jury Subpoena to Steven L. Crea,
dated July 3, 2019 .................................................. A-703

Government's Letter-Opposition to Motion of
Steven L. Crea to Quash Subpoena, dated
July 17, 2019........................................................... A-705

Letter from Steven L. Crea's Counsel to the
Honorable Cathy Seibel in Reply to Government's
Opposition to Motion to Quash Subpoena, dated
July 18, 2019........................................................... A-711

Order of the Honorable Cathy Seibel, dated
July 18, 2019........................................................... A-714

Government's Memorandum of Law in Support
of Supplemental Motions *in Limine*, dated
July 19, 2019........................................................... A-715

Superseding Indictment, filed July 31, 2019 ............. A-742

Defendant Steven L. Crea's Memorandum of Law
in Opposition to Government's Supplemental
Motions *in Limine*, filed August 5, 2019 ............... A-768

Transcript of August 26, 2019 *Curcio* Hearing.......... A-795

Transcript of September 13, 2019 Pre-Trial
Conference............................................................... A-822

Transcript of September 27, 2019 Telephone
Conference............................................................... A-904

Excerpts from the Trial Transcript, dated
October 7, 2019 ...................................................... A-926

Excerpts from the Trial Transcript, dated
October 8, 2019 ...................................................... A-945

iii

                                                                    **Page**

Excerpts from the Trial Transcript, dated
    October 10, 2019 ................................................. A-998

Excerpts from the Trial Transcript, dated
    October 11, 2019 ................................................. A-1061

Excerpts from the Trial Transcript, dated
    October 15, 2019 ................................................. A-1073

Excerpts from the Trial Transcript, dated
    October 16, 2019 ................................................. A-1078

Excerpts from the Trial Transcript, dated
    October 17, 2019 ................................................. A-1082

Excerpts from the Trial Transcript, dated
    October 18, 2019 ................................................. A-1099

Excerpts from the Trial Transcript, dated
    October 21, 2019 ................................................. A-1142

Excerpts from the Trial Transcript, dated
    October 22, 2019 ................................................. A-1155

Excerpts from the Trial Transcript, dated
    October 23, 2019 ................................................. A-1221

Excerpts from the Trial Transcript, dated
    October 24, 2019 ................................................. A-1230

Excerpts from the Trial Transcript, dated
    October 25, 2019 ................................................. A-1260

Letter from Steven L. Crea's Counsel to the
    Honorable Cathy Seibel requesting Severance,
    dated October 27, 2019 ......................................... A-1263

    Attachment to Letter -
    Affidavit of Christopher Londonio, dated
    October 22, 2019 ................................................. A-1267

iv

**Page**

Government's Letter-Opposition to Motion for
  a Severance, dated October 29, 2019 .................... A-1269

Excerpts from the Trial Transcript, dated
  October 29, 2019 ................................................. A-1274

Excerpts from the Trial Transcript, dated
  October 31, 2019 ................................................. A-1286

Excerpts from the Trial Transcript, dated
  November 1, 2019 ................................................ A-1342

Excerpts from the Trial Transcript, dated
  November 4, 2019 ................................................ A-1390

Excerpts from the Trial Transcript, dated
  November 5, 2019 ................................................ A-1437

Excerpts from the Trial Transcript, dated
  November 6, 2019 ................................................ A-1445

Excerpts from the Trial Transcript, dated
  November 7, 2019 ................................................ A-1516

Excerpts from the Trial Transcript, dated
  November 15, 2019 .............................................. A-1518

Trial Exhibits:

  Exhibit GX 702 – Recorded Conversation, dated
  August 18, 2014 .................................................. A-1529

  Exhibit GX 821 – Recorded Conversation, dated
  May 5, 2015 ........................................................ A-1580

Government's Letter-Opposition to Motions of
  Defendants Christopher Londonio and Steven L.
  Crea for Relief pursuant to Federal Rules of
  Criminal Procedure 29 and 33, dated
  January 30, 2020 ................................................. A-1597

v

**Page**

Letter from Steven L. Crea's Counsel to the
Honorable Cathy Seibel in Reply to Government's
Opposition to Motion for Relief pursuant to
Federal Rules of Criminal Procedure 29 and 33,
dated February 14, 2020 ........................................ A-1609

Transcript of Decision, dated March 13, 2020 ......... A-1619

Sentencing Transcript for Matthew Madonna, dated
July 27, 2020........................................................ A-1657

Sentencing Transcript for Terrance Caldwell, dated
July 27, 2020........................................................ A-1681

Notice of Appeal, by Christopher Londonio, filed
July 31, 2020........................................................ A-1697

Notice of Appeal, by Terrance Caldwell, filed
August 4, 2020...................................................... A-1698

Notice of Appeal, by Matthew Madonna, filed
August 7, 2020...................................................... A-1699

Notice of Appeal, by Steven Crea, Sr., filed
September 2, 2020 ................................................. A-1700

Government's Letter to the Honorable Cathy Seibel,
dated October 26, 2020.......................................... A-1702

Declaration of Joshua L. Dratel, for Defendants,
in Support of Motion for a New Trial, dated
October 4, 2021
(Omitted herein)

Exhibit 1 to Dratel Declaration -
Transcript of Recorded Conversation, dated
August 11, 2021 .................................................... A-1704

vi

**Page**

Exhibit 2 to Dratel Declaration -
Transcript of Recorded Conversation, dated
February 22, 2021 ................................................. A-1722

Exhibit 3 to Dratel Declaration -
Transcript of Recorded Conversation, dated
April 20, 2021 ..................................................... A-1743

Exhibit 4 to Dratel Declaration -
Transcript of Recorded Conversation, dated
March 28, 2021 .................................................... A-1745

Exhibit 5 to Dratel Declaration -
Transcript of Recorded Conversation, dated
December 13, 2020 ................................................ A-1751

Exhibit 6 to Dratel Declaration -
Transcript of Recorded Conversation, dated
August 3, 2021 .................................................... A-1783

Exhibit 7 to Dratel Declaration -
Transcript of Recorded Conversation, dated
April 8, 2021 ...................................................... A-1785

Exhibit 8 to Dratel Declaration -
Transcript of Recorded Conversation, dated
May 14, 2021 ...................................................... A-1795

Exhibit 9 to Dratel Declaration -
Transcript of Recorded Conversation, dated
August 15, 2021 ................................................... A-1814

Exhibit 10 to Dratel Declaration -
Transcript of Recorded Conversation, dated
May 26, 2021 ...................................................... A-1818

Exhibit 11 to Dratel Declaration -
Transcript of Recorded Conversation, dated
March 22, 2021 .................................................... A-1856

vii

**Page**

Exhibit 12 to Dratel Declaration -
Transcript of Recorded Conversation, dated
April 13, 2021 ................................................... A-1860

Exhibit 13 to Dratel Declaration -
Transcript of Recorded Conversation, dated
April 13, 2021 ................................................... A-1867

Exhibit 14 to Dratel Declaration -
Transcript of Recorded Conversation, dated
April 12, 2021 ................................................... A-1876

Exhibit 15 to Dratel Declaration -
Transcript of Recorded Conversation, dated
November 29, 2020 ............................................ A-1879

Exhibit 16 to Dratel Declaration -
Transcript of Recorded Conversation, dated
June 30, 2021 .................................................... A-1917

Exhibit 17 to Dratel Declaration -
Transcript of Recorded Conversation, dated
May 23, 2021 .................................................... A-1925

Exhibit 18 to Dratel Declaration -
Transcript of Recorded Conversation, dated
March 16, 2021 ................................................. A-1930

Exhibit 19 to Dratel Declaration -
Transcript of Recorded Conversation, dated
April 7, 2021 .................................................... A-1937

Exhibit 20 to Dratel Declaration -
Transcript of Recorded Conversation, dated
March 11, 2021 ................................................. A-1941

Exhibit 21 to Dratel Declaration -
Transcript of Recorded Conversation, dated
March 18, 2021 ................................................. A-1944

viii

**Page**

Exhibit 22 to Dratel Declaration -
Transcript of Recorded Conversation, dated
April 24, 2021 ...................................................... A-1948

Exhibit 23 to Dratel Declaration -
Transcript of Recorded Conversation, dated
August 30, 2021 .................................................... A-1954

Exhibit 24 to Dratel Declaration -
Transcript of Recorded Conversation, dated
July 25, 2017 ....................................................... A-1956

Exhibit 25 to Dratel Declaration -
Government's Sentencing Memorandum for
Defendant David Evangelista, dated
February 11, 2020 ................................................. A-1958

Exhibit 26 to Dratel Declaration -
Transcript of Recorded Conversation, dated
July 11, 2017 ....................................................... A-1966

Exhibit 27 to Dratel Declaration -
Transcript of Recorded Conversation, dated
June 27, 2017 ...................................................... A-1968

Exhibit 28 to Dratel Declaration -
Transcript of Recorded Conversation, dated
June 16, 2017 ...................................................... A-1978

Exhibit 29 to Dratel Declaration -
Transcript of Recorded Conversation, dated
June 12, 2017 ...................................................... A-1981

Exhibit 30 to Dratel Declaration -
Transcript of Recorded Conversation, dated
June 5, 2017 ....................................................... A-1983

ix

**Page**

Exhibit 31 to Dratel Declaration -
Government's Sentencing Memorandum for
Defendant David Evangelista, dated
January 17, 2020 .................................................... A-1990

Exhibit 32 to Dratel Declaration -
Transcript of Recorded Conversation, dated
July 9, 2017 ........................................................... A-1998

Exhibit 33 to Dratel Declaration -
Transcript of Recorded Conversation, dated
July 31, 2017 ......................................................... A-2001

Transcript of Exhibit 34 to Dratel Declaration -
Recorded Conversation, dated July 19, 2017 ........ A-2005

Exhibit 35 to Dratel Declaration -
Transcript of Recorded Conversation, dated
June 14, 2017 ........................................................ A-2014

Exhibit 36 to Dratel Declaration -
Transcript of Sentencing Proceedings of David J.
Evangelista, dated February 19, 2020 ................... A-2027

Exhibit 37 to Dratel Declaration -
Transcript of Recorded Conversation, dated
July 21, 2017 ......................................................... A-2050

Exhibit 38 to Dratel Declaration -
Transcript of Recorded Conversation, dated
July 18, 2017 ......................................................... A-2054

Exhibit 39 to Dratel Declaration -
Transcript of Recorded Conversation, dated
July 20, 2017 ......................................................... A-2057

Exhibit 40 to Dratel Declaration -
Printouts from Facebook Page of David
Evangelista ........................................................... A-2059

x

**Page**

Exhibit 41 to Dratel Declaration -
Transcript of Podcast – The Johnny and Gene
Show (June 2020) ................................................. A-2073

Exhibit 42 to Dratel Declaration -
Transcript of Recorded Conversation, dated
September 1, 2021 ................................................ A-2124

Exhibit 43 to Dratel Declaration -
Transcript of Recorded Conversation, dated
September 4, 2021 ................................................ A-2130

Exhibit 44 to Dratel Declaration -
Transcript of Recorded Conversation, dated
September 1, 2021 ................................................ A-2136

Exhibit 45 to Dratel Declaration -
Transcript of Recorded Conversation, dated
May 18, 2021 ........................................................ A-2140

Exhibit 46 to Dratel Declaration -
Transcript of Recorded Conversation, dated
March 19, 2021 ..................................................... A-2179

Exhibit 47 to Dratel Declaration -
Transcript of Recorded Conversation, dated
September 7, 2021 ................................................ A-2209

Exhibit 48 to Dratel Declaration -
Defendants' Discovery Demands, dated
June 14, 2021 ....................................................... A-2212

Exhibit 49 to Dratel Declaration -
Government's Response to Defendants'
Discovery Requests, dated June 29, 2021 ............. A-2228

Exhibit 50 to Dratel Declaration -
Letter from Government to Defense Counsel,
dated February 17, 2021 ........................................ A-2229

xi

                                                                    **Page**

Government's Opposition to Motion for a New Trial,
   dated December 6, 2021 (Omitted herein)

   Exhibit A to Opposition -
   Declaration of John Karounos, dated
   December 3, 2021 .................................................. A-2230

   Exhibit B to Opposition -
   Declaration of William Dionne, dated
   November 30, 2021 ............................................... A-2233

Reply Declaration of Joshua L. Dratel and Andrew
   G. Patel, for Defendants, in Further Support of
   Motion for a New Trial, dated January 25, 2022 ... A-2235

Transcript of May 5, 2022 Proceedings ..................... A-2239

Letter from Joshua L. Dratel to the Honorable
   Cathy Seibel, dated May 6, 2022 .......................... A-2350

   Exhibit 1 to Letter -
   March 24, 2022 Issue of *Gang Land News*............ A-2351

Transcript of June 13, 2022 Bench Ruling ................ A-2357

Amended Notice of Appeal, by Steven Crea, Sr.,
   filed June 17, 2022................................................. A-2399

Amended Notice of Appeal, by Terrance Caldwell,
   filed June 21, 2022................................................. A-2400

Amended Notice of Appeal, by Matthew Madonna,
   filed June 22, 2022................................................. A-2404

Amended Notice of Appeal, by Christopher
   Londonio, filed June 27, 2022 ............................... A-2407

Former Made Man of Lucchese Crime Family
Part Four of Four

1   JP          Like he looked down at them, which you know some guys do.

2   I treated them as equals, right? I go to him, and I said something's going

3   on. And I'm telling -- I got the pistol. I said something's going on, I'm

4   telling you. Well, why? Are you crazy? I said no, no, no. I'm telling

5   you -- I said I'm going to tell you what, his name is Patty. I said -- we

6   went and met in like bar/restaurant.

7          I says, I'm going to stay here, and I'm going to put my

8   head on this table. You go -- you go make calls. Let them go any --

9   because something's not right. Let them go reach out to anywhere in New

10   York, Jersey, wherever they got to go, and let somebody come back here, and

11   say something about me, or something that I did, or anything, blow my brains

12   out at this table. That's what I -- this is Cosa Nostra. Blow my brains

13   out here.

14   BL          Yeah.

15   JP          There's something that I did. Or somebody has something

16   to say about me. And if they do, they should bring it to me, right?

17   BL          That's right.

18   JP          What are you, crazy talking like that? There's nothing --

19   there's nothing -- well, something -- there is something going on. And he

20   tried to say there's nothing going on, and I knew there was something going

21   on.

22          So, I said to him, which is understandable, I said I'm

23   going to tell you something, Patty, from this day on, tell nobody don't even

24   approach me to say hello to me, because I'm going to light them up. Because

25   I know something's going on.

26   BL          Yeah.

27   JP          You know I knew something -- now, I'm thinking back about

28   wait a minute. I walked into this guy's house to go say -- I was told to go

A-1802

Former Made Man of Lucchese Crime Family
Part Four of Four

1   there, go say hello, you know see how he's feeling.  And what, there's a

2   crew of guys there, waiting there.  You know what if I didn't bring my

3   daughter.

4                   So, now I'm starting to -- you know…

5   BL              Yeah, oh yeah [TS].

6   JP              I know something's not -- so now, what I do is, I go home,

7   and I was always, they called it paranoid, I called it being smart.  I

8   always did like kind of counter-surveillance.  I would go drive around my

9   house, I'm looking for the agents, right.

10  BL              Right.

11  JP              I'm looking for -- I'm looking for them laying on me.  And

12  I went driving around, I don't see nothing.  So, I'm going to pull in my

13  driveway.  And I say you know what, let me go take a ride down the block, I

14  want to just see what's going on, on that end.  And I see a car not aligned

15  right, you know like a little sticking out.  Sure enough, now guys have made

16  comments and said, oh, this guy that was probably the FBI, he got paranoid.

17                  But -- well, I'm going to tell you.  So, the driver has a

18  baseball hat on, and he turns his head, which is -- which is good.  But the

19  passenger takes the hat and put its over his face.  To me, that means I know

20  you.  I don't know the FBI agent.

21  BL              Yeah.

22  JP              The FBI agents look the other way, if I approach them, you

23  know they're not going to say (UI) [00:10:56],.

24  BL              Yeah.

25  JP              I -- I drive passed them and I going to make a U-turn, and

26  now I'm going to drive passed them, now I'm going to shoot into their car,

27  because I know they're not agents, I know they're not cops, they're not

28  [00:11:06], organized crime -- organized crime task force, no way, right.

7

A-1803

Former Made Man of Lucchese Crime Family
Part Four of Four

1              One of the neighbors with his daughter goes walking --
2    this is in the daytime, was walking right passed there, and I'm saying I
3    can't do it, because God forbid -- you know, I'm not doing that, right?
4    They pull out, I have like an 80-mile an hour, because they pulled out and
5    made a U-turn, and I spun around again, and now I'm chasing them through
6    Levittown, Long Island.
7              And I had asked this Gary Jenkins, who was a organized
8    crime guy, organized crime task force, I have asked agents.  They said, we
9    identify ourselves.  We're never going to let you do all of that.
10   BL            Right, right.
11   JP            God Forbid you start throwing shots at us.  We're going to
12   identify ourselves at that time, right?
13   BL            Yep.
14   JP            It's true.  In Italian, my lamp just fell, my lamp right
15   there, right?  You know that.
16   BL            I can see.  I can see the shadow.
17   JP            All right, that's why I'm saying that.  That's what we say
18   is true in Italian.  So, now -- now I'm -- I'm going crazy, because now, I
19   got them laying on my house, right?
20   BL            Yeah.
21   JP            I got -- I had one more incident happen.  My -- I almost
22   killed a UPS guy.  I had a -- he came down my alley by my -- I mean the
23   walkway by my house.  And I had one of those motion lights.  And it was a
24   little slow…
25   BL            Yep.
26   JP            Bobby, I seen the shadow, I got out, I got the pistol and
27   everything and the light comes on, and he goes to look at that little pad --
28   you know they make you -- they scan the thing.  And you know I put the

8

A-1804

Former Made Man of Lucchese Crime Family
Part Four of Four

1  pistol away.  And by the time he looks up, I see he's got the uniform on,
2  and my heart boom-boom, boom-boom, boom.  He don't even know what was going
3  to happen to him.

4            And who are you looking for?  Oh, yo, that's in the front,
5  not by me back here, that's -- you got the wrong -- you got the wrong house
6  over here.  And who walks up behind him is my son.  You know now my son's
7  older.  My son, and I come, come in the house.  Now, he sees me with the
8  pistol.  What are you doing?  And I start -- I can't explain so much to him,
9  but I explain enough where he -- you know don't forget the kid lost me for
10  17 years of his life.

11            He said, please dad, you got to -- you got to -- you got
12  to -- you got to leave here.  You're going to kill somebody, or somebody is
13  going to kill you.  You got to leave.  But I go to one more meeting with
14  this guy, this -- this -- actually, I have two meetings.  I go to this
15  Patty, again, the one I tell him, I put my head on the table and go call
16  around, and I said to him, I want a meeting with this other guy, this
17  Skipper, who I think is his nephew in the car, right.  I think -- I think I
18  know who's in the car.

19            And I tell him look, I'm telling you Patty, I don't want
20  nobody approach me, and that's it.  That's right, I'm carrying a pistol, and
21  that's it.  And I'm going to hurt somebody, because I'm going to take it
22  like they're hurting me.  He turns around, he says -- don't forget I'm
23  closest to him, and he makes a statement, I don't correct him, but it's a
24  bad statement.  He says, I know.  I told them that they got to use shotguns
25  on you.

26            So, that meant you had a conversation of how to kill me.
27  And said, he's walking around strapped up, this kid.  You'd better use
28  shotguns.

9

A-1805

Former Made Man of Lucchese Crime Family
Part Four of Four

| | | |
|---|---|---|
| 1 | BL | Yep, you'd better go heavy.  You'd better go heavy, yeah… |
| 2 | JP | And you're one of my closest friends. |
| 3 | BL | Wow. |
| 4 | JP | So, he don't realize what he tells me, but I don't say |

5  nothing.  I just looked, and I said, I can't believe what he just told me
6  that.  Then I go meet the Skipper, who I think it's his nephew, right.  And
7  you're going to -- you're going to agree with this.

8              So, I meet him.  He sets up the place to meet.  And it's
9  his place.  And it's like a lounge.  So, I get there early, because I want
10 to clock, and go around and clock the place, and you know see what's going
11 on.  And it's all got tinted windows.  And I'm saying to myself, I ain't
12 going in this place, right.  But I'm there early, and then I said, let me go
13 take a ride in the back, because you're able to go around the block, and
14 pull in through the back entrances right?

| | | |
|---|---|---|
| 15 | BL | Yeah. |
| 16 | JP | And you see a bunch of cars, by one back door, and I count |

17 the stores, I go around the block, and I count, sure enough it's that place
18 where the cars are in the back.  So, I said forget it.  I'm going to leave
19 and tell him I got like a flat tire, I can't make it, his name was Joe.

20             I go to turn around, hey buddy, you got here early, he
21 pulls up.  A Mercedes pulls up, he pulls up.  So, I said, yeah.  Now my
22 jacket's hanging down on one side, right.  I got the pistol.  I don't care,
23 right.  I got a leather jacket on, and my jacket is hanging down on this
24 side, hanging all the way down.

25             So, he's getting out of the car, and I'm going to tell him
26 if he says, hey, let's go in this place.  I'm going to say, you know what,
27 I'd rather go for a walk, right.  Because I didn't want to go in there.  And
28 he -- there's a café next door.  He says come on let's get a little

Former Made Man of Lucchese Crime Family
Part Four of Four

1   espresso.  All right, so I feel a little better, we're going in there,

2   there's a girl behind the counter, it's a wide-open spot.

3                   And we're sitting there, and now he don't greet me, now

4   you know that he doesn't greet me hello, right.  So, we sit down, he's

5   staring at my jacket when I'm -- you know he's watching me, because he knows

6   -- he knows I got a pistol on me.

7                   Now, as you are a former friend in that life, right, you

8   had a position in the life, you tell me.  I tell him, I said Joe, I'm going

9   to tell you something, this what happened over here, I think it's your

10  nephew.  And this is why I think it's your nephew.  And if I catch your

11  nephew on my block, I'm going to leave your nephew on my block.

12                  Now, what he's supposed to say as a brother in that life,

13  he's supposed to say, I'll tell you what, if I hear my nephew's on your

14  block, I'm going to leave him there too, right?

15  BL              I'm going to leave him there.  Yeah.

16  JP              Do you know what he tells me?  Now, don't forget who I am.

17  I'm a friend, and I'm also with -- with this Borgata, and he's a Caporegime

18  with another crew, but we're the same, we're brothers, right.

19  BL              Yeah.

20  JP              He says, well you know that's not going to go good for

21  you.  And that's when I knew you're no longer looking at me as a friend

22  anymore.

23  BL              No.

24  JP              Because you -- you are not supposed to say that about a

25  civilian sitting on a friend's house, whether it's your son, your nephew, or

26  whoever it is.  And you can correct me if I'm wrong, right?

27  BL              No.  You're 100 percent right.

28

11

**A-1807**

Former Made Man of Lucchese Crime Family
Part Four of Four

1   JP              So, I know my problem is bigger than I even think it is,
2   because I still don't know what it is.  And -- and so, what happens is, is
3   that I leave, I listen to my son, and I pack up, I tell him yous put the
4   stuff in storage, and my mother didn't believe -- my mother thought I was
5   paranoid, believe it or not.  She admitted it later, until I left.  I went -
6   - I started headed to Georgia, I went to Savannah, Georgia, because what
7   wise guy goes over there, right.
8               So, the next day, my mother calls me up crying, you know
9   why?  She says, there were cars  coming by, guys in cars.
10  BL              Yeah, they're looking for you.
11  JP              Because they were still looking for me.  She said I seen
12  them, they were -- they came in you know in a truck, another two guys in a
13  car.  She seen it.  And she was crying saying you know, I doubted you.  I go
14  there.  Now, I start getting the message.  Now I stood down there about two
15  months, right.
16              And now they're trying to reach out for me, and all of
17  that.  Now, I get the frantic messages, because during that timeframe,
18  Bobby, what do these guys on the case, what do their lawyers start getting?
19  Discovery.
20  BL              Right.
21  JP              I'm not in the discovery.
22  BL              Discovery.
23  JP              I have to be in the discovery.  I'm not in the discovery.
24  BL              Yep.
25  JP              And the reason is, is that he puts my name out there,
26  because he wants to save his brother, because the power shifted, and his
27  brother is going to get clipped, right.  So, he saves his brother.  But the
28  problem is, I'm not on the discovery.

12

Former Made Man of Lucchese Crime Family
Part Four of Four

1          Here's where -- here's where they make me wrong, all

2     right.  So, in that life, when they call for you, you have to come, right.

3     BL          Sure, right.

4     JP          But I'm refusing to come now, because I'm saying you

5     disrespected me, you sent people to my house.

6     BL          Right.  Right.

7     JP          And in that life, not now, but in that life, my mind frame

8     was I should wake up, pick up the paper and see my Skipper splattered all

9     over the street, for putting the wire out on me.

10    BL          Yeah, you're right.

11    JP          Because it was false.  That's Cosa Nostra, right?

12    BL          Yep.

13    JP          That's the way that life is.  And I've said it.  I'll say

14    it again, if Carlo Gambino's time, if that -- when he was the boss, and he

15    was alive, and he had that Borgata, his old Borgata.  If one of his guys put

16    a false rumor, a wire without paperwork, and there was nothing there, and

17    then they get discovery and that guy's name isn't there, what happens to

18    that guy?

19    BL          Carlo would have clipped him.  Carlo would have clipped

20    him, yeah.

21    JP          There you go.

22    BL          In a minute.

23    JP          That was my -- that was my reasoning for not coming in.

24    BL          Yeah.

25    JP          Now, I didn't go to the government.  I didn't go -- so,

26    now I can't -- I go to another state, and try and make it.  I can't make it

27    there, I got to come back.  When I come back, I send a message.  I don't go

28    run to the government.  I send a message to the acting boss.  I said,

13

Former Made Man of Lucchese Crime Family
Part Four of Four

1  listen, I know yous been calling for me.  I'm not coming in.  I know there's

2  no walking away.  I'm not coming in.  And this mistake is not my mistake.

3  This is your mistake -- this is your mistake, not my mistake.

4             Nobody got to worry about me.  I hope yous never see the

5  inside of a -- of a prison cell.  I hope yous make millions of dollars.

6  Leave me alone.  I'm going on my own, leave me alone.  I know there's no --

7  and I know that -- I understand the rules, right, but that's my message.

8  BL            Yeah.

9  JP            They send a -- he sends a message back, basically saying

10  we could have had you.  We know where you were working in the city.  I

11  thought yous were -- first of all, yous are wrong.  You know what you're

12  supposed to do?  Shelf me.  You save face, you know yous are wrong, I'm

13  done.  I'm never going to trust yous again, right?  Shelf me.

14  BL            Yeah, yeah.

15  JP            No.  What did they do?  They tell me, yeah, don't worry

16  about it, go about your life, and hunt me down like a dog for eight months.

17  But I don't go, when they start hunting me, and I start chasing guys with a

18  pistol, their own guys, and chasing them all away, right.  Because one of

19  the mistakes that they made, was this guy Patty, when I had -- I told him

20  Patty, I had to chase a car.  Well, we didn't do it.

21             But then in the conversation, what does he ask me?  What

22  kind of car was it?  What do you care if it was a big green bus, right?

23  BL            Yeah.

24  JP            You didn't send it.  You didn't send the car.  And I tell

25  him it was a -- it was a -- it was an um, a Nissan, a black Nissan and it

26  had a sticker on the back.  Do you know why he's asking me what kind of car

27  it is?  Because not only did they send it, but the idiots that they sent

28  never told them he chased us with a pistol.  They probably said we couldn't

14

Former Made Man of Lucchese Crime Family
Part Four of Four

1  see him.  We didn't see him.  They don't want to embarrass themselves, so

2  now they know hey, he told us he chased you.

3  BL              Who had the car or what?

4  JP              Then he tells us what kind of car yous were driving.  So

5  it was yous.  And he definitely chased you, that's why.  That's why.  That's

6  why they asked that.

7  BL              Um-hmm.

8  JP              So, I don't go -- I try to -- so, now I'm moving, don't

9  forget what it costs to move out of state, come back.  Now, I'm getting an

10 apartment, now, I'll have to move out of that apartment, because they've

11 tracked me to that apartment.  Now, I have to go move to another apartment.

12 I don't go -- I don't go -- I don't go to the law.  I don't -- people say,

13 ah, you wasn't -- you know like Vlad on the thing, because I couldn't tell

14 really this whole story, but pieces of it.  Oh, you were no gangster.  You

15 were no tough guy.  Really.  I -- what did I do.  I went and armed myself,

16 got a pistol, by myself and was chasing the guys that the mob sent to me

17 away.  Chasing them in the street.

18 BL              Vlad said this to you?

19 JP              They never -- they didn't -- what?

20 BL              Vlad said that?

21 JP              No, not Vlad, the viewers, you know the…

22 BL              Oh, the viewers, oh, forget them.

23 JP              Yeah, you know, oh no, you wasn't not tough guy.

24 BL              I thought I was Vlad.

25 JP              You wasn't a gangster, you wasn't that.  But the bottom

26 line was I didn't go to -- to the government, eight months.

27 BL              Yeah.

28

15

Former Made Man of Lucchese Crime Family
Part Four of Four

1   JP           And then, and you know the story.  And then after I just -

2   - how many times am I going to move, in other words, you know -- you know

3   how much money it keeps costing to move, move, move, and I'm under my name.

4   BL           Oh, I know.  I know.

5   JP           And at that point, you know somebody else came to me, a

6   cousin of mine, and I didn't listen to him.  And then -- and then my son

7   comes to me, because I'm literally walking with my little daughter, not as a

8   shield, to pick her up high, so that anybody God forbid is laying around

9   sees that I got a kid with me.

10   BL           Yeah.

11   JP           You know God forbid they throw a shot, and this is getting

12   crazy.  And not only are they sending -- they're sending gangs Bloods,

13   they're sending Bloods.  I'm in a pearly White neighborhood.  There's a guy

14   with dreadlocks and a red -- a red -- I'm saying, I can't even believe it.

15   I'm chasing these guys -- it's insanity what's happening.  At my job in

16   Manhattan, down 7th Avenue, I'm chasing five six Black guys, Bloods in the

17   street that they sent.

18   BL           Imagine -- you know we -- we have to keep -- we're going

19   to have to come back and talk more about this, because I think the story's

20   fascinating.

21   JP           Yeah, it's insane.

22   BL           Right, Paulie?

23   Paulie       Oh, Incredible [00:23:43].

24   BL           Wow, what a show this is going to be.  This is great.

25   When can we do the show, again, my friend?

26   JP           You know for me, For you, I'm available.

27   BL           Yeah, I know.  I know.  I want to pick this up right away.

28   I want to finish.  Because I know they're going to want to hear all of this.

Former Made Man of Lucchese Crime Family
Part Four of Four

1  Paulie          So many similar stories too.

2  BL               Yeah.  I'll tell you; this is -- what a story this is.

3  This is the best one so far.

4  Paulie          Yeah, it is.  Yeah.

5  BL               By far.  You know.  And I just want to thank everybody for

6  tuning in today, I mean this show was awesome.  And please, John, you got to

7  come back.

8  JP               Yeah, any time.

9  BL               I got to hear the rest of this story, because you got me…

10  JP              Oh, that's good.  Because we left a little cliff hanger.

11  BL               Yeah.  You left me at the edge of my seat, and Nicole and

12  Paulie are here, but they want to hear the rest of it too.

13  JP              Oh my God, the girl is still -- the woman staying.

14  BL               Nicole's still here.

15  JP              Oh my God.

16  Nicole         Yeah.

17  JP              I'm very sorry, that you got to hear all of this stuff.

18  Nicole         No, don't be.  Honestly…

19  BL               No, no, no.  She's around me, what are you doing -- you

20  know.

21  Nicole         I'm not easily impressed.  I'm impressed by you.  I can't

22  wait to hear the next part.

23  JP              Oh my God.

24  BL               That's -- that's awesome.  All right, my brother, thank

25  you so much for coming on, and I want to put this up right away, as soon as

26  I can.  And hopefully, we can back and do this again next week.

27  JP              Any time, yeah, any time.

28  BL               All right, thank you so much, John for coming on, brother.

```
        Former Made Man of Lucchese Crime Family
        Part Four of Four


 1      JP                  All right, Bobby.

 2      Paulie              Thank you John.

 3      Nicole              Thanks John.

 4      BL                  Thank you brother.

 5      JP                  All right.

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
```

A-1814

MBA and the ButtonMan Live 8.15.2021

1

2

3

4

5

6  Transcript:   MBA and the ButtonMan Live 8.15.2021

7  Participants:        (TL) TOM LAVECCHIA

8                       (JP) JOHN PENNISI

9

10

11  Date:               August 15th, 2021

12

13

14

15

16

17

18  (PH)            (Phonetic)

19  (SL)            (Sounds Like)

20  (TS)            (Talking Simultaneously)

21  (UI)            (Unintelligible)

22  (UM/F)          (Unidentified Male / Female)

23

24

25

26

27

28

**A-1815**

MBA and the ButtonMan Live 8.15.2021

1   **\*\*\*\*[00:59:20]\*\*\*\***

2   JP                 Machiavelli one, do you think it's okay to say names of

3   active mobsters and their positions in the mob?

4                       First of all is I think that their positions are well

5   known.  We've got guys that come from another fucking country that could

6   tell you who they are, who they belong to, and what their position is, what

7   business they're in, what places they own.

8                       So, you know do I think it's okay?  I could answer you,

9   before guys were laying on me, and they put a false rumor on me, I didn't

10  think it was okay.  That's my answer.

11  **\*\*\*\*[00:59:56]\*\*\*\***

12

13

14  **\*\*\*\*[01:24:50]\*\*\*\***

15  JP                 So, Mike John.  Why did you turn yourself in, John?  It

16  makes no sense.  Turn myself in where?  I wasn't wanted for anything.

17  And very embarrassing, you should have had the balls and went to go meet

18  your friends.  I did go meet them, Mike John.  And I would -- well, I'm not

19  going to say I would wish that on you, but I would love to see what you --

20  what you would do.

21                       I did go.  I told somebody the other day, and I'm going to

22  say it again, all right? I just-We just -- Tom and I was talking to somebody

23  the other day.  The government and society labeled me and everybody else in

24  that life as a gangster.  What does a gangster do?  And what did I do?

25                       When somebody was laying on my house, I didn't go to the

26  FBI.  I put a pistol in my waistband and went after them and walked around

27  with a pistol on me.  Went to meetings with a pistol on me.  Met with

28  Captains, met with guys.  So, these comments, they're so stupid, because

1

MBA and the ButtonMan Live 8.15.2021

1  people don't know.  If I would have seen somebody laying on me and ran to
2  the FBI, you know then I guess you could make a comment like that.  But when
3  you don't -- when you don't know the story or you don't want to know the
4  story, or you're a troll --
5  TL              Yeah.
6  JP              Or you're somebody who's making up a fake account asking
7  these stupid questions, do something better with your life.
8  TL              Yeah.
9  JP              Do something better than to do stupid and say stupid,
10 stupid things because all you're doing is making an asshole out of yourself.
11 Because if you admire gangsters, then you must have admired me, because what
12 I did, like a gangster, was put a fucking pistol in my waistband.  What
13 would you do?  Don't -- don't ask these stupid questions.  Don't waste our
14 time.  Go on these other shows and go be trolls like these other assholes.
15 TL              And John, let's be honest, if you would have got caught
16 with the pistol, given your record, you're looking at five years, just for
17 carrying a piece.
18 JP              Yeah, listen, these guys they want to make -- or woman -
19 who the hell knows who they are, we don't know who they are.  But you know
20 what?  If that's what you believe, then believe what you got to believe.
21 Nobody walked in my fucking shoes.
22 TL              Agreed.
23 JP              With that, I'll have a drink.
24 TL              Agreed.  Pio was my Saint's name for confirmation.  God
25 bless, [01:27:11] agudi, Aaron Rodgers, good man.
26                 Did you ever make your way into Bucks County,
27 Pennsylvania?
28 JP              huh

                                    2

**A-1817**

MBA and the ButtonMan Live 8.15.2021

1   TL           Probably not. Yeah, I don't think so.

2   JP           Oh, I got my idea who this Mike John is, and I'll tell you

3   after the show.

4   TL           Yeah.

5   JP           I got my idea who it is.

6   TL           Well, so, here's the thing Right --

7   JP           You know what I got to say to Mike John, whoever you are,

8   stop being a funking punk.  That's what I got to say to you.  Stop being a

9   punk.

10  TL           Well, so here's like the difference --

11  JP           Do you know why?  Because a real tough guy, a real tough

12  guy is not going to act like a clown under a fake name on YouTube.  Be a

13  tough guy.  Don't be a clown.

14  TL           Yeah.  And here is the other thing too, if you guys

15  notice, we don't have moderators, there's no wrenches next to anybody, you

16  know we could and should probably have George, Steve, Michael moderate, and

17  say, hey, get rid of like whatever stupid questions or get rid of the

18  negativity.  We keep an open forum, because we want to keep it honest and

19  transparent, right.  You see our faces, you know our names, and when you

20  write stuff like that, you basically under mind everything.

21                Actually, you don't under mind anything, because you're

22  not making any traction right?  It's just basically, John's living rent free

23  in your head, so just do me a favor, give me your email, and I'll send the

24  PayPal invoice receipt, because after a while he's going to start charging

25  you for living in your head, and get a fucking life.

26  **\*\*\*\*[01:28:44]\*\*\*\***

27

28

3

Episode 49 I Delivered the Cookies, Former Lucchese Mobster Says

Transcript:  Episode 49 I Delivered the Cookies, Former

Lucchese Mobster Says Goodbye


Participants:        (TL) TOM LAVECCHIA

                     (JP) JOHN PENNISI


Date:                        May 26th, 2021


(PH)            (Phonetic)

(SL)            (Sounds Like)

(TS)            (Talking Simultaneously)

(UI)            (Unintelligible)

(UM/F)          (Unidentified Male / Female)

Episode 49 I Delivered the Cookies, Former Lucchese Mobster Says

1   TL                 Hello.  Tom LaVecchia here with the latest edition of the
2   MBA and the Button Man Podcast.  I'm joining you remote.  I'm your co-host,
3   Tom LaVecchia, with my special co-host, John Pennisi, former made member of
4   the Lucchese Crime Family.

5                    John Pennisi, how you doing today?
6   JP                 I'm doing all right.  I'm doing -- I'm doing all right.
7   It's strange not to see your face, but you know I know you're working
8   remotely.
9   TL                 Well, like they said, I have a face for radio.  So, just
10   two administrative matters, some shout outs, to our man Luke B, from
11   England.  Happy birthday to you, brother.  We found out it was your
12   birthday.
13   JP                 Happy birthday, Luke.
14   TL                 I'm looking forward to -- I'm looking forward to the
15   podcast.  And then number two, Mr. Joe Puma, who is a Jersey guy, thank your
16   cousin Paulie G for the shout out.
17                     So, John, I'd be lying to you, if I said I got a full
18   night's sleep last night, I was -- and again, I don't know what word to use,
19   I don't want to say disturbed.  But I just wanted to say maybe shook.
20                     So, I was thinking we would just kind of you know have you
21   talk and decompress and share your thoughts.
22   JP                 Yeah.  I -- firstly, I just -- I just want to say that --
23   I want to thank all of the viewers who made comments, and you know all the -
24   - all the nice things that people wrote, and how understanding people were.
25   But conversely, I -- I you know in telling the story, emotions kick in.  And
26   you know I don't want to call anybody a piece of shit.
27                     And I don't you know -- there's a woman, who -- who is a
28   mother, and you know I just want to say that you know as far as mistakes

1

Episode 49 I Delivered the Cookies, Former Lucchese Mobster Says

1  goes, you know yes, there were -- there was mistakes that this woman made,
2  obviously.  And there was mistakes that I made.  And I don't think that
3  either one of us are perfect.  And you know I'm far from perfect.
4              But I think it's what we do with our lives going forward
5  that matters, like you say, right?  It's not where you start, it's where you
6  finish.  And you know I don't wish bad on nobody and I do -- I do -- I do
7  wish that person the best, and hope that they have happiness in their life
8  right now.
9              And that's really -- that's where I'm at, you know.  I
10 just -- I think every day, I try to improve myself, and you know it's like a
11 work in progress, that you -- you try to move forward in becoming a better
12 person, a better father, and you know all around.  And that's -- that's --
13 that's what I wanted to say about that whole situation there.
14 TL           [Inaudible 00:03:21] John can you hear me okay?
15 JP           Yeah, I hear you.
16 TL           Yeah, It did a little pausing, because I'm in a bad area.
17 So, you -- you know, so I got a question to ask.  And like so you know I'm
18 not in the life.  You know I'm not a street guy.  I'm not a tough guy.  I'm
19 not any of those things.  A business guy, entrepreneur, father, Italian
20 American, you know the whole bit, right.
21             I follow this stuff because it's like a hobby, a little
22 bit of a passion right?
23 JP           Yeah.
24 TL           But it's like why do guys like me you know, like on both
25 sides, right.  One, of you're a rat, you're this, you're that…
26 JP           We lose you, Tom?  Tom?  Well, I think we -- we lost Tom.
27 I hope he's okay.  Like I was saying, I -- I just want to say that, you know
28 it was not easy to speak about these things.  And some -- a lot of people --

2

A-1821

Episode 49 I Delivered the Cookies, Former Lucchese Mobster Says

1   a lot of people are questioning like, why did you stay? And why -- you know

2   why did you do that? You know it's -- it was just mistakes that I made, you

3   know, it was -- it was -- there was lot of mistakes and poor judgment that I

4   made. Tom, you back?

5   TL                 I -- I am, sorry about that.

6   JP                 So go ahead

7   TL                 So, sorry about that guys. So, did you get part of the

8   question, or should I repeat the question?

9   JP                 I did not get the question, you were starting to say

10   something about rats.

11   TL                 Yeah. So -- so, like listen, I'm not a street guy. I'm

12   not claiming to be. Most people that are watching this aren't, right? So,

13   why do we get so riled up about a guy we don't know, who was in the -- in a

14   life that none of us can relate to and are like -- almost like making a big

15   deal out of what you did, when to be honest, I am like -- I have zero

16   qualifications to judge you on. Why do you think that that happens?

17   JP                 You're talking about people that are making comments?

18   TL                 Yeah, it's like almost like every -- you know…

19   JP                 Well, how many comments were there? I think out of a

20   couple of hundred, there was maybe one or two comments that were…

21   TL                 No, no. It's like one percent. It's a very low…

22   JP                 Yeah.

23   TL                 But even those, like considering the odds, right, like

24   nothing is gonna be where we're gonna be 100 percent perfect. But like,

25   the people that are still nay-sayers are -- like I don't -- I don't get how

26   they're nay-sayers, right? Like, it's like what would you have done?

27   Should you have laid -- let somebody [00:06:07] lay on you and kill you?

28   So, like that's the part I'm not understanding, you know?

3

Episode 49 I Delivered the Cookies, Former Lucchese Mobster Says

```
 1   JP              It's easy -- because it's in life.  And we've all done it.
 2   It's easy to judge situations that -- that you're not in yourself.  You know
 3   and I think that at some point in our lives we were all finger-pointers, you
 4   know we judged other people.  But it's easy to do that, when you're not in
 5   the situation.
 6                   So, I think one, that's -- that's one of the reasons why
 7   people are so easy to judge.  Two, you have a lot -- I've said it before.
 8   You have a lot of these guys, or whoever they are that they feel like they -
 9   - they're still idolizing the people, and the people in that life, and the
10   life itself.  And they're idolizing it.  It's -- it's obvious that at best,
11   they may have just be trying to be an associate.  These guys may not even be
12   associates.  They may be -- you know trying to make themselves an associate.
13                   And they feel like that by speaking out like that, you
14   know they're headed in that direction.  Maybe they go say, hey, I told this
15   guy, I made a comment to this guy, I called this guy a rat, or whatever it
16   is.  And somebody may laugh, and you know pat them on the back, good, good,
17   good.  But what they don't realize is, a real tough guy and a real street
18   guy, he's not -- he's not on social media.  He's not on YouTube.  He's not
19   making comments.
20                   So, it kind of shows their character, Tom.
21   TL              Well, so now, conversely -- conversely, and I don't want
22   to contradict what you say, because I do believe you.
23   JP              Yeah.
24   TL              But we do have a lot of guys that are like kind of former
25   street guys, or grew up in the life, and all that kind of tangentially
26   involved.
27   JP              Yeah, yes.
28
```

4

Episode 49 I Delivered the Cookies, Former Lucchese Mobster Says

1   TL              And we're getting them to reach out to both of us on
2   social media, and it's all positive.
3   JP              Yes.  Well there's the -- well, there's the difference,
4   which I was going -- just going to tell you.
5   TL              Yeah.
6   JP              So, these are guys who were actually in the life, and
7   you're going to get a different perspective, because they know what they're
8   hearing and they know what they've seen in that life.  And they know this is
9   right.
10              What do they all say, Tom?  Keep doing what you're doing,
11   expose everybody.  Keep doing what you're doing.  Everybody is -- what did
12   one guy sent you a thing today, what did the guy say?  You have no idea how
13   many people are behind you.  Would you keep doing what you're doing.
14   TL              Yeah.
15   JP              Because -- because it's an embarrassment what happened,
16   you know it's an embarrassment.
17   TL              Well, so -- so what do you say to the guy that you know 47
18   years old, decided you know I'm saying because college is not for anybody.
19   I have an MBA and I don't recommend college for a lot of people, but you
20   know I did go to college.  You know got into a little bit of life, maybe got
21   a few pinches, now maybe he's working like a sports book, you know something
22   with the websites or maybe a shylock.  You know maybe they're still involved
23   with the life somewhat, you know, but it's like what do you say to that
24   person?  Because you were a friend and look what happened to you.  I can't
25   imagine that they're not thinking like holy cow, like…
26   JP              Yeah, I have the perfect -- I have the perfect answer.  It
27   could be you.  That's my answer.
28   TL              yea

5

Episode 49 I Delivered the Cookies, Former Lucchese Mobster Says

1   JP              Is what -- when you take loyalty and you know a lot of --

2   there's a lot of guys out there, that just -- are just showing all their

3   loyalty, and giving so much loyalty to people, right.  And when you -- when

4   you give somebody, or you give a group, or you give anybody loyalty, even

5   like a husband, or a wife, giving their mate loyalty, only to get smacked in

6   the face and cheated on, it's like that's it.  Right, the loyalty's out the

7   window.

8   TL              Yeah.

9   JP              And in the same -- in the same respect, if you're giving -

10  - excuse me, if you're giving loyalty, and you get smacked in the face back,

11  it's -- how does that feel?

12  TL              Yeah.

13  JP              So -- so, for the guys that are out there, pledging and

14  giving all this loyalty, you may get smacked in the face too.  You may --

15  you may get somebody, maybe to say something bad about you, that's not true,

16  or this may happen to you, God forbid.  And if you're not sharp enough, you

17  may get yourself killed for nothing.

18  TL              Well, and I don't want to -- I don't want to knock

19  anybody.  And trust me, I'm not -- I'm not -- I'm far from perfect.

20  JP              Yeah.

21  TL              But the way technology is now, crypto currency, tech, I

22  think in a weird way, don't get wrong, when my parents came over from Italy

23  in the 50s and 60s, it was easier to make money back then.  You could buy a

24  house for $8,000, and the guy at the bank -- a funny story, the guy at the

25  bank actually co-signed my parents' first mortgage, because they were

26  paisan, like you know it was easier, I think to do business back then,

27  right?

28

6

Episode 49 I Delivered the Cookies, Former Lucchese Mobster Says

1                However, there's a lot of opportunities to make money now.
2  I'm not talking illegally.  I'm talking legally, I think it's a little bit
3  easier than it was maybe 20 years ago, with technology, different stuff,
4  different hustles, there's a lot of shit you can do, right?
5  JP           Correct.
6  TL           Here's my -- you know construction is killing it right
7  now, because of COVID, whatever right.  A lot of stuff you can do, right.
8  So, money could be made, John, without having to worry about jail, or look
9  over your shoulder.
10                When did it stop being about money with the mob, and when
11  did it start being greed, in your opinion?  Because you can make money.  You
12  can make money anywhere.
13  JP           So, the money and greed are hand in hand, right.  It --
14  unbeknown to me, like I -- like I think I've said this before, when I have -
15  - when I came out, it was June of 2007, this life was already in trouble,
16  because I had some old -- old-timers telling me, do yourself a favor.  Stay
17  away, listen to us.  And these guys were in that life.  So, that's 2007,
18  Tom.
19                I don't know -- obviously this was going on before 2007.
20  And if you look up, and we should do it one day, let's -- let's make a list
21  of some cases, right, organized crime cases, RICO cases, and let's break
22  them down.  And you know what you're going to find?  You're going to find
23  one word, and that words called "greed".
24  TL           Yeah.
25  JP           If you are greedy, you are going to prison.
26  TL           Yeah.
27  JP           In every scenario, there is greed behind things.  There
28  was even murders that took place, it was greed behind them -- behind that.

Episode 49 I Delivered the Cookies, Former Lucchese Mobster Says

1  So, that -- that word, that greed and greediness brings nothing but prison.
2  That's it.  You know…
3  TL              Well, one of the things, and I guess that you get -- you
4  get like very few knocks.  And again, listen if you don't believe me last
5  Episode 48, 200 comments, maybe two negatives.  So, you get -- you get you
6  know some good marks, right.  If there was somebody really nitpicking like
7  well, John was the biggest earner, you told me many stories, where you could
8  have made a lot more money, but you would gave yourself a lot of exposure at
9  the law enforcement.
10 JP              Yeah, so you have the -- yeah.  So, that's a good thing.
11 That's a good point you brought up, so guys can say he was a brokes -- first
12 of all, I was not a brokester.  He was a brokester, right.  I beg to differ
13 but I -- there were times where I could have made significant amounts of
14 money, and I backed away from it, because I felt, either A, I was getting
15 set up or B, I was going to have too much -- too much exposure, you know.
16              The other problem that I had is called selflessness.  I
17 wanted to make sure that everyone around me, made money.  I was not greedy,
18 where I wanted to take the lion's share of a score.  I would make sure that
19 everybody made the same amount of money.  So, obviously, that does not make
20 me a lot more money, that makes me less money, when I could have easily, as
21 a friend, took the lion's share of the money, but I didn't do that.  That
22 was not the way I operated.
23 TL              Well, let me ask you a question, actually -- I didn't mean
24 to cut you off, were you done, because I want to ask another question.
25 JP              Yeah, I just wanted to just tell you something quick.
26 TL              Yeah.
27 JP              So, well go ahead, ask your question.  I know what it is,
28 all right.

8

Episode 49 I Delivered the Cookies, Former Lucchese Mobster Says

1    TL          All right.  Well, so -- so, you have two options, right.

2    Option number one, you make a half a million dollars a year.  And then the

3    old John, new John I know this answer.  But old John, half a million dollars

4    a year, but you're a toll collector, right.  You're a toll collector,

5    assuming you're safe, right, you have filters and stuff.  Or the other thing

6    is you can make $100,000 a year, but you're a friend, a wise guy, respect

7    and goes along with that life.  Which of those two lifestyles do you pick

8    and why?

9    JP          Repeat that, you lost me at the toll collector.  You mean

10   as a person collecting tolls for the (UI) [00:15:55].

11   TL          Yeah, so first option -- first option is the toll

12   collector making 500K, right.

13   JP          Um-hmm.

14   TL          And you're a nobody compared to the life.  Or you can make

15   100K a year, but you're a wise guy, you get the respect, you're in the life,

16   you're a made guy, but you're only making 100K a year, let's say.  Which of

17   those -- which of those scenarios would the old John pick?

18   JP          The old John?

19   TL          Yeah.

20   JP          I guess -- well, I'll tell you the answer like this.

21   TL          Yeah.

22   JP          Prior to when I came home -- well, when I came home, so in

23   2017 of June, up until I start going around with Anthony Guzzo and hanging

24   out in Bay Ridge, and all of that, I'm going to pick what I would pick right

25   now, which would be the toll collector making that great salary.

26   TL          Okay.

27   JP          But then when the time comes when me and Anthony are

28   knocking around again in the street, and as we would say cabareting, right,

9

Episode 49 I Delivered the Cookies, Former Lucchese Mobster Says

1   a lot of guys know that word, and we're going out and all of that, I would

2   have -- I would have picked the wise guy back then, right.  And obviously, I

3   made that decision, but 100 percent now, I'm going to say not even the toll

4   collector, I'll go scrape the bubble gum you know off the streets, and make

5   you know $150,000 a year, and you know that's my answer.

6   TL          So -- yeah.

7   JP          So, a couple of people have asked me privately this

8   question.  They said do you know what this woman is doing now, and is she

9   dating anybody now?  I guess they're looking to…

10  TL          Well, they didn't ask for her number, did they?

11  JP          Oh, I don't have her number.  And the answer is to that,

12  she is dating a friend in the Columbo family.

13  TL          Oh, Jesus.  Yikes.

14  JP          So, I answered that.  So, that's the answer.  Because

15  about two or three people had asked me privately that same question, and

16  that is the answer.

17  TL          Well, all right, so you go back to my little short video

18  that I did, after the video we did last night.  I was -- I was visibly

19  affected.

20  JP          You were.

21  TL          And I'll tell you why, and you saw that John.

22  JP          Yes.  My mother -- I told you what my mother said, right.

23  TL          Share it with everybody.

24  JP          No my mother said, that you looked very upset, you know

25  she said I seen it in his face that he was -- it bothered him -- in some --

26  to some…

27

28

10

Episode 49 I Delivered the Cookies, Former Lucchese Mobster Says

1  TL                Well, I'm going -- I'm going to share why, and then I want
2  to hear how you felt regurgitating the story, and maybe reliving it again, I
3  want to hear from your perspective.
4  JP              Okay.
5  TL              Because you're a friend, right, you're my friend, we got
6  real close, and I don't know in a weird sort of way, I identified with you.
7  And I think a lot of people do.  You were doing what you loved, right, I'm
8  not justifying anything, doing what you loved.  You wanted to do the right
9  thing.  You wanted to do right by other people, and then basically stupid
10 idiots derailed your life, and were going to come after and kill you.
11 JP              Yep.
12 TL              You're a father, you're a son, you're Christian, like
13 though I'm not saying you were like perfect.
14 JP              Yeah.
15 TL              But like you represented all of us guys, who are living
16 our lives, and when that happened to you, it one, as a friend, I was
17 empathetic towards you, and then B, I related it to certain losses in my
18 life, and it super hit home.  So, if people wondered why it jammed me up
19 last night.
20                 Because everybody -- there was one guy that got on me, and
21 we kind reconciled.  I have not heard -- it was Vlad, the New Theory part,
22 this one, that one, Gangland Wire, but that was a first part, where I looked
23 in your eyes, speaking directly to me, seeing the angst in your voice and
24 face, and I saw a man who is a friend literally have his livelihood and his
25 life almost taken away from him.
26 JP              Yeah.
27 TL              Just because of pure jealousy and hate.  So, if anybody
28 wonders why, if I wasn't over-dramatic, that's who I am, you know.

11

Episode 49 I Delivered the Cookies, Former Lucchese Mobster Says

1 JP                And I -- I seen you -- I know some people got on you for
2 eating the -- the nuts that you were eating.
3 TL                Yeah.
4 JP                And I seen the way you were eating them.  It was nervous
5 eating that you were doing.
6 TL                Yes.
7 JP                I picked up on that.  You wasn't sitting there eating
8 popcorn.
9 TL                Correct.
10 JP                [ 00:20:57],I was kidding around with you but you were --
11 when I watched it again, I said -- to myself, I said, he was nervous eating.
12 TL                Yes.
13 JP                Like I've done that in my life, like I've done that in my
14 life, like just eat, and eat…
15 TL                I was scared.  I was scared.  I was scared.  And I had
16 nervous energy.
17 JP                Yeah, and I seen that in you, and you know and then
18 anyway, it makes me know that what kind of a friend you are, that you -- you
19 because some people could hear that and just listen, and that's it.  But my
20 feelings -- I didn't have the greatest sleep myself last night, to be honest
21 with you.
22 TL                Yeah.
23 JP                And you know -- so what -- I don't know if I -- if I
24 relayed this, or if I was able to express this, the way I wanted to, I was
25 just speaking from my heart.  But in all honesty, I really tried everything
26 in my power.  I really did.  I tried everything not for things to turn out
27 the way they did.  I didn't want them.  It was not -- this was not something
28

12

Episode 49 I Delivered the Cookies, Former Lucchese Mobster Says

1  that I wanted, otherwise I would have did that right away from the
2  beginning.
3              And I just felt that, and I know a lot of people think I'm
4  knocking people.  I just felt that here were these guys, and there were a
5  group of guys that just took over a family.  And that's a big, big deal,
6  right.  It's a big deal.  But what people don't understand is that -- and
7  once again I express and give a disclaimer that I'm speaking about back
8  then, my life back then.  I -- I was ready to go to war, this is something
9  that people don't get, because we didn't talk about that.  That if this
10 transition didn't go right, I was ready to go to war with these people.
11 These same people who turned on me, I was ready to risk my life or prison
12 for these same people, if that transition from the Bronx to the Brooklyn
13 crew did not go well.  I was even asked and told we know, we can count on
14 you.  And my answer was yes.  I've said it here.
15 TL            Wow.
16 JP            And I said it in the court, and I don't -- I think that
17 might be lost on people, and I didn't say that last night, was that I want
18 you and people to understand the significance of -- it wasn't just that
19 people turned on me, and went against me.  I was ready to put my life on the
20 line for these very same people.  I was ready to put my freedom on the line.
21 And here is a private conversation, after all of this took place that I had
22 with my mother, alright.  People could think that I'm making it up.  People
23 could think that my mom -- this is the conversation.
24             My mother grew up in East New York, Brooklyn.  You think
25 my mother wanted people saying rat, and this and that?  We knew what people
26 were going to say, right.  I had a conversation with her, because she was
27 being very, very quiet.  And I said to her one day, I said, I got to ask you
28 a question, and I want you to answer me honestly.

13

Episode 49 I Delivered the Cookies, Former Lucchese Mobster Says

1          Let's say none of this ever happened, right, and the FBI,
2  or whoever it may be, some kind of law enforcement comes and does a sweep,
3  and picks me and my friends up, all these guys, do I flip on my friends?
4  And let's say I'm facing 100 years, or do I go to trial with them, and I
5  take my licking, whatever I get, I take and I go and do my time.  And she
6  looked at me, and said, you go do your time.  And I said, so don't ever
7  forget that.  Don't ever forget that about me.
8          And I think I -- I think I finally made her understand,
9  because it was hard for her, she didn't know -- it's hard to start
10 explaining all of this to her.  Now, she knows, you know now she
11 understands.  But you know it's -- it's -- it's a difficult situation.  A
12 guy said to me today, and he used these words.  He said you know I -- I
13 heard your story, and I said to myself, oh, another rat.  And I answered him
14 and said you want -- you want the God's honest truth?
15         In that life, if I first read my story that this guy comes
16 out, this John Pennisi, and this -- I say the same thing.  I say the same
17 thing.  But as the story unfolds and if any reasonable person you know and
18 I'm not talking about any of the fan boys of the mob.  I'm talking about any
19 reasonable person, any men, military men, Tom, have written me, you know
20 they're very honorable guys [00:26:12].
21 TL          Yes.  Yeah.
22 JP          Basically said, you were given no choice, like you tried
23 everything.  You know I had said, you know on Vlad, right, Tom.  Vlad gives
24 these little clips.
25 TL          Yeah.
26 JP          And in the clips, you don't know, you don't see the whole
27 interview, right.  And in the clips, after one or two of the clips, there
28

                                    14

A-1833

Episode 49 I Delivered the Cookies, Former Lucchese Mobster Says

1  was comments made, and the comments were saying, oh, this guy is a rat.  Why
2  didn't he just move out of the state.  Why didn't he just pack up and leave?
3                  Now, I know what I did, right.  But they don't know.  The
4  viewers don't know on Vlad, because he's only giving a seven, eight-minute
5  clip, right?  He's not giving the whole…
6  TL              Yep.
7  JP              And don't you know when the ending comes and we talk about
8  that I did pack up and go, and I did exactly what they said I said I should
9  have did, do you know some of them same people made comments and said oh,
10  this guy, you're not a tough guy, gangster.  You're a punk.  You ran away.
11  So, it just goes to show you that you can't please people.
12                  The story is what it is.  And I know what happened.  I
13  don't need anybody else to say I appreciate it.  I'm not saying I don't.  I
14  appreciate the people that understand and wrote me all these things, and
15  were so understanding, right?  More than I expected people to be
16  understanding, I appreciate that, I'm not saying I don't, but for myself, I
17  don't need nobody to tell me.  I know.  I lived it.  No one -- you know we
18  get in situations -- we've all been in situations in our lives, right, Tom,
19  in different forms or fashion, right.
20  TL              Yeah.  Correct.
21  JP              But the person that is in the situation we can never
22  understand and stand in that person's shoes, because we weren't in that
23  situation.  We could say well, we would have did that, we  would have did
24  this.  I would have did this, you should have did that.  What about the
25  people that are saying you obviously wasn't -- you wasn't willing to go the
26  distance.  Well, I would beg to differ.  I -- I -- I went -- I didn't go to
27  the FBI.  I went and put a pistol in my hand.  I would say I was ready to go
28  the distance.

                                15

Episode 49 I Delivered the Cookies, Former Lucchese Mobster Says


1  TL              Yes.

2  JP              I almost shot and killed a poor UPS guy.  I believe I, and

3  thank God I didn't, knock on wood.  But I think I was definitely ready to go

4  the distance, wouldn't you say that, Tom?

5  TL              Yeah, I mean you were -- I mean let's call it -- New York

6  is not a conceal and carry state.  You as an ex-felon would of -- you'd be

7  done, like you'd get another 20 years.

8  JP              What I tell you today?  Remember what I told you today?

9  Don't forget I was travelling to Penn Station with the thing every day in my

10  knapsack, passing cops, undercover cops, in Penn Station, I'm passing guys

11  in Army uniforms with machine guns.

12  TL              Jesus.

13  JP              All it takes is one search -- one search of my bag, I'm

14  done.

15  TL              Yep, yep.  And you know I know in the Southeastern areas

16  are a little more liberal, not in New York.  John, I want to-- I don't want

17  to cut you off.  I have a comment and a question, so are you done with that

18  thread -- I don't want to rush you.  Are you done with that thread, because

19  I have an important comment and question to ask you.

20  JP              Oh, no, go right ahead.

21  TL              So, my comment is, and I think why this resonated with

22  most people and drop your comments below, I think we all have a Big John in

23  our life.  I think we have a Boopsie.  I think we all have that -- that

24  female friend.  I think one time we were the Boopsie, one time we were the

25  Big John.  We're not -- you know we're…

26  JP              No.  None of us are -- listen none of us are perfect.

27  TL              Yeah, exactly.  So, that's why I think it related, because

28  we either were that person, or were hurt -- hurt by that person in their

16

Episode 49 I Delivered the Cookies, Former Lucchese Mobster Says

1  life, right.  So, my question to you, John, and this is not an easy one to
2  ask as a friend.  Do you forgive these guys?
3  JP                No, I got to be honest with you.  I -- not in the
4  beginning.
5  TL                Yeah.
6  JP                Not in the beginning, I did not.  And -- but I realized
7  that you know, we, like I said, I'm far from perfect myself.  So, to -- to
8  seek forgiveness, you know I was taught you must forgive first.
9  TL                Yeah.
10  JP                And it's not an easy -- it's not an easy thing to do, and
11  especially when you have been brought up by guys that are in that life, and
12  around that life, that kind of teach you forgive, but don't forget.  And
13  that's really not forgiving, you know what I mean.  That's not forgiving.
14  So, and I don't forget, but you know to forgive, you just have to -- to move
15  -- so what I'm trying to say is, I learned to move forward.
16                I could tell you something that -- I'm not going to say
17  who it is, but a person that knows me a very, very long time, just spoke to
18  my mother and recently watched I would assume one or a couple episodes.  And
19  they got back in touch with my mother, and said, that's not John.  John was
20  a very -- like not in the limelight kind of guy, and very private and not --
21  he didn't like to talk in front of people, he was quiet.  And to see him
22  now, you know he looks great and all of that, but he looks so calm and
23  relaxed, he's not stressed -- I was always stressed in that life, stressed,
24  and in the street.
25                And the reason I am the way I am today is because I
26  figured out and had to learn the hard way, that in order to move forward and
27  make advances in your life, and change your life, and have peace in your
28  life, and try to strive to become a better person in all aspects of your

17

Episode 49 I Delivered the Cookies, Former Lucchese Mobster Says

1 life, you have to let the past go.  You can't carry it.  And by -- by
2 letting it go, you have to forgive the people who have wronged you, because
3 if you're looking for forgiveness, for the mistakes that you have made, you
4 have to forgive people and you have to move forward.  And that's -- that's
5 my answer.
6 TL               Wow.  Do you think they could ever forgive you?
7 JP               No.
8 TL               It's not possible, right?
9 JP               No, because they're not that -- they're not -- look, I
10 don't want to say, I would hope so, but they're -- these -- these are people
11 who are not -- the first -- the first thing that I think that they would
12 need to do is take responsibility that they were wrong.  They're not going
13 to do that. There not gonna do that
14 TL               Wow.  Wow.
15 JP               And with their -- and with their -- I'm going to tell you
16 what they -- what their mentality is, because I've heard it before from --
17 they've spoken about other people.  You want to hear -- do you want me to
18 tell you what their mentality is?  See, we were right.  He was a rat.
19 That's not true.
20 TL               Yeah.  That's -- I mean…
21 JP               That's not -- that's not true.
22 TL               Yeah.  I mean it's…
23 JP               It's just you know, and I'm not trying to get around that
24 word at all.  I'm just saying that that -- that's not the case, because
25 that's why I asked my mother that question.
26 TL               Do -- do you -- so, I going to ask the tough questions
27 tonight.  So, with you, yeah, I know you're at peace.  And it's funny, but
28 not funny -- I don't want to say funny, but when we first started speaking,

18

Episode 49 I Delivered the Cookies, Former Lucchese Mobster Says

1  you could definitely tell, not that you missed the life, but you know there

2  -- there was a certain level of affection.  It was an interesting life,

3  right?  But as we talked over the last six months, I could just tell like

4  you were really over it.  Like guys you don't understand if we could switch

5  to like a philosophy, business, cooking format tomorrow, John would be the

6  first to do it.

7  JP              I would do it.

8  TL              You know, so luckily…

9  JP              I don't want -- I -- me, personally, you know I -- I don't

10  -- like I tried to talk to Tom about other things.

11  TL              Yeah.

12  JP              And I don't -- I don't want to talk about this -- this

13  life, and you know it is what it is right now, but I would rather talk about

14  business.  And I would rather talk about ideas, and different things.

15  TL              Yeah.

16  JP              you know

17  TL              But my -- but my question though, as a follow-up to the

18  statement is, are there still any demons?  Like what I mean is you were

19  around some like really serious people that were your mentors, that were

20  around the life, that have since passed, that you can no longer you know

21  converse with, or maybe some are away.

22  JP              Yeah.

23  TL              These are people that are important to you.  And I believe

24  -- I personally believe John, to be honest, that the people that know your

25  heart, and know you, maybe you broke a violation and code, but I still think

26  you know they have you back, right.  And I'm saying anybody in particular,

27  or you know pigeon hole anybody, but that's just what I think knowing

28  everything that you've told me.

19

Episode 49 I Delivered the Cookies, Former Lucchese Mobster Says

1    But does that bother you a little bit too, maybe some

2 people that you weren't able to explain this to, maybe one on one, or

3 somebody who has passed, because you know I see the comments, oh, if so and

4 so was alive today, he would -- he would have killed you himself.  And all

5 that kind of stuff.

6 JP          That's not true.  That's not true.

7 TL          You know, so how do you reconcile that?

8 JP          Because I'm going to tell you that, you know these people

9 obviously speaking about my friend Johnny Santori.

10 TL         Yeah.

11 JP         First of all, is let's backtrack, if Johnny Santori was

12 alive I wouldn't be around the Lucchese Family, right, that's one.

13 TL         Good point.

14 JP         I would be -- that's one.  So, this would have never

15 really happened.  Had this happened, and John was alive, John knows me since

16 I'm a kid, and I could just tell you that it would not have gone well for a

17 lot of people if John was alive, take it from me.  And that's a fact.

18    My mother knew John.  My mother said the same thing.  She

19 says thank God he wasn't alive, there would have been a blood bath out

20 there.  Because he would have never let anyone -- look when, Tom, there was

21 an incident years ago.  John told the -- John told Lombardozzi's brother,

22 Carmine Lombardozzi's brother to go tell a guy that was around them that was

23 in Federal Prison, right, tell that-- because there was an incident with me,

24 people came looking for me.

25    And John -- John told them, tell that guy, that if

26 anything happens to this kid, I'm going to catch Federal pinch, I'm going to

27 come and assist him to kill him.

28 TL         Oh my God.

20

Episode 49 I Delivered the Cookies, Former Lucchese Mobster Says

1  JP              You know, John -- you know people don't understand the way
2  John was.  So, imagine John in the street knowing me since I'm a kid--
3  TL              yea-
4  JP              and I go to tell him and tell him, John, you know I don't
5  know what's going on, but this is what's going on.  Guys are laying at my
6  house.  Are you kidding me?
7  TL              Yeah.
8  JP              Believe me when I tell you this whole scenario would have
9  went a lot different.  But that's just saying that -- but back, let's go
10 back to what I said before, if John was alive, I wouldn't be around these
11 guys.
12 TL              Right.
13 JP              Don't forget what John told me. John told me you're coming
14 home; you're coming with me.
15 TL              [37:45] Well, so, there's two other things that I -- I got
16 this question today from a -- from somebody I talk to who -- they followed
17 me from New Theory, and then they caught our show, they watch all the mob
18 stuff and they -- they caught our series of the nine, and now they're hooked
19 here.  And they asked me, and there's two questions he asked.  He goes why
20 didn't you go, and I know you touched on this, but if you're comfortable
21 like rehashing just a little bit, but you know didn't go to A, Joey Dee, or
22 B the Gambino's.
23 JP              You can't -- first of all, is the second part, you can't.
24 You can't go because it's none of their business.
25 TL              You can't do that, okay.  Got it.
26 JP              Another Borgata, you can't go to them.
27 TL              Got it.
28

21

Episode 49 I Delivered the Cookies, Former Lucchese Mobster Says

1   JP              I answered a couple of people about Joe DiBenedetto, I'm
2   not going to put Joey DiBenedetto's business out there, as far as his
3   relationship with his father-in-law,
4   TL              Got it
5   JP              Vic Amuso.  I'm only going to say that, and people will
6   have to read between the lines, Joey has not visited his father-in-law
7   against advice, even from myself,
8   TL              yea
9   JP              that he should go up and see -- it had nothing to do with
10  this situation, that he should go up and see his father-in-law.  He refuses
11  to go.  I know the reasons.  I'm not getting into that.
12  TL              Got it.
13  JP              But with that being said, let's not forget, on one of
14  these episodes, when I discussed the transition of the family, I was sent to
15  Joey, to go and pass a message to Vic, right, do you remember that?
16  TL              Yeah, yes.
17  JP              And what was Joey's words?  Before I could even tell him,
18  which I never got to tell him the message, he was complaining about Boopsie
19  and other guys, that were trying to come to him, to go to his father-in-law,
20  and his answer was, they'd better go through protocol, because I ain't
21  fucking getting involved in this.
22  TL              yea
23  JP              I'm not going to him.  I'm not going to visit him.  I'm
24  not getting involved.  And that was Joey's mentality.
25              Joey's mentality was as is.  Fuck them, he would have
26  said.  And don't worry about it.  Don't worry about these guys.
27  TL              Yeah.
28

22

Episode 49 I Delivered the Cookies, Former Lucchese Mobster Says

1   JP            You know nobody is going to nothing, don't worry.  And
2   that was -- he had this very blasé attitude.  This was not one of these
3   blasé situations that I was going to listen to Joey tell me --
4   TL            Correct.
5   JP            -- yeah, don't worry.  Nah, nobody's going to -- no,
6   because Joey, you know he -- he -- look he was always a good guy, and I got
7   along very good with him.  But I disagreed a lot of times with his blasé
8   position.
9   TL            Got it.
10  JP            What else -- what else happened?  I said Joey, why don't
11  you go to your father-in-law, you'll go up, you come back, he's going to
12  make you a Skipper, and move us, take me, let's start up, let's put together
13  a crew in Queens, and this way we get away from this guy Big John, because
14  he didn't like him either.
15  TL            yea
16  JP            What did he say?  No, you become the capt -- because Joey
17  had no intention of going up there.
18  TL            Yeah.
19  JP            You understand?  Joey did not, for his own reasons, and I
20  know what happened, he does not want to go to talk to Vic.  So, what do I
21  get by going to Joey, and telling Joey, do me a favor, you got -- because it
22  would only be that he could go up to his father-in-law.
23  TL            Yeah.
24  JP            So, people were, oh maybe he would have went up for that?
25  No, he would not.  Listen to me.  I know what I'm talking about.  Otherwise,
26  why didn't I do it?  I would have went to Joey.  In the very beginning, I
27  didn't even go to Joey when all this was going on.
28  TL            Yeah.

23

Episode 49 I Delivered the Cookies, Former Lucchese Mobster Says

1   JP              Because I know the way Joey is.  I know Joey's
2   personality.  He's not going to get involved.  Like I -- like I said, if
3   Joey seen somebody trying to hurt me, he's never going to let nobody try and
4   hurt -- if he's there.
5   TL              Yeah.
6   JP              But other than that, he's not taking that extra yard, and
7   going out of his way, and going to see his father -- because that's what it
8   would have took, if he would have had to go up and see him, he didn't go up
9   for his own personal reasons, he's going to go for me?
10  TL              Yeah.  Well, and there's evidence to that right.  Because
11  I don't know him, and I'm not -- guys get on me, I'm not crossing any line.
12  JP              Yep.
13  TL              But I'm just giving kind of like the business end of
14  things.  If he had his own self-interest and was able to use that channel,
15  he would use it for himself, you know what I mean?
16  JP              Absolutely.
17  TL              The underboss, and the boss, so that's how…
18  JP              Listen, he didn't want to deal -- he cursed John.  He
19  didn't want to deal with John.  He didn't -- he didn't like John, you know
20  he called John a punk plenty of times.  And I'm not saying -- I'm not saying
21  anything that other guys don't know either, that he didn't like John.
22  TL              Yeah.
23  JP              You think he wouldn't have used -- he could have used that
24  in two seconds to get away from John.  He could have -- if he didn't even
25  want to become a Skipper, he could have used that to tell his father-in-law,
26  tell him to move me.  Tell him to put me with another crew, right?
27  TL              Yeah.
28

24

Episode 49 I Delivered the Cookies, Former Lucchese Mobster Says

1    JP          He didn't have to go through no administration out on the

2    street.  He could have had his father-in-law and they would have one, two,

3    three sent a message, move my son-in-law to this guy.

4    TL          True.

5    JP          But he didn't do it.

6    TL          Yeah.  Well, the -- the -- and this is just a -- you know

7    out of the fishbowl observation that you were about protocol, like scarily.

8    Like you crossed t's, dotted i's, you were Cosa Nostra blue-blue and blue--

9    true blue.  You watched Sammy talk about Cosa Nostra, even Michael Franzese

10    and the core of it, I believe you encompassed, right?

11              But in this situation, it required a little finesse, not

12    protocol.

13    JP          Yes.  Yes.

14    TL          Do you think because you're Mr. Protocol, it kind of

15    jammed you up?

16    JP          In -- in what way?  Like I…

17    TL          So, you were like -- and again, like it's funny because

18    like -- once again, it's not funny, but when you and I broke it down on the

19    phone, or on the first part, I'm like well why didn't you go to Big John.

20    You were like, I did.  Well, why did you go to Joe Café?  Well, I did.  Why

21    didn't you go over to Patty?  I did.  Like, you followed the playbook of

22    what the rules you're supposed to do.

23    JP          I -- yes, I did try to -- I did try to -- try to figure

24    out what was going on, that and mulled it over with Johnny Sideburns, and

25    you know we tried to come up with some answer of what was -- what was the

26    problem.  You know we couldn't figure it out.  I -- I -- I didn't know what

27    the problem was.  You know I thought maybe -- you know not to say I didn't -

28

Episode 49 I Delivered the Cookies, Former Lucchese Mobster Says

1  - never did anything wrong.  But like in that life, people don't know it's
2  very tricky.
3              Like, I seen -- we were at, a matter of fact, we were at
4  Boopsie's christening for his twins.  And Anthony -- Joe Café came in.  And
5  this is a good, this is a good story for you, because you'll appreciate
6  this.  Joe Café came in.  So, I got up and I kissed him hello, and everybody
7  over there at our table, got up and kissed him hello.  Anthony was sitting
8  on the opposite side of the table, and he waved at Joe Café, like hey hello.
9  TL           OH
10 JP           Joe Café went to John, and they ripped Anthony an asshole,
11 that he didn't get up and greet Joe Café.  He made an issue over it.
12 TL           Yeah.
13 JP           But the funny thing.  So, that's -- it's just that life is
14 very, very tricky, if you have a guy that also dots his i's and crosses his
15 t's, he could trip you up.  You've got to be very careful in what you do.
16 So, not that I really made many mistakes in my life, but you could just make
17 an innocent one, but I didn't think it was that, because this was to the
18 extreme.  Where like when I went to that wake.
19 TL           Yeah.
20 JP           Something's seriously wrong.  But back to that -- back to
21 that christening party.  So, here's a Captain in the family, our family, who
22 put a beef in with our Captain about Anthony.  And they had to pull Anthony
23 to the side, I was like what's going on.
24 TL           Wow.
25 JP           Right, in the same night, watch this, in the same night, a
26 Skipper, a Captain with the Columbo's named Luca, and for the guys in
27 Brooklyn, yous are going to know who I'm talking about, right?  I loved him,
28 and here's why.  He was there.  And I didn't know that he was leaving, and I

Episode 49 I Delivered the Cookies, Former Lucchese Mobster Says

1  went over to somebody and I said, oh, where's -- where's Luca?  They said
2  oh, he just walked out.  I felt bad that he left and I didn't say goodbye to
3  him.
4  TL            Wow.
5  JP            I ran out to catch him.  Do you know what he said?  Don't
6  forget he's Joe Café's equal, right.
7  TL            Yeah.
8  JP            He says hey -- I said oh, Luca I didn't know you were
9  leaving.  He says hey jeez I got to apologize, I didn't say goodbye to you.
10 I was saying goodbye, and you were talking to somebody and I got caught up,
11 and I wind up walking -- he's apologizing to me.
12 TL            Wow.
13 JP            So, I said to myself, look at this.  Here you got one guy
14 that want to cross i's and cross t's and he didn't like the guy wave to him.
15 And you got a guy that's his equal that's apologizing to me, that he didn't
16 say goodbye to me, in the same night.
17 TL            Wow.
18 JP            So that -- that is a perfect example of that life.  And
19 that life is very, very treacherous.
20 TL            Well, so you were -- and I know this, because we
21 negotiated, you're good with sit-downs, you're good with negotiating.
22 You're better than you let up, and I think that's part of your strategy.
23 Why do you think you weren't able to navigate as well, like you did in --
24 like with sit-downs, you crushed it right.
25 JP            Because I -- yeah, I know what you're going to say.  I'm
26 not trying to cut you off, but I know the answer.  The answer is, there's a
27 lot of times in my life and I think people will relate to this.  Sometimes
28

27

Episode 49 I Delivered the Cookies, Former Lucchese Mobster Says

1    we give great advice to people right, but we don't take -- and obviously in
2    that relationship, we don't take our own advice, right.
3    TL              True.
4    JP              Some people make comments, oh he knocked Joey Amato and he
5    talked about Joey Amato.  Listen what Joey Amato did -- Joey Amato for you
6    guys that you think you're a street guys, Joe Amato is kicking himself in
7    the ass right now, and knowing he made the mistakes he made.  He made big
8    mistakes.  I gave Joey Amato advice and told him, take that thing off of her
9    car, you're going to get pinched, I told him that.
10                  So, I'm not trying to knock Joey Amato.  I liked Joey
11   Amato.  The story is what it is.  Joey Amato made bad, bad moves.  With that
12   being said, I could give Joey Amato advice.  I could go to a sit-down and
13   speak for other people.  I could have -- yes, I could have spoke for myself.
14   Who was I going to speak to?  Who was I going to?  I had people that were
15   walking away from me.  These are the people -- these are the people who I
16   was to go to.  Who was I to go to?
17   TL              Yeah.
18   JP              These are the same people that I'm trying to figure out
19   what's on their mind with me, you know what I mean.
20   TL              Yeah.
21   JP              Now, people say well why wouldn't you go to Mikey.  Do you
22   think Mikey is going to say well, here's what we have on our mind.  If that
23   was the case, why ain't they asking the bigger question.  Do you know what
24   the bigger question is?  As an acting boss, why isn't Mikey hearing these
25   things and saying let's call this guy in and let's have a conversation with
26   him.
27   TL              Yeah, I was surprised at that.
28

28

Episode 49 I Delivered the Cookies, Former Lucchese Mobster Says

1  JP                Like let's get a feel, and let's get a feel on -- we don't
2  have to talk about crimes, right, because people say oh well, they might
3  have been afraid you were wired, okay.  I can bring a guy in and talk to him
4  and not get myself indicted.
5  TL                Correct.
6  JP                I could hold a conversation.  I'll be able to tell you
7  know what's on his mind.  No one -- no one gave -- do you know in that life,
8  you have the opportunity to defend yourself verbally, right?  You can defend
9  yourself.  No one gave me that opportunity.  No one called me in.  No one
10 sat me down, and said hey, we heard this.  We're hearing this.  You know or
11 whatever it is.  No one's ever done that.  Not -- no one ever came to me.
12 TL                Well, you -- I mean again, we talk off line.  You told me
13 there were sit-downs for freaking -- somebody calling somebody's niece
14 overweight.  Like you know what I mean?
15 JP                Yeah.
16 TL                But meanwhile, this is like a life or death matter for a
17 friend, and there wasn't multiple sit-downs, that's bananas to me.
18 JP                Yeah.
19 TL                Okay.  This is going to be under the easier said than done
20 category, but I got to ask this anyway, because you know we both read
21 [00:50:09] the notes, and somebody who I talked to today, again, brought up
22 this point, that just because we're super responsive to our listeners for no
23 other reason, and I'm going to ask it anyway.  But why didn't you -- and
24 again, eight months is a long time, why didn't they -- like why didn't they
25 wait it out longer, why didn't you wait it out longer, because the trial was
26 going on…
27 JP                Okay, I see.  Let me ask you -- let me explain something,
28 wait out longer with guys laying on me?

29

Episode 49 I Delivered the Cookies, Former Lucchese Mobster Says

```
 1  TL              I guess -- I guess go on the lam…
 2  JP              I'm running around the [00:50:40] street with a pistol on
 3  me.
 4  TL              Yeah, so -- so…
 5  JP              Do I wait -- do I wait to get a bullet in my head?  Do I
 6  wait to get splattered all over the floor?
 7  TL              Oh, no, I know.  No, I know.  I guess…
 8  JP              I think -- I think eight months is a long time running
 9  around the street, trying -- by myself going to -- how about this, going to
10  meetings by myself with a pistol, by myself…
11  TL              Yeah.
12  JP              And people -- it's very easy, Tom, for people to make
13  statements…
14  TL              You're right.
15  JP              Why didn't you wait -- why didn't you wait it out for the
16  -- the case to come out, right.
17  TL              Yeah.
18  JP              Why didn't you wait it out for the case to come out and --
19  and so, okay that was two months.  How about I almost shot a UPS worker
20  before this…
21  TL              Yeah.
22  JP              What am I going to do, go kill somebody?  You know I was a
23  guy that you know now -- you want to call it paranoid or what not?  Yeah, I
24  was on high alert, ready to shoot somebody, I almost shot a UPS -- so, I'm
25  going to shoot -- maybe I wait it out another week and I shoot an innocent
26  person that comes up, not the UPS, maybe it's somebody else, get the wrong
27  address and there--
28  TL              Yeah.
```

30

Episode 49 I Delivered the Cookies, Former Lucchese Mobster Says


1    JP                Maybe a Chinese delivery guy.

2    TL                Yeah, Roy DeMeo did that, remember, yeah, back in the day.

3    JP                So, in other words, it's very easy for people to say that.

4    You know why didn't you wait it out?  By the way, another question was said

5    to me.  They said, well, who were the rats?  Well, I'm not calling the

6    person a rat, whatever it may be the case, Spinelli was a guy that was

7    running around with a wire on him, was he not?

8    TL                Yeah.

9    JP                So, you know there was somebody else that was running

10   around.  So, you know people think that I'm saying these things, oh well,

11   John -- Big John said there was two guys.  Well, who were these guys?  Well,

12   they went to trial and testified, didn't they?

13   TL                And who were it was Spinelli and who were they?

14   JP                And guess what -- guess what?  Their names were on the

15   discovery, they were [00:52:34] in 302's, they have to turn those names

16   over, where my name was not there.

17   TL                I still don't get how that wasn't instantly absolving you.

18   I still don't get that.

19   JP                What do you mean?  They -- they -- listen…

20   TL                No, what I'm saying is when your name…

21   JP                Well, Tom, we don't know that, because don't forget, they

22   did try to reach out, but at that point, there was no reaching out to me, I

23   was -- I was like disgusted.  Look -- you know -- look at all that I went

24   through.  Do you know what a humiliating, embarrassed, mental stress and --

25   and the things I went through just in that wake.  Do you know how that makes

26   somebody feel?

27   TL                Yeah.  But may -- I mean that's the thing though right,

28   like when discovery came…

31

Episode 49 I Delivered the Cookies, Former Lucchese Mobster Says

1    JP              And by the way -- by the way, Tom, I didn't tell this part
2  of the story.  There was a Bronx crew there, two of whom I was away with,
3  that were acting very shady in that wake, and basically told me, these are
4  guys that were not in any of these Long Island places.  I would know they
5  were there.  Basically said, hey we got to go out one night, you know we
6  know you go here, here and here.  And I said, wow,
7    TL              What?
8    JP              that's -- that's strange that yous know how I…  Oh, yeah,
9  we know, because it was discussed, Tom.  It was discussed,
10   TL              Jesus
11   JP              there was a lot of stuff going around that night in that
12 wake.  You know there was a lot of things that went on in that wake that
13 were not good signs to me.
14   TL              Jesus.
15   JP              And you know it's so easy for other people to try to pick
16 apart why didn't you do this?  And what about this?
17   TL              You're right.
18   JP              I did the best that I could.
19   TL              Yep.
20   JP              And I have to say that for eight months, a lot of these
21 same people, and they're never going to admit it, because they were not in
22 this circumstances wouldn't have lasted, Tom, they wouldn't have lasted.
23   TL              Yep.
24   JP              They were coming from all angles, you know.  That's not --
25 that's not an easy thing to deal with you know, it's not.
26   TL              Yeah.  Wow, all right.  Well, I think we can -- what is it
27 49, I believe we can put this to bed, in terms of moving onto the next
28 Episode 50 tomorrow as part of the 30 of 30.

                                    32

Episode 49 I Delivered the Cookies, Former Lucchese Mobster Says

1   JP              Yeah, I don't mean any -- like I -- me, personally, I know
2   Tom, you always tell me.  I think I've been very fair and open, and you want
3   to know what the bottom line is?  I'm not going to every single day have to
4   answer somebody else with another scenario, you know what my answer is?  It
5   is what it is.
6   TL              Yeah.
7   JP              I told -- this is what happened, I told you the story from
8   A to B, all right.  This is what took place.  You don't want to believe me,
9   don't believe me.  You don't want to believe what happened with the -- with
10  the glasses shaking, don't believe me.  You don't want -- you think that I
11  should have waited longer, I should have -- that's fine.  I did the best
12  that I could.  I did everything in my power not to make it come to where it
13  came to.  It was not me who put those (UI) [00:55:55], it was not me.  I
14  just wanted to -- here's the answer.  The answer is they should have shelfed
15  me, and we would have all called it a day.  I wouldn't even be here talking
16  right now, and that would be it.
17  TL              Wow.
18  JP              That's it.
19  TL              Yeah.
20  JP              Went about my merry way, and they would have went about
21  their merry way.  I would have been on the pay me no mind list, and that
22  would have been it.  That's -- that's -- that is my answer of what should
23  have happened.  So, with that being said, I know a lot of people watch, and
24  a lot of people want to make comments.  I'm no longer answering them.  I'm
25  not…
26  TL              Yeah, I agree.
27  JP              I don't have anything more to say on the subject, I don't.
28  TL              Agreed.  Agreed.

                              33

Episode 49 I Delivered the Cookies, Former Lucchese Mobster Says

1   JP              I don't -- I'm not going in scenarios and what about this?
2   Why didn't you do this?  And why didn't you do the -- you know what?  I
3   don't know why.  I did it the way I tried to do it.  I tried my best not to
4   have it come to this.  I didn't want it to come to this.  I wish today that
5   it didn't come to this.  And I know in my heart, it was not my fault that it
6   came to this.  It was not my fault.  That's my answer.
7   TL              Did you -- after yesterday's episode as I felt like a
8   little bit of shock, did you feel a little bit of relief?  Because I really
9   felt there was a certain closing of those books.
10  JP              I -- you know, yeah, it closed the books, but then you got
11  8,000 commenters and listen when I say the commenters are 90 something
12  percent, I respect what a lot of people had to say, and a lot of -- most of
13  them all had positive things to say, and I do appreciate that.  But you're
14  always going to get people, no matter what, they're always going to say
15  something, and you know the way it is.
16  TL              Yeah.
17  JP              You know, you have haters in this world, they're just
18  going to -- it doesn't matter what you say, they're just going to say
19  something and they have to throw a negative spin on it, and they're always
20  going to do that.  So, it doesn't matter.  I'm not going to deal with it,
21  and keep talking about it, and talking about it, and talking about it.  It
22  is what it is.  This is now -- I really want to put it in the past.  I tried
23  to just explain it in full, and I think I explained more than enough, I mean
24  what else could I say.  There's not much more I can add to this.
25  TL              I'm going to have a tattoo on my right arm that says No.
26  48, so nobody reaches out, I'm just going to point right to it.  Just go to
27  48.
28

34

Episode 49 I Delivered the Cookies, Former Lucchese Mobster Says

1  JP                 Yeah, because really that's what the -- you know -- just
2  you know go back and watch it, because you know they have every scenario
3  under the sun.  But it's -- it's just -- this is it; this is in the past,
4  this was what took place, whatever your opinion is, you have the right to
5  it, you know what I mean.  I'm not going to debate you on it.  You can think
6  what you want.  You didn't go through it.  I did.
7                     You know and you have the right to your opinion.
8  Everybody has the right to their opinion.  They could think I'm the worst
9  guy in the world, they could think I'm you know the best guy in the world.
10 They could think that I got screwed over.  They could think I didn't get
11 screwed over.  I should have did this.  I should have did that.  I
12 understand all that.  Everybody has the right to their opinion, wonderful.
13 Guess what?  I'm not answering it.  I'm done.  I'm done with it.  I don't
14 want to talk about it.  That's it.
15 TL                 Yep, and yep.  And I get you know, I always like to cover
16 the business angle of things.  If you were a selfish dude, you could have
17 held out, you know for books, movies…
18 JP                 Wait a minute.
19 TL                 Paid interviews
20 JP                 How about this?  How about this one?  How about going
21 around and borrowing all kinds of money?
22 TL                 Yeah, yeah.
23 JP                 Right, running away with money and you know taking people
24 for money, and you know did we tell the story, about the cookies that these
25 guys all ordered girl scout cookies from my younger daughter.  Guess what, I
26 delivered them in the middle of guys laying on me, I delivered the fucking
27 cookies.  Do you want to know why people?  So, that the mob, specifically
28

35

Episode 49 I Delivered the Cookies, Former Lucchese Mobster Says

1   the Lucchese family couldn't even say that I owed them a fucking cookie.

2   That's -- that's how I view things.

3   TL              So, you delivered the thin mints, I get it, wow.

4   JP              Delivered the cookies, as a matter of fact, Johnny

5   Sideburns sent me a text with a smiley face, that said the cookie man was

6   here, that's the truth.  So, I delivered cookies, Patty Dellorusso got a

7   whole thing.  He says what is this?  You know what is this?  I said, these

8   are the cookies.  These are the cookies.  The night I told them to put my

9   head on the table, shoot me in the head if I've done something wrong.  I

10  delivered cookies, so he had them in the trunck.

11  TL              You never told me that.  I didn't know that was that same

12  night.

13  JP              Yes.  Yes.  He had -- I told him pop your trunk.  He had a

14  black or a charcoal gray Jeep Cherokee at that time.  And I said pop the

15  trunk, he was meeting me in the restaurant, and I said pop -- pop the trunk.

16  He said what's that?  What are those boxes?  I said these are all the

17  cookies.  He just looked at me.  Because I don't -- even during all the

18  turmoil, I still did the right thing.  I always did the right thing with

19  those guys.

20  TL              Wow.  I don't think you could close it out any better than

21  that, I got to be honest with you.

22  JP              Yeah, I mean that's -- that's it.  I could close it out by

23  saying, I hope yous enjoyed your cookies, I could have threw them in the

24  garbage, I could have ate them, I could have gave them away, it was my

25  obligation to get them the cookies, they bought them from my daughter.  They

26  did me the favor, and I made sure I delivered.  And I always delivered with

27  them, not only cookies.  Anything I did in that life, I delivered with them.

28  TL              Wow.

36

Episode 49 I Delivered the Cookies, Former Lucchese Mobster Says

1  JP          You know and as we say in this world, no good deed goes
2  unpunished, that's probably my last sentence on this.
3  TL          Yeah, you're right, man.  All right.  This was 49.  I
4  think we're day 19, we're getting on the tail end of the 30 of 30.  John, as
5  always thank you.  I'm going to get this up right away.
6  JP          Thank God The 30 for 30 is over.  When's it end?
7  TL          Ten more days, and then after that, we're going to ride
8  you off into the sunset.  All right, brother, thank you so much, John.  I'll
9  get this up, and I'll talk to you soon.
10 JP          I wish everybody a good night.  I hope yous, you know --
11 maybe I seemed a little riled up, I just get a little aggravated with
12 certain things, but you know what, I had a great day today, to be honest
13 with you.  I had a great day today.  I had a very good dinner, and I'm not
14 in a bad mood actually.  I just wanted to get that off my chest, and I'm
15 going to go read a little bit, and then go relax, and get myself to bed.
16 TL          All right, John have a good night buddy.
17 JP          Ciao.
18 TL          Ciao.
19
20
21
22
23
24
25
26
27
28

                                    37

Episode 13A Rao's and the Mob in NYC
MBA and Button Man with John Pennisi

Transcript:  Episode 13A Rao's and the Mob in New York City

Participants:        (TL) TOM LAVECCHIA

                     (JP) JOHN PENNISI

Date:                March 22, 2021

(PH)            (Phonetic)

(SL)            (Sounds Like)

(TS)            (Talking Simultaneously)

(UI)            (Unintelligible)

(UM/F)          (Unidentified Male / Female)

A-1857

Episode 13A Rao's and the Mob in NYC
MBA and Button Man with John Pennisi

1   **XXXXX(00:24:34)XXXXX**

2   TL              but, we've got some big things coming up stay tuned for

3   that.  And I want touch on a recent interview you did with Gregg Jenkins?

4   JP          Gary.

5   TL          Gary Jenkins from Gangland Wire.

6   JP          Yes.

7   TL          So, make sure you check that out.  It's easy to find, and

8   we could always give a link if you ask for it.  But walk us through that

9   interview a little bit.  You shared a little bit more information that we're

10  going to still talk about here.  But give us how that interview went and

11  tell us a little bit about that.

12  JP          Yeah, I mean the interview went very good.  And he's --

13  he's a real nice guy.  And he has a nice way about him.  And he -- actually,

14  I don't think that we both knew where the interview was going.

15  TL          Yeah.

16  JP          He had what -- according to him, he had me mistaken with

17  notes from somebody else.

18  TL          Yes.

19  JP          But he had thought that I had caught some cases, and was

20  facing time, and that was the reason for the cooperation.  And then we went

21  into that whole kind of -- I left some out and saved it for us.  But anyway,

22  it was -- you know it's a very long thing.

23  TL          Yes.

24  JP          But I kind of condensed it into what took place, and it's

25  a pretty -- you know it's a pretty long story of events of how it took…

26  TL          And we're going to do our own episode just on that soon.

27  JP          Yeah, it's not just one event that took place.  It was

28  just a series of kind of a perfect storm of events if you will.  And -- and

1

Episode 13A Rao's and the Mob in NYC
MBA and Button Man with John Pennisi

1  then he -- you know, after we were done with it, he -- one of the biggest

2  revelations that I think that people appreciated, and I know I did, not

3  because it was to my benefit, but because it was someone -- I could ask you,

4  but you know Gary was an ex-law enforcement in the Organized Crime Division,

5  and all of that.

6           And one of the revelations was that -- and we've all heard

7  it we see comments, a lot of people say that oh, that must have been law

8  enforcement that was sitting on you by your house.  And oh, what did you

9  turn over law enforcement, you made a mistake.  And you got delusional.  Or

10 you're paranoid, or what have you.  When it was -- when I put it to Gary,

11 and said would law enforcement act that way?  Would they let me chase them

12 through the streets in a car chase?  And I'm ready to shoot them and

13 everything.  He said, absolutely not.  He said, we would have pulled our

14 badges out on you.  And I knew that.

15 TL            Yeah.

16 JP            And he also -- about the hat, the way they -- the one guy

17 put the hat over his face.  He says, law enforcement would have just turned

18 the other way, they wouldn't -- and you know if you approach them, they

19 would say, we don't know what you're talking about.  You know we're just

20 waiting for our friend.

21           And so, you know I picked up on that, you know.  Once

22 again, people don't want to believe it.  That's on them.

23 TL            Yeah.

24 JP            I know -- I was in the street, and I know what I seen that

25 day.  And they were laying on me.  And you know no one ever wants to admit

26 to that, but you know -- it was just good to get his perspective, because of

27 his former position with law enforcement.  And who better to give an answer

28 than him and to be honest with you, the agents themselves said the same

                                    2

Episode 13A Rao's and the Mob in NYC
MBA and Button Man with John Pennisi

1   thing.  They said, you know we wouldn't of -- we would have never let you;

2   you know carry on like that.  We would have stopped you.  And we would have

3   identified ourselves.

4   TL            Well, so just people are fairly -- very interested in why

5   you came to the other side.  So, I'm just going to recommend check out

6   Jenkins interview, Gangland Wire.  And then I believe on our initial series,

7   on the New Theory side, on Part 9.  So, if you go back, interview John

8   Pennisi, Part 9.  That's when we really get into why he flipped and it's --

9   out of all of them, I think you know on the New Theory side which was nine.

10  I think the first one and the last one.  I know stacks you're catching up,

11  but the first one, and the second shout out to Billy Stacks

12            The first one and the last one are the ones that are must

13  listen to, before we transferred it over the MBA.

14  **XXXXX(00:29:02)XXXXX**

3

Part 2  Hootie and JC Show - John Pennisi - NY Lucchese
4-13-21

Transcript:  Part 2  Hootie and JC Show - John Pennisi - NY

                     Lucchese 4-13-21

Participants:        (TL) TOM LAVECCHIA

                     (JP) JOHN PENNISI

                     (JC) JC - Host

                     (Mkali) - Host

                     (AR) Anthony Russo - Hootie


Date:           April 13th, 2021


(PH)            (Phonetic)

(SL)            (Sounds Like)

(TS)            (Talking Simultaneously)

(UI)            (Unintelligible)

(UM/F)          (Unidentified Male / Female)

A-1861

Part 2  Hootie and JC Show - John Pennisi - NY Lucchese
4-13-21

1    **XXXXX[00:03:24]XXXXX**

2    JP              Throughout history, women have created wars, and I don't

3    want to -- I hate to say this, because people think that what took place

4    with me happened over a woman.  For me, it did not.  It had nothing to do

5    with that woman.

6    MKALI           It was the morals

7    JP              I was done with her.  It was -- it was principle, right.

8    MKALI           Right.

9    JP              And -- But if you look at it, a woman took down the

10   Borgata, took down the family, and they let that happen.

11   MKALI           Right.

12   TC              Yeah, you know one of the first things that I was told

13   back in the day was, and I sent Tom a link to an interview I did on a

14   channel here in California, it's Mexican guys, friends of ours Flaco and

15   Rohodo (PH).  They -- one of the first things I was told, John, was you

16   don't tell women anything about anything about anything with us.

17                   And you know they were already like in general, you know

18   like look, you know you don't tell guys.  You don't tell anybody obviously.

19   Anybody that doesn't need to know, you know but that especially because

20   you're most vulnerable when you're laying next to one and everybody is

21   happy, you know how it is.  It's just easy to just pillow talk that stuff

22   out.  Or you know -- or you start thinking, you know she seems real nice,

23   and you know she wants to hear my problems.  Oh wow.  And that can go in a

24   lot of directions.

25   JP              Yep.

26   MKALI           My thing is (TS)…

27   TC              I talk to the next person from there and you're done, you

28   know.

1

Part 2  Hootie and JC Show - John Pennisi - NY Lucchese 4-13-21

MKALI            My saying is you never tell a woman your business.  She could end up being an eye witness.

JP               Yeah, I mean, you know they're not -- you know, it's just like they say your ex-wife's therapist is not your friend.  You know, they -- you know you don't -- you've got to be very careful with women become very vindictive.  This particular woman, this woman had said to me, but -- and I'll explain it to you, and you'll see the catch 22 I was in.

                 Now, I'm going to start making up stories and lies about you, because you don't want nothing to do with me no more, right.

TC               Right.

JP               In a text.  Who do I send that text to?  I mean who do I show that text to, my Captain, who I don't know is putting a wire out on me.  And he said, oh, well, good thing you showed me this.  And she has gone to the races with me in telling stories.  And you know -- but little did I know, I'm showing a guy, I want to show you this, because she's going to start with all these stories, and making up all these stories, and I want to put it on record with you, that I'm showing you now.  And he's telling me, good thing you showed mo, good thing you showed.

                 Meanwhile, this mother fucker -- excuse my language -- is going behind my back, putting a rat wire on me, to save his brother.  And I'm showing him something to protect myself.  Meanwhile, I'm showing the enemy who I don't know at the time something to protect myself, not knowing he's the enemy.

MKALI            Dirty Pool.

JP               Yeah.  And you know I -- you know someone said to me -- do you know how many guys, as soon as they seen the guys laying on you, at your house, would have ran to the FBI, or ran to the law enforcement.  From that day, until I finally went in, was like eight and a half months of running

2

A-1863

Part 2  Hootie and JC Show - John Pennisi - NY Lucchese 4-13-21

around, trying to handle it in the street, you know the way I knew with a
pistol by myself.  I had -- don't forget I had guys that would have went
with me, and they would have been -- you know if we wanted to we could have
turned this into a war.  I just couldn't see dragging people into something
that I didn't even understand what was happening.  I didn't even -- I
didn't -- it took me a long time to find this out.  I didn't know why
everybody was acting funny with me.

          I went to a wake with our Borgata, and it was like I had
the plague, and you don't know how that feels.  Like these are people who I
considered my brothers and they're walking away from me.  You know shaking
my hand and walking away.  And they're giving you the cold shoulder.  And
it's -- don't forget who they are either.  It was serious.  So, and they
got a surveillance picture of me coming out of that wake.

          And the -- the prosecutor, the US Attorney said that he
was looking to prepare for trial, and was looking on his laptop, and his
wife seen the picture.  And she said to him, what happened to that guy?
Because you could see it on my face.  I have the picture, right.  You could
see something's wrong, I'm very puzzled when I came out.

          And he said -- you know he explained my situation.  And
she -- so, he's telling me this story.  He says, and she said that reminds
me of the picture of your father.  And he explained what the picture was.
He said his father was misdiagnosed with cancer, but before he knew it was a
misdiagnosis, he's thinking that he has cancer, because he was told he had
cancer.

          And he's sitting on his porch and someone took a picture
of him.  There was a parade going by the father's house with elephants.  The
father was in another world, like looking into another world with his head
down.

3

Part 2  Hootie and JC Show - John Pennisi - NY Lucchese 4-13-21

1    She compared that picture of that guy thinking he was
2    dying to me because I didn't think I was dying, because I didn't know what
3    the rumor -- I didn't know what the hell was going on.  But it was so heavy
4    on my mind, that the agents happened to catch that picture of me.  And you
5    could see the picture says a thousand words of what was on my face.  I was
6    so puzzled.  I knew something was wrong, but that confirmed it when I went
7    to that wake.  And it was bad.  It was bad.
8    MKALI          How do you know that she wasn't like what happened to him?
9    It's like you're a magnet at that point.
10   JP             No, it was really bad, because you know that in that life,
11   when people are calling you a rat and saying you're an informant, you're
12   going to get yourself killed if that's true, right?  Imagine they would have
13   killed me, and then -- and then get the discovery, like you know I had a
14   little daughter at the time.  I got my other daughter who was on the show,
15   my son, you know my family, my mother, you know that's it, I'm gone.  And
16   then -- and then oh well, it was a mistake?  It was bad.
17   MKALI          I had a gentleman do that to me, was saying I was stealing
18   from friends, and I had ratted on my case, and I had -- and I was close to
19   this guy, introduced him to everybody I knew.  And eventually, I kept
20   telling him, you know what, when I see you, I'm just going to knock you out.
21   And he did -- he stayed away for two -- that's even my demeanor, I don't
22   fight.  And that was two years he stayed away from me.  And when I finally
23   seen him, I knocked him out.  And that was it.  The last time I seen him.
24   But I just wanted to make sure he kept my name out of his mouth.
25   JP             It's something that can -- can get you killed literally
26   you know.  And they were laying on me.  You know they weren't -- and they
27   -- a lot of people make comments, right.  Because you got to understand
28   something.  The mob don't ever want to be wrong, or don't want to look

4

Part 2  Hootie and JC Show - John Pennisi - NY Lucchese 4-13-21

1   wrong, or don't want to look bad, right.  So, they have to do damage

2   control.  And you know a lot people were saying, oh, this guy went in and

3   walked in for no reason, probably law enforcement.  I was on with Gary

4   Jenkins, that got the Gangland Wire podcast, right.

5   TL              Yeah.

6   JP              The guy was an ex-organized crime, he was on a division

7   (TS), well Kansas City, right?

8   TC              Yeah.

9   JP              I put that question to him, I also put it to the agents,

10  you know in New York, would yous act like that?  The guy put one guy, turned

11  his head, I got to put the baseball hat over his face.  And then I chased

12  them in the car with a pistol.  And they take off.  They says, we would have

13  identified ourselves.  He said the same thing.  We would have never let you

14  chase us in a car chase, you're thinking about throwing shots at us.  We

15  would have stopped and identified ourselves.

16              You know and -- but it is what it is.  And to be honest

17  with you, I wish it wouldn't have happened that way, because it's a terrible

18  thing to be labeled that way.  But I -- I am happy that I am no longer a

19  part of that life.  I truly am.  You know and that's just -- sometimes

20  things happen in life for reasons.

21  MKALI           I can honestly say that you're blessed to still be here.

22  JP              No I am.  And that's why you know people say, oh, you seem

23  so calm, or he don't seem like a wise guy.  Or he's -- you know listen, I

24  acted this way, I wasn't as peaceful, I was on edge, because you know in

25  that life, you're always -- your time is not your own.  You're always

26  running.  You're always -- there's always something going on, and you've got

27  to watch all the snakes.  You know, but I always carried myself this way.

28

5

Part 2  Hootie and JC Show - John Pennisi - NY Lucchese 4-13-21

1   And I've always spoke to people respectfully.  And you know I didn't talk

    out of the side of my mouth.

2

3                   And I always was this way.  But now, I can definitely say

       that you're 100 percent right.  I'm definitely blessed.  Every day is a

4

5   blessing.  And I feel very calm, and there's this peace that I have, I can't

6   explain it.  It's just -- I'm very, very peaceful, you know.

7   TC              Yeah, absolutely.

8   JP              Even with all the stress.  I deal with a lot of stress,

9   you know.  I still deal with stress.

10  **XXXXX[00:13:07]XXXXX**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6

A-1867

Episode 25 -Interview with Bobby Luisi and Paul Tanso
MIBA and Button Man with John Pennisi

Transcript:  Episode 25- Interview with Bobby Luisi and Paul

Tanso

Participants:          (TL) TOM LAVECCHIA

                       (JP) JOHN PENNISI

                       (BL) BOBBY LUISI

                       (PT) PAUL TANSO

Date:                  April 13th 2021

(PH)               (Phonetic)

(SL)               (Sounds Like)

(TS)               (Talking Simultaneously)

(UI)               (Unintelligible)

(UM/F)             (Unidentified Male / Female)

A-1868

Episode 25 -Interview with Bobby Luisi and Paul Tanso
MIBA and Button Man with John Pennisi

1   **XXXXX[00:16:08]XXXXX**

2   TL              So, there's a few different ways this can go.  I guess my

3   first question is, and it's interesting because John, at least in New York

4   and recent John saying at least as far as he knows not many made guys should

5   be dealing in coke.  Granted you weren't made back then, but did the Boston

6   gangsters that were friends or made, were they dealing or did they leave it

7   to the associates?

8               Walk us through that, because we want dispel this -- this

9   myth that the mob didn't deal in cocaine, and I think it's kind of bullshit,

10  if you ask me, but…

11  JP              No, it's -- I know there was a period of time where like

12  Johnny Gotti's whole crew, you know that's why they had Babania, they pushed

13  Junk, they made a lot of money.  The guy is in our Borgata, the certain guys

14  that made millions and millions of dollars from the Junk business.  So there

15  was definitely…

16  TL              Oh, there was a period it was allowed.

17  JP              Everybody -- no, it was never allowed, but they were just

18  doing it, you know they were doing it on the sneak, everybody.

19  TL              Got it.

20  JP              I think he'd tell you the same thing.  Everybody was

21  sneaking.

22  **XXXXX[00:17:12]XXXXX**

23

24

25  **XXXXX[00:43:24]XXXXX**

26  PT              Yeah.

27  JP              But you know, I always -- I always had my Bible, I always

28  prayed, even when I was away.  And I had told a story and it's sad because

1

A-1869

Episode 25 -Interview with Bobby Luisi and Paul Tanso
MIBA and Button Man with John Pennisi

1  you know I don't have nothing to -- we all got to answer -- we all got to

2  answer one day, you know, that right, Bobby?

3  BL              Absolutely.

4  JP              We all got to answer, right.

5  BL              Yes.

6  JP              And there came a time, and my -- this isn't about me.  So,

7  I'm just going to go to this point, a whole bunch of things happened, and

8  there came a night where my son, who was a little boy, when I went away the

9  last time, he was two years old, I come home he's 19 and driving.

10 BL              My baby, yep.

11 JP              Seventeen years later I do.

12 BL              Gabriel, yep

13 JP              And so what happens is that he tells me -- you can't do

14 this no more.  You're going -- you're going to wind up killing somebody, or

15 they're going to kill you.  Or you're going to get caught and you're going

16 to go away.  I'm running around with a pistol, and he wrote me, kind of like

17 wrote on a piece of paper, like I already did all the things we wrote, I

18 tried to do everything right.

19 BL              Yeah.

20 JP              And then he -- and never once, and I swear to you, did I

21 ever think about and you know this because you know our neighborhood, where

22 you grew up, we were all the same.  And even -- I told the agents, you --

23 you guys were our enemy, you were my enemy, you know that's what you were to

24 me, you're my enemy.

25 BL              Right, yeah.

26 JP              That's all we knew, you know.  We didn't talk to no cops,

27 we didn't -- nothing right.

28 BL              Nothing.

2

Episode 25 -Interview with Bobby Luisi and Paul Tanso
MIBA and Button Man with John Pennisi

1  JP              So, the first, the very first time that law enforcement is

2  brought into this equation and into my mind is that night that I'm speaking

3  with my son, and he's saying, well this -- this is another option.  And at

4  the end of the day, I was supposed to go -- I think that was a Thursday

5  night, and I'm supposed to go Friday the next day, to go walk in there, and

6  say hey look this is what's going on.

7              And I stay in the house Friday, Saturday, Sunday, throwing

8  up.  I'm sick to my stomach, because I can't even -- I can't -- I'm sitting

9  on the floor, you know all the way till Monday morning, right.

10 BL              Um-hmm.

11 JP              And I've told the story before.  And come Monday morning,

12 now I'm in the house the whole weekend, I was supposed to go Friday.  And

13 I'm not answering the phone for nobody.  I don't want to talk to nobody.

14 BL              Yeah.

15 JP              I can't bring myself to do it.  And Monday morning, I wake

16 up and I have it right now inside, I have my grand -- who they passed away -

17 - they passed away already, I've got my grandmother and my grandfather's

18 picture, and they were very religious, and the pictures of my saints and

19 everything else, and my rosaries, and I have everything, right.

20 BL              Yep.

21 JP              And I walk over, and I say I know we're not supposed to

22 ask for a sign, and I'm praying to my grandparents, just give me a sign that

23 what I'm -- is the right thing, and then if I don't get a sign, I just do it

24 on my own, and I just keep trying to you know run around with the pistol and

25 make the best of it, right?

26 BL              Right.

27 JP              I had dishes, you know glasses, I had a Baker's rack with

28 wine glasses, and all kinds of extra you know dishes and everything, and

3

Episode 25 -Interview with Bobby Luisi and Paul Tanso
MIBA and Button Man with John Pennisi

1  Bobby, I tell you, I had to call my mother up and make her listen to it.  It

2  was like there was an earthquake.  Not for 10 minutes, I'm talking about for

3  hours, ding, ding, ding, ding, ding, ding, ding, all the dishes, all the

4  glasses, everything was binging, like ding, ding, ding, ding, ding,.

5  BL              Yep.

6  JP              And I'll tell you something else when we're off the air --

7  when we go off right.

8  BL              Yeah.

9  JP              But I call my mother, I says you're not going to -- listen

10  to this.  She says, what is that?  I says, let me tell you -- let me tell

11  you what I did.  She says, oh my God, I hear it, like an earthquake right?

12  BL              Um-hmm.

13  JP              And I had told the story I don't know where, and I had

14  seen some comments, and people were laughing and say, my God you made up

15  that -- you made up a story -- I don't got to make that story up.  What do I

16  gain by making that up?  I'm telling you that, you know this is what -- what

17  happened to me, and something else happened.

18              When I left -- I left before all of this, and I almost

19  shot a UPS guy that came up my driveway, because you know things were going

20  on, and he came and the lights didn't turn on, and I almost shot the guy.

21  Again, my son said what are you doing?  I said, I almost shot this guy, UPS

22  guy.  And he says you got to leave.

23              So, I went to Savannah, Georgia, I didn't go to the FBI, I

24  went to Savanah, Georgia, and I tried to just move away.  And I had found in

25  Savannah, a footbridge, right, by a golf course, I was walking one day, and

26  I said wow, look how nice this is.  And I said to myself, you know

27  something, now I'm a friend standing at this footbridge.  Even this trouble

28  was going on, I still was loyal to that life.  And I said if I walk over

4

Episode 25 -Interview with Bobby Luisi and Paul Tanso
MIBA and Button Man with John Pennisi

1   that footbridge, I'm going to leave this life behind me.  I couldn't do it.

2   I couldn't walk over.

3                Until one day I was jogging.  And I had so much on my mind

4   I wind up getting out of breath and I looked up, and where I stopped was

5   right at the footbridge.  So, I walked over to the footbridge, and I wind up

6   walking over the footbridge, and I felt so different on the other side of

7   that footbridge.

8                When I stopped, I kid you not, it was a quiet day,

9   beautiful, Savannah -- in Savannah, Georgia, the sun was out, all the birds,

10   I could hear everything in tune, when I got on the other side, all the

11   birds, I see squirrels, everything else.

12   PT          Oh my God, nice.

13   JP          And it was like a sign -- that was the first sign, and

14   then the glasses and everything else happened later, because I wind up

15   coming back to New York.  So, I know -- I know when somebody says that they

16   -- something happened to them spiritually.  We have no reason to lie.  Why

17   would we lie?  Because we would have to answer for that if we lied, right?

18   BL          A normal guy -- guys like us, wouldn't even tell a story

19   like that.

20   JP          no, it, never, never.

21   BL          But you know people look at you like you're crazy.

22   JP          Yeah, yeah.

23   BL          I pursued Christ after that, because I wanted to know if I

24   was crazy.

25   JP          Yeah.

26   BL          You know, and then through my studies in theology and

27   everything, I realized what happened to me, and why it happened you know.

28

5

Episode 25 -Interview with Bobby Luisi and Paul Tanso
MIBA and Button Man with John Pennisi

1  And I realized why I had to do time, because I still committed crimes

2  against this government.

3  JP               Yeah, and I believe that too.  Like I didn't get sentenced

4  to the 17 years, I got sentenced to eight, but of course with the politics,

5  I had to -- I kept getting hit at the parole boards, and I -- I equated that

6  to -- not at that time, I was mother f'ing everybody, but looking back now,

7  you know what that is?  That's just things that you didn't caught for and

8  yet you've got to pay.  We all got to pay.

9  BL               Well, this is how you have to look at it, John, okay, you

10  sinned against the government, and you sinned against God.

11  JP               Yep.

12  BL               Even if God forgave you, you've still got this sin

13  weighing you down over here.  So, for God to use you, like he's doing now,

14  just the way that you're talking, okay, that weight had to go.

15  JP               Yes.

16  BL               But you had to go do your time.

17  JP               Yeah, you got to go through it.

18  BL               I had to do my time.  When I first one in, got arrested

19  with Joey, you know four of us up in Boston, the other seven out of Philly,

20  but you know with Joey, and I was looking at 10 to 12.  I was going to do my

21  time with no problem.  So, one of my ex-partners was in there for something

22  else, and he came to me and told me, he said Bobby, I heard there's some

23  murder indictments coming down, and you know did you talk to your lawyer

24  about it?  So, I end up reaching out to my lawyer, and then I found out,

25  that everybody was ratting on me, and they had me cold for life.

26  JP               Yep.

27  BL               And that was the sign I was looking for.  Because I was

28  going to go do my 10 to 12, that would have been a score for what I did.

6

Episode 25 -Interview with Bobby Luisi and Paul Tanso
MIBA and Button Man with John Pennisi

1 JP    Yep, sure.

2 BL    But my lawyer told me, you're never getting home.  They

3 got you cold.  And I didn't get charged with the murder on that Grand Jury,

4 because they indicted me with Joey.

5 JP    Yes.

6 BL    But the next Grand Jury, they're going to sit and indict

7 you on this one.

8 JP    Yeah, or you're going to get a superseding or something

9 like that, right?

10 BL    Well, yeah, that's what they would have did.

11 **XXXXX[00:52:29]XXXXX**

12

13

14 **XXXXX[01:02:58]XXXXX**

15 PT    No one says nothing.  I'm greeted with hugs and kisses.

16 And everybody asks for Bobby.

17 JP    Yep.

18 PT    You know we did what we did, but we also -- we helped out

19 a lot of people too, I mean there was a lot of guys that couldn't pay their

20 rent, fathers couldn't get money for their Christmas gifts for kids on

21 Christmas time.  You know…

22 JP    And it means a lot -- it means a lot to these people.

23 They don't forget things like that.

24 PT    They don't forget things like that.

25 JP    but some do, some do

26 BL    Well, you know I never believed, you know in the

27 neighborhoods, I never believed in shaking the places down.

28 PT    Never.

7

A-1875

Episode 25 -Interview with Bobby Luisi and Paul Tanso
MIBA and Button Man with John Pennisi

1  BL                  We never bothered civilians.  That was our neighborhood.
2  We were there to protect it.
3  JP                  Let me tell you something, Bobby, one time -- one time we
4  -- I went myself, obviously, they couldn't -- these guys couldn't talk they
5  were -- they were associates.  And they were associates to who -- they were
6  associates to who is now the under boss of the family.  At that time, he
7  wasn't.
8  BL                  Yes.
9  JP                  And I went and collected -- collected some money.  And I
10 gave it to them, the whole thing.  Here it is and they collect -- you know
11 they got it all.  And I said cut me in on it.  Now, you know any other wise
12 guy would have took -- would have took the money and maybe gave somebody
13 something.  And I said I want you to give your friend -- my friend, rather -
14 - give him a cut too.
15                      He had nothing to do with this, but these are his guys,
16 and they were involved in it.  And you know one of the guys turned around,
17 and he said to me, like nobody does -- no wise guy does this, like takes
18 care of everybody, and makes sure everybody eats and earns off of something,
19 they take the bulk of it, and maybe give a little bit out.
20                      And it's hurtful to me that they forgot about those -- the
21 way I was, you know they forgot that about me.  But it's easier to go
22 against one, than many.  And I understand.  I understand and you know I
23 forgive them for that, because what are they going to do?  They're going to
24 take my side?
25 BL                  No, I know that.
26 JP                  That's just nice.
27 **XXXXX[01:05:05]XXXXX**
28

8

Episode 24 Why the Italian Mob Didn't Get Involved with Weed
MIBA and Button Man with John Pennisi

Transcript:  Episode 24 Why the Italian Mob Didn't Get Involved

with Weed

Participants:        (TL) TOM LAVECCHIA

                     (JP) JOHN PENNISI

Date:                April 12th, 2021

(PH)              (Phonetic)

(SL)              (Sounds Like)

(TS)              (Talking Simultaneously)

(UI)              (Unintelligible)

(UM/F)            (Unidentified Male / Female)

A-1877

Episode 24 Why the Italian Mob Didn't Get Involved with Weed
MIBA and Button Man with John Pennisi

1    **XXXXX[00:12:54]XXXXX**

2    JP              No, I just want to say something that you know I have --

3    so, I have an imbalance, right, I have a chemical imbalance, and I lack --

4    my serotonin levels are low.  So, I -- I -- it was always suggested to me

5    that I take some kind of medication, especially when I was in prison.  And I

6    refused to do it, because I didn't want anyone to talk about me.  And I

7    didn't want to be looked at as -- it's looked at as a weakness, right?

8    TL              Yeah.

9    JP              And I eventually -- I eventually went, and I think they

10   had me on Pax -- I don't -- today -- ever since I came home I never

11   continued with it.  But maybe I should.  But when I went, I remember my

12   father telling me something.  He came up to visit me, and I was all

13   depressed, because I had to take medicine, and I didn't want to take it.

14   And he said to me, he said, you see all these guys in here, he says, what

15   are they doing?  They're doing heroine, they're smoking pot, they're doing

16   this.  They smoke cigarettes.  You're not a cigarette smoker, you're not a

17   heroine addict, you know you're not doing these things.  They have -- that

18   is their -- like kind of their out of dealing with the stress of being…

19   TL              It's their crutch.

20   JP              You did nine years, because at the time I had nine in,

21   with nothing.  He says, so when you think that people are going to look at

22   you, that you're weak or that your mind is weak, I've got news for you.

23   Your mind is so much stronger than -- than their minds.  Because look at

24   what you did for nine years.  You did it with nothing.  And you know

25   everybody goes through their own things, and you know it's just you know as

26   we get -- as we age, I think, as Tom just said, and yourself, that we see

27   things differently, you know.  And you're not -- you kind of have -- you

28   look back at your life a lot differently, right.  We looked at it then in a

1

Episode 24 Why the Italian Mob Didn't Get Involved with Weed
MIBA and Button Man with John Pennisi

1  different way than we look at it now.  And that comes with, I think age and

2  maturity.

3  TL                Maturity, yeah.

4  **XXXXX[00:15:02]XXXXX**

Part 2 Sit Down with a Former Made Mafia Member, (feat. John Pennisi)
11-29-2020

1

2

3

4

5    Transcript:   Part 2 Sit Down with a Former Made Mafia Member,

6                       (feat. John Pennisi)

7    Participants:        (TL) Tom La Vecchio

8

9                         (JP) John Pennisi

10   Date:            11-29-2020

11

12

13

14

15

16

17   (PH)              (Phonetic)

18   (SL)              (Sounds Like)

19   (TS)              (Talking Simultaneously)

20   (UI)              (Unintelligible)

21   (UM/F)            (Unidentified Male / Female)

22

23

24

25

26

27

28

A-1880

Part 2 Sit Down with a Former Made Mafia Member, (feat. John Pennisi)
11-29-2020

1  TL                Hello.  Tom La Vecchia here with the second part of an

2  important series, Sit Down With a Former Made Member of the Italian Mafia

3  with John Pennisi.  I'm going to introduce him in a second.  If you missed

4  the first one, I'll put a link below.  We took from John's beginning,

5  growing up in Howard Beach, Ozone Park area in Queens and brought it all the

6  way to his making ceremony.

7                We don't want to have John repeat, because John is on a

8  limited time crunch; and number two, for obvious reasons John is not going

9  to show his face.  So, we have a lot of questions for him, a lot of

10 questions came in.  And we have a lot to do on the second part of the sit

11 down with John Pennisi.  John Pennisi welcome back to the New Theory

12 Podcast.  How are you doing today?

13 JP                All right, Tom.  How are you?

14 TL                I'm well, thank you.  Okay, so we talked about the

15 ceremony, and I asked you know what type of experience it was.  Walk us

16 through when you woke up the next day, and the next few weeks, you know,

17 what it felt like, and how it affected your life being a made member in the

18 Italian Mafia in New York City.

19 JP                Um, I -- I think that I -- waking up the next day, it was

20 just like another day.  And you would think that -- I looking back, I always

21 thought that it would be a lot more -- meant a lot more than what it was to

22 me, at that point.  And not that it -- not that it was insignificant.  It

23 was very significant.  But it -- it -- when I started to really -- when it

24 sank in of, you know, the position I now held -- I now held, was -- was by

25 people.

26                And it was the respect that people now gave you.  And you

27 know you start to notice these things.  Like for instance, if you were in a

28 restaurant and at a table, and you got up to use the restroom, you know,

1

A-1881

Part 2 Sit Down with a Former Made Mafia Member, (feat. John Pennisi)
11-29-2020

1  somebody at that table, when you're not in earshot, is going to say, oh by

2  the way, this is so and so.  You know, he's this, that and the other.  And

3  when you come back to that table, you just notice that people are treating

4  you a lot -- being a lot more nicer to you.  You know, so -- so it was

5  things like that, or you know, when we were out drinking, you know, more

6  drinks were coming my way.  And people were buying you things.  I don't want

7  to use the word, ass-kissing.  You know, I don't want to insult anybody, but

8  you know, people just tried to, you know, get closer to you, and -- and be

9  more friendlier to you, and show you that much more respect.

10            So, in that sense, that's how I seen and felt that things

11 were different.

12 TL            Now, the -- the core of it, though, especially like in

13 2013, where we're at in this discussion, is like the Mob got smart, post

14 John Gotti, and got like real secretive, right?

15 JP            Correct

16 TL            And we'll talk a little bit about how the F.B.I didn't

17 know who you were, which is amazing.  So, it's supposed to be a secret

18 society.

19 JP            Right.

20 TL            So, is -- is, like for example, is it the other people

21 that are made members, hey know you're new, so you got passed around?  Or is

22 it like -- kind of like, it gets around, and then you go to your grocer,

23 hey, here's for you, like the movie, like here's some groceries, here's some

24 dinner?

25 JP            No.

26 TL            Outsiders versus insiders.

27 JP            No, well just -- let me just say there was one other thing

28 -- I'll answer that, but I just want to say one thing.  I was taught -- and

2

Part 2 Sit Down with a Former Made Mafia Member, (feat. John Pennisi)
11-29-2020

1  then also, learned, but was mainly taught that -- and it goes -- I think

2  this applies to anything in life.  The more successful and that goes to

3  obviously a legit life -- but in that life, the more that you have power,

4  which would be versus an associate, versus a guy, you know, a friend.

5  TL            Yeah.

6  JP            And as we said, we know what a friend means.  We discussed

7  it in the last interview.  I felt that that's the more you should humble

8  yourself.  And that's the right way to carry yourself in that -- in that

9  life, is that you really should humble yourself more, because you also have

10  the advantage over people.  And so that's -- I just wanted to say that.

11            What you -- what you just -- the question you just asked

12  was there was a time and I'll just talk about inside, I was a friend

13  already, all right.  So, I was already inducted, and I had a couple of

14  meetings, and it wasn't no official meeting.  It was in Staten Island, and I

15  had sat down, and you know -- not a sit-down, I had sat down and had

16  conversations with Dom Truscello and if anybody don't know who Dom is, or

17  was, he passed away was a Caporegime in our borgata, our family, right?

18            And Dom did not know who I was.  He talked to me, he knew

19  -- he probably in his mind thought I was around John or somebody from that

20  crew, but never knew that I was -- I was a friend.  And I had talked to him

21  for a couple hours one day, and then maybe you know an hour or two the next

22  day, or whatever it was, we spoke a couple of times.  Well, when I -- I

23  don't -- I think it was John, I don't remember who it was who introduced me

24  -- formally introduced me, and I could see the look on his face.

25  TL            Yeah.

26  JP            And it was one of surprise, but it was one of respect,

27  because he knew that I didn't -- I never, ever let on to him who I was.

28  TL            Oh wow, sure.

3

Part 2 Sit Down with a Former Made Mafia Member, (feat. John Pennisi)
11-29-2020

1  JP                And that's very, very important.  And because like I've

2  said previously, there are guys who want to run around, and get introduced

3  to everybody and let everyone know, hey this is who I am.  And it is not the

4  way to do things.  So, that's part of being humble.

5                As far as the people outside of that life.  People talk,

6  you know, and it's unfortunate, and it does more damage to you in that life,

7  if people know who you are.  As you say, secret society, it's best that they

8  don't, because years ago, you did not meet another member, especially from

9  another family, unless there was a problem, or you had to, or it was 100

10  percent necessary that you had to meet them, or you had a sit-down with

11  them.

12                You didn't -- they kept that very secretive and as you

13  know the West Side, which you told your viewers, that the West Side is the

14  Genovese family.  They practice this present day.  They don't -- they try to

15  keep that you know going to this day, to try to keep this the way it's

16  supposed to be.

17                Unfortunately, women know who -- if a guy got straightened

18  out last Friday, on Tuesday, the women are talking to their girlfriends, and

19  oh yeah -- you know, that's insanity, total insanity.  And you want to know

20  why?  It doesn't come from the women.  It comes from a guy, right?  So, that

21  comes from another friend going and opening his mouth to a woman.

22                I had -- I had someone I was dating, and I'll tell you who

23  it came from, I just did an article in my blog on him, Joey Amato who is a

24  Caporegime with the -- with the Columbo family told his girl, told the girl

25  I was dating, oh he said that -- she told me that Joey told her that you're

26  new like within the last five years.  My mouth hung to the floor.  Like that

27  kind of -- that kind of gossip between people that are in that life, and

28  women are no good.

4

A-1884

Part 2 Sit Down with a Former Made Mafia Member, (feat. John Pennisi)
11-29-2020

1    And that's what causes -- it's just what happens.  That's

2  why they say washwoman, right?

3  TL         Yeah.

4  JP         That gets around.  And eventually it's going to get to

5  somebody, and I had heard that it got to somebody, and right now at the

6  moment, I can't mention his name.  But it got to somebody in Staten Island,

7  who is -- who is secretly cooperating with the government, and that's the

8  first time the government has heard my name.  It comes from this person.

9  Where do you think that guy got it from?  A woman.  And this is why it's so

10  bad.

11    So, it goes to what you were saying that as far as keeping

12  things the way it is meant to be, and the way it was created, right -- this

13  was created to be a secret society, right?

14  TL         Correct.

15  JP         And it's the people who don't want to keep it secret and

16  want people to know outside of that life who we are, or who they are is what

17  ruins it.  And an example of that is Big John.

18  TL         Castelucci 00:09:07.

19  JP         Yes.  And I could just -- I could go on and give you ten

20  podcasts on him, but just to give you a quick example.  There were times --

21  number one is, I -- I tried over and over again to tell him not to have us

22  meet at that cigar lounge.  Why?  You're giving the government and the FBI,

23  a treasure trove of information and photographs of us, by us meeting there,

24  right?

25    Because those photographs, just like the wakes, and I was

26  -- I was an advocate against going to wakes, which the Gambinos, because now

27  you have the other side, which is the Sicilian faction practice that to this

28  day.  They stopped going to wakes.  And the reason being is they're not only

Part 2 Sit Down with a Former Made Mafia Member, (feat. John Pennisi)
11-29-2020

1  getting surveillance pictures, what else is the government getting?

2  Structure.  They're able to tell from the pictures and watching who is

3  pulling up with who.  Who is showing respect to who?  Who is going over to

4  who?  They're showing structure.  They're able to form and get an idea of

5  structure from pictures.  So, we're doing damage to ourselves.  Back to

6  John.

7  TL              Yeah.

8  JP              There was a Halloween party, and we're in this strip mall

9  that the cigar lounge is in, is a restaurant called Zio Toto, right.  And

10 it's a Gambino-related restaurant.  But we stood in there the most, because

11 our place was right there.  And he had told me, oh, you got to come back

12 tomorrow night.  They're having a Halloween party, a lot of broads.  They

13 used to kid around and call me bait.

14              Not my nickname because I would -- and I'm not again

15 trying to pat myself on the back, anybody that's listening that knew this --

16 knows this, that when I would come, a lot of women would come over -- come

17 over.  And he used to say, come on bait, we got to get you over here.

18              And -- and so, I was shocked, because when I did -- I did

19 go, and he says, you got to come, you got to come.  And I went the next

20 night, where do you think John put his tables?  Where I thought -- first of

21 all, we shouldn't have been there, but where -- what would have been

22 appropriate would have been in the back of the restaurant, right.

23              He put the tables right in front of the bar that was four

24 deep at the bar, and there had to be about 60, 70 people in front of that

25 bar, to put us on -- on display as we're the wise guys here.  And a lot of

26 guys like that kind of attention, and yes, you have guys coming over --

27 there were so many drinks being brought to us, we couldn't even keep up the

28 drink with them, obviously.  We had to turn drinks away.

6

A-1886

Part 2 Sit Down with a Former Made Mafia Member, (feat. John Pennisi)
11-29-2020

1    But the women, you know because that -- you know in Staten
2  Island and no knock to the Staten Island women, I'm not trying to categorize
3  all of them, but a lot of them are into that kind of lifestyle, and into
4  these type of guys.  And they love it.  And they love it…
5  TL              They [inaudible 00:12:13].
6  JP              And you know, so yes, we were like on display, but I felt
7  so -- I felt uncomfortable.  And I don't know about -- I can't speak for
8  anybody -- any of the other guys in the crew.  But I just don't think that
9  we should have been out there like that.  And that's just an example of you
10  know showing civilians as we called anybody outside of that life.  They use
11  the term, sucker.  And they would call the working man a sucker.
12              I never used that term, because I never considered
13  somebody who gets up and puts boots or pants on to go to work every morning
14  a sucker.  I just never used that term.  That is -- that is a mob term of
15  what they would call a guy that is not in that life that goes to work, they
16  call them a sucker.
17  TL              Interesting.  Now, what's -- I'm going to sidetrack for a
18  second, it's more out of curiosity.  Now You're at dinner with Big John.
19  JP              Correct.
20  TL              He's a character.  Let's just -- for the sake of argument,
21  you're with five of the crew that are made men, they have three or four
22  associates, right?  You're all making relatively around the same amount of
23  money.  You got to Zio Toto, obviously, you're going to pay your bill
24  because it's another guy's place.  You guys aren't -- you know you're not
25  doing it to walk out on places, right?  You even said that, if anything…
26  JP              No, no, no.
27  TL              You have to be even more respectful, right.  So, the bill
28  comes $1,500, two Gs, who pays the bill?

7

Part 2 Sit Down with a Former Made Mafia Member, (feat. John Pennisi)
11-29-2020

1   JP              Okay.  I'm going to tell you who should have paid the

2   bill, and you know the answer right?  So, John should have paid the bill.

3   TL              Right.

4   JP              And there's another whole story, but I don't want to jump

5   ahead of where we're at…

6   TL              No, no, that -- A what's protocol, and B to share the

7   story.  This is your time, John.

8   JP              Well, no.  Well -- well, look as everyone who kind of

9   knows the history, we have changed administrations at some point, so I don't

10  want to jump ahead of that.

11  TL              Okay, yeah.

12  JP              So, when the new administration is in, John starts acting

13  the way he should act, but that's then.  But going back further to the night

14  in question, or any other night, John would do like everybody chipped in and

15  paid the bill, or one of us would grab it, but it never be him.  And that

16  was his place, because as you say, we basically all made the same money.

17  That's not true.

18              Everybody was on different levels as far as money-making.

19  And obviously, John making the most.  So, he should have grabbed the checks,

20  not that he hasn't at times.  But you know for the most part, he would --

21  you know they would go to somebody and say you know start collecting some

22  money, and let's pay this tab.  Or we would say hey, what's the -- we would

23  see a check coming, we would walk over that way, and start throwing money

24  in.  And it's not really what we should be doing.  Somebody should pick it

25  up.  That's the way it would go.  And we always said if you're going to pay

26  the tab, pay -- pay -- pay the tip too.

27  TL              Yeah.  Yeah.

28

8

A-1888

Part 2 Sit Down with a Former Made Mafia Member, (feat. John Pennisi)
11-29-2020

1  JP                Don't say I'll grab the check; you guys get the tip.  It
2  just wasn't something that we did.
3  TL                Got it.  Now, a really important part of this part two is,
4  I want to get a feel for -- and I listened to you know John Alite was years
5  ago, he was making some real money, and I know John has a little controversy
6  with that.  I believe he was somewhat relatively honest about what he made.
7  Michael Franzese, so there are some people that inflated it, huge numbers.
8  JP                Yes.
9  TL                You know interesting enough is  Gene shared numbers and he
10  was honest.  He wasn't a big money earner.
11  JP                Yes.
12  TL                And I'm not knocking him, because -- so I want to give a
13  quick context and then we'll jump back to the question is, and me being an
14  Italian American guy, you know I went to school, I have a Master's Degree.
15  I make okay money, and growing up to me, the gangsters were -- I think there
16  was two kinds.  I think one you had like you know people that stayed in
17  Elizabeth or Newark, kind of made it to the lower level.
18  JP                Yes.
19  TL                And like maybe drug dealers or whatever and like kind of -
20  - kind of dirt bags to be honest.  Or you kind of had oh, this Uncle is a
21  Mafioso and he's living in like a retarded house,  big [inaudible 00:16:01],
22  you know what I mean?
23  JP                Yeah.
24  TL                Like -- almost like is so wealthy that it was like fully -
25  - like drug money -- drug money.
26  JP                Yeah.
27
28

9

Part 2 Sit Down with a Former Made Mafia Member, (feat. John Pennisi)
11-29-2020

1   TL              And I think you know like any other business, I think

2   there was a dichotomy but -- but what I'm saying is like as the newer stuff

3   comes about, and this is not a knock on anybody.

4   JP              Right.

5   TL              But like Bengie -- not Bengie, there's a guy named Kenji

6   Gallo, and I was a little unimpressed by him to be honest with you, but with

7   -- with Gene, and with what's his name, John Rubio, he was saying the Feds

8   were giving me $15,000 a month cash.  And I'm not…

9   JP              Really?

10  TL              I'm going to sound -- yeah, I'm going to sound, because

11  I'm just going to be transparent, like I do okay, right.  And for me, as an

12  Italian American growing up, and me being peripheral to that life, if I'm

13  going to risk my life, if I'm going to risk my wife's life, my kids' life,

14  like it better be like real money, because the ends have to justify the

15  means.  I'm not justifying that life.  I'm not justifying the killing.  I'm

16  just saying as an Italian American guy from New Jersey, 15K a month is not

17  enough for me to dodge vans outside.

18              Now, John, I don't know what you made I am not knocking if

19  you made more or less 00:17:10], that's why we're asking.  But I'm just

20  saying like what I'm getting at is, like I'm trying to grasp what the money

21  situation was like.  So, walk us through kind of before, right before the

22  button -- what you were making, your revenue streams if you will.  And then

23  what happened after and give us if you could as specific as you can in terms

24  of dollars.

25  JP              It's -- well, so here's the thing, is that what you were

26  talking about, about seeing people in big houses, and there was a lot more

27  money to be made years ago.

28  TL              Agreed

10

Part 2 Sit Down with a Former Made Mafia Member, (feat. John Pennisi)
11-29-2020

1   JP              So, I personally know for a fact that Michael Franzese was

2   making big, big major money.  There was no doubt about it.  And coming from

3   my neighborhood, John -- Johnny Alite was also making big money.  And you

4   know I don't know about -- I don't know the numbers, but these guys were

5   making money, because you got to remember times were different back then.

6   TL              Correct.

7   JP              It was a big different era, to make that kind of money.

8   Where our borgata, we -- we were heavily into also the construction

9   industry, unions, that all changed as we talked on the side.  That all

10  changed with the government put overseers in these unions.  And there was

11  not a lot of that kind of money going around.  The drug business was booming

12  years ago.  And a lot of guys made a lot of money.  A lot of guys in our

13  family made big money from years ago.

14  TL              Yeah.

15  JP              And they had you know millions and millions of dollars.

16  And it came from you know the -- back in the days of Harlem was you know

17  blowing up in the drug business.

18  TL              Yeah.

19  JP              And a lot of guys are ex-junk pushers as they -- as they

20  would call them right.  But for ourselves in my time, you know what I've

21  witnessed is a lot of wise guys chasing the same dollar.  And chasing each

22  other and also trying to cut each other's throat for that dollar.  And so,

23  you know one thing is yes, you're always going to have, like I mentioned

24  gambling, and I've told you, I was not a big money-maker in the gambling

25  business.  I got by.  I wasn't -- it was more like pocket money and going

26  out money, but it wasn't nothing significant.

27  TL              Okay.

28

                                    11

Part 2 Sit Down with a Former Made Mafia Member, (feat. John Pennisi)
11-29-2020

1    JP               I could have probably built it up, but I just -- I don't

2    like chasing people for money.  And I just -- it's just something I didn't

3    want to get involved in, so I kind of phased myself out.  The same -- on the

4    same token with the -- with loan sharking, it is -- it can be very

5    profitable, but there are a lot of headaches that come along with that

6    business.  I did make money in that business.  And it was kind of like a

7    salary every week.  It just was a lot -- it was more trouble than it was

8    worth, you know it was a lot of trouble, that business.

9                     I've never had trouble getting my money, I did, but it was

10   just -- just chasing your money.

11   TL               Got it.

12   JP               But one of the biggest earns or scores as we would say is

13   when you have these legitimate business guys, and there's a business deal

14   going wrong where one person beats another business out of money.  And as a

15   last resort, as I told you, they -- as a last resort, what do they do?  They

16   want to go, and we would call it rent a wise guy.  Now, you want to rent a

17   wise guy for the day and go to him, and say hey, X, Y, and Z owes me this

18   kind of money.  And can you go collect it for me.

19                    And now we would come in and a lot of people put a

20   percentage of what they want.  I had my own set of rules, when it came to

21   this.  If we are collecting your money, and you had zero, we'll tell you

22   what you're getting.  We're going to take what we want, and we're going to

23   tell you what you're getting because what we give you beats zero, you know.

24   And a lot of guys would try that.  They knew from past experience of other

25   people, oh well, you know I'll give you so much, you're not going to dictate

26   to me what you're going to give me, because I'm going to get your money.  I

27   put myself on the line, because you never know what you're going to run

28   into.

12

Part 2 Sit Down with a Former Made Mafia Member, (feat. John Pennisi)
11-29-2020

1      And you have one shot, the way I did it, you have one shot

2  at getting this done.  I don't return a second time.  Other guys and friends

3  of ours have.  I believe on that second trip; you're opening yourself up to

4  all kinds of things that could happen.  One, being the whole place could be

5  wired up.  They could be filming you.  He could be -- I just never went back

6  a second time.  I don't care what kind of money was involved.

7      But that kind of money was really our big earn back then,

8  and probably still to this day, because it was an easy one for us.  It was -

9  - we would go in, and there is one story where a guy that had a -- he was a

10  supplier of the construction business, so he was like one of the suppliers.

11  And he owed another company, or somebody owed him rather, sorry -- they owed

12  him about $105,000, $104,000 whatever it was.  And we were going to collect

13  it.

14      And it was Johnny Sideburns, it was Spanky who is Big

15  John's brother, and I took a guy with me, that was with me, and myself, and

16  we -- now, we went to a concrete firm, like you know where they -- where

17  they pushing out (00:23:04) concrete trucks, and so we get there early in

18  the morning, like five something in the morning, it's pitch dark.  And we go

19  in I think it was Spanky's car, it was an Audi, and now you have -- at that

20  time in the morning, you have all the workers and they're preparing for the

21  day.  And here comes this car filled with guys at five something in the

22  morning.  Everybody's looking, and we don't know our way around this -- this

23  yard.

24  TL      Yeah.

25  JP      This concrete plant.  And they're all looking, and we wind

26  up figuring out where the office is.  And the office is dark, and all of a

27  sudden, someone opens up the door.  So, I said, let me get out of the car, I

28

13

Part 2 Sit Down with a Former Made Mafia Member, (feat. John Pennisi)
11-29-2020

1  went by myself.  And you know the motion light comes on, and I see it's a

2  guy.

3                    And we were there asking for a guy named Mike.  So, I

4  walked over, now the guy's stopped, because he sees me walking, and he

5  probably can't even see me too good, because the darkness is behind me.

6  TL              Yeah.

7  JP              And I said, are you Mike?  And he said, no, Mike's my

8  father.  So, what am I going to tell this kid?  So, I said, all right, what

9  time's your father get in.  He says he'll be in an about an hour.  I said,

10  tell him we'll be back.  That's all I said.  I never made a threat.

11                    I got back in the car, I told them let's get the hell out

12  of here, and we went to a diner, went to go eat.  And I says, you know,

13  that's it.  I'm not going back.  The guy was -- you know, looked like a deer

14  caught in the headlights when he was looking at me.  And by, at least, I

15  think it was by -- so, this is like you know, we're in the diner, maybe it's

16  like six something in the morning, by 9:30 or 10 o'clock, I got a call to

17  meet with somebody and I met.

18                    And he said, you're never going to believe this.  The guy

19  called me up, and the father, Mike, went and -- went over, paid the guy

20  $105,000.

21  TL              Jesus Christ.

22  JP              Yeah.

23  TL              So, hold on, so then what was your cut?

24  JP              Well, they kind of screwed me out of this.  They kind of

25  screwed me, I only got about two, three thousand dollars out of that, and

26  it's because it wasn't my thing.  I think Spanky and Johnny Sideburns took

27  the bulk of the money, and then had the balls, and I'll say balls, to turn

28  around and tell me that the guy that we -- because I had went to them and

14

Part 2 Sit Down with a Former Made Mafia Member, (feat. John Pennisi)
11-29-2020

1  said what's going on with the rest of this money.  And he's collecting this

2  money from this guy.  And they said, oh, Johnny Sideburns told me, you're

3  not going to believe this.  I said, what.  He says, the guy we collected the

4  money for, we found that that he wears -- he's wearing a wire.

5              So, when he said it, I knew they were full of shit, that

6  they glammed the money, because don't forget I was very new at this time.

7  Like when…

8  TL           Were you made yet?

9  JP           Months new -- yes.  And I was like months new into -- into

10 that life -- not into that life, but as a friend.  And I knew right away

11 that they bullshitted me to try to say, oh, we can't go get no more money

12 from him, because he -- we found out he's wearing a wire.  And there was no

13 worry whatsoever.  I said, so we're getting pinched, you know that right?

14 TL           Yeah.

15 JP           And well, you know, but they didn't seem too worried about

16 it, so I knew what…

17 TL           I have two questions, John.

18 JP           Yes.

19 TL           And I didn't to interrupt, but two questions.  The first

20 is, you know that I'm super-fascinated by this work.  Do you know what gross

21 percentage, commission, the Mob took?  Was it 30 percent, 20 percent, 50 --

22 like what was it…

23 JP           On what?

24 TL           Like the 105 -- the $105,000, what was a rough commission

25 gross take in.

26 JP           Some people would take 10, 15 percent.  I mean I…

27 TL           Okay.

28

15

A-1895

Part 2 Sit Down with a Former Made Mafia Member, (feat. John Pennisi)
11-29-2020

1  JP              I believed in taking half, if the -- listen, you got to

2  understand you know Tom, you know we are exposing ourselves and putting

3  ourselves out there.  What -- you know there was somebody which John Gotti

4  one time went in to shake a place down.  The guy shot him and killed him,

5  you know, years ago, what -- it was Anthony Mosca.  So, you know he was a

6  friend.  You know, you're exposing yourself to all kinds of -- of things

7  that can go wrong.

8  TL              True.

9  JP              So, you know like you just said earlier, right, I'm not

10 going to put myself and my life out there, the same thing.  I'm putting my -

11 - I'm putting my freedom, my life on the line.

12 TL              So, good point.  So, I get the percentages vary, it could

13 be half, it could be whatever it is.

14 JP              It can, but some guys try to keep it to 10 percent.  If

15 you're collecting money for somebody like in the borgata, and you're going

16 to get money that's going to somebody, I think it's seven percent.  It comes

17 off the top and goes to you, for going and getting it.  There's all

18 different you know of percentages for different things.

19 TL              Got it.  Okay.  So, I was taking some notes.  So, you had

20 some gambling, loan sharking, the occasional collections, that kind of

21 stuff.  What was -- what was your -- what was your main source of income

22 back then?

23 JP              Well, it was the -- I would say the loan sharking.

24 TL              Okay.

25 JP              It was loan sharking, and you know like I said, it was --

26 I could have -- I'll just give you an example.  I used to stay in a

27 restaurant out in Long Island.

28 TL              Right.

A-1896

Part 2 Sit Down with a Former Made Mafia Member, (feat. John Pennisi)
11-29-2020

1   JP              And the guy had the restaurant for 30 something years.

2   And I started noticing that he kept coming to me with potential customers,

3   and I kept turning him down, and here's why.  One day, after about 10

4   different times, and I know he wasn't trying to set me up, but I said to

5   him, let ask you a question.  How long have you had this place?  He said,

6   ah, 30 -- he was from the other side.  He said about 30 -- I don't know, 35

7   years, whatever it was, it was over 30 years.

8               I said, in that time, before I started coming here, how

9   many people came in your place and asked you for money, to borrow money?

10  Nobody.  I said and that's exactly why I'm not lending them money.  I'm

11  going to tell you why.  I believe they're being sent here and sent to me.

12  And now had I been greedy -- anybody else in our crew or in our borgata or

13  anybody, and anybody listening knows this to be a fact, that can make money,

14  and get -- lend somebody money to put more money out there and put more

15  money in their pocket would do it.

16              And I didn't.  So, I could have made a lot more money if I

17  went for these easy scores, but I just felt I was protecting myself.

18  TL              Got it.  Now, -- now, roughly what were you making a week,

19  cash, now obviously you probably have some legal stuff going, that's your

20  business, but the illegal stuff, mob-related stuff, what kind of revenue

21  were you make a week or month, roughly.

22  JP              Oh, you got to remember, it varied.  So, if you made you

23  know in -- in reality if I made $1,500 to $2,000 or whatever a week, and

24  then it would vary also what if you're pulling something in, if you're

25  taking -- if you're putting more out, it would fluctuate.  So, if someone --

26  if you called in -- you could call -- you would call -- you could also call

27  money in, if there's an issue.

28  TL              Yeah.

17

Part 2 Sit Down with a Former Made Mafia Member, (feat. John Pennisi)
11-29-2020

1   JP              And then you would be losing that, or you know -- it just

2   varied.  There was a time when I had -- someone had about $15,000 of my

3   money, and they went and reached out to a very wealthy Caporegime in our

4   borgata and he was from -- he's from the other side, and done time on the

5   other side, and was very, very big in the junk business, very wealthy.  And

6   he had called to meet with me, and I knew what it was about, because I was

7   putting pressure on this guy, because this guy was playing games.

8   TL              Yeah.

9   JP              And I knew the connection there, but what I did -- and

10  here's something that no one does.  Whenever you're sitting down with

11  somebody and this goes for business too, and it's not -- when I use this

12  expression, it's not that these people were my enemies, know thy enemy.

13  Know who is sitting across from you.

14  TL              Yeah.

15  JP              And these people were not my enemies.  These people were

16  my -- my brothers, right.  And -- and but you need to do your homework.  You

17  need to do your homework.  And a lot of guys walk into sit-downs unprepared,

18  and they lose.  I have never lost one, just so you know for the record.  And

19  the reason being is that you have to know what -- because civilians or guys

20  that are with you will lie to get you to help them, and you're going in on

21  the blind.  And if somebody's prepared on the other end, and they know that

22  lie, you're -- you're -- you are fucked, because -- excuse me language, but

23  you're losing that.

24              So, anyway, I had done my homework, and I come to find out

25  okay, he wants to meet with me.  I know it's about this guy.  I need to find

26  out is the guy with him.  And I find out that the guy is not with him.  He's

27  with the Bonannos, so around somebody with the Bonannos.  So, -- which in

28

18

Part 2 Sit Down with a Former Made Mafia Member, (feat. John Pennisi)
11-29-2020

1  the street they call them Bananas.  I always called them Bonannos.  I don't
2  know why they call them Bananas.
3              But anyway, so when I got meet with this guy who is a
4  multi-millionaire ten times over, right.  And he is a Skipper in our family.
5  And he's telling me about this guy, and that he's you know he puts his hands
6  to his throat, oh he's getting -- you know he's up here; he's choking.  And
7  I said to him, well let me ask you a question.  Is he with you?
8  TL          Yeah.
9  JP          Oh, no, no, no, he says no.  You know and he goes to the
10 thing.  I says well -- well, then why are you here talking for him?  And he
11 explained that he was away, and he knows the father, you know from the other
12 side in Venezuela, and he went into this whole thing.  And that's all well
13 and good.  But I said to him, look, if you're coming here and you're helping
14 him as a friend, and meaning that he is a friend, you know you're friendly
15 with the guy, then why don't you give me my money, and you give him the
16 break.
17 TL          Correct.
18 JP          You don't have the balls to tell me.  Well, right now is a
19 bad time.  And I don't even want to tell the number -- the figure behind
20 this guy, that he could fill buildings up with money.  And it's a bad time,
21 and maybe after the holidays.  And so, I'm looking at him, and says this
22 guy's probably got it in his back pocket.  And that's what you're dealing
23 with there.
24 TL          Yeah.
25 JP          You know, so that's also what you're dealing with.  And
26 that business of why numbers of which you're making can fluctuate because
27 you want to pull that in, and that ends that pay that you're getting.  So,
28 it goes up and down.

19

Part 2 Sit Down with a Former Made Mafia Member, (feat. John Pennisi)
11-29-2020

1               And then there was guys, and this is very, very tricky,

2  and you got to be very careful.  There are guys who will come and want to

3  borrow money, and then make it known that look I'm only going to borrow it

4  for six months.

5  TL              Yeah.

6  JP              Okay.  And I'm going to pay you the vig up front.  And

7  that -- this is where it becomes tricky, and as you know the vig is the

8  weekly payments that you are getting, that has nothing to do with the

9  principle, right, with the money you're lending.

10 TL              Right.

11 JP              So, it's tricky, because you're going to give this guy,

12 let's just say $10,000 and I'm going to give John Doe $10,000.  And John Doe

13 is going to take part of my $10,000 and hand me back the vig money up front.

14 TL              Yeah.

15 JP              So, he's using my money to pay me, and you're always

16 taking a chance, like what is he going to do?  Is he going to take off with

17 this money?  Is he setting me up?  You know am I getting this money back in

18 six months?  Am I going to have to chase him after six months?  But it

19 worked out luckily for me a couple of times that I did do that the six

20 months, came up and the person came back and gave me the money.

21               So, I made quick whatever calculation it was on the

22 $10,000, whether it be $300 or whatever it was.  You've got to be careful

23 not to -- not to choke a guy, because people were charging five points, and

24 you know they're taking $500 on a guy a week, you know and the biggest

25 mistake that I learned, and I tried to -- there was a lot of times that I

26 tried, like I just mentioned.  I tried to give my advice on limiting our

27 exposure to surveillance and give my advice on a lot.  And a lot of times it

28

                              20

Part 2 Sit Down with a Former Made Mafia Member, (feat. John Pennisi)
11-29-2020

1   was taken in the wrong way, like I think I know better than the next person.

2   I don't.

3   TL              Oh boy.

4   JP              I just learn from history.  You know history is the

5   biggest teacher in that life.

6   TL              So true.

7   JP              Right, and as you mentioned yourself Johnny Gotti, no

8   knocks towards him whatsoever, 100, 1,000 percent, a gangster when he was

9   alive, when he woke up in the morning, when he went to bed and when he

10  passed away.  He went out a gangster.  But he totally ruined the life, and

11  everybody knows that.  So, knowing that and knowing what the repercussions

12  were behind carrying yourself that way, you should know what not to do

13  right?

14  TL              Yeah.

15  JP              And I would give advice as I did, and I gave advice in

16  this business to people and here is what it was.  You have to profile.  You

17  know, Tom, I can't -- you're not going to lend Vinny the waiter, who with

18  his tips is bringing home $1,400, $1,500 a week.

19  TL              Yeah.

20  JP              And he's going to borrow $20,000 from you, and you going

21  to charge him $600, $700, $800 a week.  He's -- what are you leaving Vinny

22  the waiter to pay his rent and live?  Nothing.

23  TL              Sure.

24  JP              You're going to run into a problem.  What would they do?

25  I would run into -- and I would say don't lend it to him.  I'm telling you.

26  You're going to have a problem with him.  I would run into somebody who

27  would say oh, I heard your friend just lent Vinny $20,000.  There you go.  I

28  told them don't do it, and he did it.  I would never do it.  Of course, you

21

A-1901

Part 2 Sit Down with a Former Made Mafia Member, (feat. John Pennisi)
11-29-2020

1  want to make that money.  I would love to make -- take Vinny the waiter's

2  money every week.  How long is that going to last and what's going to happen

3  with Vinny the waiter.  Are we going to have to threaten him or hurt him at

4  one point, or is he going to run away?

5            You know you've had a guy on your show, I was friends with

6  the guy that he took about $300,000 from.  I was out there for that time.

7  And it was -- you know they were fuming -- fuming.  You know, the guy who it

8  was, fuming.  And you know, these are the things that happen, that could

9  happen.

10 TL          So, a few things, and I'm going to -- I have my notes, but

11 I'm going to go off course a little bit, and we're -- we're going to have

12 probably about eight minutes left, we're not rushing you, what I'm saying is

13 I want to…

14 JP          No, go right ahead.

15 TL          There is a super appetite for you.  So, I want to make

16 sure for the audience, we really encapsulate like really great stuff, and

17 then do it again, and for as long as we need to, because I know you've been

18 great.

19 JP          Well, it's your show, Tom.

20 TL          Yeah, so you guys -- yeah, right.  So, you guys are still

21 around, right.  And -- and this is 2013, this isn't like the 70s.  So, to

22 touch on the money, now I kind of get a feel for the money you made, and I'm

23 not saying that $15,000 wasn't a lot, it's a lot of money, but like for what

24 he was doing he was getting $15,000 to rat, right.  And what happened was,

25 once that's over, you can't go back to your life, and you can't go back to

26 that.  That's what I'm…

27 JP          Are you talking -- oh, you're talking about…

28

22

Part 2 Sit Down with a Former Made Mafia Member, (feat. John Pennisi)
11-29-2020

1   TL              I'm talking about Rubio, because I thought that was just
2   real weird.
3   JP              That's -- You're talking about you know -- that's a lot of
4   money.  I'm very surprised that you know the government will you know try to
5   provide housing for you, or if you need to you know relocate from one
6   location to the next, and all of that.  But as far as -- you know you're
7   talking about handing him, if it's accurate, that's a significant amount of
8   money.  I mean, no one ever handed me that kind of money.  But he was in a
9   different ball game, of what he was doing.  This guy was running around
10  wearing a wire, and all this other stuff.
11  TL              Correct, correct, correct.  I know, but I guess what I'm
12  getting at is, I just kind of look at it like, I don't know like a
13  businessperson, where if I cooperate, that $15,000 is eventually going to go
14  away, because you might get it for life, and then they can't live after
15  that.
16              So, I got a feel for what you were making.  What was your
17  biggest single score, if you could share it?  Like would it be like a heist,
18  or I'm getting like dramatic, but like was there any single event that you
19  just boom nailed it, or part of something big that you got super nice
20  traunch of cash?
21  JP              You know, there is something, but I can't really discuss
22  it at this point.
23  TL              No, I get it.  You know what's funny -- you know what's
24  funny, [00:39:18] real quick John and I mean…
25  JP              Yeah, yeah.
26  TL              And it's like everybody wants real, right.  And like we're
27  doing real; but like with real will come some filtering.  Like it's…
28

Part 2 Sit Down with a Former Made Mafia Member, (feat. John Pennisi)
11-29-2020

1  JP              Yes, I mean, look I -- I can't even say why, but I mean

2  it's a little, I mean, obviously, you know there's certain things that I can

3  discuss and certain things I can't unfortunately, I'll try to do my best.

4  TL              Yeah, yeah, yeah.

5  JP              But there's certain things that I know that I'll get

6  myself into a big problem.

7  TL              Well, we want -- we want a third show, and I don't need

8  like badges in my face too.

9  JP              Listen, at some point in time, Tom, I will be able to

10 speak about certain things, and you know so with that being said.

11 TL              All right.  I get it.  So, all right.  The other thing is

12 -- okay, so I'm going to frame in -- so, I want to get into a little bit of

13 like what's true, and what's not true about the mob.  So, look here is my

14 understanding.  And again, like I'm on the outside, right.

15 JP              Yeah.

16 TL              But you -- like what interests me, and hopefully our

17 listeners and viewers.  I thought one of the benefits of being in a mob was

18 two things, and you can confirm.  One is if you got pinched, like okay

19 here's your lawyer and they either paid it, or they had like you know…

20 JP              Wait a minute who is -- wait who is saying this, here's

21 your lawyer?

22 TL              So, if you're a main guy, right?

23 JP              Yes.

24 TL              And you get arrested, part of the reason why you kick up

25 to John or whoever the administration is, here's what's holding on money for

26 two reasons, and the whole -- let me finish and then you can answer it.

27 One, is to assist with lawyers, we'll get the lawyers.

28 JP              Um-hmm.

24

A-1904

Part 2 Sit Down with a Former Made Mafia Member, (feat. John Pennisi)
11-29-2020

1  TL                And number two, if you go away, and you don't rat, to get

2  envelopes sent to your house, your wife or your girlfriend.  So, can you --

3  we'll go through those two.

4  JP                All right.  So -- so, there are borgatas that do that.

5  There are -- there are crews, or you know borgatas that have a -- for a

6  better word, a war chest or whatever it may be to -- for legal

7  representation or sending -- helping families out where members are away or

8  incarcerated, right.  That is true.  But you know -- and I have kicked in

9  money for that purpose.

10 TL                Yeah.

11 JP                I have -- you know we have done things like that.  There

12 was a time when Vic Amuso needed to have another appeal, we all chipped in,

13 I think it was $1,500, we all chipped in $1,500, and we got him his lawyer

14 for the appeal.  But look at who you're talking about, you know what I mean?

15 TL                Yeah.

16 JP                I'm sure that if it was somebody else, they're not paying

17 for your lawyer, take it from me.  They're not giving you a lawyer; they may

18 recommend one.

19 TL                Yeah, all right.

20 JP                But there was -- we did have -- we did have money going to

21 people's commissary and I don't know so much about their families, but it

22 could have been.  But you know to help a guy out a little bit.  So, yes,

23 there is that factor, that is true.  There is that part that is true.  But

24 not on the levels of other borgatas and I'm speaking for our own at the time

25 -- at the time.

26                They had money for lawyers and were getting and were

27 helping a guy out a lot, which is really the way it should be.  You know,

28 because there is a lot of money coming in.  And you know it should be that

Part 2 Sit Down with a Former Made Mafia Member, (feat. John Pennisi)
11-29-2020

1  way.  And you know like one of the -- one of the borgatas that have probably

2  the most money, would be the West Side.  And you know when -- when Chin was

3  -- was alive, and he was the -- when he was the boss of that family, one of

4  the reasons -- one of the reasons why he was so respected, and not only

5  feared, but respected was because he never took advantage of his men.  He

6  would not take a lot of money.  He was making his own money.  And he would

7  not look to glom money from the street, you know.

8              I'm sure he didn't deny any that was passed his way, but

9  he wasn't looking -- and you know that's the way it should be.  That's why

10 he was so old school, compared to some of these -- some of the present-day

11 things that go on.

12 TL            Interesting.  So, you touched on -- or we talked about

13 this offline -- I try to not ask too many questions offline to have John

14 repeat; but John has some good insight.  We talked a little bit about in New

15 York City, in the Mafia, there's not just the five families.  You've got

16 like guys oversees the calabrese 'Ndrangheta 00:43:51.

17 JP            Right.

18 TL            The Sicilian Mafia.  And walk us through kind of like the

19 working relationship rules.  You had a good story about the restaurant.

20 Give us a quick quip about how the -- and I know some families are more

21 juiced, like I know the Gambinos have this faction that's just…

22 JP            Yes, correct.

23 TL            And Bonannos, I don't know about now, but the Bonannos

24 were like all…

25 JP            They're in Canada and they -- yes.

26 TL            Yeah.

27 JP            So, you know we -- we were able to deal with anyone we

28 really wanted to basically.  As far as -- as far as our borgata really

A-1906

Part 2 Sit Down with a Former Made Mafia Member, (feat. John Pennisi)
11-29-2020

1  dealing with you know these other organizations that were as a whole a part

2  of our life, I don't really know of much dealings that we had.  We -- don't

3  forget we had like the -- the guy I just mentioned that I talked to over the

4  money.  You know we had people like him that had connections to the other

5  side, and you know -- and as I told you, I think I did, that if they are

6  straightened out, or they are inducted on the other side, over here we don't

7  have to recognize that.

8  TL                Interesting.

9  JP                Yes, and they would have to -- they would have to be

10  inducted into one of the five borgatas to be -- to even deal with us, you

11  know.  That's just the way it was.  And probably vice versa; if we were over

12  there.  But we did have a lot of -- we did respect them, and you know who

13  they were.  And they knew who we were and -- but more I do think that the --

14  the -- like as you mentioned the Bonannos, I don't know about anymore, but

15  back years ago had a -- had a very, very big presence in Canada with

16  different organizations.  And the -- obviously, the Gambinos still to this

17  present day have this Sicilian, you know it's like they were bringing them

18  in, they straight -- left and right, they were straightening them out,

19  bringing them over and straightening them out here.  And that's still going

20  on to this day.  So, yes.

21  TL                So, get into the Ndrangheta [00:46:06] story at the

22  restaurant, and this is like -- not like a murder story, or a money story.

23  JP                No.  It's just…

24  TL                Just the context of that…

25  JP                It just impressed me because of the way -- how structured,

26  and how they carried themselves.  Did I tell the story, or do you want me to

27  tell it?

28

Part 2 Sit Down with a Former Made Mafia Member, (feat. John Pennisi)
11-29-2020

1    TL                 No, you didn't, you told me offline but I was super

2    impressed [00:46:23].

3    JP                 So, I was in this restaurant that I always stood in, that

4    I just told you about.  It was in -- it was in -- in was in Farmingdale,

5    Long Island.  And I'm in the restaurant, and I'm at a table full of guys,

6    you know eat -- having dinner.

7                       And the owner calls me over and brings me over to another

8    whole table full of guys.  And it's crazy because I'm skipping the one part,

9    because I really don't want to go into it, but I am just -- I'm really

10   running from the cops.  Something had just happened, and I hit a guy in a --

11   in a place in Massapequa and we ran to the restaurant.

12                      And while we were in the restaurant, and the guys is going

13   to bring me over, somebody ran over and said, hey there's two cop cars came

14   out.  And I actually ran out into the back of the restaurant and jumped into

15   a garbage dumpster to hide.

16   TL                 Okay, hiding.

17   JP                 Yeah, because I thought they were coming to get me.  And

18   so, they came and said hey no, they came in for pizza.  And because half of

19   the restaurant was a pizzeria.  And they left.  So, I got myself

20   embarrassing out of this garbage dumpster, and you know cleaned -- thank God

21   it really wasn't full.  So, I cleaned myself off and came back into the

22   restaurant.  And the owner said I want to bring you over here and bring you

23   to these guys.  And told me who they were.  And they were the 'Ndrangheta

24   right.  And he told me, right.

25                      So, what I was amazed by, and I do not know how -- and it

26   could have been like I've always said at that -- we kind of knew each other.

27   I don't know -- I can't explain it, but you just knew who we were.  And we

28

28

Part 2 Sit Down with a Former Made Mafia Member, (feat. John Pennisi)
11-29-2020

1  knew when we were talking, or in the presence of somebody that was 100

2  percent in that life who was a friend.

3  TL              Yeah.

4  JP              I don't -- I can't explain how.  I don't know if everybody

5  was able to have that kind of sixth sense, but we knew who we were.

6  TL              Yeah.

7  JP              And they knew who I was, I could tell right away, and

8  there was a whole table full of them.  And at the time, I didn't realize

9  that they were sitting old to young, but -- and that comes later on.  And we

10  talked, and we had a drink, and you know -- and they were very, very

11  respectful.  And the way they carried themselves, and it was very classy,

12  old school, 100 percent, right.

13              So, I talked to them for a little while, and we were going

14  to say we were going to meet up another time for dinner.  And they knew that

15  -- they knew I didn't want to be disrespectful to the table that I was with.

16  And they understood, and I think they respected that.  And I said, you know

17  I don't mean to be disrespectful, but -- but no, no, no, absolutely go.  You

18  know it was nice -- a pleasure to meet you.  And we really couldn't meet

19  that way, but you know.

20              And I said goodbye at everybody at the table, and I went

21  and sat at my table.  And they got up at one point to leave.  And I'm

22  looking over at them, and when they got up, they lined up like soldiers,

23  from young to the eldest, which was their boss.  And came over and shook --

24  first came to me, you know kissed me goodbye, and you know that was our

25  greeting, and how we show each other respect.  And then they said goodbye to

26  everybody at my table.  And all the way to the last person, who was their

27  boss, and said goodbye to me and left.

28

29

Part 2 Sit Down with a Former Made Mafia Member, (feat. John Pennisi)
11-29-2020

1          And I sat down, I said wow, like we are totally -- we are

2    not like them.  Like everybody is all over the place, and who is saying

3    goodbye to who, and we're breaking up into groups.  And who is talking.  And

4    we just were not that structured.

5    TL          Interesting.

6    JP          As it -- I was just very, very impressed with them.

7    TL          Wow.  That -- I don't know -- I don't know why, but that

8    story kind of jumped.  I mean, you told me a lot of stories, but that kind

9    of story jumped.

10   JP          And you know if anybody knows their history, they are

11   extremely, extremely powerful on the other side.  And in Canada and they're

12   here.  But they're very, very low key, and they are like it should be, you

13   know, that's the way that life should be.  You know, I could guarantee you

14   this, Tom.

15   TL          Yeah.

16   JP          That no woman is going to say oh, so and so with them,

17   they just -- they just did him last week.  That's a fact.

18   TL          Correct, right.

19   JP          And that's what -- that's where they are different.  And

20   that differentiates them in that life than the New York Cosa Nostra.

21   TL          Got it.  And also, just for people who are not as well-

22   read on them, they are -- tend to be related by blood marriage, so like the

23   [00:51:08] Sicilian Mafia, I think it was like a total of 50, maybe [NTT

24   [00:51:12] or informants, American Mafia probably around 100, whatever the

25   number is, they're like five.

26   JP          Yes.

27

28

                                    30

Part 2 Sit Down with a Former Made Mafia Member, (feat. John Pennisi)
11-29-2020

1  TL                   For them in 'Ndrangheta [00:51:18], because they're
2  related and you're less incentivized to rat on your brother and or your
3  sisters husband…
4  JP                   Yeah, they're very, very close.  You could just see it,
5  you know, you could see it in them.  And another thing is you know with us,
6  you know we would be at a table, and you know someone would interject and
7  say something.  They only spoke, these guys on you, and as I -- as I
8  mentioned that towards the back end of the table were the younger guys.
9  TL                   Yeah.
10 JP                   And I don't know what their position was, or what not, if
11 they were friends with them, or associates, you know I don't know what --
12 who was who.  But they only spoke if directed to.  No one ever talked out of
13 school, as they say.
14 TL                   Interesting.  So, we're going to conclude soon, but before
15 we do is -- so, listen -- so one of the things that -- and to keep it
16 simple, the Mob is still active.  You're a capable guy.  You had a team.
17 You had a crew.  And the Gambinos are arguably -- I'm not saying the
18 Luchese's are not strong.  But the Gambinos are arguably behind the West
19 Side probably number two 00:52:23 that's a guess, but just going by what I
20 read and what I hear [ 00:52:27].
21 JP                   Um, yes and no.  I mean, we were right there.  We -- I
22 think we were smaller in numbers as far as members wise, but not by much.
23 And you know what -- what really pushed in my opinion, what pushed them
24 ahead of us, and you know with all due respect it was the Sicilian faction.
25 TL                   Yeah.
26 JP                   It's just they -- they brought it, they took where John --
27 Johnny Gotti left off, and restructured that borgata to the way it should
28

31

A-1911

Part 2 Sit Down with a Former Made Mafia Member, (feat. John Pennisi)
11-29-2020

1   be.  And that kind of pushed them ahead of us in my opinion.  So, yes, I

2   would agree with that.

3   TL              So, to conclude, and this is a little before your time,

4   but it came within your family.  One of the biggest differences between

5   Sicilian Cosa Nostra and the Ndrangheta (00:53:21), and the US Mafia is I

6   understand that you guys had an unwritten rule not to touch family, not to

7   touch, you know wives, not to -- not to -- like so, if somebody rats, like

8   they were hands-off right?

9   JP              Well, yeah well let's not forget our borgata is known, I

10  mean they shot a -- a Federal witness's sister.

11  TL              Well, that's where I wanted to go, John, really quick.

12  So, I think that the biggest different was -- difference was over there,

13  it's like all bets are off, with all due respect, I don't know if we're

14  having this podcast in Italy, whether they come to me to get to you, or why

15  we're talking this show.  And they are like tech and shit, like it's serious

16  over there, right?

17  JP              Yeah.

18  TL              I'm not knocking them here, but over there it's like --

19  you know…

20  JP              Well, they -- like, for instance for here, we -- we really

21  were not into using bombs, but once again our borgata we -- a lot of people

22  don't know this, because we -- we were behind the bombing of Frank DeCicco,

23  right so that came from us too.  So, here we are going against a lot of

24  things that were put in place that we don't do.

25  TL              Correct.  Well, that's my…

26  JP              What you're talking about.

27  TL              That's my point.  So, as I understand it could be wrong,

28  but I think Pete Chiodo [[00:54:40] and then we mentioned the other -- so,

32

A-1912

Part 2 Sit Down with a Former Made Mafia Member, (feat. John Pennisi)
11-29-2020

1   you guys are the only family that ever -- and that was before your time, but

2   you're in the family that actually went -- that actually went after family

3   of members.  I know it was before your time, but you speak to that a little

4   bit.

5   JP              Yes.  I mean look it was before my time, and it did bring,

6   you know, we would talk about things, and it did bring tremendous heat on

7   the family.  So, you're only hurting the borgata by doing something like

8   that, and you know -- but you know, if that's what -- you know, if that's

9   what they choose to do, then they'll do it, but you know they -- the same

10  thing it was before my time when they tried to get Johnny Gotti and -- and

11  it was by accident that they got Frankie DeCicco and once again it's

12  something that is really you know, I think frowned upon by many, but who is

13  going to say anything, because don't forget what -- that chin [00:55:49] was

14  involved in a lot of this.

15              So, really he was the force behind the commission back

16  then that would have said that no, this is a no-no.  He happened to be in on

17  that.  And what I mean on that, is the -- the retaliation of -- to get and

18  kill Johnny Gotti, not the shooting of Pete Chiodo's [00:56:14] sister.  So,

19  I didn't know much, because like you said, it was before my time, but yeah,

20  I don't -- I don't think that it was a smart decision for the borgata, it

21  only brings -- you know, forget it, it brings all kinds of trouble on you.

22  TL              Got it.  Now, this may be along the same thread for

23  [inaudible 00:56:39], and listen I'm personal friends with John Alite, Gene

24  was on the show, a whole bunch of people on the show.  And these guys are

25  like screw this, like I live in New Jersey, I live in New York.  I'm not

26  hiding, I'm on social media, I'm out and about.

27              And respectfully, I'm not knocking anybody, but like they

28  were all -- maybe except for Gene, they were all like previous times, who

Part 2 Sit Down with a Former Made Mafia Member, (feat. John Pennisi)
11-29-2020

1   got older, who died, who maybe didn't like the guy they ratted on, there was

2   a whole bunch of dynamics there.

3   JP              Yes.

4   TL              But actually these guys are still walking around.  Like,

5   it seems like the Luchese's at least, you had crew, you had capable guys…

6   JP              Well, I could tell you something that -- that Johnny Alite

7   don't know, that they were plotting on him.  They were definitely plotting

8   to…

9   TL              Oh man.

10  JP              Yes, Johnny Alite and he's going to know that I know what

11  I'm talking about, started going around the Borgata Hotel in New Jersey, and

12  we got wind of it.  And the Jersey faction was looking to hurt him.  So,

13  they definitely -- and this, don't forget, you know it would be more so the

14  Gambinos that were going to hurt John.  But you know so -- you know it never

15  took place, but you know you have to be very careful.  And you know more

16  power to them if they're you know out and about, and what not.  But like for

17  instance, I had flown in, and you know I have a younger daughter, and I try

18  to see her and my other daughter.  And I had took her to a Halloween thing,

19  and ran into somebody that is newly inducted into our borgata, and they put

20  their head and their tail between their legs and left.

21              So, you got to remember something too, and John -- Johnny

22  Alite knows this to be a fact, you know people could talk, but it's a

23  different story when they run into you face-to-face, you know.  Nine times

24  out of ten, a guy is going to be worried about what you're going to do to

25  him too.  And you know they're not looking to come and approach you and you

26  know -- unless they're crewed up.

27  TL              Yeah.

28

34

Part 2 Sit Down with a Former Made Mafia Member, (feat. John Pennisi)
11-29-2020

1  JP            If they're crewed up, you know now they have no choice,

2  but you know as far as running into somebody, I just experienced that

3  myself. So, and I've run into one time in a mall, I was in again, and ran

4  into two guys, they said hello. Yeah. So, you know I made it brief, you

5  know hey how are you -- oh my God, how you doing? Yep, and I kept moving,

6  but you know I'm smart enough to -- to not hang out in a mall. You know, I

7  left.

8  TL            Interesting.

9  JP            And not because I'm afraid, because I'm not stupid. You

10  know I'm not going to leave myself open to anything. So, you know that's

11  one of the things, but don't make no mistake about it, that they -- this was

12  discussed, and Johnny Alite himself, there was a lot of discussions about --

13  about him, about there was one when he went into a restaurant called Cousins

14  in New Jersey, and there was a little incident there, and guys were going to

15  start laying on him over there.

16              So, they -- you know they will if they feel, and they

17  meaning anybody in that life, feel that you are flaunting or exposing

18  yourself in their face. They have no choice but to act.

19  TL            Interesting.

20  JP            You know and that's where you have to kind of be smart and

21  not go over. Listen, you -- we were there, we were in that life, right, so

22  we know where to go, where not to go. And you know who -- if you removed

23  yourself from that life, why do you want to be in any places or anywhere,

24  where there are people that are involved in that life? You're removed from

25  it, you know.

26  TL            Yeah.

27  JP            And that's the way you should conduct yourself.

28

Part 2 Sit Down with a Former Made Mafia Member, (feat. John Pennisi)
11-29-2020

1   TL               True, true.  Well, John, listen I mean we -- I -- God,

2   we're going to have a part three soon, because you know, I -- other cares

3   about -- I mean, if you're watching this.  If you're watching all the way

4   this far, you know you're either -- you're into this stuff, right, and John,

5   a sincere thanks.  I want to do a plug for your blog, sitdownnews.com.

6   We're going to put a link below.  You put up some good stories.  That Jerry

7   Amato story we'll save for -- for part three.  I know you touched on today.

8   JP               Yeah.

9   TL               So, John anything else before we conclude about part two?

10  JP               No, and once again, I want to reiterate that there is --

11  to anybody that grew up in Brooklyn or lives in Brooklyn, I -- all said in

12  gest, I don't you know have no -- nothing bad to say about anybody from

13  Brooklyn.

14  TL               I got some shit about that, it was kind of funny, but…

15  JP               Yeah.  To what I said to you off -- off the video.

16  TL               Yeah.

17  JP               I've seen a comment about the Caporegime, once again, no

18  knock to anybody, I was just you know -- I'm kind of explaining things the

19  way they are from my knowledge and being in that life, whereas versus

20  somebody who may be, or is an associate doesn't really understand or know

21  that, because they've never been introduced to somebody.

22               And it's easy to hear something and think that that's an

23  old-fashioned name or title, rather.  So, no knock to anybody.  I do wish

24  everybody the best of luck, even my enemies, I do wish everybody the best of

25  luck.  And I hope everybody had a happy Thanksgiving, and I hope everybody

26  stays healthy, especially with what's going on out there, and wear your

27  mask.

28

A-1916

Part 2 Sit Down with a Former Made Mafia Member, (feat. John Pennisi)
11-29-2020

1    TL                  Love it.  And I love it, John.  And we really appreciate -

2    - I've put a link below, and John, thank you for the part two, and

3    [01:02:23].

4    JP                  You're welcome, Tom.

5    [Part 2 audio ended]

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Sitdownnews - Potential Mob War Over a Lie

Transcript:   Sitdownnews - Potential Mob War Over a Lie

Participants:        (JP) JOHN PENNISI

Date:                June 30th 20210

(PH)            (Phonetic)

(SL)            (Sounds Like)

(TS)            (Talking Simultaneously)

(UI)            (Unintelligible)

(UM/F)          (Unidentified Male / Female)

A-1918

Sitdownnews - Potential Mob War Over a Lie


1  JP                Welcome to Sit Down News.  This week I'm going to talk to

2  you about the blog that I just did, called "The Lie That Could Have Caused a

3  Tragedy".

4              And I speak about the year 1989, and that year, Michael --

5  my [00:00:18] Co-Defendant Michael Lagorie (phonetic) and myself were locked

6  up in Queen's House of Detention, which is located in Kew Gardens, Queens.

7              And we had been to two previous bail hearings, both of

8  which we were denied and remanded.  And it was explained to us by our

9  attorneys that we had one more chance at getting bail.  And ultimately, our

10 case went before Justice Philip Chetta, and we were granted bail.  We were

11 both given a million dollars bail.

12             That was not obviously cash or money.  There was some

13 money involved, but it was mostly property.  There were some businesses that

14 were put up, and things like that to get us out.

15             Around the same time, Anthony Guzzo is put in Queen's

16 House as well, for the shooting death of one guy, John Pettas and the

17 attempted murder, he critically wounding Todd Kauffman.  And I had spoken to

18 Anthony, and he explained that this was over a pot deal, and that he had to

19 meet with these two guys.  And he took his brother, Vito Guzzo, which is

20 Anthony's half-brother.  And it was always believed that Vito did the

21 shooting, and Anthony took the pinch, as we say, and got arrested for this,

22 Vito got away.

23             And Anthony had the same Judge, Judge Philip Chetta, that

24 he was also trying to get bail from.  But before he was going for his bail,

25 a Daily News Article came out, titled Bail Rouse Family of Slain Man.  And

26 that had to do with our case, and it basically put a little bit of pressure

27 on the Judge, this Judge Chetta for granting us bail in our case.

28

                                        1

Sitdownnews - Potential Mob War Over a Lie

1       And when Anthony went for bail in his case, Anthony was
2   denied bail, whether the political pressure from our case spilled over, and
3   that was the reason he was denied, I don't know.  But Anthony believed that
4   to be the case.  And he befriended a Black inmate, or as they say prisoner,
5   because it's a city jail, by the name of Tyson.  And I don't know Tyson's
6   first name or last name.

7       I know that Tyson looking exactly identical to the former
8   boxer and champion, Mike Tyson.  And Anthony basically told Tyson, that his
9   brother Vito, a few days ago smacked those two guys John and Michael,
10  meaning me and my co-defendant, and that he was supposed to get bail, and
11  because of the publicity of our case, that's why he didn't get bail, and
12  that's why allegedly, his brother found us and smacked us.

13      So, what Anthony didn't know was that Tyson was very good
14  friends with Mike Lagorie (phonetic).  I remember first meeting Tyson when
15  we were in Queen's House of Detention, we had come from Commissary and they
16  gave you these tall, tall brown paper bags.  And one of the last items that
17  you would buy in this Commissary was either cigarettes, and I smoked cigars,
18  surprisingly, the guard who did the ordering was a cigar smoker and they had
19  Macanudo cigars.  So, when I seen that, I was so excited I bought a bunch of
20  Macanudo cigars, and they were laying on top of my bag.

21      And then you go from the Commissary to like a hallway
22  that's -- and you wait to go catch the elevator back downstairs, so there
23  was a whole bunch of us.  And this guy comes in and I'm like oh shit, this
24  guy looks just like Mike Tyson.

25      And what he started doing was, he started pushing up on
26  the other guys in there, and just taking their cigarettes and taking honey
27  buns, and whatever he decided to help himself to.  And nobody was saying
28  nothing to him.  And he walked over to me, I remember, I put my foot up on

2

A-1920

Sitdownnews - Potential Mob War Over a Lie

1   the wall to get a jump on him, if he was going to put his hand in my bag,

2   and he said, oh cigars, you know, and I remember laughing because he

3   pronounced them like that.  And I said yep.

4               I says, and put your hand in there, I says, and you're

5   definitely going to have to kill me, because I'm going to try to kill you.

6   And Tyson moved onto the next person and never -- obviously he didn't touch

7   my cigars.  And Michael worked with Tyson in the gym, and when I told

8   Michael later on what had happened, the next day or so when I went to the

9   gym, or wherever it is that we seen this Tyson, he said you know you had an

10  issue, that's my man.  That's you know and we talked a little.  I wasn't

11  crazy about Tyson, I didn't like what he was doing to other people, but he

12  wasn't doing that to me.  But I would hello and goodbye him.

13              So Michael had a relationship with Tyson.  Anthony didn't

14  know that Tyson knew Michael.  So, when Tyson was released not long after,

15  Michael put him to work in a place called Z Place, which was Michael's

16  father's, Ron, owned a used car lot, and he put Tyson to work.  And when

17  Tyson started working, he told Mike what Anthony had said, about the brother

18  allegedly smacking -- smacking us.  So, Mike naturally told me, and I told

19  Michael I wanted him to reach out to Vito.  He knew Vito a little better

20  than I did.

21              And I said, I want you to make an appointment for us to

22  meet.  And we set that appointment up at a nightclub in Canarsie, Brooklyn

23  called La Park (phonetic), which was on Avenue M and Rockaway Parkway.  I,

24  at the time was living on Avenue J in Remsen with my mother.  We left Howard

25  Beach and went there because it was closer to her job.  I wasn't crazy about

26  living in Brooklyn, I would always go back to Queens and stay with my

27  friends.

28

3

Sitdownnews - Potential Mob War Over a Lie

1    La Park was a well-known spot.  A lot of wiseguys hanging
2    out in spots specifically, the Lucchese family, even Gaspipe, Anthony Casso,
3    used to stay there, with a lot of other members of that family.  When we
4    arrived, we got there a little early, you know look around, we parked.  I
5    turned to Michael, I told him take the safety off of his gun.  I did the
6    same.  We put bullets in the chambers.  And I told him if Vito blinks wrong,
7    we shoot him.  And once again, just for the record, this is back in 1989,
8    and I was totally living my life in a different way back then.

9    The reason why I told Michael this, was that Vito Guzzo
10   was known to be trigger happy.  And he had shot a bunch of people, and he
11   was involved in a bunch of things which we knew about.  He would later be
12   convicted and received -- took a plea and took 38 years for several murders.
13   One being he was in a shoot -- a shooting that involved some Columbo's which
14   I had wrote about in another blog, where he believed that these were the
15   guys responsible for killing his father, who disappeared years ago.

16   His father was a friend with the Columbo's.  He was a made
17   member with them, and he disappeared and was never seen again.  Anyway, when
18   Michael and I went inside La Park, I quickly was looking around, and when I
19   looked towards the door again, Vito entered.

20   Michael was the first one to walk over to Vito and say
21   hello.  I went behind him, I shook my hand out, I said hello to him.  I
22   mentioned -- I motioned for us to go down, there was a staircase that led to
23   the -- to the bathrooms downstairs.  I had been in the place before, so I
24   knew -- I knew the layout.

25   While Michael and Vito first went down, I was following
26   them, someone tapped me on the shoulder.  When I turned around it was Louie
27   Daidone.  And for those of you who don't know, Louie Daidone, at that time
28   was a member of the Lucchese family.  He was a friend.  He would later go on

4

A-1922

Sitdownnews - Potential Mob War Over a Lie

1  to be the Consigliere of the family.  And then took an acting boss position
2  of that family.
3           Louie, said hey kid, you know how's -- how's your mother,
4  how's your mom?  And the reason he's asking about my mother, and I spoke
5  about it on the MBA and the Buttonman, I believe I wrote about it, was that
6  years ago, when I was about 14 years old, my mother and I worked for a
7  company outside the airport, and Louie had something, either a piece of it,
8  or had something to do with that company.
9           So, I told him that my -- my mother was doing okay, and
10  you know I told him I would say hello to him -- say hello for him.  And he
11  motioned like with his chin, towards the stairs downstairs.  He said, you
12  okay?
13           And Louie was a sharp guy.  And he, you know he was a
14  wiseguy in the life, and he knew the life.  And he -- he obviously sensed
15  that something was going on.  And I respected him for asking me that, and
16  you know that's what he's supposed to do in that life as a friend.  You look
17  to help people, and he would have if I had wanted, and told him that I had a
18  problem, he would have went downstairs, and try to straighten that out with
19  Vito for me.  But I didn't want him to get -- I didn't want to involve
20  Louie.  I said, I was okay.  And he said, if you need me, I'm here.  And
21  Louie went about his way, and I went down the stairs, to meet up with Vito
22  and Michael.
23           And I basically explained to Vito, what we were doing
24  there, and that, you know the message that we received from this guy that
25  had a conversation with his brother.  And that you know what was said
26  supposedly by his brother Anthony.  And he listened, and he said that -- he
27  said look honestly, this is the first time I'm hearing about it, but I'll
28

5

Sitdownnews - Potential Mob War Over a Lie

1  definitely speak to my brother.  You know I don't understand why he would
2  say something like that, if he did say it.
3         And I think Michael was in agreement with me that Vito
4  kind of knows obviously his brother better than we do.  And I think he knows
5  his brother sometimes says things that are not true.  He didn't lead onto
6  that, but he -- I think he knew, but out of brotherly loyalty, he threw the
7  last part in.  He says, you know, if my brother even said it, and I respect
8  that.
9         As I said, he was very respectful.  We were respectful
10  back with him.  We made some small talk.  And then we all headed back
11  upstairs.  And once upstairs, it was either Michael or myself that suggested
12  that he have a drink with us.  I don't think Vito was a big drinker, but he
13  didn't want to stick around.  He said he had another appointment to get to.
14  We said goodbye to him.  Thank you for coming.  And he went his way.
15         Michael and myself went to the bar, and we ordered a
16  drink.  And we had the drink, and I mentioned that I never went over to say
17  goodbye to Louie Daidone, and it wasn't out of being -- out of being
18  disrespectful, it's just that I noticed that Louie was up sitting at one of
19  the tables, and he was in deep conversation with a couple of guys.  And I
20  felt funny to walk over and interrupt him just to say goodbye.
21         And after our drink, me and Michael left La Park.  And
22  that was that.  I believe it was years later when I had the -- I had an
23  opportunity to have a conversation with Anthony about this whole thing.  And
24  I questioned him about it.  And Anthony denied the whole thing.  And he
25  cursed the guy, Michael -- not Michael, I'm sorry, Tyson, you know called
26  him an f'ing liar, and whatnot.  And I just dropped it, you know.
27         I speak about my friendship that obviously -- naturally
28  Anthony and I no longer have a friendship, but when -- back then, I feel

6

Sitdownnews - Potential Mob War Over a Lie

1  that I always was loyal to Anthony.  This was not the first time that
2  Anthony has lied to me, put a lie in the mix and get caught doing it.  He
3  did it one time, I spoke about it either on the MBA and Buttonman, I
4  believe.  And he made up some lie about paying a lawyer money that had to do
5  with my mother.  And he got caught in that lie with Big John.  And there was
6  no money that was paid to a lawyer.
7            And just things like that, that just he's really
8  disappointed me, as far as a friend would go.  And you know we were friends
9  at one time.  And obviously we're not.  I just always felt that I -- I was a
10  friend to Anthony.  Unfortunately, for his brother Vito, Vito was offered I
11  think 21 years on the case that he's in for now.  And listening to lawyers,
12  and taking the advice of his attorney, he turned down the plea, and it went
13  to 40, and he naturally changed lawyers, and he got this woman lawyer, and
14  she begged the government, just give us something under 40, and they said
15  38.  And he took the plea.
16            You know he was a young guy that wasted his life, you
17  know, getting involved as we all did.  And he still remains in prison to
18  this day.  I don't know when he's getting out.  And that's basically it.
19            I spoke to Tom today.  We have a lot of things going on,
20  stay tuned.  If you have not subscribed to the MBA and the Buttonman, please
21  do so.  If you have not subscribed to Sit Down News, you could do it down
22  below.  If you hit the notification bell, you could get notified when
23  there's new videos.  I hope everyone is enjoying their day.  Let's hope for
24  peace and take care, and we'll talk again.
25            Ciao.
26
27
28

7

#46 Let Go of The Peanuts

Transcript:  #46 Let Go of The Peanuts

Participants:        (TL) TOM LAVECCHIA

                     (JP) JOHN PENNISI

Date:                May 23rd, 2021

(PH)                (Phonetic)

(SL)                (Sounds Like)

(TS)                (Talking Simultaneously)

(UI)                (Unintelligible)

(UM/F)              (Unidentified Male / Female)

#46 Let Go of The Peanuts

1  **XXXXX[00:27:00]XXXXX**

2

3  JP            But you know as far as -- there was -- there was a time

4  when we went to try to go collect money, I think we spoke about it was Joe

5  Perna, Anthony Guzzo and myself, Big John had sent us into Jersey.  And it

6  was kind of like -- like an industrial area.

7  TL            Yeah.

8  JP            I believe it was an existing construction site, and

9  anyway, basically the guy told us, don't come near me, I got -- he had his

10  phone out, calling the FBI right now.  And that backed us up real quick.

11  TL            Wow.

12  JP            Very quickly, yes.

13  TL            So, what happened then?

14  JP            We turned around and went back to the car.  You know we

15  said, you'd better pay that guy the money, you know, and the guy said I

16  ain't paying nobody, and I'm going to call the FBI right now, if yous don't

17  leave here.  And we went back and got -- went to the car, and I think as me

18  and Joe Perna, were walking back to get in the car, Anthony Guzzo like was

19  just trailing behind us.  And later Joe Perna says, what did he have rocks

20  in his pocket that it took him so long to get -- we were already on our way

21  back.  He was still walking towards us.

22  TL            Wow.

23  JP            But yeah, we were a little concerned about that, because

24  we -- we had to go into like a security checkpoint, it was a young kid at

25  the -- at the gate.

26  TL            Yeah.

27  JP            They gave him a few dollars on the way out, and said hey

28  you didn't see us or whatever, but you know I don't know if there was

1

#46 Let Go of The Peanuts

1   cameras.  Nothing ever came of it with us.  But you know, you'll have --
2   like I don't think years ago, so back to what you're trying to get at, I
3   don't believe years ago, like prior to the 90s and going back to the 60s,
4   all the way up maybe to the early 90s, I don't think a guy like that would
5   have even attempted to try that with us.
6   TL              Yeah.
7   JP              I don't think he would attempted it.
8   TL              I remember -- I remember you telling me a story and we
9   could share it for later, but the whole thing is, or maybe we can -- I don't
10  want to say who it was, but the wiseguy was like, I'm here with these two
11  guys, you call the FBI, three more guys are going to come.  And after you
12  call the FBI and them, three more guys are going to come…
13  JP              That was me.
14  TL              Okay, so it was you.  So my -- I'm gonna get that story
15  out one night.  So, my point being is -- but that's what made it scary was
16  the depth and the organization.  It was almost like, hey I can call the FBI
17  on these two grease balls, or two guineas, but then like you could always
18  come out of the woodwork, or it was systemic, you know the trucks don't show
19  up, or…
20  JP              You're talking about -- and we're not going to go into it
21  right now, but you're talking about we said it or I said it to Russians.
22  TL              Okay.  Could we get the Russian story?  And I promise you,
23  I will conclude right after.
24  JP              Yeah, I don't know how to get around certain parts of that
25  story.
26  TL              How about this.  So, guys I know the Russian story.  And
27  John's going to have to exclude a lot of it, for certain reasons.  So, if
28

2

#46 Let Go of The Peanuts

1  it's vague, it's better to get it vague than not at all, is that good, John?
2  It could be super vague.
3  JP                I'll be as vague as possible.  The story is about Range
4  Rovers that were being bought out here, and in New Jersey, so we had -- you
5  had New Jersey dealerships, and the United States basically were being taken
6  by filling out loans, or leases, or whatever may be the case, and then being
7  shipped to China.
8                China has an agreement with Range Rover that they only
9  sell a specific type of Range Rover, and it didn't even have a moonroof, a
10  sunroof, a moonroof.  It was like a very, very basic model, and it went for
11  like over $200,000 there.  So, in comparison to a car -- a truck with all
12  the bells and whistles, like you could buy in the United States, if you get
13  your hands on that, and you ship it to China, which you're not supposed to
14  do.  Range Rover if you go to buy one, they make you fill something out, and
15  say that that basically states that you're not going to do that.
16                That truck in China could go for almost $400,000.
17  TL                Wow.
18  JP                Yeah, so you know a $100,000, $115,000, $120,000 truck
19  here could go for about $400,000 there.  And basically, the person that was
20  involved there had an issue, he was in on this, he had an issue with a
21  certain dealership, and we approached them, they had kind of did some side
22  business with these trucks and they didn't tell this person, which kind of
23  like pulled a maneuver on them, the Russians did.
24  TL                Yeah, yeah.  Was that the Russian mob, or no?  As far as
25  you know?
26  JP                The owner of the dealership, not to me but to the other
27  guy kind of tooted his horn, that he had friends that were with them.  I
28  don't know if that's true or not.  And there was an incident that took

3

#46 Let Go of The Peanuts

1  place, I was involved in it myself.  And a slight altercation that took
2  place.  And I had taken a cell phone, from the owner's partner after the
3  altercation took place, and it was ringing, and he kept looking at the phone
4  and I basically said here.  You know, here's your -- you can take your
5  phone.  You could even call the FBI if you want.  I says because when the
6  FBI comes and gets us, there's going to be more guys that are going to come
7  here and come to you.  And when they come and get them, there is going to be
8  more guys that are going to come to you and grab you somewhere else.  And
9  it's never going to end.  And that's basically what you're trying to get at,
10 and got me to say all of that.
11 TL             Sorry, John.
12 JP             It's more obviously -- it's a bigger story but for
13 reasons, I can't discuss it right now.
14 TL             Okay.  Well, when the time is right, we'll get that out,
15 and John, it's a -- I know the Lukes are probably like you know asleep
16 because once they hear this, they'll be rolling over and…
17 JP             Speaking of -- speaking of our friends across the pond.
18 **XXXXX[00:34:20]XXXXX**
19
20
21
22
23
24
25
26
27
28

4

#13 Trying to Steal from a Friend Against Mob Protocol, MBA & Button Man
Podcast

Transcript:  #13 Trying to Steal From a Friend Against Mob

Protocol, MBA & Button Man Podcast

Participants:        (TL) Tom La Vecchia

                     (JP) John Pennisi

Date:                03/16/2021

(PH)              (Phonetic)

(SL)              (Sounds Like)

(TS)              (Talking Simultaneously)

(UI)              (Unintelligible)

(UM/F)            (Unidentified Male / Female)

A-1931

#13 Trying to Steal from a Friend Against Mob Protocol, MBA & Button Man
Podcast

1  TL                    Hello.  Tom La Vecchia here with a quick bite for the MBA

2  and Button Man Podcast.  I asked John for a bedtime story, and John agreed.

3  I'm here with John Pennisi, my co-host, a former made member of the Luchese

4  Crime Family.  John Pennisi, take it away.

5  JP                    All right.  Hello everybody.  Tom, how are you?

6  TL                    I am well.

7  JP                    So, this story is about myself and Anthony Guzzo.  I had

8  helped my mother one time.  And I had to sign for her to get a car, to get a

9  lease.  And so I had -- I had prior to that made Anthony put down that I

10  work in his wife's restaurant, and I put that same information in on the

11  lease, because at that time, I wasn't working, so I had to put some kind of

12  a -- you know some kind of employment down.

13                    So, with that, we get the lease, and some time goes by,

14  and my mother had been delinquent on a credit card, it had nothing to do

15  with the lease.  And they contacted Anthony's wife through the business

16  asking if my mother works there, they crossed it up, and instead of my name,

17  they put it to her name and thought that maybe she was there.  So, they sent

18  some kind of a form there.  It's a basic form I found out that they -- just

19  a basic form.  And so I get a message from Anthony, and that he has to see

20  me, it's urgent, it's important.

21                    So, I go see him and he tells me that -- this whole story.

22  So, I said well, you know I apologize, and I tell him what -- what took

23  place.  He said well, you know we had to get a lawyer.  So, I said what did

24  you get a lawyer for?  He says well, we had to handle, you know my wife with

25  the business and her son.  So, all right, he says you know it cost me $1,500

26  for the lawyer.  I says, you paid $1,500 for the lawyer, what are you crazy?

27                    So, he says, well what are we going to do about this?  I

28  said, I don't know, what are we going to do about it?  And he said, well you

1

#13 Trying to Steal from a Friend Against Mob Protocol, MBA & Button Man
Podcast

1   know I'd like to get my $1,500 back.  So, I said look, Anthony, I'm not

2   giving you the $1,500.  Oh, and he was moaning and groaning, and I got off

3   the phone with him.

4                And I went, and I happened to be on my way to go see Big

5   John at the Cigar Lounge.  And I reiterated the whole story.  And I says,

6   John I'm telling you right now, I'm not giving him a dime.  So, after that,

7   I left and who went to go see John was Anthony.  And Anthony put in what we

8   call, putting in a beef.  And for anybody that doesn't know what that means,

9   he went and brought a dispute between him and I to another level, he brought

10  it to a Skipper and asked him to intervene, which for anyone who doesn't

11  know, Anthony and I were not only friends in that life, Anthony and I were

12  friends, you know.  You don't do something like that.

13               But bringing the story forward, John had called me back,

14  to come back, and Anthony had left, and I was running around Staten Island,

15  so I went back to see him.  What's up?  And he says listen you know Anthony

16  was here, and you know you guys got to work this out.  You know why don't

17  you just give him $50 a month.  I said, John I'm not giving him $5, I'm not

18  giving him nothing, all right.  And I left.

19               Anthony went back again and was complaining again.  John

20  got back in touch with me, I went to see him.  He says to me, listen, please

21  don't make me make a decision on this.  I want you to work it out with him.

22  I said, all right.  I'll work it out with him, and I smiled, and he laughed,

23  and he was shaking his head, because I wasn't giving him nothing.  So, he

24  says, why don't you go and talk to him?  All right.

25               Now, Anthony lived in Staten Island.  So, I called him up

26  and told him listen, I want to talk to you.  And I went there, and he said

27  listen you know this isn't right.  I said Anthony listen to me.  Why don't

28  you give me all the paperwork that you got, give me everything, let me look

2

#13 Trying to Steal from a Friend Against Mob Protocol, MBA & Button Man
Podcast

1  at it.  And foolishly he grabbed whatever his wife had on the table, and he
2  handed it over to me.  And I took it, and I said I'll get back to you, and I
3  went back to Long Island.  And later that night, I went over the paperwork,
4  and I found in the paperwork a -- a letter -- a receipt for certified mail
5  that he sent to the lawyer and they sent it back certified mail, because you
6  only have to fill out, and say this person doesn't work for us, right?
7  TL              Yep.
8  JP              So, I went and brought that evidence to Big John.  And I
9  said here I wanted to show you something.  I says you know -- excuse my
10 language, I says you know he's a fucking liar.  Let me show you what he did.
11 And John went through the thing, and he says, oh my God.  I says I'm not
12 even paying him for stamp or the certified mail, all right.  And you can let
13 him know that I'm not paying. so
14              And he looked it over, and he says well, you know, you're
15 right.  I says you know not for nothing; you know look what he tried to do
16 over here, right.  So, I went, and I did a, as I told Tom, before, I gave
17 Anthony a little wise guy medicine.  I went to Anthony, and instead of
18 making him look bad, I went to him and I gave him the envelope.  I said by
19 the way, you know there's this thing here, I don't know this must have been
20 stuck in with the paperwork.  Somebody sent in, and I told him, I says you
21 know I called up -- I didn't call nobody -- I said I called the place up,
22 that happened to be you sent it to the place, not a lawyer.  I says you paid
23 a lawyer.  You know, Anthony this lawyer took $1,500 from you.  He robbed
24 you.  I said so why don't we get in the car right now, and let's go grab
25 this lawyer and I'll grab him, and I tell him that go in your pocket, and I
26 want him to give you $1,500 back, me and you let's go right now.  Let's grab
27 this lawyer.
28

3

#13 Trying to Steal from a Friend Against Mob Protocol, MBA & Button Man
Podcast

1           And his answer was no, listen I'll go on my own, and I'll

2 get him, this piece of shit he said. And that's the story. And just to

3 elaborate a little for people that don't know, and maybe we could give them

4 a little better understanding of this life. Here's a guy who was supposed

5 to be my friend, before being a friend in that life, right?

6 TL         Yes.

7 JP         Now, let's go to that -- let's go to that part of the

8 equation. Here's a guy that's supposed to be my brother in the same

9 Borgata, in the same crew, all right? Who lied and tried to get me to pay

10 1500 dollars for no reason, kind of tried to shake me down for $1,500. You

11 know how I have to look at this? What did John do, Big John do in this

12 equation?

13           He took a back step and said you guys handle it. When I

14 brought this information to John, John didn't do nothing about it. Want to

15 know why John didn't do anything about it? Because John -- Anthony and his

16 wife was trying to build another restaurant and John wanted to do the build-

17 out work with a construction company he had. So, he didn't want to -- he

18 didn't want to give Anthony a tongue-lashing or whatever -- whatever it was,

19 but as I was telling you, Tom, earlier, if this was the days of Carlo

20 Gambino and a friend did that, they'd take Anthony's head for that.

21           They'd take -- you're not -- you're not supposed to lie to

22 another friend.

23 TL         Correct.

24 JP         He boldly lied. Not only did he lie, he was telling a lie

25 to try to get money from me for no reason.

26 TL         Well, not only that. He lied to a friend, which you know

27 during any time is no -- no good. And on top it, he tried to misappropriate

28 funds from you, which is a whole another level…

4

A-1935

#13 Trying to Steal from a Friend Against Mob Protocol, MBA & Button Man
Podcast

1   JP           And who else did he lie to?

2   TL           The boss.

3   JP           He lied to John.  So, he lied to a friend.  He lied to the

4   Caporegime and bullshitted everybody, and in the end -- at the end of the

5   day, guess what, there was no lawyer.

6   TL           Yep.

7   JP           Obviously, because listen to me.  Anthony -- Anthony

8   married into money, all right.  But the cheapness in Anthony never went

9   away, right.  If a lawyer took Anthony for $1,500, Anthony would have been

10   in a car with me, first of all, he would have never paid the lawyer $1,500.

11   But if a lawyer somehow got $1,500 from Anthony, we would have jumped in

12   that car, and we would have went right into that lawyer's office and got

13   that $1,500.  Take it from me.  There was no lawyer.

14              And he never brought it up ever again.

15   TL           Wow, and if you go back to episode one of the Sit Down

16   with John Pennisi, it's on this -- it's on this network channel, go back a

17   little bit, back in November.  The fist time John and me hooked up, John

18   tells another story how he saved Anthony's ass, and actually that's how John

19   got pulled into this life.

20              So, John thank you for this one.  A quick bite, a quick

21   bedtime story.  Here's what we're going to do.  We're going to download this

22   tonight.  When this hits 5,000 views, share it with friends, family, send it

23   to whoever, when this hits 5,000 views, we're going to do another quick

24   bite.  John, thank you so much.

25   JP           Sitdownnews.com.

26   TL           Love it.  Don't forget sitdownnews.com, we'll put a link

27   below, and when that hits 5,000 views as well, we'll do even another quick

28

#13 Trying to Steal from a Friend Against Mob Protocol, MBA & Button Man
Podcast

1   bite for you.  John, thank you so much as always.  And I think people are

2   going to like this one.

3   JP                Buona Notte ciao.

4   TL                Ciao.

5

6   [Audio ended]

Episode 21A Former Genovese Crime Family Captain Anthony Arillotta Part 1
MBA and Button Man with John Pennisi

Transcript:  Episode 21A Former Genovese Captain Anthony

Arillotta Pt 1

Participants:         (TL) TOM LAVECCHIA

                      (JP) JOHN PENNISI

                      (AA) ANTHONY ARILLOTTA

Date:                 April 7th, 2021

(PH)              (Phonetic)

(SL)              (Sounds Like)

(TS)              (Talking Simultaneously)

(UI)              (Unintelligible)

(UM/F)            (Unidentified Male / Female)

Episode 21A Former Genovese Crime Family Captain Anthony Arillotta Part 1
MBA and Button Man with John Pennisi

1  **XXXXX**[00:14:24]XXXXX

2  JP                It's funny that you mentioned Troy, because in '89, the

3  Gambino's put me on the lam -- well, this guy, Tony Moscatello asked

4  permission from Johnny Gotti -- you had to get permission to move me around.

5  And he got permission and they put me up in Troy.

6                  Now, I didn't know anything about Albany or Troy, and it's

7  Troy, and then Watervliet is right next to it, right?  So, we're in -- like

8  right outside of Albany.  And they ran that whole town.  And their last

9  names were Valenti.  And they had every -- they -- they used to have a hotel

10  there called the Volcano.  And this guy Ralphie was telling me about his

11  father.

12                  They used to say the -- the snowplows had to get

13  permission from this guy, like -- because the town's so small, they ran the

14  town, a big gambling operation.

15  TL                Yep.

16  JP                But when I was -- when we were there, I noticed a lot of

17  guys, you know -- and you know don't forget I came from Ozone Park and

18  Howard Beach, and you know we were around wise guys our whole life.

19  AA                Right.

20  JP                And you knew -- you know you knew who you were looking at.

21  And I'm wondering now that you're saying that it could have been -- it could

22  have been -- maybe these guys were from Springfield.

23  AA                What year was it?

24  JP                It's '89.

25  AA                Yeah, so there was -- they got a big arrest, I think that

26  was in the earlier 80s…

27  JP                Yeah.

28

1

Episode 21A Former Genovese Crime Family Captain Anthony Arillotta Part 1
MBA and Button Man with John Pennisi

1  AA              When they got pinched for the bookmaking, but they still -
2  - and then me years later.  I wasn't as much as the old timers were in that
3  area.  Bruno, and he had his crew that was going down there with him.  The
4  Strubelli's (PH) were there, and yeah, there's a big presence.  And it was
5  similar to our area Albany, like you said.  They had control of everything.
6  That's how we were up in this area, control of everything.
7              I think you know smaller -- smaller cities, smaller -- you
8  know have that control because there's less -- less guys running around,
9  they can control the politicians easier, get things done business wise, not
10 just street stuff, but legitimate business.  I think that's how you control
11 a city.  I mean, I don't think the street stuff lasts.
12 JP              This -- this particular family the Valenti's the Police
13 Chief was a Valenti.  The Fire Chief was a Valenti.  Everywhere we went -- I
14 went to go -- we went to go to a gym, right, and don't forget we were on the
15 lam, so no one is supposed to know we're there, right.  We were saying we
16 were going to college, and we went into the gym and wanted to get a
17 membership, they knew right away, the guy said no, I can't take your money.
18              So, I said what are you talking about?  He says, yous are
19 friends of Ralphie.  And we were shocked, but we didn't know what it was
20 like to be in such a small area, where everybody knew each other, and I blew
21 that anyway, they chased me out.  Because I started importing women up from
22 the neighborhood.  And you know they had to get me out of there, they had to
23 get me out of there, because I blew, you know everybody knew where we were.
24              But he's right that the smaller areas I don't know what
25 that's like, because you know I grew up in areas where you know in the city.
26 But I got a taste of that in Troy.
27 AA              Yeah.
28 JP              And very, very different.  They control everything.

                                2

A-1940

Episode 21A Former Genovese Crime Family Captain Anthony Arillotta Part 1
MBA and Button Man with John Pennisi

1   AA                    Right.  And when -- you know I used to go to New York

2   prior to getting made all the time, and I loved it.  I loved the big city.

3   I loved you know going all over Manhattan, and you know all the different

4   boroughs.  But I always wanted to live here, I mean, you know just overall

5   living wise, you know you've been -- especially you coming from there with

6   five families.

7   JP                    Yeah.

8   AA                    I mean it's just -- you know your guys are beefing all the

9   time over he's with me, and that's our guy and this is our -- you know, I

10  mean we don't really have a lot of that.

11  **XXXXX[00:18:21]XXXXX**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

A-1941

11 Tampa And New Jersey Mob, Cigars and the Purple Gang
With Scott Deitche

Transcript:   11 Mob Associate Discusses Current State

                    Of NJ Mob

Participants:        (TL) Tom La Vecchia

                     (JP) John Pennisi

                     (SD) Scott Dietche

Date:                3-11-2021

(PH)             (Phonetic)

(SL)             (Sounds Like)

(TS)             (Talking Simultaneously)

(UI)             (Unintelligible)

(UM/F)           (Unidentified Male / Female)

A-1942

11 Tampa And New Jersey Mob, Cigars and the Purple Gang
With Scott Deitche

1   XXXXX[00:19:15]XXXXX

2   SD              But I always wanted to do like an over-arching history,

3   kind of like I did with Cigar City, just kind of like -- just a

4   chronological kind of overview of you know Jersey from the early years to --

5   you know, to more modern times.  And there's just a lot of great stories.

6   And you had some really powerful understated gangsters, Jerry Catena of the

7   Genovese.

8   TL              Yeah.

9   SD              I mean maybe one of the most you know, kind of under-rated

10  gangsters in the sense that you know you don't really hear much about him,

11  but he wielded a tremendous -- a tremendous amount of power for a long time.

12  TL              Died in his bed, right?

13  SD              Yeah, he was -- you know he spent a little time in prison,

14  but he -- you know he died in Florida in retirement, which you know there

15  are a few of those guys that you know that era did for sure.

16  TL              And Richie the Boot.

17  SD              Richie the Boot, yeah.

18  TL              Was another Genovese.

19  JP              I think that a lot of -- like you said, a lot of guys came

20  out of Jersey, powerful, powerful guys, you know.  That they definitely

21  wouldn't be considered the farm team.  You had a lot of guys like that, that

22  l were -- that were -- I was just talking to a guy who I put Tom with today

23  that comes out of Jersey.  And him and I were talking about a guy named

24  Bobby Cabert.

25  TL              Yeah.

26  JP              Bobby Cabert was a Gambino powerhouse.  When I was in

27  trouble years ago, and went on the run, or the lam whatever way you want to

28

1

11 Tampa And New Jersey Mob, Cigars and the Purple Gang
With Scott Deitche

1  refer to it, I - we were sent to Bobby Cabert, and he helped us.  And there

2  was -- like I said there a lot of -- Bobby Manor.

3  TL                Yeah.

4  JP                The West Side, these powerhouse guy.  John Riggi, you know

5  we could go on and on, a lot of -- a lot of you know influential and strong

6  bosses and guys came out of Jersey, that's for sure.

7  XXXXX[00:21:14]XXXXX

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

14 Mob Associate Discusses Current State of New Jersey Mob
With John Pennisi

Transcript:  14 Mob Associate Discusses Current State Of NJ Mob

Participants:        (TL) Tom La Vecchia

                     (JP) John Pennisi

                     (C)  Charlie

Date:                3/18/2021

(PH)             (Phonetic)

(SL)             (Sounds Like)

(TS)             (Talking Simultaneously)

(UI)             (Unintelligible)

(UM/F)           (Unidentified Male / Female)

A-1945

14 Mob Associate Discusses Current State of New Jersey Mob
With John Pennisi

1   XXXXXX[00:19:56]XXXXXX

2   C                   It's a little different.

3   TL              Yeah.

4   C                   Nothing negative.

5   TL              Yeah.

6   C                   I know on the other side of the river, they say negative

7   things about them.  It's been said here and there.  But they were serious

8   guys too.  I mean they were serious guys too.  But we never -- this -- you

9   know, this Newark area, north Newark area, never really mingled with them

10  much.  In social events yes.  Social settings yes.

11  TL              Yeah.

12  C                   At a club, Florida, listen if we went to a nightclub, we

13  had guys from New York, New Jersey, Brooklyn everywhere, all in the club

14  hanging out, nightclubs and all -- all getting along, but business wise, no,

15  not really.

16  TL              Well, the other thing is you historically don't hear, I'm

17  talking about like publicly

18  C                   yea

19  TL              hear too much about organized crime in Newark.  But it was

20  -- you said it's a hotbed.  So, give us kind of who the bigger players were

21  maybe 20, 30 years ago.  And then give us -- and give us who's still

22  knocking around.

23  C                   Well, Bobby Cabert was one of the biggest guys around.

24  TL              Yeah.

25  C                   His crew was insane -- insane.  They were Gotti's favorite

26  guys over here.  That was Gotti's -- that was John Gotti's north

27  Jersey crew.

28  TL              Yeah.

1

A-1946

14 Mob Associate Discusses Current State of New Jersey Mob
With John Pennisi

| | |
|---|---|
| 1 | C                 And referred to them guys for a lot of things.  They're |
| 2 | all dead now unfortunately, but they were -- they were rough. |
| 3 | TL                Wow. |
| 4 | C                 And that's Cabert and all those guys. |
| 5 | JP                Well, Bobby Cabert helped put me on the lam, Tom.  So, I - |
| 6 | - he -- we went to his -- his club and he winded up putting us in Asbury |
| 7 | Park, and the name of the Hotel was called the Empress.  And then that was |
| 8 | his -- he must have had the place -- must have been with him, and he -- he |
| 9 | helped me and my co-defendant go on the lam. |
| 10 | C                 He was good to his guys on the street.  He was a horrible |
| 11 | family man, terrible, terrible, terrible family man. |
| 12 | TL                Oh, with the ladies? |
| 13 | C                 With his two kids and wife.  He was not a good guy, in |
| 14 | that respect.  On the street, aces.  Well, aces in some respects, but wasn't |
| 15 | good to his family.  His family was… |
| 16 | TL                Interesting.  So, it's funny.  My father was like that |
| 17 | too.  But I actually have a question for both of you.  It's kind of a little |
| 18 | crazy.  And my experience,  00:22:10 just giving personal experiences |
| 19 | minimized, compared to your guys, but in terms of wise guys, I've seen both |
| 20 | extremes, like they make breakfast for their kids, go to every soccer game. |
| 21 | One of the kids on my soccer team, his father was a made guy with the |
| 22 | DeCavalcante's out of Elizabeth.  You always saw him.  He always had a guy |
| 23 | with him. |
| 24 | But what I'm saying is I've seen both extremes, where they |
| 25 | were like really good fathers, terrible husbands, but really good father and |
| 26 | really good like providers, and really good family dudes [00:22:34] in that |
| 27 | sense.  What are your guys' experience been as the older school guys in the |
| 28 | |

2

14 Mob Associate Discusses Current State of New Jersey Mob
With John Pennisi

1   life.  And if you want to give an example or two, feel free either John or

2   Charlie.

3   C            Go ahead John.

4   JP           I think it goes on an individual basis of who -- of who

5   the person is, what his character is, you know it varies.  I've seen from

6   worse to the best fathers.

7   C            Just like regular -- the regular world.  It's…

8   TL           Anything right, yeah.

9   C            There's good and bad, there's trashcans dads and there's

10  you know -- you know crack head moms, there's trashcans dads, it's all --

11  it's the same as regular life.  It really is, [00:23:14] there's guys that

12  you know they said Sammy would be home every night at 7:00 with family.

13  Sammy the bull, you know.  You've got all different -- it's all different.

14  TL           So, but Newark is -- I went to school in Newark and

15  Rutgers -- oh, this is audio so he can't see that.  But guys I'm wearing the

16  hat.  The hat's being worn, just another hat.  So, Newark is pretty diverse.

17  I can't imagine you had to deal with or dealt with a little bit of other

18  groups, Blacks, Spanish, et cetera.  Did you deal with other groups because

19  Newark is pretty diverse or did you kind of just stay in your lane?

20  C            Growing up, I mean you know my family lived in the

21  projects.  And we got along with everybody.  That was the Campesi area.

22  TL           Yeah.

23  C            Black kids, Spanish kids, white kids, we all got along,

24  we're all in the same struggle. So we were all fine

25  XXXXX[00:24:02]XXXXX

26

27

28

                                        3

Episode 28 - I Should've Stayed With The Gambino's
MIBA and Button Man with John Pennisi

1

2

3

4

5

6 Transcript:  Episode 28 - I Should've Stayed with the Gambino's

7 Participants:        (TL) TOM LAVECCHIA

8                      (JP) JOHN PENNISI

9

10

Date:                April 24th 2021

11

12

13

14

15

16

17

18 (PH)              (Phonetic)

19 (SL)              (Sounds Like)

20 (TS)              (Talking Simultaneously)

21 (UI)              (Unintelligible)

22 (UM/F)            (Unidentified Male / Female)

23

24

25

26

27

28

A-1949

Episode 28 - I Should've Stayed With The Gambino's
MIBA and Button Man with John Pennisi

1    **XXXXX[00:02:00]XXXXX**

2

3    TL              So, John let's start off.  So, give us like your earliest

4    brush with the life, and give us some of the guys you grew up around, and

5    then like kind of Segway into how you initially got hooked up with the

6    Gambino's in Howard Beach.

7    JP              You know, I mean, I've said it before, our neighborhood

8    was full of social clubs every -- sometimes every other block.  You know

9    John Gotti was down -- down a couple of blocks from my house, the club was.

10   And I initially, as a young guy with my cousin, started going to the club by

11   John, Jr., and staying around those guys.  I also used to stay in -- on

12   Fulton Street by the Corazzo's and then Blaze Corazzo opened up a club under

13   -- under the L on Jamacia Avenue, and I -- we used to go there and a bunch

14   of my friends, we would stay there.

15               So, I became at a young age, very close you know and don't

16   forget these people, they know my family.  My family came from East New

17   York, Brooklyn and most of these guys came from East New York, Brooklyn, so

18   it was kind of like you know that was my family, you know.  That was -- I

19   think it was a big, big mistake I made.

20   TL              Now, so you were young.  You knew the Corazzo's.  You knew

21   a lot of the players.  You knew like John, Jr., and stuff.  Were you -- were

22   you pegged -- like for the life?  Meaning were you -- like when you were in

23   high school, right, were you like -- how were grades, and were you like

24   planning to go to college?  Or you knew you were hitting the streets after

25   high school.

26   JP              Unfortunately, I was not planning to go to college.  You

27   know we all wish we could go back and change things, but back at that time

28   my mind was in the street, and you know that was it.

1

A-1950

Episode 28 - I Should've Stayed With The Gambino's
MIBA and Button Man with John Pennisi

1  TL                Got it.  Now, so we obviously, and we're not going to go

2  into detail, you had an incident and speak to it as much as you're

3  comfortable with, but you had to lam it, or you had to evade, and the

4  Gambino's were instrumental in helping you out, no?

5  JP                Correct.  I had -- Tony Moscatello had to get permission

6  from Johnny Gotti to move me.  He couldn't just move me around.  He was

7  given permission.  And ultimately, at one point I had a conversation with

8  John, Jr., and he had offered his family -- I think on his mother's side,

9  they had some businesses in Florida.  And then there was also a horse farm

10 that somebody had -- actually, the horse farm, the agents raided the horse

11 farm, so I would have got -- I would have got pinched then too.  But they

12 were definitely instrumental in moving me around, even -- even as we talked

13 about on another show Bobby Cabert moved me (UI)…

14 TL                Powerhouse.

15 JP                Yeah, it was -- it was the Gambino Family that helped --

16 actually helped me during the time that you know obviously we needed some

17 assistance.

18 TL                So, we never really talked about this, I don't think even

19 privately.  So, when you went away initially, did you go away as kind of

20 like -- and I know like when you go to jail, it's kind of -- not a free-for-

21 all, but like you're on your own, you're your own man,  you've got to, like

22 you said.  But were you like hey, like were you with the Gambino's

23 essentially when you were in jail, or were you like your own guy?

24 JP                Yeah, I mean, people -- you know, it's strange in there,

25 you know in prison, everybody was with somebody, but they kind of knew who's

26 who, who was with who or what not, and you know, we probably all tooted our

27 horn a little more than -- a little louder than we should have.  And you

28 know there was guys -- there was friends locked up with us too, you know.

2

A-1951

Episode 28 - I Should've Stayed With The Gambino's
MIBA and Button Man with John Pennisi

1  TL              Yeah.  Now, you -- I obviously met John.  You're like a

2  bigger guy, you're not huge, but you're a bigger guy.  You could definitely

3  fuck somebody up.

4  JP              Not any more right.

5  TL              Like were you -- were you -- like back then, what was your

6  stature?  Were you like a scrawny kid, a bigger kid, good with your hands

7  you know when you were younger.

8  JP              When are you talking about?  When I was younger?

9  TL              Like, so you're 20, 21 years old, you're a kid.

10 JP              I'm locked up.

11 TL              Did you scrap

12 JP              at the time

13 TL              you what?

14 JP              I'm--

15 TL              No, correct, but I'm saying like back then were you…

16 JP              I was fighting.  I was fighting all the time.  I'm six-

17 one, so you know I was -- I could kind of handle myself.

18 TL              Got it.  Now, while you're there, you're saying that there

19 were some friends there, some guys there, so you were probably brought in.

20 Like this sounds -- people love the details.  Does like somebody, a friend

21 from the outside contact a friend from the inside and say hey, just look out

22 for Pennisi, or…

23 JP              That happens a lot, yeah.

24 TL              ok so--

25 JP              That happens a lot.  You know that's -- people will call -

26 I had, Jimmy Burke had -- had made a telephone call about me one time

27 through his daughter.  As you know, Jimmy's daughter, Robin is my son's

28 Godmother.

3

A-1952

Episode 28 - I Should've Stayed With The Gambino's
MIBA and Button Man with John Pennisi

1    TL              Oh wow.

2    JP              Yeah.  So, that happens a lot, like messages -- people

3    don't realize messages are sent in and out of prison daily.

4    TL              Daily.  Stupid question.  Do you know this?  Like -- not

5    that you're going to pump your chest out or it matters, especially in jail,

6    but do you kind of know you're protected by the Gambino's when you're there,

7    or it's more like a sudden thing.

8    JP              No.  No.

9    TL              You don't know.

10   JP              You -- you've got to stand on your own in there.

11   TL              Got it.

12   **XXXXX[00:07:45]XXXXX**

13

14

15   **XXXXX[00:36:18]XXXXX**

16   JP              But the funniest thing that I just shared with you from a

17   younger guy from the neighborhood --

18   TL              Yes.

19   JP              -- that just messaged me, and basically says that Blaze

20   himself is saying that you know he was always a good guy.  This never would

21   have happened had he -- had he not gone with these guys.  But the funniest

22   thing is that when he tells the story and lets this kid know that I used to

23   take the napkin holders and move them off the table when we would talk and

24   meet And they did make fun of me, and kid around with me, like it was a

25   paranoid thing.  But he -- as a matter of fact, the kid wrote and said that

26   they did not say you were paranoid.  They said that you were very, very

27   careful.  So, they knew I knew what I was doing in that life. You know, I

28   would take the napkin holder off the table; because you never know where

4

Episode 28 - I Should've Stayed With The Gambino's
MIBA and Button Man with John Pennisi

1   they're going to place a bug and you know it was more for protection not

2   only for myself, but for whoever we were talking to.  And you know I just

3   found it funny, because I forgot about that.  So, that was -- that was funny

4   that he -- this young guy spoke to Blaze and Blaze brought that up to him,

5   just recently about me.

6   TL                    Interesting.

7   **XXXXX[00:37:44]XXXXX**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5

SitdownNews - Live August 30th 2021

Transcript:   SitdownNews - Live August 30th 2021

Participants:      (JP) JOHN PENNISI

Date:              August 30th 2021

(PH)              (Phonetic)

(SL)              (Sounds Like)

(TS)              (Talking Simultaneously)

(UI)              (Unintelligible)

(UM/F)            (Unidentified Male / Female)

A-1955

SitdownNews - Live August 30th 2021

1  **\*\*\*\*MARK 34:13**

2  JP:            I Don't Know--I never heard Stevie Be--I never heard

3  anyone call Stevie "Wonderboy"

4

5  **\*\*\*\*End 34:20\*\*\*\***

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

US v. Madonna, et.al., 17 Cr. 89 (CS)
53298054_Jul_25_2017_17_03_46_PM

1
2
3
4
5
6 Transcript: 53298054_Jul_25_2017_17_03_46_PM

7 Participants:   (DE) David Evangelista

8          (CD) Carlene Dorfman

9 Date:      07.25.2017

10
11
12
13
14
15
16
17 (PH)     (Phonetic)

18 (SL)     (Sounds Like)

19 (TS)     (Talking Simultaneously)

20 (UI)     (Unintelligible)

21 (UM/F)    (Unidentified Male / Female)

22
23
24
25
26
27
28

**A-1957**

US v. Madonna, et.al., 17 Cr. 89 (CS)
53298054_Jul_25_2017_17_03_46_PM

1  [Phone ringing]

2  CD                 Hello.

3  UF                 You have a prepaid call.  You will not be charged for this

4  call.  This call is from David Evangelista, an inmate at a Federal Prison.

5  This call is being recorded and is subject to monitoring.  Hang up to

6  decline the call, or to accept, dial 5 now.  If you wish to block…  [Tone]

7  CD                 Hello.

8  DE                 Yeah, Carlene, I'm sorry for waking you and everything.

9  Listen--

10  CD                 That's okay, how's everything?

11  DE                 Nothing, that kid – that ain't going to happen and

12  everything.  Listen, I got a job next week in the laundry room, I'm going to

13  be working and everything.  If it's possible, can you just put like five or

14  ten dollars on my phone?

15  CD                 Yeah, I'm going to do that after.

16  DE                 All right, don't worry about everything.  (U) and

17  everything

18  CD                 I'll talk to your (UI).

19  DE                 All right, I love you.

20  CD                 Yeah, call me back after, right.

21  [Call disconnected]

22

23

24

25

26

27

28

1

A-1958

LAW OFFICES

# DAVID WIKSTROM
950 THIRD AVENUE · 32ND FLOOR
NEW YORK, NEW YORK 10022

E-MAIL: DAVID@DAVIDWIKSTROM.COM
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

**REQUEST FILING UNDER SEAL**

February 11, 2020

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

Re:  <u>United States v. David Evangelista</u>
17 CR 191 (RA)

Dear Judge Abrams:

This letter is submitted in mitigation of sentence on behalf of David Evangelista. The social history assessment and mitigation report of Leslie S. Lockwood is attached as Exhibit A.

The Court has already received the Government's letter under U.S.S.G. §5K1.1, outlining Mr. Evangelista's cooperation, which I hope the Court will grant. In addition, the Court has received the Probation Department's Sentencing Recommendation, in which I concur. I write separately to highlight certain factors that I hope the Court will consider in fashioning sentence, and that I believe confirm the appropriateness of the recommended sentence. I have reviewed the final Presentence Report dated February 6, 2020 with my client, and we have no objection to its content or Guidelines calculation.

**<u>The Defendant and his Offense Conduct</u>**

Three and one half years ago, 41-year old David Evangelista arrived at the Bronx Community Reentry Center. He had been in jail nearly continuously since his arrest for robbery on July 6, 1995, when he was 20. He was denied bail that day, pleaded guilty later that year, and ultimately served a sentence of five and a half to sixteen and a half years, imposed in Kings County Supreme Court. This was followed by one year of liberty—during which he continued shooting heroin, robbed two banks, and was rearrested—and he then served a 151-month sentence imposed in this

Court for bank robbery (05 CR 1248 (DLC)). He had abused drugs of every variety since he was 9 years old, when ██████ introduced him to marijuana (PSR ¶ 148), and he had been a heroin addict since he was 19, an addiction that commenced (and continued) while in prison. In late 2016 he had but a few months—and with "out custody" possibly only weeks—to go before reuniting with his mother and siblings, his first Thanksgiving dinner with his family in decades.

This should have been a kind of rebirth, a middle-aged man reentering the world he left as a teenager. But by then for Mr. Evangelista, the real world was difficult, confusing. He lacked formal education, suffering from ████████ ████████████████, and had quit middle school in the 8th grade (PSR ¶¶ 152-53). He lacked job skills and any significant employment history (PSR ¶¶ 156-57). He had drug problems and ████████████████. Family support was lacking. He needed drug treatment, but drug treatment was not offered at the Bronx Reentry Center. He could not afford private treatment, and therefore needed Medicaid; but he had no identification and could not apply for Medicaid until he did. He needed other forms of identification such as utility bills or a lease even to apply for a NYC ID or a DMV non-driver ID, but he lacked those as well. He was, in short, utterly unprepared for reentry. For Mr. Evangelista, "home," the only world he knew how to exist in, was prison.

Mr. Evangelista's roommate at the Reentry Center was ████████████████ ████████ ████████ was distributing heroin in the Bronx and kept heroin in the room he shared with Evangelista. The heroin he shared too. Mr. Evangelista then failed a drug test, then failed to observe a curfew, then did heroin and failed to return. And when he did come back, he was told that it was "too late," that a warrant had already issued for his arrest (Count 1).  Mr. Evangelista was then on the run: desperate, terrified, homeless, in need of more heroin[1], unable to go home, and unable to face his family, let alone himself. ████████ offered him money in exchange for help moving the body of someone he had ordered shot (Count 5). He robbed and attempted to rob three banks in five days (Counts 2, 3 and 4), in each case by tendering a demand note. He used that money to buy heroin. His offense conduct took place over some two and a half weeks, between his absconding from the Reentry Center on November 15 and his arrest on December 4.

Facing bank robbery and escape charges, and now at the MCC, Mr. Evangelista's estimated guidelines imprisonment range was 188-235 months' imprisonment. ████████████████████████████████████████████ ████████████████████████ Following his recovery, he was returned to the MCC from the hospital. He attempted to cooperate with law enforcement about

---

[1] At its worst, Mr. Evangelista's daily heroin consumption was 24 bags. PSR ¶ 150.
█ ████████████████████████████████████████
  ████████████████████

███████ drug-related shooting, but though parts of his account were corroborated (through text messages and location information on his cell phone), no body was ever found and no missing person report filed consistent with his account. The outlook for his future ranged from bleak to nonexistent. Then, two highly improbable events occurred: the first triggered a transformation in David Evangelista, the second a transformation of his legal prospects. Together they fully warrant the Government's application for leniency and the Probation Department's sentencing recommendation.

In early May 2017, MCC staff erroneously concluded that Mr. Evangelista's sentence was expiring, and they told him to prepare for his release. He told staff members that they were in error, that he had new charges. But they countered that he was simply "institutionalized," that he did not need to fear the outside world, and so on. On May 12th, they told him to pack, they gave him a month's supply of his medications and a metrocard, they lifted the rear gate into the alley behind the MCC, and they sent him out into the world. ████████████████████████████████

███████████████████████████████████████████████ He did two things that day: he went home to visit his mother to give her a present (i.e., tell her he was a changed person), and then went back to prison and a still-uncertain future.

The second improbable event was that Mr. Evangelista met a soldier in the Lucchese crime family in prison: not just any soldier, but one who was (1) facing murder charges and (2) extremely talkative. After his return to prison, Mr. Evangelista was moved from MCC to MDC Brooklyn. It was there that he met Christopher Londonio, also a new arrival at the MDC, who befriended him, invited him to sit at "his" table for meals, etc. Mr. Evangelista was quickly identified and derided as "the dumbass" who came back to prison to face a lengthy sentence after being released mistakenly. Londonio, based apparently on nothing more than the fact that they were both of Italian descent and from Brooklyn, began to confide details and observations about his own case—a murder case—in Mr. Evangelista. And ultimately, in early summer 2017, Londonio told Mr. Evangelista that he "needed his cell." When Evangelista asked why, Londonio laid out his escape "plan," which started with tampering with the window in Evangelista's cell to remove the plexiglass, and then climbing down to the parking lot using a rope made from bedsheets. As the two men talked more, Mr. Londonio became more forthcoming with details about the murder. But because Mr. Evangelista was incarcerated in the U.S. Penitentiary in Terre Haute when the murder occurred (in November 2013), these were details that Evangelista could not have known any other way than by the revelations of a participant. The

_____

[3] ███████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████

A-1961

revelations included details concerning who had ordered the murder (Lucchese family boss Matthew Madonna), who had conveyed the order from Madonna (underboss Stephen Crea), who else was involved (Stephen Crea, Jr., and Terrence Caldwell), and other details.

In July 2017, Mr. Evangelista reported the escape plot to prison authorities. MDC staff confirmed that Evangelista's window had been damaged with a makeshift tool, and later found a box containing 18 bedsheets under Mr. Londonio's bed. Emails and recorded telephone calls corroborated Mr. Evangelista's account. His revelations formed the basis for his cooperation agreement and, ultimately, his trial testimony against Londonio and others, including the boss and underboss of the Lucchese family. All of them were convicted of murder based in part on Mr. Evangelista's testimony.

Prison authorities thwarted the nascent escape plot in August 2017, and simultaneously Mr. Evangelista disappeared from the housing unit; as a result he was instantly famous inside MDC as a snitch. This made life and movement within the institution itself fraught with anxiety and danger. For close to three years he has been mocked, reviled and threatened—directly and indirectly—not just by associates of Londonio, but by other inmates who had assisted Londonio in smuggling drugs and contraband into the MDC, and even by corrections officers who remained friendly with Londonio. Mr. Evangelista was moved to different housing units, spent considerable time in solitary confinement for his own protection, and was eventually moved to a sparsely-populated unit within MDC housing other inmates with complicated security issues, such as former police officers. Even there, correctional officers conveyed messages about Londonio's suffering and encouraged Evangelista to cease cooperation. Meanwhile the tabloid press feasted on the vivid details both of Mr. Evangelista's egregious past and his anticipated testimony, all fed by leaks of the 3500 material relating to Mr. Evangelista to media outlets.[4] Shortly before his trial testimony Mr. Evangelista was removed from MDC after being attacked by four inmates inside his own cell, and transferred to the Orange County Jail.[5] There too, correctional officers warned other inmates to avoid Mr. Evangelista because he was "a rat" and displayed on computer screens the lurid press accounts of his cooperator status. Mr. Evangelista filed an administrative grievance against those officers at the institution, who were initially disciplined, but who then returned to the unit two weeks ago, beat him and maced him in the eyes and mouth as retaliation.

---

[4] "Feds have a Second Key Witness in Meldish Murder Case and He May be Shakier than the First," *Gangland News,* 1/3/2019; "Inside the Wild Attempted Jail Escape of Luchese Mobster Christopher Londonio," *New York Post,* 10/17/19; "The Veal Shank Redemption," *New York Post* 10/18/19.

[5] I am informed that, because Mr. Evangelista's criminal record includes escape conduct, the USMS was unable to place him in other facilities such as GEO or the Putnam County Jail.

**Sentencing Argument**

**A. Mr. Evangelista has been specifically deterred, and has been punished in many ways already.**

On May 12, 2017 Mr. Evangelista decided that he was changed, that his old ways of life disserved him, and that he would "do right." Given his track record of recidivism, any court would be justly skeptical. Yet he has proven his dedication for nearly three years now. First, of course, after visiting his mother, he promptly surrendered to be returned to MCC.



It is obvious that heroin-fueled David Evangelista makes terrible decisions and is a danger to himself and others. But sober David Evangelista makes moral and correct choices, first and foremost being the choice to remain sober. He could have—but did not—continue to flee authorities in 2017 when he was mistakenly set free. He could have—but did not—escape with Mr. Londonio. He could have—but did not—continue to use drugs while in prison, since drugs are available inside; indeed Mr. Londonio himself was bringing them in. Mr. Evangelista has been sober for three years, whereas for most of his life he couldn't string even three days together. He has worked continuously in the institution as an orderly, and he has incurred no disciplinary sanctions whatsoever.

Voluntary cessation of criminal activity is a factor that plainly mitigates the need under §3553(a) for the Court's sentence to provide specific deterrence, to promote respect for the law, and to protect the public from further crimes of the offender.  Granted, there is the need for the sentence to reflect just punishment, and nothing I say is meant to minimize the crimes that Mr. Evangelista did commit, which were numerous and serious, as he himself acknowledges. But Mr. Evangelista saw the error of his ways more three years ago, took affirmative steps to stop, and

5

stuck to them thereafter. Such steps do not, of course, constitute a defense; nor do they impact the guidelines. How they are to be recognized and treated by the justice system is relevant only now, at sentencing. And here, for someone with Mr. Evangelista's background, it should make a profound difference.

Furthermore, Mr. Evangelista has suffered for his wrongs in unique ways. He has been unwavering in his commitment to tell the truth and do the right thing, and has suffered for it. He has testified in public against the boss of an organized crime family and several underlings, subjecting himself to scorn, ridicule and a lifelong risk of violent retaliation from an organized group whose very credo includes the execution of such truth-tellers when and wherever located. He has used prison administrative procedures to seek redress against corrections officials who have made his life dangerous, only to be beaten by them as a result.

So to the extent that §3553(a) commands the Court to calculate "just punishment" for the offense, I believe that Mr. Evangelista has indeed been punished severely already, and that it is unnecessary now for the imprisonment component of his sentence to be more severe than that to teach him a lesson.



A-1964



**<u>Conclusion</u>**

I ask your Honor to follow the recommendation of the Probation Department and sentence Mr. Evangelista to time served. I concur in its recommendation that the Court order the Defendant into a treatment facility for necessary drug treatment and related services.



Lastly, I respectfully request that this submission and its exhibits be sealed, and that docketing of the sentence likewise be temporarily sealed for a six-month period (subject to renewal on written application if necessary) to ensure Mr. Evangelista's safety.

A-1965

This is a difficult case and I do not make these requests lightly. But Mr. Evangelista has spent nearly 24 years behind bars and has learned whatever lessons the prison system has to impart. There is now an opportunity for him to do properly what he failed to do in 2016: prepare for life. I believe that over the last three years he has earned the right to ask for that.

Respectfully submitted,

David Wikstrom

53298054_Jul_11_2017_20_10_31_PM

Transcript:   53298054_Jul_11_2017_20_10_31_PM

Participants:        (DE) David Evangelista

                     (Mother) Evangelista's Mother

Date:                07.11.2017

(PH)             (Phonetic)

(SL)             (Sounds Like)

(TS)             (Talking Simultaneously)

(UI)             (Unintelligible)

(UM/F)           (Unidentified Male / Female)

**A-1967**

1  [Phone ringing]

2  UF                You have a prepaid call.  You will not be charged for this

3  call.  This call is from David Evangelista, an inmate at a Federal Prison.

4  This call is being recorded and is subject to monitoring.  Hang up to

5  decline the call, or to accept, dial 5 now.  If you wish to block any…

6  [Tone]

7  MOTHER          Hello.

8  DE                Listen to me very carefully – very carefully – very, very

9  carefully.  Take heed to my letters that I sent you, and take heed to what

10 I'm saying.  If I receive any more mail, I don't care who died or whoever,

11 if I receive any more mail, I'm going to open a can of shit on your son, I'm

12 letting you know that right now.

13  MOTHER         Oh, please don't call me no more.

14 DE                I do not want no more letters, no nothing – I'm telling

15 you right now.

16 MOTHER          Oh, don't call me no more.

17 DE                I'm telling you right now.

18 MOTHER          Don't call me.  Go call your sister in Jersey.  Leave me

19 the fuck alone.

20 DE                Trust me.  Trust me, this – your son – your son will be

21 locked up if I get another letter.  I can guarantee you on that.

22 [Call disconnected]

23

24

25

26

27

28

1

US v. Madonna, et.al., 17 Cr. 89 (CS)
53298054_Jun_27_2017_08_46_50_AM

Transcript:   53298054_Jun_27_2017_08_46_50_AM

Participants:          (DE) David Evangelista

                       (M) Mother

Date:                  06.27.2017

(PH)               (Phonetic)

(SL)               (Sounds Like)

(TS)               (Talking Simultaneously)

(UI)               (Unintelligible)

(UM/F)             (Unidentified Male / Female)

A-1969

US v. Madonna, et.al., 17 Cr. 89 (CS)
53298054_Jun_27_2017_08_46_50_AM


1   [Phone ringing]

2   UF                You have a prepaid call.  You will not be charged for this

3   call.  This call is from David Evangelista, an inmate at a Federal Prison.

4   This call is being recorded and is subject to monitoring.  Hang up to

5   decline the call, or to accept, dial 5 now.  If you wish to block…  [Tone]

6   M                 Hello.

7   DE                Yeah.

8   M                 Yeah.  Probation was here yesterday.  Hello?

9   DE                Yeah.

10  M                 She told me to tell you, she was here.

11  DE                All right.

12  M                 All right.  What's going to be is going to be.  But you

13  have no empathy on nobody.  You don't give a fuck what you do to anybody.

14  DE                Well, I don't know what you're talking about.

15  M                 Yeah, I'm talking about what your sister Sandy, all right,

16  that girl's got three fucking kids, she don't bother nobody.  Anything to

17  save your own ass.  You caused a lot of problems.  You caused a lot of

18  problems for me.  A lot of problems for me.

19  DE                I don't even know how you…

20  M                 A lot of problems for me.  A lot of problems for me with

21  Chris, everybody.  You don't give a shit about nobody but your own ass.  Why

22  don't you go in your mirror and look at what you did to people?  You forget

23  what your sister Sandy did for you.

24  DE                She did for me?  What did she do for me?

25  M                 That's right, she did a lot for you.

26  DE                What did she do for me?

27  M                 What did she do for you?  Your time with the State, who

28  put bail money on you, who did things for you?

1

**A-1970**

US v. Madonna, et.al., 17 Cr. 89 (CS)
53298054_Jun_27_2017_08_46_50_AM

1    DE        Who?  Kevin?

2    M        That was her money, not Kevin's.  You don't realize the

3    problems you caused out here for me now.  You don't realize it.

4    DE        What problems?  What problems?

5    M        Yeah, what problem.  I'm going to the…

6    DE        What problems.

7    M        I'm going to a shelter to live.  All right, thank you.

8    Thank you.

9    DE        Listen, what problems?  What problems?

10    M        Thank you.  You don't think about nobody but your own ass.

11    I read some of them fucking you, dumber than dumber, like I told them, I

12    should have got a job with the federal – hello.

13    DE        What do you mean?  What are you talking about?

14    M        Because you got to be a dumb ass to work for them.  I

15    guess anybody can get a job with the federal, as long as you're a dumb ass.

16    That's right, a bunch of fucking dumb asses.

17    DE        They're all dumb huh?

18    M        Yeah, they're all fucking dumb to me.  You've got to be a

19    dumb ass to work with the federal.  A dumb ass.  Dumb ass.  No fucking way,

20    none of them dumber than you.

21    DE        Whatever.

22    M        Dumber than you.  And I told them to their face.  They

23    don't like it.  I told them, take my mother-fucking (UI).  And don't come

24    back in my door.

25    DE        I hope you did tell them that.  I hope you did.

26    M        Yeah, I did tell them.

27    DE        Yeah.  I hope you did.

28

2

A-1971

US v. Madonna, et.al., 17 Cr. 89 (CS)
53298054_Jun_27_2017_08_46_50_AM

1  M                 I did tell them.  I did, and I told them the halfway house
2  was even fucking dumber.  Come to me, blame me for a piece of paper, a Birth
3  Certificate.
4  DE                Who blamed you?
5  M                 Well, one of them, they fucking – they did.  What have
6  they done?  What have they done?
7  DE                Who blamed you?
8  M                 All – You did.  You did.  You did.
9  DE                Listen don't start…
10 M                 You did.
11 DE                That little fucking, that – that bullshit lying bullshit.
12 Because let me tell you something.
13 M                 I'm not lying.
14 DE                Don't – don't start that dumb shit and everything, because
15 I know for a fact they didn't say nothing like that.  I know that for a
16 fact.
17 M                 Birth Certificate – Birth Certificate, kiss my ass.
18 There's people out here walking without anything – anything, walking without
19 anything.  You did what you did.  You chose to do what you did.  Nobody made
20 you do what you did.  You chose to do it.
21 DE                You're all fucking crazy in your head.  You know that,
22 right?  Every single one of you.
23 M                 You can't – you can't even call me (TS)…
24 DE                That's why – that's why – let me tell you something that's
25 why a lot of people didn't want to live where they lived, even with you.
26 Let me tell you something, you…
27 M                 I know.
28 DE                You gave your mental illnesses to other people, honestly.

3

A-1972

US v. Madonna, et.al., 17 Cr. 89 (CS)
53298054_Jun_27_2017_08_46_50_AM

1   M               Yeah, yeah.  Don't blame me.  I'm not going to wear
2   nobody's coat.
3   DE              I'm telling you right now and everything.  No, no, nobody
4   is blaming nobody and everything, but what I'm saying is this, yous really
5   got fucking problems, I'm telling you.
6   M               You can't even call me in the morning with a phone call
7   before you talk to me and say, good morning, ma, how you feeling?
8   DE              Yous are the ones that got problems and everything – hello
9   – and everything.  You've got problems.  Yous got fucking problems.
10  M               No.  You've got the problems.  And I'm not wearing
11  anybody's problems.
12  DE              And everything, serious fucking problems, believe me,
13  serious fucking problems yous got.
14  M               Yous are all grown now, yous are all big boys, and yous
15  are all grown big girls.  I got my own problems.  I'm not feel well.  I'm
16  not feeling well at all.
17  DE              I can guarantee you this.  This will be your last time
18  because I can guarantee you this.  I said it before, and like I said, I just
19  called you about the probation and everything.  You will never ever receive
20  a phone call from me again, I can guarantee that.
21  M               You call me in the morning, you can't even say, good
22  morning, ma, how are you?
23  DE              Listen to me, listen to me I can guarantee you on this.
24  Yous will never receive a phone call from me again, I can guarantee you.
25  M               You don't care.  You don't care.
26  DE              Believe me.
27  M               Who you hurt – who you hurt.  Or you hurt – you don't care
28  who you drag through the mud with you.

4

A-1973

US v. Madonna, et.al., 17 Cr. 89 (CS)
53298054_Jun_27_2017_08_46_50_AM

1 DE              Drag through the mud.  What you talking about drag through
2 the mud?
3 M               That's right.
4 DE              What are you talking about drag through the mud?
5 M               Leave Sandy alone.  She raises three children.  She don't
6 feel well either.  Sandy is sick.  And she's got three children to raise.
7 DE              Yous are all fucking flip artists.  Every single of yous,
8 please yous are all fucking jokes, honestly.  All yous are all jokes.
9 M               Okay, I'm a joke.  I'm a joke.
10 DE              All of yous are all jokes and everything.  Every single
11 one of yous are now jokes, honestly.
12 M               Your sister (UI) the good one.
13 DE              I haven't talked to her in fucking weeks, that's first of
14 all and everything.  Let me tell you something, all of yous are all jokes.
15 Every single one of yous are a joke.  Yous are all hypocrite – that
16 statement to each other like crazy, like crazy and everything all right.
17 M               Well, my past is coming to see you.
18 DE              All right.
19 M               My past is paying a visit to you.
20 DE              Very nice, your past is nothing and everything.  Your past
21 is nothing and everything.  I don't know him – don't want to fucking know
22 him.  I don't want to know…
23 M               Tell (UI) to God.
24 DE              Don't want to know none of them and everything.  Don't
25 want to know none of them.
26 M               (UI) to God.
27
28

5

**A-1974**

US v. Madonna, et.al., 17 Cr. 89 (CS)
53298054_Jun_27_2017_08_46_50_AM

| | |
|---|---|
| 1 | DE            Just like I don't want to know none of yous at all, at |
| 2 | all. At all, and that's right, believe me on this. I blame all of yous |
| 3 | mother-fuckers for ruining my life, believe me on that. |
| 4 | M            No. No. Nobody ruined your life but you. |
| 5 | DE            Listen to me, I can guarantee you on this. Believe me, I |
| 6 | can guarantee you on this. |
| 7 | M            Nobody ruined your life but you. You made your choices. |
| 8 | DE            And let me tell you something. This is not the end of it, |
| 9 | because everything works out that the worst of it, believe me on this, |
| 10 | believe me on this, then I will be dragging people through the mud, I can |
| 11 | guarantee you on this, and everything. |
| 12 | M            Oh, you already have. You already have. |
| 13 | DE            Oh, no. Oh, no, don't get… |
| 14 | M            You already have. |
| 15 | DE            Nothing yet. I can guarantee you on that, nothing yet and |
| 16 | everything. |
| 17 | M            Let me go. Let me go. Let me go. Let me go. |
| 18 | DE            Yeah, good. |
| 19 | M            You have no f'ing beef on nobody. |
| 20 | DE            Yeah, yeah. |
| 21 | M            Nobody but yourself. |
| 22 | DE            Yeah, I know. I know. I know. |
| 23 | M            I did everything for you, everything for you, you didn't |
| 24 | respect it. You didn't appreciate it. All right, don't tell me bullshit, |
| 25 | when you were young, I tried to do everything for you. You made your |
| 26 | choices. You didn't want a program. You didn't want this. You didn't want |
| 27 | that. You wanted to (UI) right friends. |
| 28 | |

6

US v. Madonna, et.al., 17 Cr. 89 (CS)
53298054_Jun_27_2017_08_46_50_AM


1  DE           I hope you told them all of that, because let me tell you

2  something, when I find out if that's everything that was said, and I'm going

3  to find out this week, I can guarantee you on this, I can guarantee you on

4  this, and everything, believe me, I can guarantee you a can of worms is

5  going to be opened up so bad, believe me.  I guarantee you on this and

6  everything.

7  M            I just thank God – I just thank God…

8  DE           I hope – I hope you did.  And I…

9  M            My mother and father were alive – that my mother and

10  father were alive that I could say I'm sorry to them, before they left this

11  world.  That's the only thing I am grateful for.

12  DE           I'll tell you this.  I'll tell you this and everything,

13  believe me on this, I'll tell you this and everything, what's going to be is

14  going to be with me and everything.  What's going to be is going to be with

15  me.

16               This is where I am.  And this is where I stay, trust me on

17  this.  Trust me on this and everything.  Whatever happens to the end, is

18  going to happen and everything.  Trust me on this.  But I can guarantee you

19  on this, I can guarantee you on this, 100 percent guarantee you on this and

20  everything, I don't care if they put me by Potter's Field.  I can guarantee

21  you on this.  This is a guaranteed, believe me on this, trust me on this.

22  M            Listen you're not God.  The day you're born it's written

23  in stone, the day you're born, and it written in stone only God can take you

24  away.

25  DE           Listen, I can guarantee you on this, because let me tell

26  you something, all the years, let me tell you, I did what I did – I did what

27  I did, there's no – there's no – there's no denying that, but before even

28  that all got out of hand, I went for help but I don't even – that's over,

7

A-1976

US v. Madonna, et.al., 17 Cr. 89 (CS)
53298054_Jun_27_2017_08_46_50_AM


1  for over and everything – and everything, but the way I was fucking tricked

2  numerous times, lied to, people knowing what I was facing and then the

3  second time this happened, I went back – let me tell you something that's

4  all good.  That's all good.

5            But people got to look in the mirror and look what they

6  also did and let the mother-fuckers stop lying and saying, oh, well, he

7  didn't call for help.  Oh, he didn't do this – who the – Sandy, fucking

8  Sandy, Sandy, she hasn't been in my fucking life for 12 fucking years, and

9  then all of a sudden she's calling my lawyer.

10  M            I asked her to.

11  DE           Please, give me a fucking break.  Give me a break.

12  M            I was in the hospital.

13  DE           Give me a break, 100 fucking times you talk about…

14  M            I asked her to.

15  DE           Sandy left and fucking right.  And now all of a sudden

16  she's fucking prime and proper.

17  M            That's right.  That's right.  People change.  People grow

18  up.

19  DE           Yeah, yeah, I know.

20  M            People grow up.

21  DE           Yeah, I know, I know.

22  M            And that you stand and ask God – and that you stand and

23  ask God to forgive you.

24  DE           I know, I know.  Let me tell you something.

25  M            You also forgive other people.

26  DE           Let me tell you something.  Let me tell you something.

27  The way she wrote me a fucking letter and called me a rat bastard, this and

28  everything – and everything, let me tell you something, she's the fucking

8

US v. Madonna, et.al., 17 Cr. 89 (CS)
53298054_Jun_27_2017_08_46_50_AM

1    worstest fucking person on the fucking earth, walking around.  She's a

2    fucking sex offender, and that's all she is and everything.

3    [Call disconnected]

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

9

US v. Madonna, et.al., 17 Cr. 89 (CS)
53298054_Jun_16_2017_17_16_06_PM

Transcript:   53298054_Jun_16_2017_17_16_06_PM

Participants:          (DE)  David Evangelista

                       (CD)  Carlene Dorfman

Date:                  06.16.2017

(PH)              (Phonetic)

(SL)              (Sounds Like)

(TS)              (Talking Simultaneously)

(UI)              (Unintelligible)

(UM/F)            (Unidentified Male / Female)

A-1979

US v. Madonna, et.al., 17 Cr. 89 (CS)
53298054_Jun_16_2017_17_16_06_PM

1  [Phone ringing]

2  CD                Hello.

3  UF                You have a prepaid call.  You will not be charged for this

4  call.  This call is from David Evangelista, an inmate at a Federal Prison.

5  This call is being recorded and is subject to monitoring.  Hang up to

6  decline the call, or to accept, dial 5 now.  If you…  [Tone]

7  CD                Hello.

8  DE                Hey, Carl.

9  CD                Hello David Evangelista.

10 DE                (laughs) what are you doing

11 CD                 It took me fucking four hours yesterday, I found that

12 fucker's address.  I found him on the computer, cause you never fucking

13 called me.

14 DE                Hey, no, he's on the computer.  David (Wick?  UI)

15 Attorney.  He's on the computer.

16 CD                I didn't – listen I didn't know how his last name was

17 spelled, so I (UI).

18 DE                (UI) W-i-c-k…

19 CD                Listen I have it all

20 DE                All right.

21 CD                I have it all in the house.

22 DE                All right.  I'll try to…

23 CD                How are you?

24 DE                I'm all right and everything.

25 CD                Yeah, what's going on with threatening people?

26 DE                I ain't threatening nobody, Carlene.

27 CD                Well, I don't know it's you, they have me all so fucking

28 nuts I almost fell off the fucking ladder the other night, and hurt my

1

A-1980

US v. Madonna, et.al., 17 Cr. 89 (CS)
53298054_Jun_16_2017_17_16_06_PM

1  fucking knee. Because I'm being told that you're threatening people and

2  their children.

3  DE            Carlene, I swear to God, Car…

4  CD            Okay, listen, you just listen.

5  DE            That is not true, Carlene.

6  CD            Listen, listen, I just wanted to ask you, that's it

7  DE            Carlene, I swear to God, Carlene.

8  CD            Listen, listen, I just wanted to ask you, that's it about

9  the conversation (UI) listen.

10 DE            Carlene, I got – let me tell you – no, I know, Carlene, I

11 got a stupid letter – I got a stupid letter, right.  So, I called somebody.

12 I called her.  I said, all right, you're telling me about being a man, and

13 standing up, doing this, doing that.  I said now…

14 CD            listen, listen…(UI) listen

15 DE            I said now, I said now let Chris tell you truth, and I

16 said like this, and it went like this Sandy – I mean, Carlene, I went like

17 this, now you be a woman and stand up for yours then, and everything, you

18 know.  That's all I said Carlene.

19 CD            Well, listen, don't let somebody on the phone call,

20 because I got a stupid fucking letter too, and I literally just took the

21 letter, ripped it up, and I'm not fucking sending it to anybody.  As far as

22 their all concerned, I'm a piece of shit, no matter what you do…

23 DE            You know, Carlene, they're fucking…

24 CD            Listen, listen, I stick up for you for everything, okay,

25 so I can go fuck myself too.  So, I told them all, just the other day…

26 DE            Yeah.

27 [Call disconnected]

28

2

A-1981

US v. Madonna, et.al., 17 Cr. 89 (CS)
53298054_Jun_12_2017_20_28_22_PM

1

2

3

4

5

6   Transcript:  53298054_Jun_12_2017_20_28_22_PM

7   Participants:       (DE) David Evangelista

8                     (M) Mother

9   Date:               06.12.2017

10

11

12

13

14

15

16

17   (PH)             (Phonetic)

    (SL)             (Sounds Like)
18
    (TS)             (Talking Simultaneously)
19
    (UI)             (Unintelligible)
20
    (UM/F)          (Unidentified Male / Female)
21

22

23

24

25

26

27

28

A-1982

US v. Madonna, et.al., 17 Cr. 89 (CS)
53298054_Jun_12_2017_20_28_22_PM

1   [Phone ringing]

2   UF              You have a prepaid call.  You will not be charged for this

3   call.  This call is from David Evangelista, an inmate at a Federal Prison.

4   This call is being recorded and is subject to monitoring.  Hang up to

5   decline the call, or to accept, dial 5 now.  If you…  [Tone]

6   M               Hey, how are you?

7   DE              Listen, I'm not even calling for all of that.  I'm not

8   even calling for none of that shit and everything.

9   M               Okay.

10  DE              This stupid ass fucking letter that I just got, that they

11  just copied and everything, listen you can – don't ever write me the fuck

12  again, honestly.  I am dead in all the eyes, honestly.  Don't ever write me.

13  Whatever comes my way, I'm going to take it, believe me on that.  Whatever

14  comes my fucking way, I'm going to take it and everything.  But let me

15  fucking tell you something, I got black and white on your fucking son, all

16  right, turning me in not only once…

17  [Call disconnected]

18

19

20

21

22

23

24

25

26

27

28

1

53298054_Jun_05_2017_13_59_55_PM

```
 1

 2

 3

 4

 5

 6    Transcript:  53298054_Jun_05_2017_13_59_33_PM

 7    Participants:        (DE)  David Evangelista

 8                         (M)  Mother

 9    Date:                06.05.2017

10

11

12

13

14

15

16
      (PH)             (Phonetic)
17
      (SL)             (Sounds Like)
18
      (TS)             (Talking Simultaneously)
19
      (UI)             (Unintelligible)
20
      (UM/F)           (Unidentified Male / Female)
21

22

23

24

25

26

27

28
```

1

1  [Phone ringing]

2  M               Hello.

3  UF            You have a prepaid call.  You will not be charged for this

4  call.  This call is from David Evangelista, an inmate at a Federal Prison.

5  This call is being recorded and is subject to monitoring.  Hang up to

6  decline the call, or to accept, dial 5 now.  If you wish…  [Tone]

7  M               Hello.  You're going to aggravate me all day today, when I

8  don't feel good.

9  DE            Ah, I don't want to aggravate you, ma.  I don't.

10  M               Well, you are.  I'm very sick, I can't walk, I'm in a lot

11  of pain.

12  DE            That's why I tell you, go get your medicine.  Ask them to

13  give you something…

14  M               I can't.  Chris is taking me to the hospital tonight,

15  okay?  I don't have any medicine anymore.  I can't walk.  I don't feel good.

16  DE            Well (TS), they got to give you medicine.  Hello.  I can't

17  hear you.  Hello.

18  M               Hello.

19  DE            Fix the phone, I can't hear you.

20  M               Hello.

21  DE            Yeah, fix the phone, I can't hear you.

22  M               Can you hear me now?

23  DE            Go somewhere where it's not going to cut off.

24  M               Hello, can you hear me?

25  DE            Yeah.

26  M               Can you hear me?

27  DE            Yeah.

28

A-1985

1   M                My medical doctor don't give me medicine.  So, Chris got
2   to take me to the…
3   DE               Well, my God so listen they have to take – they got to.
4   M                No.
5   DE               Listen, don't tell – listen, don't tell me no.  They have
6   to give you…
7   M                I went her.
8   DE               They have to.  They have to give you something.
9   M                She taking me to Coney Island Hospital.
10  DE               Yeah, but they – listen to me, they have to…
11  M                I see an orthopedic man there.
12  DE               They have to give you something for pain.  They cannot
13  just deny you.  They can't do that.
14  M                I took ibuprofen last night and I got sick.
15  DE               You don't have a history of using drugs or nothing like
16  that.  They can't deny you…
17  M                I don't feel good.  I don't feel good also from all this
18  aggravation, all this fighting, I can't do it no more.
19  DE               What fighting?  What fighting?
20  M                I can't do it more.  I can't.  I can't do it no more.  I
21  can't.  I wish I was with my father already, I really, really do.
22  DE               Is that what you're going to do?  You're going to say that
23  over the phone?  You're going to say that to me like that over the phone?
24  M                Yeah, I wish I was with my dad, I really do.  I really do.
25  DE               Look ma, what are you talking about arguing?
26  M                Carlene on my ass, I don't want to talk to her no more.
27  Everybody on my ass, the only one here for me is (UI and crying).
28

                                    3

1  DE                 I don't know what you're talking about everybody.  I don't
2  know what you're talking about.
3  M                  What I do to you.  What the fuck did I do to you?
4  DE                 Who said this?
5  M                  Twenty fucking years I was there for you.
6  DE                 What are they even saying that for.  Nobody even said
7  nothing like that.
8  M                  I did everything for you.
9  DE                 I don't know what you're talking – yeah, so I don't even
10 know what anybody is talking about.
11 M                  I'm the only ones I have out here is Chris and Jenette.
12 Jennette took me – Jenette took me for a haircut.  She drives me so – she
13 drives me to (UI).
14 DE                 All right.
15 M                  My daughters they're doing it for me.  And please don't
16 give me the rest of my life about this (UI).
17 DE                 Yeah.
18 M                  So everybody gets on Chris.  You should be happy Chris is
19 taking care of me.
20 DE                 Who's picking on him?  Who's picking on him?
21 M                  Chris dries my shoes, when I can't dry my shoes.
22 DE                 All right, who's picking on him?
23 M                  Everybody.  Everybody.  Everybody.  All the (UI) go to
24 work.
25 DE                 All right, that's good.  Let him, let him.
26 M                  He don't stay with nobody.
27 DE                 That's good.
28 M                  He don't come to Jenette, he only comes to me.

4

A-1987

1  DE              Listen, all right, listen – all right, he goes home to

2  Jenette…

3  M               I'm tired of – I'm tired of you always…

4  DE              What are you talking about Chris…

5  M               Because I'm tired of hearing how bad Chris is from

6  everybody.

7  DE              First of all, who – who is saying – who said anything?

8  M               All of you.  All of you.  All of you.  All of you.  All of

9  you.  My Chris has got a very good heart.

10 DE              You know something, you're mental in the head.  You're

11 mental in the head.

12 M               No, you're the one mental, because you don't (TS)…

13 DE              You're talking about this – because he's talking about

14 this Chris (TS)…

15 M               You's all talking about.

16 DE              What are you talking about?  What are you all talking

17 about?  What have you been…

18 M               I just don't want to get into it now.

19 DE              (TS) you been talking about?

20 M               Because I don't feel good.  I don't feel good.  Everybody

21 wants to put my Chris in jail.

22 DE              Are you fucking insane in the fucking head?

23 M               My Chris don't do nothing to nobody.

24 DE              You're telling a good fucking show, I'll tell you that.

25 You're telling a good show.  And what are you talking about?

26 M               I don't know.  What everybody else is talking about.

27

28

                                     5

US v... ...
53298054_Jun_05_2017_13_59_55_PM

```
1   DE              You keep saying this fucking shit on the phone, who are
2   you talking about?  Who is saying anything about him?  What are you fucking
3   talking about?
4   M               My head ain't right anymore.  I got Carlene yelling and
5   screaming at me.  Yelling and screaming at me.  Chris, Chris (UI) Chris
6   don't want to talk to her, because she screams like an animal.
7   DE              I'm the one that's fucking facing fucking 20 years, so
8   what are you talking about?  Him, him, him, him.
9   M               My head is all crazy.
10  DE              Him, him, him, so what are you talking about, him, him,
11  him.  Who is trying to put him in jail?  Let me tell you something…
12  M               My head is all crazy about all of you.
13  DE              If I wanted to put him in prison, he would have been in
14  prison, so what do you keep talking about?
15  M               I can't take this fighting no more amongst everybody.  I
16  can't take it no more.
17  DE              I thought you can't take it.  You can't take it, I know.
18  You can't take it.  I got a fucking brother that fucking turned me in.  I
19  got a sister that I don't fucking talk to in 11 years, she's trying to talk
20  to a fucking lawyer for me.  I don't talk to her.  I come to find out she
21  sent a fucking letter to the Marshall's office about me.  So, what are you
22  talking about?  What are you talking about?
23  M               I don't know what she did with the Marshall's office.
24  DE              Yeah, I know.  None of you know what she did.  But all
25  these…
26  M               No, I don't know nothing.  I don't know nothing.
27  DE              All right.
28
```

6

1   M               And I'm getting blamed for everything.  I don't know

2   nothing.

3   DE              Yeah, all of a sudden – all of a sudden Chris, Chris,

4   Chris, yeah I know.

5   M               Yeah, because me and Jenette are getting blamed for

6   everything, and we don't know a thing that's going on.

7   DE              Yeah, I know.  I know.  I know, just like Jenette fucking

8   ten years ago, her and Chris collected a reward and don't tell me they

9   didn't.

10  M               No, she didn't.

11  DE              Listen, don't tell me they didn't, all right.  You don't

12  know nothing, so I'm not even going to get into that.  All right, that's

13  first of all, I'm not even going to get into that.

14  M               I don't want to do this more.  I'm sick from all this.

15  DE              And I don't care.  And I don't care.  And I don't really

16  care to be honest with you, I don't care.

17  M               I'm sick from all this.  I can't do this no more.

18  DE              You know, it's better honestly – it's better – it's better

19  that we don't talk, honestly, because…

20  M               I'm very, very sick from this.

21  DE              Honestly, let me go.  Let me go.  Let me go.

22  M               I'm very sick from this.  I wish I was with my father.

23  DE              Yeah, I know.  Let me go, bye.

24  M               I feel – I can't…

25  [Call disconnected]

26

27

28

7

A-1990



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*One St. Andrew's Plaza*
*New York, New York 10007*

January 17, 2020

**BY EMAIL AND HAND DELIVERY**

**REQUEST TO BE FILED UNDER SEAL**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    **United States v. David John Evangelista,**
**S1 17 Cr. 191 (RA)**

Dear Judge Abrams:

      The defendant, David Evangelista, is currently scheduled to be sentenced by this Court on January 31, 2020. In advance of that sentencing, the Government respectfully submits this letter to advise the Court of the pertinent facts concerning the assistance that Evangelista has rendered in the investigation and prosecution of other persons.

      Evangelista was a "note job" bank robber who began cooperating with law enforcement shortly after he was housed with Luchese Soldier Christopher Londonio at the Metropolitan Detention Center ("MDC") during the summer of 2017. Evangelista proffered extensively about admissions he received from Londonio regarding the 2013 murder of Michael Meldish, the central act of violence in the case against Londonio, S18 17 Cr. 89 (CS), as well as Londonio's plan to escape from the MDC.[1] During these proffers, Evangelista also admitted to criminal activity previously unknown to the Government. In October 2019, Evangelista testified at the trial of Londonio and three other Luchese members and associates—Matthew Madonna, the Acting Boss of the Luchese Family; Steven L. Crea ("Crea Sr."), the Underboss of the Family; and Terrence Caldwell, an associate of the Family. Despite being subject to extensive and at times brutal cross-examination, Evangelista's testimony was credible and powerful, and his assistance was vital to securing the convictions of Londonio, Madonna, Crea Sr., and Caldwell on the most serious charge—the murder of Michael Meldish. In addition to his testimony against the four trial defendants, the prospect of Evangelista's testimony—the substance of which became known before trial—was important to securing the guilty plea of a fifth defendant, Luchese Captain Steven D. Crea (who is the son of Crea Sr.).

---

[1]    As explained below, notwithstanding Evangelista's testimony, Londonio was acquitted at trial on the escape count.

A-1991

The Honorable Ronnie Abrams
January 17, 2020
Page 2

For these reasons, as set forth more fully below, assuming that Evangelista complies with the terms of his cooperation agreement and commits no additional crimes before sentencing, the Government intends to move at sentencing, pursuant to Section 5K1.1 of the Sentencing Guidelines, that the Court sentence Evangelista in light of the factors set forth in Section 5K1.1(a)(1)-(5) of the Guidelines.

## A.  Evangelista's Personal History

David Evangelista ("Evangelista") is a 44-year-old United States citizen from Brooklyn, New York.  He dropped out of school after the eighth grade and never obtained his GED. Evangelista is unmarried and has no children.

### 1.  Youthful Criminal Activity and Drug Use

Evangelista began committing crimes during his teenage years.  He and another individual robbed approximately ten Chinese food deliveryman, making off with between $90 and $300 each robbery.  The robberies were unarmed, although Evangelista would pretend that he had a gun during the robberies.

Around the same time, Evangelista began using drugs.  He first used marijuana but, by age fifteen, was using PCP, ecstasy, and occasionally Valium.  By age nineteen, Evangelista was using heroin on a daily basis—an addiction he suffered from until his arrest in December 2016.

### 2.  Bank Robberies

Evangelista committed his first bank robbery in September 1993, when he was 18 years old.  The defendant entered a bank and demanded money.  The victim gave Evangelista $171.  He was arrested, pled guilty in state court to robbery in the first degree, and was sentenced to two to six years' imprisonment.  This bank robbery, like all of his robberies, were "note jobs," meaning Evangelista did not carry a gun or any other weapon.  Rather, he threatened the bank employees with a note claiming that he had a gun or would otherwise engage in violence.

While that case was pending, on May 1, 1995, and July 5, 1995, Evangelista committed two more robberies.  He was arrested for both robberies, pled guilty in state court, and was sentenced to a term of sixteen months to four years' imprisonment for the May 1 robbery, and 66 to 198 months' imprisonment for the July 5 robbery, with the time running concurrently.

In October 2005, after his release from state prison, Evangelista and another individual committed two more bank robberies in Manhattan, stealing nearly $20,000.  Evangelista was charged federally with one count of conspiracy to commit bank robbery, and two substantive counts of bank robbery in *United States v. Evangelista*, 05 Cr. 1248 (DC).  Evangelista pled guilty, and was sentenced to a term of 151 months' imprisonment to be followed by three years' supervised release.

Case 20-2980, Document 142, 03/06/2023, 3478566, Page205 of 271

The Honorable Ronnie Abrams
January 17, 2020
Page 3

### 3.  Time at the Residential Reentry Center

Evangelista was supposed to spend the last six months of his sentence at the Residential Reentry Center ("RRC") in the Bronx.  However, in November 2016, after spending a month at the RRC, Evangelista resumed using heroin and committed two bank robberies and one attempted bank robbery.  In each robbery, he passed a note to the teller demanding money.

In addition, during his time at the RRC, Evangelista befriended his roommate, █████ █████ who was a drug dealer.  █████ told Evangelista that he had arranged for an individual named █████ to rob a drug dealer and that they (███████████) were supposed to split the proceeds.  Instead, █████ kept the proceeds for himself, so █████ shot and killed █████ █████ told Evangelista that he needed help disposing of █████ body.  Evangelista agreed to help █████ and together they moved the body to a deserted construction site in the Bronx.

Evangelista also failed to return to the RRC, as required, and became a fugitive until his arrest by the United States Marshals in December 2016.  Evangelista then resisted arrest by crawling into the ceiling of a bathroom, but the Marshals were able to apprehend him.  For his escape from the RRC and for the two bank robberies described above, an indictment was filed against Evangelista, 17 Cr. 191 (RA) (the "Original Indictment"), and Evangelista was held at the Metropolitan Correctional Center ("MCC").

Upon his arrest on these charges, Evangelista immediately attempted to cooperate with law enforcement by telling federal agents about the incident involving ███████████.  Evangelista also accompanied agents around the Bronx to try and locate the body but was unable to do so.  Although the investigation into █████ murder did not advance, law enforcement credited Evangelista's statements on the murder.

### 4.  Time at the MDC

In May 2017, Evangelista was accidentally released from the MCC.  He self-surrendered to the Marshals that same day and was transferred to the MDC.

While at the MDC, Evangelista was befriended by Christopher Londonio, who—for reasons related to Londonio's planned escape from the MDC (discussed below)—wanted access to the window in Evangelista's cell.  Londonio was being held on racketeering, narcotics, and murder charges relating to the 2013 murder of Michael Meldish, and confided in Evangelista regarding the murder.  Specifically, Londonio told Evangelista, among other things, that Meldish became disrespectful to the "boss," (i.e., Madonna) who then ordered his murder; that Londonio recruited "a black guy" named "Terry" (i.e., Caldwell) to shoot Meldish, while Londonio served as the getaway driver; that, after Londonio returned to his cell "irate" upon learning from his mother that two of his codefendants, Crea Sr. and Crea Jr., had been released on bail, Londonio questioned how they could have made bail when they gave Londonio the order to kill Meldish; that Londonio felt used by the people who gave him the order to kill Meldish, because they knew he was friendly with Meldish, which would afford easy access to Meldish; and finally, that

The Honorable Ronnie Abrams
January 17, 2020
Page 4

Londonio was angry at Madonna because Madonna was telling fellow inmates that Londonio was "a rat."

Londonio also confided in Evangelista regarding his drug dealing activities.  Among other things, Londonio told Evangelista that he had previously sold cocaine, heroin, and crack cocaine, and that he was using his mother to send money to the girlfriends of other inmates, who would then smuggle drugs into the MDC.

In addition, Londonio recruited Evangelista into his plan to escape from the MDC.  Londonio told Evangelista that he had an uncle who had escaped from a jail on the west side of Manhattan with the assistance of a priest, and that there was a structural flaw in the window in Evangelista's cell—a flaw that would allow them to escape through the window.  Londonio's plan involved using braided dental floss to cut through the window, and then a saw (smuggled in through a priest) to cut the bars on the windows.  Then, they would use bedsheets to lower themselves down into the parking lot, where Londonio's father would pick them up.  From there, they would spend a few days in Brooklyn and then flee to a property that Londonio's family had in upstate New York.  Londonio brought another inmate into the escape plan as well.  In August 2017, once Londonio started to remove the caulking from the side of the window in Evangelista's cell, Evangelista reported the escape plan to officials at MDC.

Shortly thereafter, Evangelista met with prosecutors from the United States Attorney's Office and Special Agents with the Federal Bureau of Investigation.  Over the next two years, Evangelista continued to meet with prosecutors and the FBI leading up to the October 2019 trial of Londonio, Madonna, Crea Sr., and Caldwell.

**B.  Evangelista's Criminal History and Charges**

Evangelista's criminal history is described above and in the Presentence Report.

In May 2017, shortly after Evangelista self-surrendered to the MCC following his accidental release from the facility, Evangelista pled guilty pursuant to a *Pimentel* letter to the Original Indictment, which charged him with two counts of bank robbery and one count of escape.

On September 17, 2019, Evangelista pled guilty pursuant to a cooperation agreement to Information S1 17 Cr. 191 (RA), which charged him with the escape and bank robbery counts from the Original Indictment, as well as three new charges based largely on evidence provided by Evangelista himself—namely, an additional attempted bank robbery from November 2016, serving as an accessory after the fact to the murder of ▆▆▆ in November 2016, and his participation in Londonio's plan to escape from the MDC during the summer of 2017.

The Honorable Ronnie Abrams
January 17, 2020
Page 5

**Analysis of Sentencing Factors**

**A.  Section 3553(a) Factors**

In considering the sentencing factors under Title 18, United States Code, Section 3553(a), the Court must take into account (1) the nature and circumstances of the offense and the history and characteristics of the defendant; (2) the need for the sentence to reflect the seriousness of the offense, to promote respect for the law, to provide just punishment for the offense, to afford adequate deterrence to criminal conduct, to protect the public from further crimes of the defendant, and to provide the defendant with educational or vocational training, or medical care or treatment; (3) the kinds of sentences available; (4) the kinds of sentence and sentencing range established for the applicable category of offense; (5) pertinent Sentencing Commission policy statements; (6) the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct; and (7) the need to provide restitution to any victims of the offense.  In connection with these factors, the Government offers the following observations.

In terms of the nature and circumstances of the offense, and the need for the sentence to reflect the seriousness of the offense and provide adequate deterrence to criminal conduct, Evangelista's crimes were serious.  He committed multiple bank robberies and assisted a co-conspirator in moving a body after a heinous murder.  On the other hand, Evangelista never used weapons during these robberies nor did he physically harm anyone.  As for Evangelista's history and characteristics, while not an excuse, much of his actions arise from his past addiction to heroin.  Moreover, his decision to cooperate, notwithstanding the fact that he knew he would be cooperating against the Mafia, an extremely dangerous organization, is a significant mitigating factor when considering the Section 3553(a) factors.

**B.  Section 5K1.1 Factors**

Section 5K1.1 of the Guidelines sets forth five non-exhaustive factors that sentencing courts are encouraged to consider in determining the appropriate sentencing reduction for a defendant who has rendered substantial assistance.  *See* U.S.S.G. § 5K1.1(a).  Those factors apply to Evangelista's cooperation as set forth below.

1.     "[S]ignificance and usefulness" of assistance (§ 5K1.1(a)(1)).  Evangelista's cooperation was extremely significant and useful in securing the convictions of Londonio, Madonna, Crea Sr., and Caldwell at trial.  The usefulness of Evangelista's testimony can be divided into three main categories:

*First*, Evangelista provided valuable testimony regarding the involvement of Madonna, Crea Sr., Londonio, and Caldwell in the Meldish murder.  At trial, there was physical evidence linking Londonio and Caldwell to the Meldish murder, including cell site data, DNA, and surveillance footage.  However, there was no such evidence for Madonna or Crea Sr., the two leaders of the Luchese Family who had ordered the murder but did not personally participate in its execution.  As a result, Evangelista's testimony regarding admissions he received from Londonio (a) that Meldish had disrespected Madonna who ordered him killed, and (b) that Crea Sr. and his

The Honorable Ronnie Abrams
January 17, 2020
Page 6

son conveyed the order to kill Meldish to him, was critical to convicting Madonna and Crea Sr. on the murder count. As for Londonio and Caldwell, although perhaps less critical, Evangelista's testimony still provided strong corroboration for all of the physical evidence linking Londonio and Caldwell to the murder. Moreover, the fact that Londonio made these admissions to Evangelista further corroborated the testimony of another cooperating witness, who had also received admissions from Londonio—leading the jury to correctly conclude that Londonio was someone who simply could not keep his mouth shut.

Second, Evangelista provided nearly all of the evidence on the escape count against Londonio. After Evangelista reported the planned escape to MDC officials, law enforcement recovered a box containing fifteen bedsheets from underneath Londonio's bed in his prison cell. Aside from these sheets, however, the proof on the escape came from Evangelista's description of Londonio's plan, which was corroborated by emails, jail calls, and other evidence pieced together by the FBI. Thus, absent Evangelista's testimony, it is unlikely the Government could have proceeded on this count against Londonio. Ultimately, the jury acquitted Londonio on the escape count; however, this appears to have been for reasons unrelated to the credibility of Evangelista.

Third, Evangelista also provided helpful testimony on the narcotics charge against Londonio. Londonio was separately charged in a narcotics conspiracy for agreeing to distribute marijuana and oxycodone. While the majority of the evidence on this charge came from the testimony of two other cooperating witnesses, Evangelista's testimony further corroborated the Government's argument that Londonio was involved in narcotics-related activity, both at the MDC and before his arrest.

2. "[T]ruthfulness, completeness, and reliability" of information and testimony (§ 5K1.1(a)(2)). Evangelista's information was, in the Government's estimation, truthful, complete, and reliable. Evangelista's testimony was corroborated by the independent information the FBI had about the murder of Michael Meldish. For example, Evangelista relayed to law enforcement that Londonio told him, among other things, that he mistakenly had used his cell phone near the location of the Meldish murder on the night of the murder. Unbeknownst to Evangelista, the FBI had cell site data from Londonio's phone on the night of the murder, which showed him placing a call in the neighborhood where Meldish was killed shortly before the murder. There was simply no way for Evangelista to know this information unless Londonio told him. Similarly, Evangelista told law enforcement that Londonio was angry at Madonna for calling him a rat, and that Londonio had called Madonna's attorney to complain about Madonna's actions. Again, unbeknownst to Evangelista, the FBI had prison calls Londonio placed to Madonna's attorney in which he berates the attorney for Madonna calling him a rat. Moreover, at no point during the many proffers with Evangelista did Evangelista appear to hold back any information, whether relating to himself or others. Rather, Evangelista was forthcoming and candid in all meetings. Thus, the Government believes that Evangelista's testimony was truthful, complete, and reliable.

3. "[N]ature and extent" of assistance (§ 5K1.1(a)(3)). Evangelista's cooperation was extensive. Evangelista met with law enforcement over the course of two years to provide information on Londonio and others. In addition, and perhaps most importantly, Evangelista

The Honorable Ronnie Abrams
January 17, 2020
Page 7

testified over the course of two days at the trial of Londonio, Madonna, Crea Sr., and Caldwell in October 2019.

      4.    <u>"[A]ny injury suffered, or any danger or risk of injury to the defendant or his family" resulting from assistance (§ 5K1.1(a)(4))</u>.  Evangelista has suffered significant injury and risk as a result of his decision to cooperate.  Evangelista's identity was disclosed to the media, and published in *Gangland News* well before he testified at trial.  As a result, he was subject to abuse, difficulties, and pressure not to cooperate even when placed in a specialized unit for his safety at MDC.  Moreover, when the abuse got to be too much to handle, Evangelista elected to spend a significant period of time in the Special Housing Unit at MDC.  It was not until the fall of 2019, in the month before trial, that Evangelista was transferred to Orange County Jail, where he has had a more comfortable experience.  Moreover, given that Evangelista was cooperating against the Mafia, perhaps the most notorious organization in terms of witness retaliation, he faces significant danger and risk in the future—regardless of the amount of additional jail time he receives.

      5.    <u>"[T]imeliness" of assistance (§ 5K1.1(a)(5))</u>.  Evangelista first attempted to cooperate in December 2016 with respect to the murder of █████  Then, in August 2017, he immediately cooperated upon realizing that Londonio was taking concrete steps to escape from MDC.  He also timely shared with law enforcement the information he received from Londonio regarding the Meldish murder.  Evangelista's timely cooperation allowed the Government to make full use of his information in preparing for trial.  In addition, these admissions, particularly as they related to the involvement of Crea Jr. in the murder plot, likely contributed to Crea Jr.'s decision to plead guilty instead of going to trial, which allowed the Government to focus on the remaining four defendants at trial.

A-1997

The Honorable Ronnie Abrams
January 17, 2020
Page 8

## **Conclusion**

In light of the facts set forth above, and assuming that Evangelista continues to comply with the terms of his cooperation agreement and commits no further crimes prior to his sentencing, the Government intends to move at sentencing, pursuant to Section 5K1.1 of the Sentencing Guidelines, that the Court sentence Evangelista in light of the factors set forth in Section 5K1.1(a) of the Sentencing Guidelines.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _____/s/_____
Alexandra N. Rothman
Celia V. Cohen
Hagan Scotten
Sebastian Swett
Assistant United States Attorneys
(212) 637-2580

cc:    David Wikstrom, Esq. (by e-mail)

53298054_Jul_09_2017_13_32_52_PM

1

2

3

4

5

6   Transcript:   53298054_Jul_09_2017_13_32_52_PM

7   Participants:        (DE) David Evangelista
                         (CD) Carlene Dorfman
8

9

10  Date:               07.09.2017

11

12

13

14

15

16

17  (PH)            (Phonetic)

18  (SL)            (Sounds Like)

19  (TS)            (Talking Simultaneously)

20  (UI)            (Unintelligible)

21  (UM/F)          (Unidentified Male / Female)

22

23

24

25

26

27

28

A-1999

```
1   [Phone ringing]

2   CD              Hello.

3   CD              You have a prepaid call.  You will not be charged for this

4   call.  This call is from David Evangelista, an inmate at a Federal Prison.

5   This call is being recorded and is subject to monitoring.  Hang up to

6   decline the call, or to accept, dial 5 now.  [Tone]

7   CD              Hello.

8   DE              Hey Carlene.

9   CD              Dave, you okay?

10  DE              Yeah.  I'm just calling – everything's all right?  Thank

11  you.

12  CD              Yeah, what's the matter?

13  DE              Nothing.

14  CD              David, you sound down, what's the matter, David.

15  DE              Ah, oh nothing, Carl same shit.

16  CD              Yeah, I'm sorry I couldn't send you money sooner.  I had

17  to pay my rent and stuff.

18  DE              Right.  No, I'm good, don't worry about it.

19  CD              Yeah, I'll try to send you money again this weekend.

20  DE              Oh, no, please, I'm good  Don't worry.

21  CD              Yeah.  Always  same shit, just a different day, Dave.

22  DE              Yeah, they're going to try to hit me with a new charge,

23  again, these people.

24  CD              What you talkin' about?

25  DE              Well, I don't know, I guess mommy, somebody said something

26  and everything.  they said, well, you know – well, then…

27  CD              What kind of charge?

28  DE              I guess uh, perjury some shit like that.  So…
```

1

A-2000

53298054_Jul_09_2017_13_32_52_PM

1   CD              Did you talk to your lawyer?

2   DE              Carlene listen, I don't – I'm…

3   CD              I'm going to try to call – I'm going to…

4   DE              I'm going to see if he comes over here this week.  And I'm

5   going to see.

6   CD              Yeah, I'm going to try calling him tomorrow.  I don't

7   know.  I don't talk to any of them.

8   DE              So, it doesn't matter.

9   [Call disconnected]

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

53298054_Jul_31_2017_18_10_17_PM

Transcript:  53298054_Jul_31_2017_18_10_17_PM

Participants:        (DE) David Evangelista

                     (CD) Carlene Dorfman

Date:                07.31.2017

(PH)             (Phonetic)

(SL)             (Sounds Like)

(TS)             (Talking Simultaneously)

(UI)             (Unintelligible)

(UM/F)           (Unidentified Male / Female)

1  [Phone ringing]

2  CD              Hello.

3  UF              You have a prepaid call.  You will not be charged for this

4  call.  This call is from David Evangelista, an inmate at a Federal Prison.

5  This call is being recorded and is subject to monitoring.  Hang up to

6  decline the call, or to accept, dial 5 now.  If you wish to…  [Tone]

7  CD              Hey.

8  DE              Hey, Car, I'm sorry for everything…

9  CD              You all right?

10  DE              Yeah, I'm feeling a little better, it's just my chest, I

11  got a lot of green stuff coming out.  A lot of mucus coming out.

12  CD              Do they have – do they have a doctor there?

13  DE              Yeah, but Car, you know I got – I got cough medicine.  I

14  got all that stuff.  I got the fake Robitussin, I got the allergy pills…

15  CD              Well, listen In a couple days if it doesn't work then you

16  need to go…

17  DE              no It's getting better, no, it's getting better.  I'm

18  drinking tea.

19  CD              Yeah.

20  DE              I got the cough drops and everything.

21  CD              And I was concerned, I didn't hear from you in four days.

22  I was really concerned.

23  DE              no, I'm good.  No, I'm good, Carl, everything is good and

24  everything, you know.

25  CD              yea you can't, you can't do that to me I start to get… I

26  was talking to myself

27

28

1

US v Case 7:17-cr-00089-CS   Document 1215-33   Filed 10/04/21   Page 4 of 5
53298054_Jul_31_2017_18_10_17_PM

| | | |
|---|---|---|
| 1 | DE | No, Carl, everything's good, I already know, I'm going to |
| 2 | | start writing too and everything, so it will be easier and everything.  What |
| 3 | | else is going on, Carl? |
| 4 | CD | No, that's fine.  You can give me a fast call. |
| 5 | DE | Everything else is all right? |
| 6 | CD | Otherwise busy working, that's it, really. |
| 7 | DE | Yeah, this lawyer, he said he's coming to see me last |
| 8 | | week, and he never came to see me.  I'm going to try to call him again.  He |
| 9 | | says he's got my PS – my PSI, he said he got the… |
| 10 | CD | (UI) Chris went to call him (TS) to find out what is going |
| 11 | | on and he hung up the phone on Chris |
| 12 | DE | Yeah, there's something – there's… |
| 13 | CD | Chris thinks that you told him not to talk to him and I |
| 14 | | told Chris, he didn't say that to him |
| 15 | DE | I told him that.  I told him… I told my lawyer, I said |
| 16 | | man, don't say nothing – no, I told my lawyer, I said man, don't say nothing |
| 17 | | to that kid |
| 18 | CD | oh Okay. |
| 19 | DE | I said forget about that kid. |
| 20 | CD | Okay.  All right, so I was wrong, okay. |
| 21 | DE | Yeah, he's hanging up, he's hanging up on people and now |
| 22 | | this guy – this guy, I'm telling you man, I'm going to take my plea back.  I |
| 23 | | want to try to take my plea back.  I've got to.  I've got to. |
| 24 | CD | Well, I tried calling him.  And he doesn't respond to me-- |
| 25 | DE | and everything, cause this, cause this is getting crazy-- |
| 26 | CD | But listen just wait to see what happens and talk to him. |
| 27 | DE | yeah my sentencing day is September 15th, it's coming too |
| 28 | | close, I've got to try to do something, try to get in touch with the Judge |

2

1   <mark>or something, because I need my plea back.  I want to take my plea back.</mark>

2   <mark>Nah, this is crazy.</mark>

3   CD              Yeah, but you don't want to do anything to fuck yourself

4   royally David.

5   DE              But what's the worse that can happen, Carlene, a couple

6   more months, I mean what's a couple more months, they can give me if I go to

7   trial, at least I can come back on appeals, and everything

8   CD              Well, you need to call him and tell him, he needs to come

9   see you.

10  DE              All right, I'll give you a call later, I love you.

11  CD              All right, I love you, talk to you later.

12  DE              Bye-bye.

13  [Call disconnected]

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

53298054_Jul_19_2017_08_28_53_AM

Transcript:   53298054_Jul_19_2017_08_28_53_AM

Participants:          (DE)  David Evangelista

                       (CD)  Carlene Dorfman

Date:                  07.19.2017

(PH)              (Phonetic)

(SL)              (Sounds Like)

(TS)              (Talking Simultaneously)

(UI)              (Unintelligible)

(UM/F)            (Unidentified Male / Female)

A-2006

1  [Phone ringing]

2  CD                Hello.

3  UF                You have a prepaid call.  You will not be charged for this

4  call.  This call is from David Evangelista, an inmate at a Federal Prison.

5  This call is being recorded and is subject to monitoring.  Hang up to

6  decline the call, or to accept, dial 5 now.  If you wish to block any…

7  [Tone]

8  CD                Hello.

9  DE                Hey Carl.

10 CD                How are you?

11 DE                Hey do me – you got a pen on you?

12 CD                Yeah, hold on one second…

13 DE                All right.  Do me – take this number down.  You ready?

14 CD                Go ahead.

15 DE                239.

16 CD                Yeah.

17 DE                407.

18 CD                239…

19 DE                407.

20 CD                Yeah.

21 DE                5978.

22 CD                Okay.  What is that?

23 DE                You remember what I asked you before?  If you can pick

24 that up for me?

25 CD                Okay.

26 DE                Can you just do that?  That's the confirmation number and

27 everything – and everything.  Take one out for yourself.

28 CD                239…

1

A-2007

1   DE              Yeah, 239.

2   CD              239.407.5978?

3   DE              Yeah, yeah.  And take one for yourself.

4   CD              and where do you go

5   DE              Huh?

6   CD              What?

7   DE              What do you mean?

8   CD              Listen, you better not be getting in any trouble.

9   DE              No, I swear to – Carlene, listen to me, Carlene, listen to

10  me.

11  CD              Listen, I love you.  I'm worried about you.  I'm calling

12  your fucking lawyer--

13  DE              No, I'm good.  Well, can I tell you something?

14  CD              he doesn't even call back (TS)

15  DE              No, let me – listen to me – let me tell you something,

16  listen to me.  For real, Carlene, you know I know a little bit about, you

17  know institutional law and everything, the BOP and everything.  I'm helping

18  people with some BPA's, BP9's so I ain't going – I'm getting paid for it

19  But listen to me honestly.  I did some research and I've been busy for the

20  last – for like two weeks.

21  CD              But where do I go for this?

22  DE              Listen to me.  Any Western Union – Western Union or

23  whatever, anywhere.  Any Western Union (TS)

24  CD              Okay, now, it's in my name or like…

25  DE              Yeah, just get the confirmation number.

26  CD              Okay, but do they ask me any names or anything?

27  DE              No, no, just your name, that's all and everything, just

28  your name, that's it.

2

| 1  | CD | Just my name. |
| 2  | DE | Yeah, and the confirmation number.  That's it. |
| 3  | CD | Okay. |
| 4  | DE | But listen to me.  I'm at a level 31, are you listening to |
| 5  | me?  My guidelines is 188 to 235.  All right, he didn't to do that. |
| 6  | CD | Okay. |
| 7  | DE | He didn't do that, he wanted to take an open plea from |
| 8  | zero to 20.  Now, under the Penal Law, under 18 U.S.C. – now check this out. |
| 9  | You can even look it up on your computer, under 751, escape – I mean at a |
| 10 | nonsecure institution or a secure institution, if you voluntarily turn |
| 11 | yourself back into authorities, or whatever, to the Marshalls, whoever, I |
| 12 | drop several levels.  Not only do I drop several levels… |
| 13 | CD | Right, wait a second, right I read that on the computer, |
| 14 | but listen… |
| 15 | DE | All right, I'm at a 32 – I'm at 32, so that puts me at 20… |
| 16 | CD | But listen… |
| 17 | DE | But no, listen, now you get three points… |
| 18 | CD | Listen, nah, nah, nah, hold a second.  But are they |
| 19 | holding against you an escape charge from the… |
| 20 | DE | But yeah, that's nothing, Carlene, honestly you -- |
| 21 | listening to me. |
| 22 | CD | Okay. |
| 23 | DE | That is nothing.  You gotta understand.  When they |
| 24 | released me from MCC, right?  I didn't catch a new crime, I voluntarily |
| 25 | turned myself in before 96 hours, so automatically… |
| 26 | CD | All right, now wait a second, this is real important now. |
| 27 | DE | I dropped several levels. |
| 28 | CD | How much money am I getting from there? |

1    DE                Just it's going to tell you, don't worry, four, like I
2  said you take one for yourself and just hold the rest of it.
3    CD                No, I don't – I don't need anything.
4    DE                Shut up. Carlene, can you – listen to me.
5    CD                and then I just send it to you?
6    DE                No, no just hold it and everything. Just hold it like
7  maybe you know 50 a week or whatever, just hold it and everything. But do
8  me a favor, take one for yourself, and take you and Anthony out.
9    CD                No, I don't need nothing.
10    DE                Listen take you and Anthony out.
11    CD                No.
12    DE                Please, I'm asking you, please.
13    CD                No, no, no, no, no, no. No.
14    DE                I don't – I mean, I don't need it all. I really don't
15  need it all.
16    CD                No, no. No, no, no, I don't want to…
17    DE                And everything, as long as I got (TS).
18    CD                No, no, no. What I'll do is I'll pick it up, and then
19  I'll send (UI).
20    DE                No, just hold it. Just hold it and everything. Just hold
21  it and just like slowly…
22    CD                Okay.
23    DE                and slowly like $50 here and there and everything, just
24  for the phone, so I have money for the phone and everything, you know and
25  computer.
26    CD                Well, when should I send you money?
27
28

1 DE                  Whatever, like two weeks, a week, or whatever, like $50,

2 just for the commissary, because I go to commissary every two weeks here, as

3 long as I got my soap and everything, I'm good.

4 CD                  So, on Fridays I'll send you money?  Or wait until Monday?

5 DE                  Nah, Monday, next week, whatever Friday next week, it

6 doesn't matter and everything.

7 CD                  Okay, okay.

8 DE                  But like I say, please take one for yourself just so you

9 and Anthony – take Anthony somewhere.

10 CD                  No, no.

11 DE                  Buy something, buy dinner.  Please I'm asking you nicely.

12 CD                  Anthony don't want it – Anthony, don't want to be seen

13 with his mother.

14 DE                  Shut up.  Ah, he's old Carlene, you know how that is and

15 everything.  He's busy, you know this.

16 CD                  I know.

17 DE                  And he's a good kid.

18 CD                  I know.

19 DE                  Listen, he's a good kid, come on, come on.

20 CD                  Life's going to fast

21 DE                  Huh?  Yeah, but at least he's doing the right thing with

22 his life.

23 CD                  I had a fight with him yesterday.

24 DE                  Why?

25 CD                  Well, I couldn't – I couldn't like say anything, so when I

26 can't say to get back at you, or say anything to you, I get mad and I start

27 to cry…

28

5

1  DE                No, well Carlene you've got to understand.  You've got to

2  know your battles, when to win, and when to walk away.

3  CD                Then all of a sudden the manager came in she said "what's

4  a matter" doesn't matter, and the other manager said  – I said nothing.  I

5  said, I'm going to tell you something right now, she looked at me.  I said,

6  I'm old enough, I said to be every single one of your mothers.

7  DE                Yeah.

8  CD                I said, and I'm going to tell your something right now…

9  DE                But you know how it is sometimes, it's a fucking power

10  trip, Carlene.

11  CD                No, because you know something, it's always – it's always

12  me, you know I don't hear you saying anything to anybody else.

13  DE                Yeah.

14  CD                Even when I go in there, and I bust my ass, no.  It's

15  going to stop.

16  DE                Well, Carlene, no – but don't – don't, listen…

17  CD                I know.

18  DE                Just sometimes chalk it up and walk the fuck away.

19  CD                I know.

20  DE                And everything, honestly.

21  CD                It's just I'm tired.

22  DE                Yeah.  Let me tell you something too.  That's why your

23  body needs a rest.  When there's days off, just fuckin' sleep, Carlene, just

24  sleep and everything.

25  CD                Yeah, yeah.

26  DE                You know in the halfway house, the dude that wouldn't let

27  me back in, Rohan right.

28  CD                Yeah.

6

1  DE                Rohan, I just found out from somebody and I told my

2  lawyer, and I hope he fuckin' looks this up.  I told my fuckin' lawyer,

3  somebody just came in from the halfway house, then that he just got locked

4  up for taking money, for letting dudes sneak out at nighttime and for

5  holding drugs in there.

6  CD                They all do.  I had a, I Had a fight with her (UI) a

7  female

8  DE                I know, but this is what I'm saying.  Listen to me.

9  CD                Yeah.

10 DE                My lawyer needs to also bring this up.  He needs to bring

11 this up and everything.  Because that can help me…

12 CD                First of all, like I told the lawyer when I first spoke to

13 him the first time, regardless whether he had dirty urine or not, ok the

14 rule of thumb.  And I said, I'm not supposed to…

15 DE                They should have locked me up Carlene, honestly.

16 CD                They're not supposed to lock you out there.  They're

17 supposed to call them…

18 DE                No, they should have locked me up

19 CD                And they're supposed to take you.

20 DE                No kidding, they were supposed to lock me up.  He knew –

21 listen, I called him, supposedly – hopefully, he comes up today.  But if he

22 don't come up today, I'm going to write him…

23 CD                I'm going to (UI) I'm going to call him.

24 DE                No.  I'm going to write him a letter, and I'm going to let

25 him know listen, I'm going to the Judge.  You tricked me into taking this

26 plea.  You promised me 60 months with a cap if I turned myself in, this,

27 that.  And I'm going to tell them.  I'm going to write a letter to the

28 Judge, that's all.

7

US Case 7:17-cr-00089-CS Document 1215-34 Filed 10/04/21 Page 10 of 10
53298054_Jul_19_2017_08_28_53_AM

1   CD              Yeah.

2   DE              All right, listen let me go, because I got to get ready

3   for lockdown.

4   CD              All right, I love you, I'll talk to you.

5   DE              All right, I love you.

6   CD              I'll go in about an hour or so, right.

7   DE              All right, bye.

8   [Call disconnected]

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

8

US v. Madonna, et.al., 17 Cr. 89 (CS)
53298054_Jun_14_2017_10_36_31_AM

1

2

3

4

5

6   Transcript:   53298054_Jun_14_2017_10_36_31_AM

7   Participants:        (DE) David Evangelista

8                        (M) Mother

9   Date:                06.14.2017

10

11

12

13

14

15

16

17  (PH)             (Phonetic)

18  (SL)             (Sounds Like)

19  (TS)             (Talking Simultaneously)

20  (UI)             (Unintelligible)

21  (UM/F)           (Unidentified Male / Female)

22

23

24

25

26

27

28

A-2015

US v. Madonna, et.al., 17 Cr. 89 (CS)
53298054_Jun_14_2017_10_36_31_AM


1  [Phone ringing]

2  M               Hello.

3  UF              You have a prepaid call.  You will not be charged for this

4  call.  This call is from David Evangelista, an inmate at a Federal Prison.

5  This call is being recorded and is subject to monitoring.  Hang up to

6  decline the call, or to accept, dial 5 now.  If you wish to…  [Tone]

7  M               Hello.

8  DE              Yeah.

9  M               Yeah.  What are you doing to everybody?

10 DE              I ain't doing nothing to nobody, that's first of all.

11 M               What did you do Sandy yesterday?  She's got three babies.

12 DE              Listen to me.

13 M               No listen.

14 DE              With this Sandy thing – all right, with this Sandy thing,

15 enough is enough with this Sandy thing.

16 M               No.  Enough is enough with you.

17 DE              I have not talked to her…

18 M               I can't take no calls from you no more.

19 DE              All right, very good.  I haven't talked to her in 11

20 years.  I don't want to talk to her.

21 M               Now, what you did to her yesterday, you're unreal.  You're

22 unreal.

23 DE              What did I do?  What did I do to her?  I didn't do nothing

24 to her, that's first of all.

25 M               What did you say to her last night?

26 DE              What did I say to her?

27 M               She's got – she's got three children.  Her and Kevin never

28 did nothing to you.  Nothing.  You forget what Kevin did for you.

1

A-2016

US v. Madonna, et.al., 17 Cr. 89 (CS)
53298054_Jun_14_2017_10_36_31_AM


1   DE              First of all, who's Kevin.  First of all, why is Kevin

2   even into it and everything?  I called this phone one day.  I just seen

3   these people, these parole people, the PSI people and everything.  They gave

4   them your number and everything.  They're coming to talk to you, and that's

5   it.  So, what do you talking about?

6   M               What are they coming to talk to me for?

7   DE              Well, I don't know.  They said they had to talk to

8   somebody.

9   M               Well, let them come to me, when they come to me.  I've had

10  enough of your fucking shit.  What you're doing to Chris, everybody.

11  DE              I didn't do nothing to Chris.  I don't even know what

12  you're talking about.  You just bringing up this…

13  M               You know what you did to Chris.  What do you think, you're

14  the only one that belongs to me?

15  DE              Let me tell you something.  I just talked to my lawyer.  I

16  just talked to my lawyer for a whole hour and everything.

17  M               Yeah.

18  DE              And nobody knows what anybody is talking about this.  Why

19  don't you ask Chris – why don't you ask Chris and everything, I'm not going

20  to get into this over the phone.  Why don't you ask Chris to tell you the

21  truth, of what was said, that's first of all.  Because he's twisting things

22  around, that's what he's doing, all right.

23  M               No.

24  DE              Let me tell you something, my lawyer…

25  M               Chris never talked with your lawyer.

26  DE              Well, then whoever he's talking to, whoever he's talking

27  to, why don't you ask Chris about what me and him talked about and

28  everything, way before this and everything.  Then tell him to tell you the

A-2017

US v. Madonna, et.al., 17 Cr. 89 (CS)
53298054_Jun_14_2017_10_36_31_AM


1  truth, that's first of all.  And I don't know where he's coming up with

2  this, telling Sandy this, this, it's fucking nothing but bullshit and

3  everything.  And I've got people ready…

4  M                I spoke to Sandy this morning.

5  DE                Well, forget about Sandy.  I haven't talked to her.  I

6  don't need her in my life.  I don't want her in my life.  She hasn't been in

7  life.  I don't need that girl in my life.  And she's got the balls to call

8  my lawyer – no, no, she don't need to be calling my lawyer.

9  M                I asked her to.

10 DE                Well, it doesn't matter.  My lawyer told me what she

11 fucking talked to him about, all right, that's first of all and everything.

12 There's no reason for her to call at all.  I haven't talked to this lady in

13 fucking 12 fucking years.

14 M                I asked her to.  I had surgery.

15 DE                It doesn't matter.  Listen to me, it doesn't matter.  It

16 doesn't matter.

17 M                Like your (UI) to Carlene.

18 DE                Carlene nothing.  First of all, Carlene nothing and

19 everything.  I haven't talked to her in 12 years.  I don't need to start

20 talking to her now.

21 M                That (UI) your attorney.

22 DE                All right, listen it is what it is.  I said I have not

23 talked to this girl for 12 years, and all of a sudden she jumps into my

24 picture, no, no, no, no.

25 M                I asked her to.

26 DE                It doesn't matter.  It's not happening.

27 M                Sandy takes care of me.

28

3

A-2018

US v. Madonna, et.al., 17 Cr. 89 (CS)
53298054_Jun_14_2017_10_36_31_AM


1   DE              Oh now she takes care of you.  Now, she's prim and proper
2   – but before all these other times, oh, no, she's this, she's this, she's
3   this and her husband…
4   M               Listen, we all make mistakes when we're young.  Get over
5   it.
6   DE              Listen…
7   M               Stop blaming everybody for your shit.
8   DE              Get over it.
9   M               You don't get it.
10  DE              Get over it.  Let me tell you something, I'm accepting my
11  responsibility, trust me on that.
12  M               You chose your fucking life.
13  DE              Yeah, I'm accepting my responsibility and everything.
14  M               You chose this life.
15  DE              But like (TS) said to me like I told her last night – like
16  I told her last night, and the only thing I did tell her, because she came
17  out with something stupid on me, and everything, last week, well be a man
18  and take – all right, I'm going to take what's mine, but also let these kids
19  tell you the truth about what was said.  And he knows what was said.  That's
20  first of all.
21              I'm going to take mine.  I'm going in front of the Judge,
22  yeah.  That's cool, I got to do what I got…
23  M               Take (UI) stuff with your fuck with your lawyer.
24  DE              Whatever, well then whoever he's getting information from
25  is misleading him straight up, and that's it.  But let me tell you something
26  and everything.  The only thing I told her is yeah, you want me to stand up,
27  all right, cool, but you're going to be a woman and stand up for yours too,
28  and everything.  And let her…

                                4

A-2019

US v. Madonna, et.al., 17 Cr. 89 (CS)
53298054_Jun_14_2017_10_36_31_AM


1   M          Where you get the (UI) to fucking call her with that shit?
2   Where do you get the fucking balls?

3   DE          I'll tell you where I get the balls.

4   M          That's right, where do you get the fucking balls?

5   DE          What are you talking about?

6   M          That's what I'm saying.

7   DE          Yeah.  And what I'm saying is this – and what I'm saying
8   is this, when she used to fucking watch me, that's why I wanted to get out
9   of the fucking house so fucking much, to run away from her.

10   M          Oh come on, get the fuck over it.

11   DE          Oh, get over it, huh?  Oh, get over it, huh?

12   M          You use everything as a fucking excuse.

13   DE          All right, get over it.  I'll get over it.

14   M          You should have had my life, what my mother did to me.

15   DE          Listen to me, that's all I needed to say, whatever.  You
16   can say what you want, I don't care and everything.  And I wasn't even going
17   to call you.  They asked me to call you, that's first of all.  I didn't –
18   just like I hadn't called you for a whole week before, I don't really want
19   to…

20   M          Well, let them call me.  Let them call me, before they
21   come to the house.  I have doctor's appointments.

22   DE          All right.  Whatever, you don't need to talk to them.  You
23   don't need to talk to them, believe me.

24   M          I'll talk to them, they're going to come on my time.

25   DE          Listen, it is what it is.  You don't need to talk to them,
26   and then I'm not even worried about it if you do or you don't.  It doesn't
27   matter and everything.  Like I said, I wasn't going to call you…

28

5

A-2020

US v. Madonna, et.al., 17 Cr. 89 (CS)
53298054_Jun_14_2017_10_36_31_AM

1   M                The way you're carrying on with everybody, it's
2   unbelievable.
3   DE               I ain't carrying on with nobody, that's first of all.
4   That's first of all.  I am not carrying on with nobody, and I don't give a
5   fuck what they tell you (TS)…
6   M                Unbelievable.
7   DE               Yeah, I know unbelievable, unbelievable.
8   M                Now, nobody's got to tell me nothing.  I see and know
9   what's going on.
10  DE               You see and know nothing.  What are you talking about?
11  M                Oh yeah, I know nothing.
12  DE               You know nothing.
13  M                I saw your face with pictures in the halfway house.  You
14  were too into Facebook.
15  DE               Oh, the Facebook pages and everything.
16  M                Yeah.
17  DE               Listen give me a break with that shit.  Why, what you want
18  me to do, be a fucking hermit my whole life, like you.  Every time I fucking
19  came home, all I hear is from you, oh, I'm this, this, this.  Enough is
20  enough already.  What the fuck?  I can't listen – enough is enough.  Please,
21  enough is enough.
22  M                Yeah, you're still messing around.
23  DE               Yeah, yeah, I know I'm still messing around.
24  M                Get your life and get your shit together.
25  DE               I can tell you this, listen, like I said, this is my last
26  words, you can talk to them, or you don't have to talk to them, but I can
27  guarantee you this, just like I was going to a shelter and sent in my
28  paperwork when they were releasing me, believe me on this, you will never

6

US v. Madonna, et.al., 17 Cr. 89 (CS)
53298054_Jun_14_2017_10_36_31_AM


1   hear from me again.  Nobody in my family will hear from me again.  If they

2   release me in five years, six years, seven years, ten years, I would never,

3   ever step foot in any one of yours' doors again, I can…

4   M               You think I'm going to be here in five, six years?

5   DE              Okay.  I can guarantee you…

6   M               I'm going to be in my 80s.

7   DE              Listen to me, it is going to be what it's going to be, but

8   I can guarantee you this, like this, I would never ever bother with none of

9   yous again.  You got my word on that.  I put my hand on God on that.  I

10  would never ever bother with none of yous again.  Believe me on this, I

11  would never ever…

12  M               You have a question of (UI), it's a question of…

13  DE              Listen to me (TS)

14  M               Showing the people the right way.

15  DE              Listen to me, I can guarantee you on this, I would never

16  ever bother with yous again.  I want you…

17  M               Your brother don't talk to you, he says to you, you can't

18  say hello to me?  Fuck you.  Who told you to come here?

19  DE              Let me tell you something – my brother, listen let me tell

20  you something, I don't give a fuck what he's saying to you.  I don't care

21  what he's trying to portray and everything, I know who he is, that's first

22  of all, all right.  And let me tell…

23  M               You don't know him (UI).

24  DE              Let me tell you something, let him tell you the fucking

25  real deal, and I don't care about Chris.  I don't care about Sandy.  I don't

26  care about Carlene, nothing, you hear me.  I don't want to hear it.  I'm not

27  going to hear it.  All I was calling you for, because they asked me to let

28  you know, that's it.  You do, or you don't.  I don't care.  I do not care.

7

A-2022

US v. Madonna, et.al., 17 Cr. 89 (CS)
53298054_Jun_14_2017_10_36_31_AM

1   M               Fine.  When they come I'll see them.

2   DE              But I can guarantee you this, do you hear me.  I don't

3   care about – I'm not a brother no more, I'm not a son, I do not care about

4   this, do you hear me.

5                   If they release me any time soon, if they do or they

6   don't, I can guarantee you on this, yous will never hear from me again, just

7   like I was going to a shelter when I got out, listen to me, you will never

8   hear me fucking again and everything, because I really believe my fucking

9   life was destroyed by a lot of yous, I can guarantee you on this.  I can

10  guarantee…

11  M               Oh, yeah, yeah, yeah.  You can't take blame for your own –

12  I know.

13  DE              You say all (TS)

14  M               I know.  I know.

15  DE              Get over it, you can do this, you can say that, and

16  everything, oh, oh, oh, what was done to you this, that, you can say all you

17  want to get over it already, and everything.  But let me tell you something,

18  that those mother-fuckers got to live with it.  I'm going to let you know

19  that right now, they got to live with it, believe me on that.

20                  They're going to have to live with it, and I don't give a

21  fuck how she got in her fucking feelings yesterday, or I don't give a fuck

22  how she got in those feelings, but let me tell you something, let her stand

23  up for what she fucking done in her life, why she's better now, because she

24  married a fucking guy that's got money, this, that, she thinks she – she's

25  lives on Long Island.  She thinks she's better than everybody.

26                  I haven't talked to that fucking girl in 12 fucking years.

27  I don't need her in my life.  I don't want her in my life at all, at all.

28  What was done to me – what was done to me by her through my fucking

8

US v. Madonna, et.al., 17 Cr. 89 (CS)
53298054_Jun_14_2017_10_36_31_AM


1   childhood, fuck her.  That's why me and her never been fucking close.  Never

2   been fucking close.  I couldn't care less about her.  Believe me.  I

3   couldn't care less about her.  I can guarantee you.  I would not shed a tear

4   – I would shed a tear more for Louie, than her.  I would never shed a tear

5   for her, never, ever shed a tear for that girl…

6   M                Okay, David, you said what you had to say.

7   DE               In my life and everything.

8   M                You finished aggravating my day?

9   DE               It's not finished.  I didn't call to aggravate you.  You

10  called when I called…

11  M                No, you aggravated me.

12  DE               Let me tell you, you called with all this stupid shit.

13  You said all this dumb shit and everything.  You talk to them, you don't,

14  you don't and everything and that's it.

15               And let everybody tell you including your fucking son over

16  there, let him tell you the fucking truth.  Why don't you ask him when I

17  called him, the first time I got locked up in MCC when the counselor was

18  there, what I said.  And let him tell you the fucking truth.  And let him

19  tell you the fucking truth.  Tell him I said what was said to you when he

20  called you in MCC, and everything.  Let him tell you the fucking truth.

21  M                I don't know what you're talking about, MCC.

22  DE               Yeah.  Exactly.  You don't what you're talking – you don't

23  know what you're talking about.  Why don't you just bring that up to him,

24  when he comes Sunday, you can bring that up to him, and everything.

25               What did Dave say in MCC?  That you're mixing with all the

26  fucking around and everything.  Just ask him that.  And tell him to fucking

27  be a man and fucking say the truth and everything, just ask him what I

28  fucking told him and everything.

9

US v. Madonna, et.al., 17 Cr. 89 (CS)
53298054_Jun_14_2017_10_36_31_AM

1   M        Well, when they brought you to MCC when?

2   DE        Listen, I'm not fucking you.  I got locked up when I got

3   that fucking phone call.  I called fucking Chris, I said Chris listen me and

4   you, (UI) that's it, and just tell him like that that me and you said this

5   and everything that's all you got to do is say that.

6           And have him be a fucking man, and everything and tell him

7   to tell the truth, instead of fucking lying to fucking Sandy, and lying to

8   this one and this – and I know what was said, and I know what was fucking

9   said, because I know who said it and everything.  And what he's saying is

10   said is fucking – straight fucking bullshit.  It's straight bullshit.

11           And the thing with Donaldson, no, no.  That's fucking –

12   all fucking bullshit, all bullshit.  Because he came out with that years

13   ago, so I'm going to talk to Donaldson about something to try to help you.

14   So, enough with all this other bullshit.

15           Have him be a fucking man and ask him when your brother

16   called you about for you and him to talk about and everything, let him tell

17   the truth, instead of fucking lying and lying and lying, and getting things

18   twisted, like he's the fucking victim.  Because he's being a fucking – a

19   straight fucking liar.  He's fucking lied, and that's all there is to it and

20   everything.  That's all there is fucking to it and all that shit.

21           And him being – oh, yeah, he's my brother regardless.  If

22   I was out there, and he needed me, I would – I would have died for him.  And

23   let me tell you something, I don't care, yeah, I got addiction, whatever,

24   whatever.  Things take over my life.

25           But let me tell you something – and let me tell you

26   something and everything, don't tell me when I was in the halfway house, how

27   I emailed him, how I contacted him and everything, asked for help, this,

28   that.  Don't let him fucking lie to you.  Don't let him fucking lie to you.

10

US v. Madonna, et.al., 17 Cr. 89 (CS)
53298054_Jun_14_2017_10_36_31_AM

1  M               How was you going to get to the Bronx?  You think you
2  could get to the Bronx?
3  DE              Listen it doesn't matter, do you hear me.  Listen it
4  doesn't matter about him coming to the Bronx and all about me and him
5  talking, this, that, whatever…
6  M               You have counselors there that were supposed to help you.
7  DE              All right, thank you, were supposed.  But I'm not even
8  going to get into that.  I'm not even getting into that.  And don't tell me,
9  the only one I hurt for, I'm going to tell you right now, the only one I
10 hurt for, and I don't care if you believe it or not, and I'm not getting
11 into this over the phone, because these phone calls are recorded, I'm not
12 even getting into it and everything.  The only I hurt for is you and
13 everything.
14 M               No, you don't hurt for me.  No, you don't hurt for me.
15 DE              That's why I'm not getting into it.  That's why I'm not
16 getting into it.
17 M               You don't hurt for me.
18 DE              Whatever.
19 M               Because if you hurt for me, you wouldn't be doing what
20 you're doing.  You wouldn't be doing what you're doing.
21 DE              Listen, I'm just telling you, though, I have an addiction.
22 I have a very bad addiction, do you hear me, a very bad addiction and
23 everything, and people were trying to take steps to get this fixed and
24 everything, but let me tell you something – let me tell you something, in my
25 heart…
26 M               Hello.
27 DE              Listen in my heart, I know, yeah, he's my brother, we're
28 close, we are close, I know that.  I know that.  I know that.  Let me tell

                                    11

A-2026

US v. Madonna, et.al., 17 Cr. 89 (CS)
53298054_Jun_14_2017_10_36_31_AM


1  you something, but don't tell me – don't ever tell it to my face, yeah, he

2  does – he did do things for me, yes he has, and then I had to (UI) fucking

3  every thing he's done.  Don't think I don't appreciate what people done and

4  everything, because I have, and it hurts inside.

5              But let me tell you something, don't tell me – don't tell

6  me because the phone is going to hang up, don't tell me how he was always

7  here for me through – during all my time.  Don't tell me this.  I don't want

8  to hear – because let me tell you something, if you look in that fucking

9  closet, if you got my mail – if you got my mail in that closet, you'll see

10  who fucking always wrote me and everything, all right.

11  M              He wasn't a writer, I told you that.

12  DE              All right, all right, listen he wasn't…

13  M              That is Chris.  He don't put out his feelings.

14  DE              And do you want to know something – and you want to know

15  something, I'm not saying this, but when things are said to me, this, this,

16  this, then I can got to come back with this.

17              I'm not even going to get into it, because the phone – but

18  just ask him when Dave called you from fucking MCC, when the counselor gave

19  him that free phone call, and he mentioned something that you and him –

20  this, this, this, ask him that.  And tell him to fucking tell you the truth.

21  Tell him to stop fucking lying to Sandy; because Sandy shouldn't know

22  nothing about nothing.

23              I don't even want to talk to that girl and everything.  I

24  should have never been talking to that fucking girl, so when I came home and

25  asked them, can I have her phone number, I need her…

26  [Call disconnected]

27

28

12

A-2027

1

Xk2j1eva

1  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
2  ------------------------------x

3  UNITED STATES OF AMERICA,

4          v.                          17 Cr. 191 (RA)

5  DAVID JOHN EVANGELISTA,

6                  Defendant.          Sentencing

7  ------------------------------x

8                                      New York, N.Y.
                                       February 19, 2020
9                                      3:13 p.m.

10
   Before:
11
                    HON. RONNIE ABRAMS,
12
                                       District Judge
13

14                    APPEARANCES

15  GEOFFREY S. BERMAN
        United States Attorney for the
16      Southern District of New York
    BY:  HAGAN C. SCOTTEN
17       Assistant United States Attorney

18  DAVID WIKSTROM, ESQ.
        Attorney for Defendant
19
    ALSO PRESENT:  THEODORE OTTO, Special Agent, FBI
20  ALSO PRESENT:  LESLIE LOCKWOOD, Mitigation Specialist

21

22

23

24

25

A-2028

Xk2j1eva

1          (Case called)

2          THE DEPUTY CLERK:  Counsel, please state your name for

3     the record.

4          MR. SCOTTEN:  Good afternoon, your Honor.  Hagan

5     Scotten for the government.  With the Court's permission, also

6     at counsel table is Special Agent Theodore Otto of the FBI.

7          THE COURT:  Yes.  Good afternoon.

8          MR. SCOTTEN:  Thank you, your Honor.

9          MR. WIKSTROM:  David Wikstrom for Mr. Evangelista, who

10    is standing to my right, and to his right is mitigation

11    specialist Leslie Lockwood.

12         THE COURT:  All right.  Good afternoon.

13         And I understand that Mr. Evangelista's brother is

14    here as well, is that right?  Oh, no.

15         MR. WIKSTROM:  He's in the building and he's on his

16    way up.  He will be here momentarily.

17         THE COURT:  Got it.  Thank you.  You can be seated.

18         So this matter is on for sentencing.  Mr. Evangelista

19    pled guilty in September to two counts of escape, two counts of

20    bank robbery, attempted bank robbery, and being an accessory

21    after the fact.

22         In connection with today's proceeding, I've reviewed

23    the following submissions: the presentence investigation

24    report; Mr. Evangelista's sentencing memorandum, with

25    accompanying exhibits; and the government's sentencing

A-2029

Xk2j1eva

1    memorandum.  Have the parties received each of these

2    submissions, and am I missing anything?

3              MR. SCOTTEN:  We have and don't believe your Honor is

4    missing anything.

5              THE COURT:  Okay.  Mr. Wikstrom?

6              MR. WIKSTROM:  Yes.  We've received them, reviewed

7    them, and there's nothing additional.

8              THE COURT:  Okay.  So why don't we begin by discussing

9    the presentence report.

10             Mr. Wikstrom, have you reviewed the presentence report

11   and discussed it with your client?

12             MR. WIKSTROM:  I have, your Honor.

13             THE COURT:  And do you have any objections?

14             MR. WIKSTROM:  No, I do not.

15             THE COURT:  All right.  Mr. Evangelista, have you had

16   enough time and opportunity to review the presentence report?

17             THE DEFENDANT:  Yes, your Honor.

18             THE COURT:  Okay.  Does the government have any

19   objections?

20             MR. SCOTTEN:  We do not, your Honor.

21             THE COURT:  The Court adopts the factual findings in

22   the report.  The presentence report will be made a part of the

23   record in this matter and placed under seal.  If an appeal is

24   taken, counsel on appeal may have access to the sealed report

25   without further application to the Court.

A-2030

4

Xk2j1eva

1          Now, Mr. Evangelista, when you pled guilty, we
2    discussed the federal Sentencing Guidelines.  Do you remember
3    that?
4          THE DEFENDANT:  Yes, your Honor.
5          THE COURT:  So they're a set of rules, in this book
6    here.  They're published by the United States Sentencing
7    Commission.  They're designed to guide judges when they impose
8    sentence.  At one time they were mandatory, meaning judges were
9    required to follow them.  They're no longer mandatory, but
10   judges must nonetheless consider the guidelines when imposing
11   sentence.
12          So do the parties agree with the guidelines
13   calculation in the presentence report pursuant to which
14   Mr. Evangelista is facing a guidelines range of 168 to 210
15   months?
16          MR. SCOTTEN:  I always try to take no position in a
17   cooperator sentencing, but no objection to those calculations.
18          THE COURT:  Okay.  All right.  Do you have any reason
19   to believe that that was improperly calculated?
20          MR. SCOTTEN:  No, your Honor.
21          THE COURT:  Okay.  Thank you.
22          And Mr. Wikstrom, do you have any objection to that
23   calculation, just to confirm?
24          MR. WIKSTROM:  No, your Honor, I do not.
25          THE COURT:  Okay.  So based on the parties' agreement,

Xk2j1eva

1    or lack of objection, and my independent evaluation, I accept

2    the guidelines calculation in the presentence report.  I find

3    that Mr. Evangelista's offense level is 30, his criminal

4    history category is VI, and his recommended guidelines sentence

5    is 168 to 210 months.

6          As I said a moment ago, that range is only advisory.

7    Courts may impose a sentence outside that range based on one of

8    two legal concepts -- a departure or a variance.  A departure

9    allows for a sentence outside of the advisory range based on

10   some provision of the guidelines themselves.

11         Why don't I hear the government out now on its motion

12   for a departure pursuant to 5K1.1.

13         MR. SCOTTEN:  Yes, for the reasons stated in our

14   letter and because nothing has happened since that would change

15   the conclusion, we move under 5K1.1, your Honor.

16         THE COURT:  Is there anything else you'd like to say

17   today?

18         MR. SCOTTEN:  Do you want to hear everything?

19         THE COURT:  Yes.

20         MR. SCOTTEN:  Actually, no, your Honor, other than

21   Ms. Rothman would have liked to be here.  She prepared

22   Mr. Evangelista and was the AUSA who worked with him on the

23   trial.  She can't be here today for medical reasons -- no

24   problems -- so I'm standing in her stead.  If the Court has any

25   questions, I was a prosecutor on this case, I did prepare with

Xk2j1eva

1    Mr. Evangelista on several occasions, so I'm happy to answer

2    any questions, but I don't have anything to add beyond what's

3    in the letter.

4            THE COURT:  Okay.  I don't think so.  Thank you.

5            I do want to ask if any of the victims wish to be

6    heard, though.

7            MR. SCOTTEN:  Not to our knowledge.

8            THE COURT:  Okay.  All right.  Well, I assume that

9    they were notified, as they must be under the law.

10           MR. SCOTTEN:  I assume they were.

11           THE COURT:  Mr. Wikstrom, would you like to be heard.

12           MR. WIKSTROM:  Your Honor, it's been a long day

13   already and we're just starting, so I'd like to be heard, but

14   I'll be very brief.

15           As you know, the probation department and I have asked

16   your Honor to consider a sentence of time served.  And I just

17   wanted to add this.  It maybe wasn't clear in my letter.  The

18   scenario that we envision is a time served sentence, ███████

19   ████████████████, vocational training, drug treatment, a

20   period of several months to permit the parties time to make

21   arrangements for Mr. Evangelista's plans going forward.

22           THE COURT:  So can I actually ask about that.  So the

23   probation department, for what it's worth -- no representative

24   of probation is here, but -- has recommended as a special

25   condition that he participate in an outpatient treatment

Xk2j1eva

1    program, in addition to mental health program. ███████

2    ███████████████████████████████████████

3    ███████████████████████████████████████████████

4    ███████████████████████████████

5    ██████████████████████████████████████████

6    ██████████████████████████████████████████

7    ███████████████████████████████████████████

8    █████████████████████████████████████████

9    ██████████████████████████████████████████

10   █████████████████████████████████████████

11         ████████████████  ███████████████████████

12   ██████████████████████████████████████████████

13   ████████████████████████████████████████

14   █████████████████████████████████████████

15   ████████████████████████████████████████████

16   ████████████████████████████████████████████

17   ██████████████████████████████████████████████

18   ██████████████████████████████████████████████

19   █████████████████████████████████████

20   █████████████████████████████████████████

21   █████████████████████████████████████████

22   ██████████████████████████████████████████

23   ██████████████████████████████████████

24   ████████████████████████████████████████████

25   ██████████████████████████████████████████████

8

Xk2j1eva

Xk2j1eva

1 ██████████████████████████████████████████████

2 ██████████████████████████████████████████████

3 ██████████████████████████████████████████████

4 ██████████████████████████████████████████████

5 ████████████████████████████████████████

6 ████████

7             THE COURT:  Okay.  All right.  Thank you.

8             MS. LOCKWOOD:  Thank you.

9             THE COURT:  Mr. Wikstrom, is there anything else you'd

10 like to say?

11             MR. WIKSTROM:  Just that I was just going to add --

12 although maybe I've made this clear enough -- any further time

13 in jail takes what I envision as a solution to the problem,

14 then creates problems in their place.  The reason we

15 accelerated the sentence is because it's proven difficult to

16 keep him safe in jail.  And it happened recently at Orange

17 County; he had problems at the MDC.  And as a result, were he

18 to stay in jail longer, he would go to special housing or

19 solitary confinement, and that would keep him locked in but do

20 him no good.  So I implore the Court to follow the

21 recommendation and just rely for the rest on the material in my

22 letter.

23             I know Mr. Evangelista wants to address you as well.

24             In terms of the -- I know that there's a certain

25 vagueness about his future, and we can't do better than this

A-2036

Xk2j1eva

1    today, but I'm happy for the Court to direct me to file a

2    status report after 80 days and I can tell you what we envision

3    going forward.  I'd be happy to report to your Honor.

4            THE COURT:  All right.  Thank you.

5            Mr. Evangelista, is there something you'd like to say

6    today?  Speak into the microphone, please.

7            THE DEFENDANT:  Yes, Judge Abrams.  Thank you.

8            I'd like to say I am sorry for my crimes.  I'm sorry

9    for what I have caused in my life and the people I have hurt.

10   I'm not that same person.  I have 24 years inside a prison.  I

11   just turned 45 Monday.  I don't want this life no more.  I got

12   no more wind in me; no more.  And if I was given an

13   opportunity, I would not fail nobody in this courtroom.  The

14   agents, the prosecutors, gave me an opportunity and a chance,

15   and I will not fail them.  My lawyer, so many good things have

16   happened to me in these past few years.  A lot of good people

17   came into my life.  And I would not let nobody down.  Nobody.

18           THE COURT:  All right.  Thank you.

19           THE DEFENDANT:  Thank you, Judge Abrams.

20           THE COURT:  Is there any reason why sentence cannot be

21   imposed at this time?

22           MR. SCOTTEN:  Not from the government, your Honor.

23           MR. WIKSTROM:  No, your Honor.

24           THE COURT:  So as an initial matter, I am granting the

25   government's motion pursuant to 5K1.1 of the guidelines, for

Xk2j1eva

1   all the reasons cited in the letter, some of which I'll
2   highlight.

3       I'm also required to consider the advisory guidelines
4   range as well as the other factors outlined in a provision of
5   the law, 18 United States Code Section 3553(a), and I've done
6   so.  Those factors include, but are not limited to, the nature
7   and circumstances of the offense and the personal history and
8   characteristics of the defendant, because every defendant must
9   be considered individually as a person.

10      Judges are also required to consider the need for the
11  sentence imposed to reflect the seriousness of the offense,
12  promote respect for the law, provide just punishment, afford
13  adequate deterrence to criminal conduct, and protect the public
14  from future crimes of the defendant, and avoid unwarranted
15  sentencing disparities.

16      So those are the things I have to think about when
17  imposing sentence, and I've thought about all of those things.
18  I've thought about all of those factors.  I've read everything
19  that I've been given, Mr. Evangelista, about your conduct,
20  about your criminal conduct, but also about your life and the
21  things that you've done to try and make up for some of that
22  criminal conduct.  And I'm just going to talk a little bit
23  about my thinking today.

24      So just to be clear, I don't think there's any doubt
25  about the seriousness of your crimes, Mr. Evangelista.  I mean,

Xk2j1eva

1   can you imagine how scared those bank tellers were, thinking

2   that you were going to kill the customers?  Just think about

3   that for a moment.  I know you never actually had a gun, and I

4   know you have never hurt anyone physically, and that of course

5   distinguishes this case from an armed bank robbery, which is

6   important, but I do want you to put yourself in their shoes and

7   think about how terrifying that must have been for them.  I

8   mean, your actions also could have led to real physical harm.

9   There could have been a shootout if the police showed up.  I

10  mean, it could have ended really badly, and so I want to make

11  sure that you fully appreciate how serious this conduct was.

12          And this is not your first conviction.  You have a

13  criminal history dating back to the 1990s that began with

14  robbing deliverymen, escalated to bank robberies, the first

15  when you were just 18.  And the fact that you were not

16  previously deterred by sentences is troubling.  So I've thought

17  about that, because I've got to think about deterrence, you

18  know, deterring you from future criminal conduct but also

19  deterring others.

20          All that said, as I noted a minute ago, you never

21  possessed a gun or physically harmed anyone, which is critical

22  from my perspective.  And your actions, more importantly, over

23  the last few years have shown that you now, really for the

24  first time, are taking the opportunity to turn your life

25  around.

Xk2j1eva

1          And I'll start with your assistance to the government,

2     which dates back to 2017.  Among other things, you disclosed a

3     murder committed by a halfway house roommate and his assistance

4     in disposing of a body; you disclosed an inmate's attempted

5     jail escape; drug deals that took place in and out of prison;

6     and a murder conspiracy that involved not only that inmate but

7     other members, you know, dangerous people; and you testified at

8     the trial, resulting in the convictions of four individuals,

9     and that requires real bravery to do that because the

10     government, without people like you, can't make their cases

11     much of the time, and so it requires people who are brave

12     enough to do the right thing and tell the truth, even if it

13     puts them in danger.

14          It's notable too that you self-surrendered after you

15     were mistakenly released from custody at the MCC.  In your

16     words, that was the first day of change for you, as you

17     described it.  And I agree with counsel that voluntary

18     cessation of criminal activity is an appropriate mitigation

19     factor under 3553(a).  I think it should be.

20          Since then, you haven't incurred any disciplinary

21     infractions.  You've been sober.  I hope that your behavior

22     continues when you get out.

23          And then I've also learned about things in your life

24     that were difficult even to read about, so I can only imagine

25     how they were to experience them yourself.  And I'm not going

Xk2j1eva

1  to note them here out loud, but I have thought a lot about what

2  got you to the place that you are now, or that you were when

3  you committed the crimes.  And it's appropriate for me to

4  consider that.

5           I've also considered the drug addiction, and again,

6  it's not an excuse, but it provides some context and

7  explanation.

8           And finally, as I think I alluded to, I've considered

9  the fact that your assistance has really put you at risk, and

10  I'm cognizant of threats and retaliation and safety risks that

11  you've already faced.

12          And so I've considered all of that, and I am ready to

13  impose sentence.

14          Could you please stand, Mr. Evangelista.

15          So it is the judgment of this Court that you be

16  sentenced to a term of time served, to be followed by a term of

17  supervised release.

18          This sentence is the sentence for each count, and it's

19  to run concurrently on each count.

20          So it's three years of supervised release.

21          I believe that this sentence is sufficient but not

22  greater than necessary to comply with the purposes of

23  sentencing set forth in the law.

24          You can be seated if you'd like.

25          I'm imposing all the standard conditions of supervised

A-2041

15

Xk2j1eva

1   release.

2           Mr. Wikstrom, do I have to read the standard

3   conditions out loud or have you already gone over them with

4   Mr. Evangelista?

5           MR. WIKSTROM:  We've reviewed them, your Honor.

6           THE COURT:  Okay.  I am going to read the mandatory

7   conditions:

8           You must not commit another federal, state, or local

9   crime;

10          You must not unlawfully possess a controlled

11  substance;

12          You must refrain from any unlawful use of a controlled

13  substance;

14          You must submit to one drug test within 15 days of

15  release from imprisonment and at least two periodic drug tests

16  thereafter, as determined by the Court;

17          You must cooperate in the collection of DNA as

18  directed by your probation officer;

19          You must make restitution in accordance with the law

20  and as noted on page 31 of the presentence report.

21          So as I alluded to earlier, the probation department

22  recommends a special condition that Mr. Evangelista participate

23  in an outpatient treatment program approved by the United

24  States Probation Office, which program may include testing to

25  determine whether he has reverted to using drugs or alcohol.

Xk2j1eva

1    He must contribute to the cost of services rendered based on

2    his ability to pay and the availability of third-party

3    payments.  The Court authorizes the release of available drug

4    treatment evaluations and reports, including the presentence

5    investigation report, to the substance abuse treatment

6    provider.  So I don't have a problem with this.  I do think

7    it's important, Mr. Evangelista, that you have a lot of support

8    when you get out, right? ██████████████████████████

9    ███████████████████████████████████████████████████

10    ██████████████████████████████████████████████

11    ██████████████████████████████████████████████

12    ███████████████████████████████████████████████████

13    ███████████████████████████████████  Mr. Wikstrom,

14    you'll write me a letter in 80 days and let me know how things

15    are going, and if that needs to be inpatient versus outpatient,

16    we can talk about it, or we can let the probation office

17    determine.  Do you have thoughts on that?

18          MR. WIKSTROM:  Why don't we -- I'll write to the Court

19    and probation in 80 days.  And we're at the Court's service.  I

20    don't think Mr. Evangelista is going to object to further

21    treatment, outpatient or inpatient.

22          THE COURT:  Okay.

23          MR. SCOTTEN:  And if I may, your Honor.

24          THE COURT:  Yes.

25          MR. SCOTTEN:  ████████████████████████████████

Xk2j1eva



22    THE COURT:  So I'll say that then it will be

23  re-evaluated at that time whether the treatment will be

24  inpatient or outpatient, but that during his supervised

25  release, he will be obligated to participate in the treatment

A-2044

Xk2j1eva

1    program, and we'll specify what kind of program that is within

2    the 90-day period.  Is everyone comfortable with that?

3              MR. WIKSTROM:  Of course.

4              MR. SCOTTEN:  Thank you, your Honor.

5              THE COURT:  Okay.  I'm also going to take the

6    recommendation of the probation department that you participate

7    in an outpatient mental health treatment program approved by

8    the probation office.  You must continue to take any prescribed

9    medications unless otherwise instructed by the healthcare

10   provider.  You must contribute to the cost of services rendered

11   based on your ability to pay and the availability of

12   third-party payments.  The Court authorizes the release of

13   available psychological and psychiatric evaluations and

14   reports, including the presentence investigation report, to the

15   healthcare provider.

16             And in light of the nature of the crime, you shall

17   submit your person and any property, residence, vehicle,

18   papers, computer, other electronic communication, data storage

19   devices, cloud storage, or media, and effects to a search by

20   any United States probation officer and, if needed, with the

21   assistance of any law enforcement.  The search is to be

22   conducted when there's reasonable suspicion concerning

23   violation of a condition of supervision or unlawful conduct by

24   the person being supervised.  Failure to submit to a search may

25   be grounds for revocation of release.  You shall warn any other

A-2045

Xk2j1eva

1    occupants that the premises may be subject to searches pursuant

2    to this condition.  Any search shall be conducted at a

3    reasonable time and in a reasonable manner.

4         You must also provide the probation officer with

5    access to any requested financial information and not incur new

6    credit card charges or open additional lines of credit without

7    the approval of the probation officer unless you're in

8    compliance with the installment payment schedule.

9         All right.  So those are the conditions of your

10   supervised release.  You'll be on supervised release for three

11   years, so if you violate any of those conditions, you're going

12   to come back here, but you have to recognize that if you

13   violate those conditions or any of them, you could be sent back

14   to prison.  Do you understand that?

15        THE DEFENDANT:  Yes, your Honor.

16        THE COURT:  Okay.  All right.  I decline to impose a

17   fine because I understand that you're unable to pay one.

18        I am imposing the mandatory special assessment, or

19   fee, of $600, which is $100 per count.

20        Is the government seeking restitution or forfeiture?

21        MR. SCOTTEN:  We're not, your Honor.

22        THE COURT:  Okay.  So none will be imposed.

23        Does either counsel know of any legal reason why this

24   sentence cannot be imposed as so stated?

25        MR. SCOTTEN:  No, your Honor.

A-2046

Xk2j1eva

1          MR. WIKSTROM:  No, your Honor.

2          THE COURT:  So that's the sentence of this court.

3          You have a right to appeal your conviction and

4     sentence.  If you do choose to appeal, the notice of appeal

5     must be filed within 14 days of the judgment of conviction.  If

6     you're not able to pay for the cost of an appeal, you may apply

7     for leave to appeal *in forma pauperis*, which simply means that

8     court costs, such as filing fees, will be waived.  If you

9     request, the clerk of court will prepare and file a notice of

10    appeal on your behalf.

11          Are there any underlying indictments that need to be

12    dismissed?

13          MR. SCOTTEN:  I think there are, your Honor, and we

14    move to dismiss them.

15          THE COURT:  Okay.  All right.  They'll be dismissed.

16          So Mr. Evangelista, you've had a tough life, but now

17    you have a chance to take that life in a new direction and

18    maybe one day pursuing your dream of counseling drug-addicted

19    youth, which I think is a really admirable goal.  You know, I

20    heard what you said today.  I read what you said in your letter

21    about knowing in your heart that you're done with the life of

22    crime.  I hope that's true.  I hope that we make sure that you

23    get enough support to help you on the outside.  You know, I say

24    this a lot at sentencings, but I firmly believe it to be true.

25    I don't think you need to be defined by the worst mistakes

Xk2j1eva

1   you've ever made, but you are going to be defined by the

2   decisions you make going forward, so are you going to live up

3   to the promises that you've made, both to yourself and to

4   everyone here in this courtroom?  And I hope that you will, and

5   I wish you luck with that.

6         Are there any other applications with respect to

7   sealing or anything else?

8         MR. WIKSTROM:  Yes, your Honor.  I would ask that the

9   sentencing documents and this transcript be sealed.  I would

10   ask that docketing of this proceeding be delayed for a period

11   of six months.  That may suffice.  I just wouldn't want anyone

12   to know when they should start looking at the defendant's

13   family or something like that.  So I think there are real

14   security concerns with the fact that he has been sentenced.  So

15   if the Court would stay docketing for six months.  I'll file,

16   along with my 80-day letter, another letter either consenting

17   to docketing at that time or explaining why it should continue.

18         And lastly, I would ask that you direct probation to

19   redact the personal identifiers in the presentence report, and

20   I mean both the names of family members and also the material

21   at paragraph 129, footnote 1.  Let me show that to the

22   government.

23         (Counsel conferring)

24         MR. SCOTTEN:  Well --

25         THE COURT:  The presentence report is never going to

Xk2j1eva

1    be public, but I understand that there may be safety concerns

2    in any event, so tell me what you want.

3         MR. WIKSTROM:  The material identified in footnote 1

4    at paragraph 129 and the section of the sentence where the

5    footnote --

6         MR. SCOTTEN:  I think we'd do the whole footnote,

7    since that's the substance of the footnote.

8         THE COURT:  That's fine.  So I'm redacting that

9    footnote.

10         And then the identifying information about the family

11    members?

12         MR. WIKSTROM:  Right.  And the information about the

13    birth name in paragraph 129.

14         THE COURT:  That's fine.

15         MR. WIKSTROM:  Thank you.

16         THE COURT:  I'll just take out what's in that

17    parenthetical, right?

18         MR. WIKSTROM:  Yes, your Honor.  Thank you.

19         THE COURT:  Okay.  So those changes will be made.

20         And I'm granting your request with respect to sealing

21    and delayed docketing.  I think that in light of the risk to

22    Mr. Evangelista's safety, as well as some of the health and

23    other very private sensitive issues that have been either

24    discussed today or in the submissions, that that application is

25    properly granted.

Xk2j1eva

1          Are there any other applications at this time?

2          MR. WIKSTROM:  No, your Honor.

3          MR. SCOTTEN:  No, your Honor.

4          THE COURT:  Okay.  Good luck, Mr. Evangelista.

5          THE DEFENDANT:  Thank you, your Honor.

6          MR. SCOTTEN:  Thank you, your Honor.

7                              o0o

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

53298054_Jul_21_2017_17_32_10_PM

```
1

2

3

4

5

6    Transcript:  53298054_Jul_21_2017_17_32_10_PM

7    Participants:        (DE) David Evangelista

8                         (MB) Marina Burman

9
     Date:                07.21.2017
10

11

12

13

14

15

16
     (PH)            (Phonetic)
17
     (SL)            (Sounds Like)
18
     (TS)            (Talking Simultaneously)
19
     (UI)            (Unintelligible)
20
     (UM/F)          (Unidentified Male / Female)
21

22

23

24

25

26

27

28
```

A-2051

1   [Phone ringing]

2   MB             Hello.

3   UF             You have a prepaid call.  You will not be charged for this

4   call.  This call is from David Evangelista, an inmate at a Federal Prison.

5   This call is being recorded and is subject to monitoring.  Hang up to

6   decline the call…  [Tone]

7   MB             Hello.

8   DE             Marina, just let me explain something to you, please, Mrs.

9   Burman and everything, please?

10   MB             Yes?

11   DE             Alex came, Alex came to me all right.  I took care of the

12   guy, and every-- I don't what – I know he's your husband.  I don't know if

13   whatever his problem is, he's lying or whatever and I understand he has a

14   habit, he caught a habit in here, I understand that, and everything.

15              You know when he gave me two phone numbers to contact, one

16   was yours, and one was the 718 number and everything.  He said when I, when-

17   if I'm not here to take care of what I've got to take care of, call my wife,

18   she knows what to do and everything.  I called you and everything, I know

19   he's in Ottisville right now, because I know people that are there, and

20   everything.  You know I don't want to send a message over there and let him

21   know what you're doing is wrong because it's like a slap in my face.  You

22   know and I know he's got a habit; he caught a habit and everything.  He's

23   going crazy, he's doing whatever and everything.

24              I took care of my part.  I did what I had to do and

25   everything, you know and I appreciate – I appreciate everything that you did

26   and everything, and I just want you to know it's got nothing to do with you,

27   what he's doing – to me what he's doing to you is wrong, it's really wrong

28

           1

1  and everything.  Because he's not thinking.  He's only thinking about one
2  thing, and one thing only and everything and it's not right.
3  MB              Well, what are the other numbers he gave you, what's the
4  number?
5  DE              Say it again.
6  MB              What are the other numbers he gave you?
7  DE              Oh, he gave me the 718.902.0927 or something like that.
8  MB              Uh-huh, okay, got it, um-hmm.
9  DE              You know, listen, I'm not – Marina, I've got no reason to
10  lie to you or nothing.  I've been in prison a long time and everything.  I'm
11  trying to get back home, but you know what – what – I don't know what he
12  tells you on the visiting floor, and not only that.  You know he puts your
13  business out there.  He does a lot of things that can jeopardize you, and
14  it's not right.  And it's really not right and everything you know.  And I
15  know you're facing what you're facing right now and everything and I'm sorry
16  for that and everything.
17              But, but this guy, you know he's telling lies, and he's
18  got 10 years to do.  It's not he's got a little time to do.  It's not going
19  to be good for him.  He keeps lying it's not right, because all he – like I
20  said all he thinks about is one thing and that's it.  And it's not right.
21  And it's not right and everything.
22  MB              Okay, thank you for calling me.
23  DE              Oh, but can I ask you something – hello.
24  MB              yea, Yes.
25  DE              You did that in Western Union right?  You did take care of
26  that and everything?
27  MB              Yes.
28

                                    2

A-2053

| | |
|---|---|
| 1 | DE             But the only thing is you did not put it under the right |
| 2 | first name. |
| 3 | MB             Okay. |
| 4 | DE             The name with spelling.  Is there any possible, because my |
| 5 | wife – listen, I've got a daughter, she's seven years old, she's sick and |
| 6 | everything and my wife needs to take her to the doctor and everything, |
| 7 | that's why – and he knew about this and everything.  The first name you |
| 8 | spelled it wrong, she cannot pick it up unless the first name is spelled |
| 9 | right. |
| 10 |                 Is there any way you can call the Western Union and give |
| 11 | her the correct spelling of the right name, so she can get this? |
| 12 | MB             And what's the correct spelling? |
| 13 | DE             It's C-a-r-l-e-e-n, the first name. |
| 14 | MB             Okay, no problem, I'll tell them. |
| 15 | DE             Thank – please, because she's over there waiting and |
| 16 | everything – but Mrs. Berman, I am sorry for all this.  I really am and |
| 17 | everything and please I don't know – hopefully everything works out for you. |
| 18 | Do not let this guy jam you up, honestly please. |
| 19 | MB             Okay, thank you, thank you. |
| 20 | DE             Please do not let this happen. |
| 21 | MB             Um-hmm, thank you. |
| 22 | DE             Can you please correct that Mrs. Berman? |
| 23 | MB             Okay, I will.  I will, thank you. |
| 24 | DE             Thank you very… |
| 25 | [Call disconnected] |
| 26 | |
| 27 | |
| 28 | |

A-2054

US v. Madonna, et.al., 17 Cr. 89 (CS)
53298054_Jul_18_2017_18_42_46_PM

1

2

3

4

5

6    Transcript:   53298054_Jul_18_2017_18_42_46_PM

7    Participants:        (DE) David Evangelista

8                         (MB) Marina Burman

9    Date:                07.18.2017

10

11

12

13

14

15

16

17   (PH)            (Phonetic)

18   (SL)            (Sounds Like)

19   (TS)            (Talking Simultaneously)

20   (UI)            (Unintelligible)

21   (UM/F)          (Unidentified Male / Female)

22

23

24

25

26

27

28

A-2055

US v. Madonna, et.al., 17 Cr. 89 (CS)
53298054_Jul_18_2017_18_42_46_PM

1   [Phone ringing]

2   MB                Hello.

3   UF                You have a prepaid call.  You will not be charged for this

4   call.  This call is from David Evangelista, an inmate at a Federal Prison.

5   This call is being recorded and is subject to monitoring.  Hang up to

6   decline the call, or to accept, dial 5 now.  If you…  [Tone]

7   MB                Hellow

8   DE                Yea uh, Hello, Marina?

9   MB                Yes.

10  DE                Yeah, Alex, told me to give you this address.

11  MB                Uh-huh, okay, one second.

12  DE                All right.

13  MB                yea what is it

14  DE                The first name is Carlene…

15  MB                Can you spell it for me?

16  DE                C-a-r…

17  MB                Uh-huh.

18  DE                L-e-n-e, Dorfman, D-o-r-f-m-a-n.

19  MB                D-o-r-f-m-a…

20  DE                D-o-r-f-m-a-n.

21  MB                Uh-huh.

22  DE                Jackson, New Jersey…

23  MB                Uh-huh.

24  DE                New Jersey.

25  MB                Um-hmm.

26  DE                08…

27  MB                Okay.

28  DE                527, that's the zip code.

1

A-2056

US v. Madonna, et.al., 17 Cr. 89 (CS)
53298054_Jul_18_2017_18_42_46_PM

1   MB              Okay.

2   DE              And everything.

3   MB              Now, say it again, C-o-r-l-e-n.

4   DE              Wait, say that again.

5   MB              C-o-r-l-e-n.

6   DE              C-a-r-l-e-n-e.

7   MB              N-e, okay.  And D-o-r-f-a…

8   DE              D-o-r-f-m-a-n.

9   MB              Got it, um-hmm.

10  DE              All right, add Jack – Jackson – huh?

11  MB              How Much?

12  DE              He said to send – no, to send four over there.

13  MB              Four Zero Zero?

14  DE              Yeah, yeah.

15  MB              Okay, got it.

16  DE              He said that – he said that – listen – hello.  He said

17  this is very important.  And I'm going to call – I'm going to call back for

18  the confirmation number.

19  MB              uh not call right now, it will have to be like in two

20  hours.

21  DE              Yeah, yeah, I'll call back like in two hours for the

22  confirmation number, so he knows.

23  MB              No problem.  Okay.

24  DE              All right, all right.

25  MB              Um-hmm, okay.

26  DE              Bye-bye.

27  [Call disconnected]

28

                                    2

US v. Madonna, et.al., 17 Cr. 89 (CS)
53298054_Jul_20_2017_14_58_00_PM

Transcript:   53298054_Jul_20_2017_14_58_00_PM

Participants:          (DE) David Evangelista
                       (MB) Marina Burman


Date:                  07.20.2017

(PH)              (Phonetic)

(SL)              (Sounds Like)

(TS)              (Talking Simultaneously)

(UI)              (Unintelligible)

(UM/F)            (Unidentified Male / Female)

A-2058

US v. Madonna, et.al., 17 Cr. 89 (CS)
53298054_Jul_20_2017_14_58_00_PM

1  [Phone ringing]

2  MB              Hello.

3  MB              You have a prepaid call.  You will not be charged for this

4  call.  This call is from David Evangelista, an inmate at a Federal Prison.

5  This call is being recorded and is subject to monitoring.  Hang up to

6  decline the call, or to accept, dial 5 now.  If you wish to block any future

7  calls…  [Tone]

8  MB              Hello.

9  DE              Did you call – did Alex call you?

10 MB              No, he didn't call me.

11 DE              He hasn't called you yet, huh?

12 MB              No, he called me from, where is it, where is it,  where is

13 it

14 DE              Oh, he called you from Ottisville other day, right?

15 MB              Yes, he did.

16 DE              All right.  So, you told him everything was good,

17 everything's cleared?

18 MB              uh He said, he doesn't know anything about it.

19 DE              Oh, I don't know what he's saying, no.  No, I don't know.

20 That's not…

21 [Call disconnected]

22

23

24

25

26

27

28

1