# 20-2479-cr(L),
## 20-2714-cr(CON), 20-2722-cr(CON), 20-2980-cr(CON)

# United States Court of Appeals
### *for the*
# Second Circuit

UNITED STATES OF AMERICA,

*Appellee,*

— v. —

DOMINIC TRUSCELLO, JOHN CASTELUCCI, AKA Big John, TINDARO
CORSO, AKA Tino, JOSEPH VENICE, JAMES MAFFUCCI, AKA Jimmy the
Jew, JOSEPH DATELLO, AKA Big Joe, AKA Joey Glasses, PAUL CASSANO,
AKA Paulie Roast Beef, VINCENT BRUNO, BRIAN VAUGHAN, CARMINE
GARCIA, AKA Spanish Carmine, RICHARD O'CONNOR, ROBERT CAMILI,
JOHN INCATASCIATO, STEVEN CREA, JR.,

*Defendants,*

CHRISTOPHER LONDONIO, TERRANCE CALDWELL, MATTHEW
MADONNA, STEVEN CREA, SR., AKA Wonder Boy,

*Defendants-Appellants.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

## JOINT APPENDIX FOR DEFENDANTS-APPELLANTS
### Volume 8 of 9 (Pages A-2059 to A-2208)

CLARA KALHOUS, ESQ.
116 Pinehurst Avenue, #H13
New York, New York 10033
(347) 415-9523

*Attorney for Defendant-Appellant
   Christopher Londonio*

BRIAN A. JACOBS
DANIEL P. GORDON
MORVILLO ABRAMOWITZ GRAND
   IASON & ANELLO P.C.
565 Fifth Avenue
New York, New York 10017
(212) 856-9600

*Attorneys for Defendant-Appellant
   Terrance Caldwell*

*(For Continuation of Appearances See Inside Cover)*

ANTHONY DIPIETRO, ESQ.
15 Chester Avenue
White Plains, New York 10601
(914) 948-3242

– and –

BRENDAN M. WHITE, ESQ.
524 East 20th Street, #6-D
New York, New York 10009
(646) 303-0267

*Attorneys for Defendant-Appellant*
*Steven Crea, Sr.*

JOSHUA L. DRATEL
LAW OFFICES OF DRATEL & LEWIS
29 Broadway, Suite 1412
New York, New York 10006
(212) 732-0707

– and –

ANDREW PATEL, ESQ.
15 Chester Avenue
White Plains, New York 10601
(212) 349-0230

*Attorneys for Defendant-Appellant*
*Matthew Madonna*

i

# TABLE OF CONTENTS

|  | Page |
|---|---|
| District Court Docket Entries ................................... | A-1 |
| Transcript of August 3, 2018 Proceedings ................ | A-195 |
| Omnibus Motion, by Defendant Steven L. Crea, dated October 19, 2018 .......................................... | A-309 |
| Government's Omnibus Memorandum of Law, in Opposition to Defendants' Pretrial Motions, dated November 12, 2018 ...................................... | A-378 |
| Defendant Steven L. Crea's Reply Memorandum, in Support of Omnibus Motion, dated November 28, 2018 ............................................... | A-448 |
| Letter from Steven D. Crea's Counsel to the Honorable Cathy Seibel, dated December 4, 2018 (Omitted herein) |  |
| Attachment to Letter - Polygraph Examination Report............................. | A-488 |
| Transcript of January 2, 2019 Proceedings................ | A-492 |
| Transcript of January 3, 2019 Proceedings................ | A-590 |
| Letter from Steven L. Crea's Counsel to the Honorable Cathy Seibel, dated January 5, 2019.... | A-680 |
| Letter from Government to the Honorable Cathy Seibel, dated January 7, 2019 ............................... | A-685 |
| Order of the Honorable Cathy Seibel, dated January 14, 2019.................................................... | A-691 |
| Letter-Motion to Quash Subpoena from Steven L. Crea's Counsel to the Honorable Cathy Seibel, dated July 16, 2019 ............................................... | A-695 |

ii

**Page**

Exhibit 1 to Letter -
Rider to Grand Jury Subpoena to Steven L. Crea,
dated July 3, 2019 ................................................. A-703

Government's Letter-Opposition to Motion of
Steven L. Crea to Quash Subpoena, dated
July 17, 2019.......................................................... A-705

Letter from Steven L. Crea's Counsel to the
Honorable Cathy Seibel in Reply to Government's
Opposition to Motion to Quash Subpoena, dated
July 18, 2019.......................................................... A-711

Order of the Honorable Cathy Seibel, dated
July 18, 2019.......................................................... A-714

Government's Memorandum of Law in Support
of Supplemental Motions *in Limine*, dated
July 19, 2019.......................................................... A-715

Superseding Indictment, filed July 31, 2019 ............. A-742

Defendant Steven L. Crea's Memorandum of Law
in Opposition to Government's Supplemental
Motions *in Limine*, filed August 5, 2019 ............... A-768

Transcript of August 26, 2019 *Curcio* Hearing.......... A-795

Transcript of September 13, 2019 Pre-Trial
Conference.............................................................. A-822

Transcript of September 27, 2019 Telephone
Conference.............................................................. A-904

Excerpts from the Trial Transcript, dated
October 7, 2019 ..................................................... A-926

Excerpts from the Trial Transcript, dated
October 8, 2019 ..................................................... A-945

iii

**Page**

Excerpts from the Trial Transcript, dated
    October 10, 2019 ................................................. A-998

Excerpts from the Trial Transcript, dated
    October 11, 2019................................................. A-1061

Excerpts from the Trial Transcript, dated
    October 15, 2019 ................................................ A-1073

Excerpts from the Trial Transcript, dated
    October 16, 2019 ................................................ A-1078

Excerpts from the Trial Transcript, dated
    October 17, 2019 ................................................ A-1082

Excerpts from the Trial Transcript, dated
    October 18, 2019 ................................................ A-1099

Excerpts from the Trial Transcript, dated
    October 21, 2019 ................................................ A-1142

Excerpts from the Trial Transcript, dated
    October 22, 2019 ................................................ A-1155

Excerpts from the Trial Transcript, dated
    October 23, 2019 ................................................ A-1221

Excerpts from the Trial Transcript, dated
    October 24, 2019 ................................................ A-1230

Excerpts from the Trial Transcript, dated
    October 25, 2019 ................................................ A-1260

Letter from Steven L. Crea's Counsel to the
    Honorable Cathy Seibel requesting Severance,
    dated October 27, 2019 .......................................... A-1263

    Attachment to Letter -
    Affidavit of Christopher Londonio, dated
    October 22, 2019 ................................................. A-1267

iv

**Page**

Government's Letter-Opposition to Motion for
  a Severance, dated October 29, 2019.................... A-1269

Excerpts from the Trial Transcript, dated
  October 29, 2019 ................................................. A-1274

Excerpts from the Trial Transcript, dated
  October 31, 2019 ................................................. A-1286

Excerpts from the Trial Transcript, dated
  November 1, 2019 ................................................ A-1342

Excerpts from the Trial Transcript, dated
  November 4, 2019 ................................................ A-1390

Excerpts from the Trial Transcript, dated
  November 5, 2019 ................................................ A-1437

Excerpts from the Trial Transcript, dated
  November 6, 2019 ................................................ A-1445

Excerpts from the Trial Transcript, dated
  November 7, 2019 ................................................ A-1516

Excerpts from the Trial Transcript, dated
  November 15, 2019 .............................................. A-1518

Trial Exhibits:

  Exhibit GX 702 – Recorded Conversation, dated
  August 18, 2014.................................................... A-1529

  Exhibit GX 821 – Recorded Conversation, dated
  May 5, 2015 ......................................................... A-1580

Government's Letter-Opposition to Motions of
  Defendants Christopher Londonio and Steven L.
  Crea for Relief pursuant to Federal Rules of
  Criminal Procedure 29 and 33, dated
  January 30, 2020.................................................... A-1597

v

**Page**

Letter from Steven L. Crea's Counsel to the
Honorable Cathy Seibel in Reply to Government's
Opposition to Motion for Relief pursuant to
Federal Rules of Criminal Procedure 29 and 33,
dated February 14, 2020 ....................................... A-1609

Transcript of Decision, dated March 13, 2020 ......... A-1619

Sentencing Transcript for Matthew Madonna, dated
July 27, 2020........................................................ A-1657

Sentencing Transcript for Terrance Caldwell, dated
July 27, 2020........................................................ A-1681

Notice of Appeal, by Christopher Londonio, filed
July 31, 2020........................................................ A-1697

Notice of Appeal, by Terrance Caldwell, filed
August 4, 2020..................................................... A-1698

Notice of Appeal, by Matthew Madonna, filed
August 7, 2020..................................................... A-1699

Notice of Appeal, by Steven Crea, Sr., filed
September 2, 2020 ................................................ A-1700

Government's Letter to the Honorable Cathy Seibel,
dated October 26, 2020......................................... A-1702

Declaration of Joshua L. Dratel, for Defendants,
in Support of Motion for a New Trial, dated
October 4, 2021
(Omitted herein)

Exhibit 1 to Dratel Declaration -
Transcript of Recorded Conversation, dated
August 11, 2021 ................................................... A-1704

vi

**Page**

Exhibit 2 to Dratel Declaration -
Transcript of Recorded Conversation, dated
February 22, 2021 ................................................ A-1722

Exhibit 3 to Dratel Declaration -
Transcript of Recorded Conversation, dated
April 20, 2021 ..................................................... A-1743

Exhibit 4 to Dratel Declaration -
Transcript of Recorded Conversation, dated
March 28, 2021 ................................................... A-1745

Exhibit 5 to Dratel Declaration -
Transcript of Recorded Conversation, dated
December 13, 2020 .............................................. A-1751

Exhibit 6 to Dratel Declaration -
Transcript of Recorded Conversation, dated
August 3, 2021 .................................................... A-1783

Exhibit 7 to Dratel Declaration -
Transcript of Recorded Conversation, dated
April 8, 2021 ....................................................... A-1785

Exhibit 8 to Dratel Declaration -
Transcript of Recorded Conversation, dated
May 14, 2021 ...................................................... A-1795

Exhibit 9 to Dratel Declaration -
Transcript of Recorded Conversation, dated
August 15, 2021 .................................................. A-1814

Exhibit 10 to Dratel Declaration -
Transcript of Recorded Conversation, dated
May 26, 2021 ...................................................... A-1818

Exhibit 11 to Dratel Declaration -
Transcript of Recorded Conversation, dated
March 22, 2021 ................................................... A-1856

vii

**Page**

Exhibit 12 to Dratel Declaration -
Transcript of Recorded Conversation, dated
April 13, 2021 ................................................... A-1860

Exhibit 13 to Dratel Declaration -
Transcript of Recorded Conversation, dated
April 13, 2021 ................................................... A-1867

Exhibit 14 to Dratel Declaration -
Transcript of Recorded Conversation, dated
April 12, 2021 ................................................... A-1876

Exhibit 15 to Dratel Declaration -
Transcript of Recorded Conversation, dated
November 29, 2020 ................................................ A-1879

Exhibit 16 to Dratel Declaration -
Transcript of Recorded Conversation, dated
June 30, 2021 ................................................... A-1917

Exhibit 17 to Dratel Declaration -
Transcript of Recorded Conversation, dated
May 23, 2021 ................................................... A-1925

Exhibit 18 to Dratel Declaration -
Transcript of Recorded Conversation, dated
March 16, 2021 ................................................. A-1930

Exhibit 19 to Dratel Declaration -
Transcript of Recorded Conversation, dated
April 7, 2021 ................................................... A-1937

Exhibit 20 to Dratel Declaration -
Transcript of Recorded Conversation, dated
March 11, 2021 ................................................. A-1941

Exhibit 21 to Dratel Declaration -
Transcript of Recorded Conversation, dated
March 18, 2021 ................................................. A-1944

viii

**Page**

Exhibit 22 to Dratel Declaration -
Transcript of Recorded Conversation, dated
April 24, 2021 ..................................................... A-1948

Exhibit 23 to Dratel Declaration -
Transcript of Recorded Conversation, dated
August 30, 2021 .................................................. A-1954

Exhibit 24 to Dratel Declaration -
Transcript of Recorded Conversation, dated
July 25, 2017 ...................................................... A-1956

Exhibit 25 to Dratel Declaration -
Government's Sentencing Memorandum for
Defendant David Evangelista, dated
February 11, 2020 ............................................... A-1958

Exhibit 26 to Dratel Declaration -
Transcript of Recorded Conversation, dated
July 11, 2017 ...................................................... A-1966

Exhibit 27 to Dratel Declaration -
Transcript of Recorded Conversation, dated
June 27, 2017 ..................................................... A-1968

Exhibit 28 to Dratel Declaration -
Transcript of Recorded Conversation, dated
June 16, 2017 ..................................................... A-1978

Exhibit 29 to Dratel Declaration -
Transcript of Recorded Conversation, dated
June 12, 2017 ..................................................... A-1981

Exhibit 30 to Dratel Declaration -
Transcript of Recorded Conversation, dated
June 5, 2017 ....................................................... A-1983

ix

**Page**

Exhibit 31 to Dratel Declaration -
Government's Sentencing Memorandum for
Defendant David Evangelista, dated
January 17, 2020 .................................................... A-1990

Exhibit 32 to Dratel Declaration -
Transcript of Recorded Conversation, dated
July 9, 2017............................................................ A-1998

Exhibit 33 to Dratel Declaration -
Transcript of Recorded Conversation, dated
July 31, 2017.......................................................... A-2001

Transcript of Exhibit 34 to Dratel Declaration -
Recorded Conversation, dated July 19, 2017 ........ A-2005

Exhibit 35 to Dratel Declaration -
Transcript of Recorded Conversation, dated
June 14, 2017 ......................................................... A-2014

Exhibit 36 to Dratel Declaration -
Transcript of Sentencing Proceedings of David J.
Evangelista, dated February 19, 2020.................... A-2027

Exhibit 37 to Dratel Declaration -
Transcript of Recorded Conversation, dated
July 21, 2017.......................................................... A-2050

Exhibit 38 to Dratel Declaration -
Transcript of Recorded Conversation, dated
July 18, 2017.......................................................... A-2054

Exhibit 39 to Dratel Declaration -
Transcript of Recorded Conversation, dated
July 20, 2017.......................................................... A-2057

Exhibit 40 to Dratel Declaration -
Printouts from Facebook Page of David
Evangelista............................................................. A-2059

x

**Page**

Exhibit 41 to Dratel Declaration -
Transcript of Podcast – The Johnny and Gene
Show (June 2020) .................................................. A-2073

Exhibit 42 to Dratel Declaration -
Transcript of Recorded Conversation, dated
September 1, 2021 .................................................. A-2124

Exhibit 43 to Dratel Declaration -
Transcript of Recorded Conversation, dated
September 4, 2021 .................................................. A-2130

Exhibit 44 to Dratel Declaration -
Transcript of Recorded Conversation, dated
September 1, 2021 .................................................. A-2136

Exhibit 45 to Dratel Declaration -
Transcript of Recorded Conversation, dated
May 18, 2021 ........................................................ A-2140

Exhibit 46 to Dratel Declaration -
Transcript of Recorded Conversation, dated
March 19, 2021 ...................................................... A-2179

Exhibit 47 to Dratel Declaration -
Transcript of Recorded Conversation, dated
September 7, 2021 .................................................. A-2209

Exhibit 48 to Dratel Declaration -
Defendants' Discovery Demands, dated
June 14, 2021 ........................................................ A-2212

Exhibit 49 to Dratel Declaration -
Government's Response to Defendants'
Discovery Requests, dated June 29, 2021 ............. A-2228

Exhibit 50 to Dratel Declaration -
Letter from Government to Defense Counsel,
dated February 17, 2021 ........................................ A-2229

xi

**Page**

Government's Opposition to Motion for a New Trial,
dated December 6, 2021 (Omitted herein)

Exhibit A to Opposition -
Declaration of John Karounos, dated
December 3, 2021 .................................................. A-2230

Exhibit B to Opposition -
Declaration of William Dionne, dated
November 30, 2021 ................................................ A-2233

Reply Declaration of Joshua L. Dratel and Andrew
G. Patel, for Defendants, in Further Support of
Motion for a New Trial, dated January 25, 2022 ... A-2235

Transcript of May 5, 2022 Proceedings .................... A-2239

Letter from Joshua L. Dratel to the Honorable
Cathy Seibel, dated May 6, 2022 .......................... A-2350

Exhibit 1 to Letter -
March 24, 2022 Issue of *Gang Land News* ............ A-2351

Transcript of June 13, 2022 Bench Ruling ................ A-2357

Amended Notice of Appeal, by Steven Crea, Sr.,
filed June 17, 2022 ................................................ A-2399

Amended Notice of Appeal, by Terrance Caldwell,
filed June 21, 2022 ................................................ A-2400

Amended Notice of Appeal, by Matthew Madonna,
filed June 22, 2022 ................................................ A-2404

Amended Notice of Appeal, by Christopher
Londonio, filed June 27, 2022 ............................... A-2407

A-2059



## David Evangelista

Timeline · About · Friends 24 · Photos · Videos · More ▾ · 👤 Add Friend

**Do you know David?**
To see what he shares with friends, send him a friend request.

👤 Add Friend

**Intro**

🎓 Went to Marine Park Junior School

🏠 Lives in **Brooklyn, New York**

📍 From **Brooklyn, New York**

**Photos** — See All

David Evangelista
November 8, 2016 · Fordham, New York · 🌐

can somebody get my boy to smile???





**Friends** See All
24 friends

John Rosati    Joseph Rocca    Melody Jones

Alphonse Fanelli    Michael Bavaro    Chris Chiarmonte

Joe Cappucci    Rachel Evangelista    Shantrice Miller

3    2 Comments  1 Share

👍 Like    💬 Comment    ↪ Share

**Robin Wiksten**
You can do it 😊
Like · Reply · 3y

**Carlene M Dorfman**
My Kiddo always smiles.
Like · Reply · 3y

Write a comment…

**David Evangelista**
November 8, 2016 · 🌐

staying strong body and mind. Going to enjoy life and all it has to offer.

Write a comment...

**Friends**                                    See All
24 friends

John Rosati    Joseph Rocca    Melody Jones

Alphonse Fanelli    Michael Bavaro    Chris Chiarmonte

Joe Cappucci    Rachel Evangelista    Shantrice Miller

**Life Events**                                See All

Started School at
Marine Park Junior
School
September 6, 1987

**David Evangelista**
November 8, 2016 · 🌐

staying strong body and mind. Going to enjoy life and all it has to offer.



👍 3

👍 Like        💬 Comment        ↪ Share

A-2062



Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·



## Friends

24 friends     See All

John Rosati    Joseph Rocca    Melody Jones

Alphonse Fanelli    Michael Bavaro    Chris Chiarmonte

Joe Cappucci    Rachel Evangelista    Shantrice Miller

## Life Events

See All



Started School at Marine Park Junior School
September 6, 1987

**David Evangelista**
November 5, 2016 · Fordham, New York ·

simple some people like to make in directs.grab.your nuts or fussy and say what's on your mind.yea I made a lot.of mistakes in life.it cost me 22 years.but some people fall99 times and on the100.time realize life is to short to be play with.I know in my heart I will make it this time around.I am strong.I Whi never let my self fall victim again to fast money or the streets.I might be poor now.but I am rich.in many other ways.never been perfect or try to front like I was.just like I don't know how to be fake.or walk around with two faces.not me.life is a struggle and I will beat it.not for no one but me.trust this.I know what it is.thing being hard.I spent 22 years of my life in hard places.not knowing if I was gonna make it out.I did that.I made it out trust this.I can make my life better give myself a chance.which I'm doing now.so if u got no balls and speak your mind.then play your place

👍 7        1 Comments · 1 Share

👍 Like    💬 Comment    ➤ Share

**Chris Chiarmonte**
Welcome home bro. -CCO

Like · Reply · 3y    👍 1

**David Evangelista**
November 4, 2016 ·

my boy is gonna be mad.he don't want this photo in the pulic.he got a mean work out.killing us in.here.he is in the shower right now.he gonna be mad
lol





**Friends**                                    See All

24 friends

John Rosati    Joseph Rocca    Melody Jones

Alphonse Fanelli    Michael Bavaro    Chris
                                     Chiarmonte

Joe Cappucci    Rachel    Shantrice Miller
                Evangelista

**Life Events**                                See All

Started School at
Marine Park Junior
School
September 6, 1987

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Facebook © 2020

**David Evangelista**
October 28, 2016 · 🌐

trying to get right for the summer.

**David Evangelista**
October 15, 2016 · 🌐

👍 3                                    1 Comment

👍 Like          💬 Comment          ↪ Share

**David Evangelista**
I just want all.to know I never. requested to.be part. of
the group.hony sluts.don't want thay don't need it
someone play a game.I am gonna kick.his ass tonight.I
aint playing.sorry to the people who.fell disrespect

Like · Reply · 3y







**Friends** See All
24 friends

John Rosati   Joseph Rocca   Melody Jones

Alphonse Fanelli   Michael Bavaro   Chris Chiarmonte

Joe Cappucci   Rachel Evangelista   Shantrice Miller

**Life Events** See All

David Evangelista
October 21, 2016 · 

1                    2 Comments

👍 Like        💬 Comment        ↪ Share

Rachel Evangelista
Can you smile please 😂😂😂
Like · Reply · 4y

David Evangelista
it's been a long time since i smile kiddo think I forgot how to do it.so
Like · Reply · 4y                    1



Like · Reply · 4y

Write a comment...

**David Evangelista**
October 16, 2016 · 🌐

Thank u and cant wait to m eet yous

👍 3

👍 Like          💬 Comment          ↪ Share

**David Evangelista** updated his cover photo.
October 15, 2016 · 🌐

**Friends**                                    See All
24 friends

John Rosati          Joseph Rocca          Melody Jones

Alphonse Fanelli     Michael Bavaro         Chris Chiarmonte

Joe Cappucci         Rachel Evangelista     Shantrice Miller

👍 1

↪ Share

**Life Events**                                See All



A-2070



A-2071



**David Evangelista**



A-2072



PODCAST - The Johnny and Gene Show Transcript June 2020

```
 1
 2
 3
 4
 5
 6   Transcript:  Podcast - The Johnny and Gene Show
 7   Participants:        (FP)  Frank Pasqua III
 8                        (JA)  John Alite
 9                        (GB)  Gene Borello
10                        (FL)  Felix Levine
11
12   Date:                June 2020
13
14
15
16
17
18
19   (PH)             (Phonetic)
20   (SL)             (Sounds Like)
21   (TS)             (Talking Simultaneously)
22   (UI)             (Unintelligible)
23   (UM/F)           (Unidentified Male / Female)
24
25
26
27
28
```

1   FL                    And we're live.  Welcome everyone to another edition of

2   the Johnny and Gene Show.  I'm Felix Levine.  Gene Borello, Johnny Alite,

3   and our guest today, Frankie Pasqua.  Thank you for being here Frankie.

4   FP                    Thank you for having me.

5   FL                    So, you know, I'll let you kind of just introduce

6   yourself, just because I think that's the most appropriate way to do it.

7   And then Gene will chime in and tell us how he knows you.

8                         So, kind of take it away.  Give us a little bit of your

9   background in this past life.

10  FP                    All right.  Um, I probably hit the streets about 14 years

11  old.  I was doing some numbers with some Bonanno guys on Staten Island.

12  Throughout my career, I worked with four of the five families Genovese,

13  Bonanno, Luchese, Gambino.

14                        Gene is a dear friend of mine.  We are -- had a dear

15  friend in common until they had a little bit of a falling out.  We met in

16  prison.  And it's like we clicked right away.  He was like a little brother

17  to me, you know.  Um, the end of my career was monopolized by the Luchese's,

18  they were not -- they had a leash on me.  They wouldn't let me go.

19                        I wanted to go with Ronnie, to go with Alfonse, and I had

20  quite a few offers, Tommy Figs was the underboss of the Genovese at the

21  time.  And um, just got stuck with these guys.  And uh, I tried to make the

22  best of it.  I had some good times along with the bad ones, you know.

23  JA                    Hey Frankie, so let me ask a question real quick there.

24  Were you born into this life?  Or how did you get involved?

25  FP                    Oh, absolutely, absolutely -- my grandfather was under

26  Frankie Locascio.  My grandfather, big Frank Pasqua, a Gambino soldier under

27  Frankie Loc.  My father was an enforcer with the Gambino's for years.  Then

28  I had -- my uncle who's actually my Godfather, Richard Pasqua, he -- mid 80s

1

1   he flipped over not even much time is what I'm hearing, you know 10 years,

2   10, 12 years.

3                   He flipped on Arnold Squitieri and his cousin Foonsey

4   [00:02:06] who were running things for John at the time, they were acting

5   boss.  And when he flipped, my father got black-listed from the Gambino's.

6   They told him outright you're not getting straightened out.  You can earn

7   with us, you know cause he put work in he killed people for that.  You can

8   earn with us, but you're not getting straightened out.

9                   Had I been in my father's shoes, I would have doubled my

10  efforts and stuck it out and gotten the button with my father's crew, you

11  know.

12  JA              Right.

13  FP              He had a different mindset about it and decided to

14  basically you know look for -- for a home somewhere else.  And my cousin

15  Donny Tufaro, who is a gentleman, a stand-up guy, a man and a half, he was

16  doing 30 years at the time, on the indictment my father -- my grandfather,

17  they all went away on it.  And he put my father with some Luchese guys,

18  Frank Altimari, Steve Crea.

19  JA              Right.

20  FP              And um -- so, my father basically -- he sat back, and just

21  waited for the handouts to come instead of actively going and getting them.

22  And that was where we butt heads a lot.  Because I was -- I like to earn, I

23  like to go out there.  I wasn't afraid of jail.  He had a rough bit of it,

24  he did nine years.  He had a rough time of it.  My mother wasn't very

25  supportive.  He was not going back to jail.

26  JA              Right.

27                  So, he basically -- we went from being Gambino royalty,

28  because Frankie Loc was the under boss, and that was my grandfather's

1  Captain, to being Lucchese second-rate citizens, you know.  That's what it

2  came down to.

3  GB              Right.

4  FP              I mean can't tell you, they were just dangling carrots in

5  front of my face, left and right, putting me to work doing anything they

6  told me.  And there was always some, for lack of a better word, blow job

7  getting upped while I was sitting there waiting.  Guys would you know -- the

8  work we were doing was making people Captains.  I was sitting around.  You

9  know I'll say at least, I ended with a crew that had money.  We had the

10  strip clubs.  You know I ran clubs for them.

11  GB              What clubs -- what clubs were those… let people know

12  FP              Lace, Stilettos and VIP.  Stilettos is New York Diamond

13  Club now.

14  GB              Right.

15  FP              And those are all under Steve, Steve, Sr.

16  GB              Right.

17  FP              Who trickled down to his -- I don't know, never was -- has

18  been but never was son.

19  JA              Well, you know the problem with mob is, and we talk about

20  it all the time is nepotism.  And you know you've got guys like yourself

21  that were putting in a lot of work, tough guy.  Obviously, you're a big guy

22  on top of that.  So, if somebody is going to screw with you, obviously, they

23  can't do it with their hands with you.  And if they went to gun or knife,

24  you're good with that too.  So, that's the problem with the life.

25  FP              Guys were throwing my name around, not even telling me,

26  you know what I'm saying.  You're a Captain, you're threatening people with

27  me.  At least let me know, I might run into them, you know.

28  JA              Yeah.  Yeah.

3

A-2077

1  GB                I wanted to get into it, because me and Frankie met in

2  2008, and I just came out of the box.  And he comes up to me…

3  FP                So did I

4  GB                Yeah, and so he comes up and meets me on the handball

5  court, it's like yeah, well we start talking.  He's like yeah I was in Union

6  with you guys.  I said, get the fuck out of here.  So, a long story short,

7  me and him become best friends.  And we're together every day.  The jail

8  just wanted us out of the jail.  How could I say it…

9  FP                They definitely didn't want us together.

10  GB                We started so much shit in the jail, they just wanted us

11  out of the jail.  So, it ended up -- we ended up cutting a guy together, we

12  ended up getting in so much trouble.  And I have to go into the story,

13  because -- so, I get out 2010, he comes home January 2011.  So, he goes oh,

14  come over my house for dinner.  So, I know his father is a wise guy.

15  FP                Oh.

16  GB                I know the whole family, you know whenever I'm over there

17  sitting down.  So, I just met the family.  I'm sitting down at the table.

18  He goes yeah, meet my father.  He got his nuts clipped off by my mother.

19  The guy has no balls.  I'm sitting there like this, look.  I don't know what

20  to do with myself.  His father's going, real funny, Frankie.  That's real

21  funny.  But that's how he was, you know, me and him had so much fun

22  together.  We did work together in the street.

23  FP                I got to explain that one…

24  GB                Yeah.  We uh, I mean we literally um we tried to kill a

25  guy together in the Bronx, I'm not going to get into that, because that's

26  for the book, that's just a mockery, we're not getting into that.  We beat

27  guys up together.  And he's a legit tough guy.

28

4

```
 1                    He's one of the more modern-day guys that was really out
 2    there doing work.  He should have been straightened out a long time ago.
 3    They were another one scared to put him, because they don't like wild guys
 4    with a button.  And that's just what it is.  And I got to be honest with
 5    you, he is definitely one of the toughest dudes I knew for our time in jail.
 6    He was abusing gang members, taking remote controls from people.  You know
 7    the guy was just a tough dude.  And you got to hear his story.
 8    FP               Those were the days.
 9    GB               But yeah, get into that one about your father
10    FP               All right.  So, there's a history behind that situation.
11    I had been home a few weeks, right.  And um, there was this Puerto Rican kid
12    in the Bronx, who I was friends with, and he put me together with some guys
13    he was with that had some counterfeit money.  And when I tell you
14    counterfeit money, you couldn't tell.  You put it in the machine it came out
15    -- like it came back real.  It had the silk strip, the hundred-dollar bills
16    had the silk strip, you couldn't tell.
17    JA               Right.
18    FP               I took one of them, and put four $100 bills from my
19    pocket, and the one fake one, marked it.  Told my father, listen, pick the
20    fake bill, there's one fake bill, there's three real ones, so it should be
21    easy to find the one fake one.  He picked the wrong one, like three times.
22    I said, look, you see how good they are.
23                    I get them for 30 cents on the dollar, 30 grand gets us
24    $100,000.  Go to Steve, get a quarter million dollars, we'll buy a ton of
25    this money.  I got a couple Dominicans in Washington Heights; I'll go bang
26    them over the head with for dope.  We'll be millionaires overnight.  Two
27    weeks, I'll make us millionaires.
28
```

5

1              You know, at the time, I had just come home, so I was
2    hungry, you know what I mean.  My father didn't care, he made money with the
3    clubs.  So, my father says oh, I'll have to bring it to my guy and let him
4    look at, so Steve Crea, Jr.  So, I give him the bill.  And he says I'm going
5    to take it to him tonight.  At the time, I had just gotten a Hublot Big Bang
6    watch, you remember that watch.  And I had it and my father had the watch
7    box where the wind is.
8    JA            Right.
9    FP            So, I used to leave it in my watch box.  I didn't have a
10   winder box.  So, he had gone out like eight o'clock to go up to the Bronx.
11   Like eleven o'clock, I was going to Manhattan, I went to get my watch.  I
12   picked the watch box up, underneath the watch box was my counterfeit bill.
13   So, here we are, the wise guy holding me back, shutting doors in my face,
14   promises me I'm going to take this hundred-dollar bill to my Captain, and
15   see if we could do this deal.  Forget about carrying a gun.  He was scared
16   to carry a counterfeit bill.
17   JA            Right, right.
18   FP            But he was scared to carry a counterfeit bill, won't break
19   a window in a blackout, right.  And I'm sitting here, I've got to take
20   orders from these guys.  So, I told him when he came back.  I said, hey how
21   did it go with Steve, it was four in the morning.  He's oh, you know what,
22   he looked at it, he said it was real good, but he's seen better.  And you
23   know he doesn't think it's a good investment right now.
24             I snapped, you know what I mean, I've been doing time for
25   these low lives.  I never liked the guy to begin with.  You know, so we
26   didn't have a father-son relationship.  I told listen if you ever lie to me
27   again, I'm going to leave you where I find you.  Tell me you don't want to
28   do it. Tell me- cause now, if I didn't find this bill, I would have thought

6

Case 20-2980, Document 143, 03/06/2023, 3478570, Page35 of 163

1  that our Captain said no.  And I would have left it alone.  But since I
2  found the bill, I know you lied to me.  Now, I'll go to a Genovese guy and
3  see if he'll do it with me.
4  GB              Right.
5  FP              But if you didn't -- since you're lying to me, I'm
6  following the rules, and I'm not going to take it to anyone else.  But thank
7  God, I caught you in a lie.  Don't ever fucking do it to me again, you know.
8  GB              Right.
9  FP              At the time, remember Ronnie wanted to give me the 20
10 grand?
11 GB              Yeah.
12 FP              Ronnie had 20 grand for me.  I just came home from jail, a
13 gift, not for points or nothing.  He said, but you know your dad got
14 straightened out now, so I need him to come with you to get it.  For two
15 weeks, Pop let's go out to [00:09:40] Howard Beach, go have a dinner with
16 Ronnie, pick up this money he's got for me.  Oh yeah, we'll go tomorrow.
17 Two weeks of that, then he tells me oh, I talked to my guy, I'm not allowed
18 to meet with him, because we're at war right now.  I said okay, so tell your
19 guy to give me the 20 fucking grand.
20 JA              Yeah.
21 GB              Yeah.
22 FP              What are we, playing games here?  Like I'm going to put
23 that on the street.
24 JA              Right.
25 FP              So we were arguing over the 20 grand.  Then there was the
26 10 grand Alfonse had for me, that he put a complaint in, he didn't want me
27 doing things with Gambino's.
28 GB              Right.

7

A-2081

```
 1  FP              He was just -- he was a problematic guy.

 2  GB              Right.

 3  FP              It was crazy, because in our personal lives I got along

 4  with my father really well.  And there was always a little static because he

 5  was scared, so you know

 6  JA              Well, people that don't know, and I don't know if you

 7  know, the counterfeit money, which years ago, I did the same thing with a

 8  John DeMario, who was -- he really didn't like Gotti actually, but Gotti

 9  knew him, and I met with him.  I think we picked up a half a million back in

10  those days.  We had good bills for those days.  I did exactly what you're

11  talking about.

12  FP              Yeah.

13  JA              We met some drug dealers…

14  FP              Free money.

15  JA              Columbians, and I did a couple buys with them, that's how

16  I brought a lot of money in.

17  FL              Will you explain how the counterfeit thing works for

18  people that don't know?

19  JA              Well, just what he said.  You'll buy it for -- you know at

20  the time when we did it, you're going back in the 80s, I think we got it for

21  about 18 cents on the dollar.  So, he's a modern day at this point doing the

22  same thing at 30 cents a dollar.

23  FP              2005.

24  JA              So, you're making big money, 2005 so you're flipping that

25  money…

26  FP              Oh, that was -- excuse me, 2011, sorry.

27

28
```

8

1  JA                    So, we were doing exactly what he was saying.  We went and

2  I met some Columbians through somebody, and we did a buy.  And I mixed in a

3  couple of bucks of real money, and I had hundreds.

4  FP                    Yeah, yeah, of course.

5  JA                    And they weren't as good as what he's talking about when

6  we got them.  But I moved them, and we also moved them back in those days in

7  stadiums.

8  GB                    Did they pass the marke?

9  FP                    You put them in the dryer -- you put them in the dryer

10 with the poker chips right (laughing)--

11 JA                    Yeah, yeah, but -- yeah, yeah.

12 FP                    I use to hit them with it all the time

13 [TS]

14 GB                    Some of them will pass -- Some of them pass a marker now,

15 right.

16 JA                    Yeah, yeah.

17 FP                    This passed -- passed the machine.

18 GB                    Right.  Yeah, yeah.

19 JA                    So--

20 FP                    these were good bills.

21 JA                    The problem why his father is probably uptight about doing

22 it, is for people that know it, it's a bigger and a harder charge than drug

23 dealing, than heroine or coke.  Because you're fucking with the…The currency

24 of the United States.

25 FP                    The Secret Service -- the Secret Service gets involved.

26 This is not Fed case, it's an FBI.

27 JA                    Yeah, and actually when I was moving that money, I went to

28 prison on something else, and I gave it to my ex-wife to give to a guy, who

9

1 ended up using the money and I don't know -- somehow it went back to my ex-

2 wife. And she went to the bank with one of Gotti's guys actually gave her

3 back counterfeit money, I had a huge parking company, and she wouldn't put

4 it in the bank.

5           So, they went to go lock her up, and she said I got it

6 from my husband. So, at the time, it was my first wife, so I guess she

7 didn't care too much, you know but -- anyway, when they came to see me,

8 there was no way they could prove anything. So, you know the thing is it's

9 a serious charge, because you got, like he said the Secret Service.

10 FP          It brings a lot of -- it brings three different agencies.

11 You've got the Feds, and then the drugs bring the DEA, and then you've got

12 the Secret Service. Three agencies come down on you.

13 JA          But if you're street guys, you -- we do everything.

14 FP          You do it, right? That's what we do for a living, right?

15 We go to the jail. The time we're at home is just setting up things for the

16 future.

17 GB          Right.

18 FL          Were you ever -- so, you said you were never scared to go

19 to jail?

20 FP          No.

21 JA          Well, he's 300 pounds. Look at him, he's bigger than a

22 wall.

23 FP          I'll be honest with you, I had a good time in jail.

24 GB          Listen I'm not bullcrapping you. Listen, when we were in

25 jail, he took the remote from a group and put it in his pocket, and said

26 we're watching Nascar. The guy goes no, we're not.

27 FP          Yeah, but there was a white guy they tried to abuse -- I

28 don't like that.

1  GB                    Yeah, they were abusing the guy.  He put it in his pocket
2  and goes no.  We're not watching what I want…
3  FP                    I don't like bullies, I can't stand bullies.
4  GB                    He goes -- he goes come get the remote.  And nobody would
5  come get the remote, and he sat in front of the TV, and just watched Nascar.
6  And he didn't like Nascar.
7  FP                    I didn't like it. I didn't watch that shit.
8  GB                    Just to make a point, and that's how he was.  That's why I
9  give him -- you know I give him credit.
10 FL                    But when you say it was actually better, you liked it,
11 like what about…
12 FP                    I had more fun in there than at home sometimes.  If we had
13 girls there, and like when I got to the Max's I qualified for trailer
14 visits, the FRP program, if I could have ever stayed out of the box for 15
15 minutes, I would have been fine in jail, I could have -- I would have copped
16 out to natural life, if I had my trailer visits.  It never bothered me.  I
17 would have cleared other people's bodies out, I would have took them and
18 just got out.
19                       But I didn't have a crew first of all.  Every time I went
20 to jail, they forgot every obligation that they had to me.  And obviously,
21 it was hard on my children, which was important to me to be with them.  But
22 as far as being in prison, it never bothered me like I was from the school -
23 - I learned from an old, old time wise guy.  You know when you do the crime,
24 you take the best deal you can get and you go to jail; and go do your time
25 and come home.  You don't sit there, and play games, and try to beat the
26 case.  Well, it's like these guys used to have me pressing witnesses on a
27 weekly basis.  I went to jail for witness tampering.
28 GB                    Witness tampering, sure.

11

1   FP              So, I mean they used to have me pressing witnesses -- they
2   were all so scared of going to jail.  They didn't mind me going to jail,
3   pressing their witnesses, but they wouldn't go do 15 minutes.  These guys
4   are crying in the bull pens.
5   FL              And now that you're home is there -- like how do you feel
6   about -- is there a fear of going back or you don't…
7   FP              No.  And I'm -- here's the difference between myself and a
8   lot of the people I know.  A lot of them are just ignorant.  I'm not saying
9   they're stupid, but they're ignorant, they have no educations.  They have no
10  way to support themselves in the world.  I always more money.  My Captain
11  pushed a broom for a living.  I made more money than all of them.
12              I never cared about that.  I went to jail out of loyalty
13  to an ideal system, that meant something to me.  So, I would do things based
14  on this belief system.  Now, that I don't have that belief system and this
15  loyalty to them, there's nothing for me to go to jail for anymore.  Do you
16  understand?  Like there's no reason.  No one is telling me what to do.  No
17  one is saying oh, we need this done, we can we depend on to do this.  It
18  doesn't matter to me anymore.  So, I'll never go back to jail.  Like I went
19  to jail, because I was a gangster 24/7, 365--
20  GB              and let me tell you something--
21  FP              That's what I did.  We didn't have jobs, we didn't…
22  GB              And let me tell something -- I want tell you something.
23  You know he got cut in jail because he stood up for somebody and they snuck
24  him, because they couldn't go face-to-face with him.  And you know he stood
25  up for a guy and he -- the guy was a rat; we just didn't know it.  We'll get
26  into that story in the book
27  FP              He married my fucking Aunt
28

12

```
 1   GB              Anyway, so he's standing up for a guy, he ends up in max
 2   security prison this guy.  And he ends up standing up for a guy, and he's
 3   telling him, listen, you know my uncle is not rat.  And they're like yes he
 4   is.  He stuck up for him long story short they snuck him
 5   FP              Sent me the fake paperwork.
 6   GB              Yeah.
 7   FP              Patty sent me the fake paperwork.  I showed the fake
 8   paperwork around.
 9   GB              Yeah.
10   FP              A couple people bought it.  A couple people didn't.
11   GB              So, he was getting left and right drama over people
12   helping -- he attacked another person for me and Clinton, he went to the box
13   again for me.  I can't tell you, again how many times he went to the box for
14   me.
15   FP              Yeah, Chris Gagnotta [phonetic], right?
16   GB              Chris Gagnotta.  So, like I said it's constantly, you know
17   he was always -- the same thing, just doing everybody's dirty work and
18   getting nothing out it, you know.  So, you know this is what's going on.
19   They don't want to do nothing.  They don't want to -- they just want to send
20   you to do something, but they won't do it their selves.
21   FP              I made more money with Bonannos than I did with the
22   Lucheses, but the Lucheses were holding me back numerous times.  My old man
23   was so terrified that I was going to straightened out before him.  First, I
24   was with a guy who ended up being a Captain.  I was with him from when I was
25   16 years old.  I was running the night club for him.
26              I caught a little bullshit pinch, the guy didn't have my
27   bail there in time, so I went to Brooklyn House Detention, got bailed out
28   from there.  My father made a big beef out of it.  He knew I was getting
```

13

1   straightened with those guys.  He knew he was 20 years from me.  He would

2   have been sick to his stomach if I got it before him.

3           Listen, do you know what I call what they did for my

4   father, what they do for a lot of guys.  They call it the lifetime

5   achievement award.  You spent 20, 30 years giving hand jobs, laughing at

6   jokes that aren't funny, you know what I mean, and not squashing a grape.

7   And then eventually when you're 60 years old, and you're old and gray,

8   they'll straighten you out.

9           Why bother taking a button, when you're -- the only reason

10  to take the button is to make money with it.  To get interest rates that are

11  better; and get a half a point interest rate.

12  GB           Right.

13  FP           It's the only reason to take a button.  Why the hell would

14  you take it when you're 65 years old, retired?  That doesn't make any sense.

15  And another thing they do.  They shelf guys.  If I would have ended up -- if

16  I would have had another year on the street before I got pinched and got

17  straightened out with this crew and they ever shelfed me, I would have been

18  insulted that they didn't kill me.

19           And I would have started dropping people.  I'm not going

20  to sit here, oh you're putting me on the shelf, you guys, you ask me to kill

21  for you.  I do it.  And now, you're putting me on the shelf.  I'm putting

22  you on the shelf.  And these guys get shelfed and they take it.

23  GB           And they take it.

24  FP           They take it, you got under bosses getting shelfed.

25  GB           They take it.

26  FP           They take it.  I would split people's faces open

27  JA           Well, that's the problem with the mob.  You see what

28  you're saying, but -- and I've -- I said this recently on -- when I was

14

1   talking about Michael Franzese, or I'm talking about Gotti, Jr., or I'm

2   talking about any of these guys that were born into nepotism.  They're not

3   really street guys.  They're not tough guys.

4   FP           Mobsters not gangsters.

5   JA           Yeah, yeah.

6   FP           There's a big difference between a mobster and a gangster.

7   JA           So, you know these guys aren't capable and when they do

8   this, they're weakening the fucking gene pool…

9   FP           100 percent.

10   JA           Of the mob, and there's no respect.

11   FP           100 percent.

12   JA           So, you know guys aren't going to respect -- listen, you

13   run into him, he is what he is.  Right, he talks straightforward, there is

14   no around the door.  He's going to come at you straightforward.  And those

15   guys are the guys I respected my whole life.

16            I can't stand these guys that they got a sharp tongue, and

17   they play that Machiavelli shit, and they talk around the back door, they

18   smile at your face, and they ain't about nothing.

19   FP           John, I heard stories about you putting hands on wise

20   guys.

21   JA           Yeah.

22   FP           I put hands on wise guys like they were civilians.

23   JA           Yeah.

24   FP           I can't tell you how many times, oh, I didn't know he was

25   a wise guy.  How was I supposed to know?  What do you mean you don't know?

26   Everyone knows it.  I didn't know.  I'll ask you for forgiveness.  I'm not

27   asking you for permission.

28

1                    I'm not going to go to you say, hey, listen I don't like

2 this guy.  I want to go throw him a beating.  You're never going to say yes.

3 Once the beating is thrown already, or the guy is shot up, it makes more

4 sense to side with me, because you know I'll do it again.  Like why side

5 with him, he's dead already.

6 JA           Yeah.

7 FP           So, that's what goes on right now.  I had a conversation

8 with a Bonanno guy, a Bonanno guy with a stutter, you know who I'm talking

9 about, right, bleep, bleep, that's all folks, Mr. Porky.

10 GB           Oh, I met him with you in the cigar lounge [00:19:11].

11 FP           No, no, in the pool hall I used to have…

12 GB           Pool hall, sorry, yeah, yeah.

13 FP           So, he um -- I had an argument with a manager of his bar.

14 I told the guy don't come back to work.  Because I was trying to buy the bar

15 at the time.  And so, he asked to speak to me.  So, I gave him the courtesy

16 of going to speak to him.  Normally, I wouldn't even give him the courtesy.

17 I figured maybe I could twist this into shaking him down for a piece of the

18 bar, to be honest with you.

19                    So, he says I don't understand why you're -- why you're

20 being like this.  Who made you a gangster?  Like meaning who straightened me

21 out.  I wasn't straightened out at the time; he didn't even know.  And I

22 told him, I was a gangster when I came out of my mother's cunt.  Who made

23 you a gangster?  Who has to make you that?

24 GB           Right.

25 JA           See, they're in you're -- like you're either from the

26 street or you're not.

27 FP           So, you needed someone to make you the man that you are.

28 GB           Right.

```
 1  FP              Get the fuck out of here.
 2  GB              So, let ask you a question also, Frankie.  I know you were
 3  part of one of the last murders, basically that a mob boss ordered.
 4  FP              Yeah, yeah.
 5  GB              Basically, for this time, I know you're part of the
 6  Michael Meldish murder.  Now, can you elaborate a little bit on that,
 7  because that was like…
 8  FP              Sure.  There's a lot I have to say about this.  First of
 9  all, let me say first and foremost, I was dear friends with Mike.
10  GB              Right.
11  FP              And I was family with his brother, Joe.
12  GB              Right.
13  FP              If Joe doesn't take his 50 to life like a man, and go
14  upstate, and basically…
15  JA              they never hit him--
16  FP              agree to die in jail. They never--
17  JA              I know that
18  FP              -put this hit on Mike.  And I'll tell you something, if
19  Joey was home and they would have told me to go kill Mike.  I would have
20  went right to Joey, and we would have killed four, five of them, and I would
21  have stuck my deadbeat father and his boss and took control.  Definitely not
22  go kill Mike.
23              But Mike was a different kind of guy than Joey.  If I
24  would have went to Mike and tipped him off, Mike would have went right to
25  Matty.  So, oh, you told my nephew to kill me.  And it would have just put
26  me in a bad position.  I tried to think of 100 different ways to get out of
27  this situation.  And if I was like working for just some stranger, or
28
```

1   someone who I had been around 10 years, but I had my father come pick me up.
2   Hey, leave your cell phone home, we got to go somewhere.
3                    You know what it's like when you get phone calls at two,
4   three in the morning?  Yeah, go meet so and so over here in the
5   neighborhood, leave your cell phone home, you're going to pick up a car with
6   no GPS.  You already know what it is.
7   GB               Right.
8   FP               You know putting in work that night or you're the work.
9   Nine times out of ten, I thought I was getting killed.  Every time I went
10  out, I thought for sure -- kiss my wife and kids goodbye.  I knew I wasn't
11  coming back.  And I got lucky.  I did.
12                   Because every time they sent us after anybody that guy got
13  sent to meet us thinking he was either killing someone with us, or going to
14  get money, or shaking someone -- you know whatever it was.  So, I knew it
15  was just a matter of time until they sent me to get killed.
16  FL               Were you ever scared of being killed or going out on those
17  you two, three in the morning…
18  FP               I mean--You're not scared until you get there, you know.
19  If I'm told the day before we're doing something the next day, it doesn't --
20  the fear hits me when I'm in the car, especially when there is someone
21  sitting behind me.  In the car, I can't stand it.
22                   Then you go through the motions, I'm sure you understand
23  this, everything -- either things go down, or they don't go down.  When you
24  decide to split, you're relieved, because you didn't get killed.  You didn't
25  get killed.  You didn't get pinched yet.  And then by the time you are
26  halfway home, you're already wondering if there is going to be cops waiting
27  there for you, you know what I mean?  Like then you read in the newspaper
28  the next morning or the day, there's your murder on the front page.

                                    18

| | |
|---|---|
| 1 | GB | Right |
| 2 | FP | you know |
| 3 | FL | Did you ever-- |
| 4 | JA | You got to remember -- I don't mean to cut you off.  You |
| 5 | | got to remember he's not choosing the guys he's doing the work with. |
| 6 | FP | No |
| 7 | JA | When you get that phone call, your confidence level of -- |
| 8 | | it's not like him saying hey Gene and John… |
| 9 | FP | Hey we'll make a team, we'll go put together a team, I go |
| 10 | | get Gene |
| 11 | JA | Yeah, right.  And then we say to ourselves, okay we're in |
| 12 | | control we know the guys that are capable.  We know the guy is not weak, we |
| 13 | | know -- you know so when you're going on a blind like he is, of course, |
| 14 | | there's a million things running through your mind.  And then after you |
| 15 | | leave, you're thinking is this guy going to give me up?  Is this guy weak? |
| 16 | | Are they going to try to… |
| 17 | FP | Yeah. |
| 18 | JA | You know, so there's a million things… |
| 19 | FP | And you know what, you don't fault the people -- I told |
| 20 | | Gene this before, and he'll corroborate this, right.  I said Gene, the only |
| 21 | | person that can get me is you or my father.  So, if you do it, make sure |
| 22 | | they find my body so my kids can get the life insurance.  That's all I ever |
| 23 | | asked anybody.  And I have to do something to you, I'll try to do the same. |
| 24 | | You know this is the way you live at the time. |
| 25 | FL | Did you -- you know when you're going through the motions |
| 26 | | of those kind -- I mean highly stressful moments it sounds like, are you |
| 27 | | ever regretting that you're even a part of this, wishing that this isn't |
| 28 | | what your life? |

19

1   FP              You know what I'm going to honest with you.  I had a bad

2   sickness called ambition.  And I would say to myself, there is a period of

3   time I'm going to get through right now, and on the other side I'm going to

4   be better.  On the other side of this I'm going to be better.  I'm going to

5   be in a better position.  I'm going to be a better provider.

6               You know like I -- I knew through my whole life, there was

7   always bad -- I never had an easy day in my life, you know.  So, and every

8   day that was extra hard, the next day was better.  So, I always knew like I

9   just got to get through this.  Just like I played football my whole life,

10  you know -- you go to game day, then you celebrate after you win, you know.

11  FL              What do you think you'd being doing if you had never been

12  in this life at all?

13  FP              I was a pre-med student when I uh, when my father -- when

14  these guys got the strip clubs and gave them to us.  So, it was very

15  difficult to go back to school when you're running night clubs, 17 years

16  old, you know I was a young guy, I was 17 years old coming back and forth

17  from Buffalo, I went to Buff State, and running a night club for the

18  Bonannos with them.  And started like really getting into violence with

19  them.

20              And I'm not going to go too deep into it, maybe they'll

21  put it in a book or something.  Some things happened when I was 17, 18 years

22  old, that put me right in line to be straightened out.  They don't

23  straighten 18-year-olds you know.  So, everything was progressing perfectly,

24  and this is why my father chased me from that group.  He shut that door in

25  my face, because I would have been 22, 23 years old with a Bonanno button,

26  which isn't the same as a Gambino button, or a Luchese button.

27

28

                                    20

1   GB               Like my partner was supposed to, Bobby, but he froze up.

2   He was supposed to get it at 23 years old on the Cagnatto [phonetic

3   [00:25:06] murder, but he botched it, the same situation.

4   FL               Now, I'm also wondering -- I mean you said that you were

5   at Buff State, and you're also, you know running strip clubs on the side,

6   starting to get into that…

7   FP               Well, it was a regular night club at that time.

8   FL               Okay.  So, how do you go from being a pre-med student at

9   Buffalo State, what do you tell your friends, do they know what you're

10   doing?  Do they understand?  Are they a little suspicious?

11   FP               Well, my friends up in college, I didn't tell them

12   anything about my life.  There was one girl from Long Island, who happened

13   to somehow -- I guess like a family member knew about my father.  So, I

14   guess she had called home and said something oh, I met this guy, Frank

15   Pasqua and somehow they figured it out.  And so, she knew that I connected,

16   but I never told them anything.  Like no one knew it.  They just knew as far

17   as like when you wanted something come to me, you know, obviously.

18   FL               So, then you -- you know kind of off camera you were

19   telling us a little bit about how it worked going from Canada, bringing

20   different things -- I'll let you do…

21   FP               Okay.  Back before 9/11, there was no IDs or passports to

22   go to Canada.  You take your student ID, you can make an ID in a lamination

23   machine, and just go there.  So, there was the Peace Bridge that we would

24   walk across -- excuse me, like a 15-minute walk to Canada.

25                So, I would walk across, and I had been introduced through

26   some of the Bonanno guys that I was running that night club, it was called

27   Club Quest on Stanton Island on Bay Street.  And through them I got

28   introduced to a guy in Canada, because Bonannos are very strong in Canada,

1    who were supposed to just kind of look out for me, if I needed it.  And help

2    me out if I wanted to make a couple dollars, you know.  And so, this guy

3    ended up plugging me in with dope connection.

4               So, I walk across the Peace Bridge, a 20-minute walk, my

5    student ID.  I pick up maybe -- at the time I thought -- I thought 100 grams

6    was a lot of weight.  You know I ended up copping out to 10,000 kilos of

7    heroine.  My cop-out a couple months ago, was to 10,000 kilos of heroine,

8    but at the time 100 grams was a lot you know.

9               So, I would go over there and get maybe 200 grams, you

10   know two quarter pounds, a half-pound of dope, I'd think I was the man.  I

11   jump on the Amtrak in Buffalo, eight hours, get off in Penn Station hand off

12   the dope to a friend there.  He'd hand me back money.  I'd jump back onto a

13   16-hour train day, you know.  And go back up to Buffalo.  Then I'd live on

14   that money for like two months you know.  I was a college kid.

15              And I thought I was spending money, but I didn't worry

16   about spending money until later.  I learned how to spend money real good.

17   FL           Can we talk about when you learned how to -- what spending

18   money really looked like.

19   FP           At the time, if I took my friends out and a bunch of girls

20   out, with my friends they had girlfriends, you know for -- say there was

21   five of us, so there's 10, you know five couples.  So, at the end of the

22   night, I wouldn't let anyone pay for anything you know, it was like $1,500

23   tab.  You know fast forward eight years, it would be a $16,000 tab if I had

24   been doing the same thing, you know.

25   FL           And so, you know we're talking also because part of this

26   show is also trying to tell people, and mostly kids to stay away from this

27   kind of life.

28

22

1   FP              Oh, let me tell you, this was a very -- this was an entire

2   seduction.  I got addicted like a drug addict to this lifestyle.  And the

3   path that it took me down, directly had me facing the death penalty, very

4   easily could have -- had my kids have to keep their heads down in shame,

5   because their father was -- given a lethal injection.

6               So, there is no -- you're always paying the freight.

7   You're living faster, enjoying yourself, you're paying for that eventually.

8   So, there is no -- this lifestyle is beyond over.

9   FL              How did you -- when you say I got addicted to it, do you

10  mean you personally liked it?  Or did you feel like you just couldn't get

11  out because of the pressure of the people around you?

12  FP              No, no.  Look, there are many qualities that have been

13  developed through thousands of years of evolution.  The qualities that I

14  happen to have in concert inside of me, made me the perfect fit for being a

15  gangster.  I loved being the first person everyone called.  Sometimes, I'd

16  wake up and have 90 missed phone calls, you know what I mean.  And I loved

17  that.

18              I loved being important, being the center of attention,

19  being the guy everyone knew not to fuck with, and the guy everyone came to

20  for help.  There is a word I think I maybe used it twice in my life, no.

21  Don't ever say no to anyone, you know this.

22  GB              That's the first fact [00:29:23].

23  JA              Yeah, but I want to tell you something, and you've been

24  around long enough now to see and guys that we bring [00:29:30].  He's well

25  spoken.  He's educated.  He's a nice guy.  You can see obviously he's got

26  another side to him.  But here is the question.  Because again, back to the

27  kids.  You've got how many kids?

28  FP              I have three sons.

1   JA              Three sons, and what's your message to your sons now,

2   different than when we grew up.

3   FP              Well, my kids first of all, had no idea that the mob was

4   even real.  They're so isolated and insulated from this, because my wife's

5   family are very hardworking, legit Italian people.  Nothing to do with

6   anything.  Like they wanted nothing to do with the street life.  They worked

7   hard.  They took care of their family.  My kids, basically are lucky that

8   they weren't raised by me.  Because they didn't get to see this.

9              You know, I'd come home 15 minutes, you know what I mean,

10  buy a couple cars, go right back to jail.  You know, so thank God, they

11  didn't have to -- and they didn't know.  I was very surprised at my

12  sentencing obviously my family showed up to support me.  I really didn't

13  think that -- now, the Judge was very nice, talking to my kids, making them

14  feel comfortable.

15              And 20 minutes later, he's talking about murders I

16  committed, and thousands of kilos I was smuggling.  So, I didn't expect him

17  -- I figured he would like hey maybe you want to take the kids out of the

18  courtroom.  That's when my kids realized, my youngest son told my wife, that

19  stuff's real?  The mob is real?  Dad's in the mob?  They should make a movie

20  about this.  And he said, you know Pop's in the mob too, because they

21  couldn't believe it, because my father is such like a soft guy you know.

22              And granted you know back in the 70s, he was a killer.

23  But my kids were so isolated from this, they had no clue.  No clue.  They

24  figured that you know their dad ran some night clubs, and they really had no

25  clue.  And that's why I'm very happy that they were isolated from this.  And

26  their first introduction to it was huge ramifications, you know what I mean?

27  Like look at this.  You know all this time he's getting, because they you

28  know they went over at the sentencing.  My minimum was 480 months, my

                                24

1   maximum was life.  They had done hearings about it.  You know my kids saw
2   how bad this was.
3   FL                Now, how do you go from -- I mean now, you just got out,
4   you know to rebuilding your life, rebuilding your relationships, wife, kids,
5   I mean you know at least getting -- filled them in and going from here.
6   FP                Well, you know in the past, I would come home, and my
7   first obligation would be to the family, the crime family.  The crime
8   family, and so I would automatically dive into that.  And there would be
9   two, three days a week I would spend with my family, and the rest of the
10  time, I didn't come home for those days.
11               I was full-time, I had a home with my family, and I always
12  had an apartment elsewhere, where I you know, kept things I wouldn't keep in
13  my house, around my kids.  And I would dive into that to make my next step
14  in my progression towards going where I wanted to go with this family.  You
15  know, so now, since that isn't -- it's just so different now, that my number
16  one priority is being with them, you know.
17               Like before this was my number one priority and as you
18  know a bonus, you know I'd take the kids to the movies and shopping every
19  weekend.  Now, it's completely different.  You know there's no opportunity
20  for me to become dedicated to something besides my family again.  I don't
21  allow it in my life.  You know, obviously, I have hobbies, I am into the
22  physical training, things like this.  They come 100 percent second to the
23  four people that were in the courtroom for me that day.
24  JA                Well, the structure of the mob, right, I talk about it as
25  broken.  So, it's not strong.  But now, we'll talk about structure of
26  family.  You're lucky, you have a good wife that stands by you.  And you're
27  lucky because your wife raised your kids not to believe in what we believe
28  in.  Gene was lucky because he had a strong mom that stood by him.

25

```
 1  FP                Yeah, a great woman.

 2  JA                So, I think that the message to the kids is exactly what

 3  you're saying.  Life's about your kids.  Life's about your wife.  Life's

 4  about the people who are going to stand with you.  And not what we believed

 5  in, or thought was something of a family which is really nonsense.

 6  FP                Exactly.

 7  JA                And there is no love and Gene learned the hard way the

 8  same way, and the only one that was sitting around waiting for him, or

 9  helping him, was always his mother.  So, you guys got lucky.  You had some

10  good structure outside of obviously the mob life.  And that's what we're

11  trying to tell these kids don't follow it.

12  FP                100 percent.  I mean you have to make true loyalties in

13  your life, not these fake loyalties.  Like I was just saying the other day,

14  a lot of people you know they do what I did, and they cooperate, and they --

15  obviously I lost a lot.  I lost my whole side of my family.  But Gene and I

16  were brothers for years.  You know he happened to have his situation go

17  down.  I had mine go down.  And now, I'm very lucky that I still have him,

18  you know what I mean.  Other guys, you know you never see a guy that you

19  went out -- and we went out nights, we didn't know if we were going to get

20  killed.  We knew we were going to kill people.

21  GB                (laughs) Try

22  FP                you know what I mean. So, at least I still have this

23  connection to at least one person, who's been there with me, seen it, knows

24  exactly who I am.

25  FL                Now -- go ahead.

26  JA                Can -- oh, I'm sorry, can you go back in what Gene was

27  asking about the Meldish murder?

28
```

1   GB                Yeah.  Can you talk a little bit about that?  So they
2   understand it was a big hit…

3   FP                All right, well just ask me some questions, so I
4   understand what you guys want.

5   GB                Like basically, when the order came down, why did they
6   pick you, your father, like explain everything?

7   FP                Again, I was -- I wasn't exactly a nobody but I definitely
8   wasn't a somebody,

9   GB                Right

10  FP                do you follow what I'm saying.  Like I tried to influence
11  a situation that was way above me.

12  GB                Right.

13  FP                You know what I mean.  I realized when I was -- at one
14  point I was telling my father, but this is Mike, you know this isn't some
15  stranger, this is Mike.

16  GB                Well, wait your father was good friends with them.

17  FP                Yeah.  My father…

18  GB                Right.

19  FP                My father put work in with Joey, you know what I mean.

20  GB                Um-hmm.

21  FP                Like my Uncle Anthony was a man and a half, and he was a
22  notorious killer, legit tough guy.  Again, when John killed Paul we suffered
23  a lot.  You know and Frankie Loc was our guy, my grandfather's guy, and
24  basically my father had a couple brothers, and none of them were
25  progressing, because you know we were on the wrong side of -- we were on the
26  losing side of that war.

27                    I realized I'm talking to my father, who is a has-been,
28  trying to influence a situation that bosses already called in.  So, I just

27

1   gave up.  After the second time, I met with him, and when we discussed it,

2   we were going to do like this -- this fake heroine deal.  We were getting

3   Mikey to come pick up some samples of heroin to give to his guys to sell.

4            And he was supposed to get the heroine, leave, call us at

5   another date, let us know his order, and bring us some money.  And when we

6   did that, I was supposed to kill him.  And when I realized that talking to

7   my father about this was going nowhere, I just -- I shut it down.  At this

8   point, I basically -- I did something I very rarely have done in my life,

9   and I tried to put it out of my head, which is very difficult for me.  But I

10  said to myself, this is happening one way or another, I need to go through

11  these motions, and then it just needs to be done.  You know if Joey was

12  home, like I said, things would have gone very differently.

13  Gb            Then how did they end up getting him, ultimately.

14  FP            I mean ultimately he was -- you know he was told that

15  people were going to meet him in front of his house.  I was on the street

16  when he was killed.

17  GB            Right.

18  FP            And my father drove me there.  We stopped at one of our

19  nightclubs, we met a guy who gave us a different car, because we all had you

20  know brand new Mercedes.  They all had you know GPS and shit.  So, we

21  swapped for a -- like a kind of late model foreign car that didn't have any

22  GPS in it.

23  JA            Right.

24  FP            We drove out there.  And we were on the street.  You know

25  we went to see Mike -- I got to see my friend a few minutes before he died,

26  you know.  And you know evidently this guy Chris, who -- a lifetime loser,

27  you know, they dangled the button in front of his face, he would have killed

28  his mother for it, you know what I mean.  He never made anything of himself,

28

1  fat slob.  Don't take care of himself, doesn't work out, could barely read,

2  signs his name with an X.

3  GB                Right.

4  FP                Was my Bunkie for six months in MDC.

5  GB                Right.

6  FP                I wanted to strangle him.  You know -- you know you got

7  lock in together at 9:30, take a shit at 8:00.  Don't make me kill you, when

8  you're asleep, every night, two, three shits he's got to take in the cell.

9  I hated the guy.  I never liked him.  But at the time, I had flipped now, so

10 I had to play a little bit of a role with the guy, which is kind of against

11 my code, but I had an end goal, you know.

12                While I was in jail, they asked me -- while I was in jail

13 fighting a drug case, they didn't know I had already decided to flip on

14 Chris.  They asked me to kill another guy, while I was in prison.  While I

15 was in prison, they told me they wanted me to kill Mickey Nose.

16 GB                Oh, my God, I know this story [00:38:08] yeah. Go ahead

17 FP                The boss of the Bonanno family.  They said he's a cadre

18 member at MCC, just ride up on a motorcycle and shoot him while he's doing -

19 - while he's cleaning the roads.  So, that's how much my crew cared about

20 me.  You've been home 20 minutes in the last 11 years, we want to shoot a

21 guy in downtown Manhattan in front of all the officers that are watching.

22 JA                Right.

23 FP                But you'll get away, because you're on a motorcycle.  This

24 is the people that I was -- and honestly that was when I flipped.  That like

25 -- I had already -- I will get into this in a minute, I had already made the

26 decision to -- I had called a sit-down over a complete infidelity in

27 loyalty.  You know someone has basically informed against me; a very close

28 family member informed against me.

29

1   GB              Wait, can I actually -- I know this story, you tried to

2   get your father shelfed and you almost did, I mean pretty much.

3   FP              Yeah.  Oh, he was crying to you that he almost got killed

4   GB              (TS) He used to cry to me all the time, right.  So, he

5   pretty much was getting -- his father had the police called on him.  So,

6   they get into this -- you don't have to elaborate too much on it, but just

7   you know go into it a little bit, you know, basically.

8   FP              All right, um we'll definitely come back to the motorcycle

9   murder I was supposed to commit.

10  GB              Right.

11  FP              Which made me really -- I called the US attorney.

12  GB              Right.

13  FP              I said listen, now they're giving me murders in here,

14  bring a wire, I'll take care of this whole crew.

15  GB              Right.

16  FP              So, what happened was, my Grandmother, my beloved

17  Grandmother had passed away, and left the house to my Aunt.  It was a two-

18  family house, we all lived in there.  My Aunt wanted to die in that house.

19  My Mother and Father had designs on selling that house, buying some bigger,

20  nicer house somewhere, having it under my mother's name instead of my

21  Aunt's.  So, they -- this woman is a 70-year-old, with no family besides my

22  Mom and us.  So, they basically, said the sell house, or we're moving out

23  it, and you've got to live by yourself.  She said, I don't want to sell the

24  house.  My mother and father both died in this house, I want to die here

25  too.  So, she -- they moved out, they got an apartment in New Jersey,

26  because my brother was going to school in New Jersey, and this way they got

27  a discount with the school.

28  JA              Yeah.

30

1   FP                  They got an apartment in New Jersey, at like a condo

2   there, and they told my Aunt, they wouldn't even come visit her on the

3   weekends, if she didn't sell the house.  So, she put the house on the

4   market.  Now, I came home from jail.  I moved into the house.  My wife and

5   my kids moved into the house with me.  My Aunt took it directly off the

6   market.  Now, she had a family again, why sell the house I want to die in,

7   my most important family members are Frankie's kids.  She didn't want to

8   sell it.  They would come once or twice a month and terrorize this woman, I

9   mean literally shake her down, for her house.

10  JA                  Right.

11  FP                  This is what the wise guys did.

12  JA                  Yeah, yeah, yeah.

13  FP                  They used ACS to make money, I'll tell you that story in a

14  minute, because it's connected to this.  So, my Father had come to me, and

15  said listen we want you to move out, get an apartment somewhere.  So, once

16  you move out, she'll sell the house.  We want to get the house sold and put

17  under Mommy's name, meaning my Mother.  I said, I'm not moving out of the

18  house.  I said I lived here my whole life.  I don't want to sell it.  In a

19  year or two, I'll buy it myself from you guys, you know.  They didn't want

20  that.

21                  So, now unbeknownst to me, obviously, I had no clue, they

22  had started calling cops on me.  My Father, you know you know this rule.

23  You're the boss of your family first.  What goes on under your roof, you're

24  responsible for.  Before you are responsible for anything in the street, you

25  have to be charge of your family first.  So, whether he knew, which I

26  believe he knew, or not my Mother starts calling the cops, the DEA, I had

27  like six doctors writing for me on Staten Island, they all got pinched.

28

31

```
 1                      This woman started a tailspin that ruined a lot of lives.
 2   And my 14-year-old son was at the house one night, and heard a conversation
 3   going on, recorded it on his phone.  There was an officer in the kitchen, he
 4   was in the basement playing ping pong, and he recorded the conversation.
 5   When he played the conversation for me, I heard my Mother and my Aunt
 6   talking to this officer saying my son, since he came home, he's an animal.
 7   He has to burn his clothes.  He comes home and burns his clothes sometimes.
 8   JA              Wow.
 9   FP              And they turned around and said, his wife's got an Order
10   of Protection against him, but they live together.  So, can't you arrest him
11   for that?  That will give him 10 years, and we could -- you know he'll be
12   out of our hair.  So, this whole time, I'm thinking, while I'm listening the
13   recording, I'm like oh wow, wait till I tell my Father this shit.  Then I
14   hear my Father's voice on the recording.
15   JA              Wow.
16   FP              And he says, oh yeah, he's been real bad since he came
17   home, sometimes he comes home covered in blood.  My Father, this is a wise
18   guy.  So, now things happen really quickly.  They started an ACS case, they
19   brought ACS to my house, came upstairs, all my pill bottles I had gotten the
20   day before, they were empty already.  You know I sold the pills, and so that
21   got us all under investigation.  And we ended up losing custody of my kids
22   for several months.
23   GB              Wow.
24   FP              Right then and there, they also got the Order of
25   Protection case against me, but you know my wife at the time, had been
26   trying to get that Order of Protection lifted for five years already.  And
27   so, she showed up to Court, and they dropped all the cases -- they dropped
28
```

32

1    the case, and said we'll never prosecute him on this, unless you press the

2    charges against him.

3                    So, it looked like it was going to -- you know, we spoke

4    to a lawyer, it looked like it going to take us like almost two years to get

5    our kids back.  At the time, I had been approached numerous times, while I

6    was in Riker's Island, I was in jail, by FBI agents.  Because of Pat and his

7    connection to Tommy Figs, out of all the different FBI -- like a -- they

8    have a unit for each family.

9    GB              Right.

10   FP              The Genovese ones are the top.

11   JA              Right.

12   FP              Like, but those agents are smart.

13   JA              Yeah.

14   FP              Those agents are -- you know they're on their job.  They

15   want the Genovese family.  The Genovese family is the cream of the crop.

16   So, I contacted this agent that was trying to flip me -- I remember, she

17   gave me her phone number one day.  It was a younger, you know FBI agent.  I

18   guess, maybe they thought, because I had the escort service, that I'd be

19   like weak for a woman or something.  So, she gave -- I said, listen, get

20   this out of her.  And she said, just put it in your phone under some

21   stripper's name.  All you wise guys do that.  I got my phone number in 10

22   different wise guy's phones, right?  And it's true.

23   JA              Yeah, yeah.

24   FP              All these wise guys got an agent in their phone.

25   JA              Yeah.

26   FP              So, I took the number -- I don't know what made me finally

27   take the number, took the number left it in my phone this was like six

28   months earlier.  I called the number.  I said, listen you know what, I said

33

1  right now I'm free, got no parole nothing.  I'm going to put myself in jail
2  for you guys, so, I'm going to give you guys a murder right now, and you go
3  get my kids back for me.  And they said listen, out of all the agencies in
4  the country, child welfare has the most power out of all of them.  They can
5  go in your house with no warrant, everything.  They said it's going to be
6  difficult, but we'll see what we could do.
7              And ultimately, through you know through me compromising
8  my moral belief never to rat out, also from my wife doing a lot of hard work
9  and proving to them, that these were unfounded claims about us, and we got
10 our kids back in six or eight months instead of two years.
11 GB              Wow, wow.
12 FP              You know, so I had to choose between being a father and
13 being a wise guy.  And there was not choice.  It wasn't even -- I came up
14 with -- I was free on the street, no case.  Called up told them about a
15 murder I committed, ended up doing six more years.  I put myself in jail.
16 But I had to get the kids back.  They were miserable.  My parents not just
17 took the kids, they were mistreating the kids.
18 GP              Right.
19 FP              Our kids would have visits and tell us that they were
20 being mistreated.  I had to get them out of there.  And thank God, my wife's
21 family, like I told you, these are good people.  They're not too fond of me
22 in life, and I don't blame them you know.
23 JA              Well, we're all the same way.  Everybody is protecting
24 their kids right…
25 FP              Maybe I'll prove myself to them eventually.  But these are
26 good people and they banded together like a family should.  And were able
27 after a couple months to get my kids at least out of that house and into
28 their house.

                                34

1   GB              Right.

2   FP              You know, but then we had to find a place for my wife to

3   live.  I rented an apartment for her, because she couldn't live under the

4   roof with her own kids.  This was a travesty; you know what I mean?  She's a

5   great mother.  I was degenerate, but I didn't bring it around my kids.

6   JA              Well, you know what here's -- here's exactly what we do to

7   show people, that's because -- because we want people to really hear the

8   reality of the life, right.

9   FP              The politics of it, the life is politics.

10  JA              And then back to -- what it does to the family, not just

11  us.  We destroy our families, our kids, the sacrifices your wife has to make

12  or Gene's mother, or my family whatever.  And this is the part that the

13  people don't see that talk this nonsense about the life.  And if it was so

14  good, we'd all want our kids in it.

15  FP              The ones that never squashed a grape, talking about I'll

16  never this, I'll never that -- I would never flip…

17  JA              Oh, sure, because they're facing three years.

18  FP              Exactly, they're -- oh, I did my time.  You did a skid

19  bid.

20  JA              Yeah, right.

21  FP              I got your time in the box on the toilet.  I don't want to

22  hear about it.

23  JA              Well, that's the thing.  Most of these guys that talk like

24  that never did anything.

25  FP              You slapped them.

26  JA              Yeah.

27  FP              Listen, I'm going to tell you something right now.  Just

28  now, I was in MDC.  I was there -- I'm not going to mention the guy's name,

                                    35

1  because I was friends with his wife for a lot of years.  So, I'm on the

2  visit floor with a made guy in my crew, who knows me.  His wife knows me.  I

3  would see them on the visit floor, I would be with my wife and my kids.

4  They'd be two seats down from me.  I'd look -- I'd look them in the eye,

5  like okay, let's get this over with, this confrontation.  He'd look at the

6  ceiling, the doorknob, the rug, the vending machine.  He'd never look at me.

7  It's all right.  He don't want no problems.

8  GB               Right.

9  FP               Now, imagine you're on the visit floor, and the guy who

10 put your boss under boss counselor, and 18 other guys away, is on the visit

11 floor with you.  You're going to move on them.

12 JA               Yeah, of course.

13 FP               I'm going to move on them.

14 GB               Right, that's what I say, I going to do what you -- why

15 ain't yous doing it -- right.

16 FP               I'm moving on.  I'm sitting there, the guy's afraid of me.

17 I leave it alone, you know.  He's got his wife, his kids, I'm a gentleman.

18 I wasn't pursuing it.  If he would have said something stupid to me, I would

19 have waited till we were in the search room and threw him a beating, you

20 know.

21 JA               Yeah.

22 FP               Three weeks we're on the visit together.  Three weeks, he

23 doesn't say a word.  Halfway through the fourth week, I'm expecting a visit,

24 they come and get me, take me to the box.  There's been -- there's been

25 reports that there's an attempt on your life in the works.

26 JA               Yeah, yeah.

27 FP               He was writing slips, because he was terrified to be on

28 the visit floor…

36

```
 1   GB                Right, I gotcha he's dropping slips, I know.
 2   FP                You're kidding me?  All he had to do was go to the vending
 3   machine buy a can of soda, rip the can open come over and cut me and try to
 4   kill me there, right.
 5   JA                People, people don't realize -- and I've said this a
 6   hundred times, one percent of the guys put in work.  The rest of them…
 7   FP                Out of a hundred -- exactly, out of a hundred wise guys,
 8   maybe one of them will kill someone if he has to.
 9   JA                Yeah, yeah.
10   FL                Do you feel like in a lot of ways you were brainwashed by
11   this life?
12   FP                I was brainwashed by the generation before my father's
13   generation.  I was raised by some real old-timers.  There was an old-timer
14   Tar-Baby Mongoia [phonetic [00:48:28]] who ran my neighborhood, and he was
15   legit.  A man and a half.  His shadow would crush me if it fell on me,
16   alright.  This is a little old zip, and he was a real man and he schooled me
17   in a lifestyle that he knew of -- you gotta understand to-- you watch TV and
18   movies, and people glorify this gangster life.  They're telling you stories
19   that are taking place in 2020, but the story is written about events that
20   took place in 1960, follow?  It doesn't happen anymore.  Now, all these
21   agencies have gotten powers that are ridiculous, search and seizure powers…
22   JA                Technology.
23   FP                Technology.  It doesn't exist anymore, so we're writing
24   new -- new versions of stories about shit that happened in the 50s and 60s.
25   So, I learned about a lifestyle, you know these old-timers used to tell me -
26   - it was Frankie boy, I was eight, nine years old, when you're running the
27   neighborhood, this is how you got to do it.  You know schooling me like
28   this.
```

1          I was 14 years old; I would ride my bicycle with $50,000
2    in a bag to drop off.  They trusted me with 50 grand.  I felt privileged
3    that these guys would put $50,000 in my hands, tell me go take it over here
4    for them.  They trusted me.  I trusted them.  If they were the kind of guys
5    that were still around running things, and not you know dead and buried 20
6    years, maybe things would be different.  But the people who ended up with it
7    had no morals…
8    JA          It's a different era.  It's not guys like…
9    FP          Yeah, so I was brainwashed…
10   JA          Andy rugiano or Lucchino, you know Blacky, or guys like
11   he's just saying, it's just a completely different era of guys…
12   FP          I was brainwashed by being raised by people who were from
13   another era.  So, I had these ideals and this loyalty to a system that
14   didn't exist--
15   GB          Don't exist--
16   FP          by the time I got to it.  By the time I got to it, it
17   didn't exist.
18   FL          Is it hard for you to trust people now, because of…
19   FP          Right around my neck, it says every betrayal begins with
20   trust.  I never trust anybody.  I never will trust anybody.  He's my best
21   friend.  He owes me $28,000 right now.  The vigs growing on that…
22   FL          And for -- you know because…
23   GB          It's true, Patty Lombardi [00:50:31] got it.  Get it from
24   Pat.
25   FB:         I'll get it from Pat
26   GB          He's in north Carolina he bought a car wash with it.  He
27   goes hey…
28   FP          He bought a car and put the emblems on it.

38

1  GB                 And you believe this guy, he goes yeah, we're going to
2  North Carolina, and we need Frankie and take Gene, go clip this guy, he's a
3  Federal Informant, he wants us to go kill a guy.
4  FP                 Yeah.
5  GB                 Oh my God.
6  FP                 He said, while I'm on vacation do it.
7  GB                 Yeah, oh, what a character.
8  FP                 And they were going to straighten me out for it, and I was
9  going to bring you the Lucheses, that was the whole point, yeah.
10 FL                 Back to -- back to this message of you know, for even if
11 there -- this kind of life doesn't exist anymore, there is still a lot of
12 you know crime out there and kids that are going to go into it eventually.
13 If there was one thing that you would tell that was the most meaningful
14 lesson that you could you know kind of give, so that they -- to dissuade
15 them from going into it, what would it be?
16 FP                 Take a look at the people that are giving you the options
17 to go into this life and figure out why they're doing it.  Figure out their
18 motives.  When you know someone's motives you could move them with their own
19 motivation.
20                    Why is somebody coming to you?  Is it because you're weak?
21 Is it because you're unintelligent?  Don't -- you have to look at yourself
22 and take stock.  You know what, I'm not the brightest guy.  I can barely
23 read, this guy all of a sudden is talking me up.  Why is he talking me up?
24 Try to find out their motivation, because you're going to see that they are
25 shady motivations.  Because no one is going to come to you that cares about
26 you and tell you to do these things.  No one is going to introduce you to
27 this life if they care about you.
28

                                    39

1          There is no person that you can -- it's one thing if
2  someone is coming to you, and say hey listen, we're in trouble, this is
3  going to happen.  We have to do this to prevent it.  That's a precaution.
4  It's different than hey, I think maybe we could set something up and in a
5  year or two make some money doing it, if you start putting this in motion
6  for me now.  Well, why aren't you doing it yourself?
7          There is no scenario where someone loves you is going to
8  ask you to kill for them.  And this is coming from a man whose Father asked
9  him to do it.  So, it's very difficult for me to understand that my Father
10 didn't give two shits about me, all right?  And you have to look at people's
11 motivations.  Why are they coming to you?
12         It's because you're a victim.  You're being victimized.
13 Right then, with a smile, a pat on the back, a hug and a kiss, you're being
14 victimized, and if you don't see that, it's very difficult, because there's
15 always -- for all of eternity you'll be able to find some kid who wants to
16 be accepted and has this hood dream of being a millionaire gangster, and
17 you'll be able to get him to shoot someone for you.  That will always be.
18 FL         Did you also feel like you couldn't -- that you never had
19 like fit in -- or that -- like was there this desire to fit in and be kind
20 of liked by these people or no?
21 FP         I was a pretty popular guy.  Like I had a lot of
22 connections you know everyone worked for me.  Everyone I knew worked for me.
23 You know, I ended up finding out too late in prison, that I didn't have a
24 single friend, I just had employees.  And I thought they were my friends,
25 let them get away with murder.
26         It doesn't -- it wasn't so much of a fitting in thing, it
27 was -- I always had this idea to like serve this family ideal of -- you know
28 ideally I wanted to get back to the Gambino family, and bring my family name

40

1   back to the Gambino's.  You know it's one of the reasons I did that for

2   Alfonse.  You know we had a friend who at the time was a Captain, we didn't

3   like him too much, but we stomached him, because he had money, and…

4   JA              The story about Ronnie's one-arm's kid.

5   GB              We cut a guy for him in jail, because this guy -- okay, I

6   told the story…

7   FP              The guy told on one of his weed dealers…

8   JA              Well, I heard he was shelved actually.  I'm really not…

9   FP              He's shelved, yeah.

10  JA              He is shelved, right?

11  FP              Yeah, he's shelved.

12  GB              Yeah.

13  FP              Yeah, he's shelved.

14  JA              I heard they shelved them and -- I know…

15  FP              Johnny Joe knocked him out.  Johnny Joe knocked him out.

16  JA              Who knocked him out?

17  FP              Johnny Joe Spirioto knocked him out.

18  JA              Yeah, I think Bobby Glasses had that done.

19  GB              Yeah.

20  JA              or Joe-Joe over…

21  GB              [00:54:09] I'm gonna be honest with you , I always got

22  along with Al, but I'm going to be saying this right now, he -- you don't

23  shelf a guy like…

24  FP              He kept his promises to me.

25  GB              Why do you shelf a guy like that.  Like I feel like he's

26  the money.  He's the one that brought all the money.  Why even let like -- I

27  don't understand (UI)

28

41

1   FP                  Well, he brought money, that was his father's money.
2   Those were his father's hustles.
3   GB                  Right.
4   FP                  So, I'm sure they didn't shelf him and let him take the
5   money off the street.  They shelfed him and they put someone else in charge
6   of it, that they could give less of it to. you follow, that is how it works
7   JA                  Well, I heard there was different things that they said
8   about him, that he was doing some talking and all.
9   FP                  the big beef- He made a comment -- he made a comment…
10  GB                  The sentence, the comment yeah.
11  FP                  At sentencing that was a rat comment, and that's what they
12  ended up using as the politics to shelf him, but already what had happened
13  was there was an under current of hatred for him, because he made his whole
14  crew take pleas because he didn't want to do time.  He made them all cop out
15  to a global…
16  JA                  Well, I know him since he's a baby.  His sister's my
17  godchild and Ronnie One Arm, we discussed this several times, he made some
18  bad statements against me in his own voice, an opening statement…
19  FP                  I never heard, I'm way out of the loop, you know.
20  JA                  Well, during the -- during the…
21  FP                  I'm the newest rat on the block, no one wants to talk to
22  me anymore.
23  JA                  Well, during his opening statement, he did in his own
24  trial in his defense, he said that I'm a loose cannon and a rogue and that I
25  would kill him like everybody else, if he wasn't nice to me.  So, and then
26  he admits he's a skipper.  These are -- you know, again…
27  FP                  You know admitting you're a skipper is being a rat.
28  JA                  Yeah, yeah.

42

1  FP                My Captain took a fucking plea that his father told him

2  not to take.  He's supposed to be shelfed; he's supposed to be killed.  You

3  know, the under boss of the family, who was the boss forever, who really

4  pulled all the strings, said no, we're all going to trial together, we're

5  all going to jail together, because Steve, Sr. is a man.

6  GB                Right.

7  JA                Yeah.

8  FP                What are you kidding me pop.  I'm not doing that.  You

9  gave me my button, you made me a Captain.  I didn't work for any of it, and

10  I'm not doing time with you.  And he took his plea….and that's what his son

11  did

12  JA                Well, Ronnie wanted him -- he made bad statements against

13  me.  He made bad statements against Vinnie Assari [phonetic].  He made bad

14  statements saying that I would kill him.

15  FP                I heard he -- I heard he threw Vinnie under the bus.

16  JA                Yeah, well and he said I would kill him.

17  FP                And he's another man and a half.

18  JA                So, -- you know so…

19  FP                Yeah, a little crazy, but he was a good guy.

20  JA                These are -- these are all rat statements, cooperative

21  statements and he actually put me and John, Jr. together and 14 times said

22  we were partners in a drug business in his opening statement.

23  FP                Yeah.

24  JA                So, you know we were already understanding that there's

25  double standards with guys in the mob…

26  FP                Yeah, it's who you know, and you know we were…

27  GB                What kills me, how are you getting shelfed in this modern

28  day?  I would think go fuck yourself

43

1  FP              Well, first of all, Alfonse -- Alfonse had -- what's he

2  going to do?

3  GB              Right.  I'm just saying like…

4  FP              If he can't -- if he can't use his position to get someone

5  else to do something for him, Alfonse is going to eat that.  Now, if they

6  did that to a tough guy, you're going to deal with problems from that, you

7  know what I mean.  Like I would have never in a million years -- I would say

8  you have the respect for me, to at least try to kill me.

9  JA              He was a nice kid actually.  I knew him since he was a

10  baby, I mean I don't know him as -- when he became a gangster.

11  FP              He told me -- he told me he had ten grand for me.  I got

12  home from jail…

13  GB              Had to bring him around.

14  FP              I got home from jail, I said bring him around, he's going

15  to be with me now.

16  Gb              Yeah.

17  FP              And I'm sure this is what happened to him, and it got back

18  to the Gambino's, and he said I got the ten grand for him.  I said, Alfonse,

19  do me a favor, I just got home.  I'm going to spend the weekend with my

20  kids…

21  GB              And they got pinched.

22  FP              And they got pinched the next day, and I never got my…

23  JA              But I'm going to tell you, Ronnie One Arm did exactly what

24  your Father's doing.  He used his son, and Al's Mother is a nice woman, you

25  know really a good woman, the mother you know Al's.  But the problem is

26  Ronnie wasn't capable of earning and Al had a lot of guys that made money.

27  And Ronnie took them in through Al, and he ruined his son's life too.  He

28  should have never put him in this life.

44

1          The kid was a nice kid, and his brother is a nice kid, an

2  educated kid.  So, you know you got to look at the father's and say what

3  kind of fucking man are you, to put your sons in this life?

4  FP          You know I'll say?  I would say my Father did try to keep

5  me out of it.  Originally, he did not want me doing this, he wanted me going

6  to school.  He wanted me to play football and go to school.  As soon as he

7  saw that I was going to do it without him, he capitalized on me.

8          When he saw that I was going with the Bonannos he said you

9  know what, I'm going to chase him from them, keep him around me, and use him

10 for what I can.  So, I mean originally, his original concept was for me not

11 to be involved, and I'll give him at least that.  You know he's my Father,

12 I'll give him at least that.  His original did not want me in this.  Once I

13 got in on my own, it was off to the races, you know.

14 JA          But I don't think Ronnie had that same…

15 FP          No, I don't think, Ronnie…

16 JA          And I don't know him well after that.  I seen him a couple

17 of times, a handful of time.  I knew him as a baby.  Later on, I heard

18 different things, good and bad about him.  So, you know I don't really know

19 what's -- he actually was brother-in-law's with one of my cousins, that I

20 don't speak to anymore, but they were brother-in-law's, and you know I don't

21 know…

22 FP          I know his brother-in-law, Joey Agostinelli [phonetic],

23 right, his brother…

24 JA          So, there was another one Patsy, he ended up giving me up

25 on a murder.

26 FP          I was in Rikers with Joey [00:58:36], he did like a little

27 skid bit.  He was a good kid.  He was better than -- better than most of the

28 wise guys I knew.

45

1   FL              How different are, because you worked with so many of the

2   different families, for people who aren't familiar with how they work, how

3   different is it working with each of those?  Is it a different kind of power

4   structure?

5   FP              Well, I'll tell you what, get with the Genovese's you're

6   all right, because whether you have a button or not, they treat you like you

7   got it already.  You get on record with the Genovese and you get treated

8   like you're a wise guy.  All the other crews, they're just going to run you

9   into ground.

10              You know, first of all, most of the crews don't have any

11  money, don't have any hustle, they go to work every day, they pay taxes, you

12  know they're pussies.

13  GB              Right.

14  FP              All right, they're not -- so you get put with a crew, and

15  there's eight guys, not even chasing a nut, not even thinking about earning,

16  that maybe once a year they'll give their Skipper $1,000 for Christmas.  I

17  offered -- I offered 60 grand a year to my Father, off a pill hustle that I

18  had.  You know I was consistently trying to advance and make more for

19  myself.  And make myself in a position where I wouldn't have to be the one

20  to get sent anymore, that I could do the sending, you know.  You get put

21  with all these crews, it's a bunch of guys, they meet up once a week, play

22  cards, drink expresso and they act like they're wise guys.

23  GB              Right.

24  FL              Yeah, and how -- you know for you now, even in jail and

25  now, I mean how is it thinking about you know what your family kind of did

26  to you I guess.  And is there still resentment, or do you still -- you know

27  I mean you're…

28

                                    46

| | |
|---|---|
| 1 | FP             I resent what they did to my kids.  I made my decisions in |
| 2 | life, you know.  I didn't -- no one twisted my arm; I did my own thing.  I |
| 3 | was never one of these guys that points the finger, oh, it's because of him |
| 4 | -- it's because -- I roll with the punches.  I'm going to sit here and cry |
| 5 | about it.  You know I'm 40 years old, I'm a young man.  I avoided all this |
| 6 | prison time.  And I have a future ahead of me, that I'm going to build for |
| 7 | myself.  I took control of it.  So, I'm not going to sit here -- does it |
| 8 | bother me?  It bothers me what they did to my kids, you know… |
| 9 | FL             Do you feel like you're lucky that you're out at 40 years |
| 10 | old?  I mean did you ever… |
| 11 | FP             Yeah, I'm very lucky.  I assumed that I'd be spending my |
| 12 | whole life in prison, while I was doing these things.  I figured -- I mean I |
| 13 | would take hits in jail.  Like I -- when you're a gangster, you're a |
| 14 | gangster wherever you are.  You could drop me in Antarctica, I'll be a |
| 15 | gangster in an igloo.  You understand?  You know, oh I'm in jail now -- like |
| 16 | I used to see all these guys, oh what are you talking about you, lose your |
| 17 | good time?  You give me a bid; I know I'm maxing out on it.  I'll be lucky |
| 18 | if I don't catch a new one. |
| 19 | I get phone calls from the street all the time, oh, this |
| 20 | guy you know -- your friend, he wants me to hit that kid.  You know I have |
| 21 | an opportunity, I can get to him, I might not be able to get to the kid |
| 22 | again, so I'd better do it.  You know my friend needs a -- that's another |
| 23 | thing.  If I consider you my friend, if I'm got one dollar, you can have a |
| 24 | dollar-fifty, I'll go borrow or steal for you. |
| 25 | GB             True. |
| 26 | FP             And that's how I am.  And whatever it is that my friends |
| 27 | need done, I do. |
| 28 | FL             Do you feel like you're almost too loyal? |

1   FP                    Yeah, yeah.  I got kicked in the ass a lot.  You know I
2   got another friend, I'm friends with since kindergarten and the kid's a
3   multi-millionaire.  Calls me from -- I took him to turn him into jail one
4   day.  I sent my wife to turn him in for a case and he calls me up, we had
5   kidnapped a couple people, and they raided his house, found a bunch of shit.
6   He calls me up one day, and I have a lot of love for his mother.  She was
7   you know -- she worked in the school I went to in kindergarten, the woman
8   used to pick me up, so I could reach the water fountain, so I'm not going to
9   mention his name.

10                  This kid consistently for 25 years of my life, lied to me
11  and used me, and I didn't realize it until too late.  And calls me up from a
12  Sergeant's desk phone, from the bull pen, they gave him the phone through
13  the bars, he called my house number, I was just waking up.  You know we
14  dropped him off at six in the morning, so that hopefully at eleven, we could
15  go bail him out.  I had about $180,000 in the courtroom to bail him out.  I
16  had ten grand on 20 different people.

17                  And I was there with his Mother, so he calls me at seven
18  o'clock in the morning, an hour later, oh they're doing a line up, make sure
19  the guy doesn't come to the line up on the Sergeant's desk phone.  I told
20  them wrong number, click.  I was sitting in the hot tub in my house, you
21  know getting my day started.  And the next thing you know it's an hour and a
22  half later, I got a guy at gun point in his bedroom, this other kid that
23  used to sell drugs for us, drove me, kidnapped the kid, drove back and forth
24  on the highway with him for about an hour and a half, to get his brother not
25  to show up to the lineup.  Now, you'd think that mean you owe me one, right.
26  So, I go to jail, I tell him to handle an issue that I have in jail.  And I
27  know the kid wasn't killer, so he wasn't going to do that, but he threw
28  money at problems, he was a rich kid.

                                    48

```
 1               So, listen go give someone 10, 20 grand, I want this guy
 2   in a wheelchair.  The kid's walking fine right now, right.  He's dancing on
 3   the weekends.  So, you could tell me that he was getting no less than 12
 4   years, until I got the witness not to show up to the court.  What does 12
 5   years of your life cost you, you know what I mean?  That's a lot of money,
 6   right.
 7   JA            Sure.
 8   FP            He came home from jail, the kid gave me five grand.  You
 9   know what I mean, so there's this -- yeah, I was over loyal to people, very
10   much over loyal to people.
11   FL            You're 40 now, what do you hope the next chapter of your
12   life looks like?
13   FP            Fatherhood, fatherhood is the things that I'm most devoted
14   to.  I'll take any -- anything that comes along the way that I have to deal
15   with, any adversity I will take in order not to miss out on any more time
16   with my kids, you know.
17   FL            Do they ask you questions about different things.
18   FP            My kids are a little bit, I guess scared to hear the
19   answers.  We don't talk about that.  That lifestyle.  They spoke to their
20   mother about it a few times she told me, you know that they didn't know that
21   this -- they didn't know the mob was real, and it's not real.  So, you know
22   luckily that doesn't appeal to them at all.  It doesn't appeal to them in
23   any way, and I'm just going to keep you know promoting that hard-working
24   lifestyle that they've been introduced to from their grandfather -- their
25   mother's father, not mine.
26   FL            Beautiful.  I don't know if -- do you guys have anything
27   else, but it's been a -- it's been a pleasure to have you on to meet you,
28   and we wish you all the best in the -- in your next life.
```

JA Thanks for coming on, really.

FP Felix, it was good meeting you.

FL Nice to meet you.

[Audio ended]

Part 9 - VladTV Frankie Pasqua & VladTV, Frankie Pasqua Describes
Killing Purple Gang Leader Michael Meldish

Transcript:   Part 9 - VladTV  Frankie Pasqua/Killing Purple Gang Leader

Michael Meldish

Participants:          (VLADTV) VLADTV

                       (FP) FRANKIE PASQUA

Date:                  September 1st, 2021

(PH)              (Phonetic)

(SL)              (Sounds Like)

(TS)              (Talking Simultaneously)

(UI)              (Unintelligible)

(UM/F)            (Unidentified Male / Female)

A-2125

Part 9 - VladTV Frankie Pasqua & VladTV, Frankie Pasqua Describes
Killing Purple Gang Leader Michael Meldish

1  [00:00:00]

2  VLADTV           Okay.  I just want to talk about the -- you know the

3  Michael Meldish case.

4  FP               Um-hmm.

5  VLADTV           So, well according to you, Steve Crea, Jr., who was the

6  Lucchese Underboss, he ordered the hit?

7  FP               No.  He wasn't the Underboss.  He was just a Captain in my

8  father's crew.  My father got made into his crew.

9  VLADTV           Ah-ha.  Okay.  So, who ordered this hit?

10 FP               From what I heard he had mentioned dad knows about it.

11 Later on, I found out that Matt, who was the Acting Boss, ordered it.  And

12 this trickled down to him.

13 VLADTV           Okay.  And there are five guys that were involved in this

14 hit.

15 FP               [Nodding in the affirmative.]  There was Teddy, Chris, my

16 father, me, and those were the -- those were like the boots on the ground,

17 that night.  But Steve, Jr., is the one who related it to my father and I.

18 And had Steve been an actual leader, instead of just his father's son, who

19 got made a Captain, because his daddy was the boss at one point, things

20 would have gone differently.

21 VLADTV           Okay.  And what was the reason why they wanted him dead?

22 FP               Okay.  Um, ultimately, what I was told that day was

23 there's indictments coming down, and we don't think he's going to hold up.

24 I knew that was bullshit.  That was it.  My father had already told me

25 before we went in the parking lot to talk about it, we met at a restaurant,

26 and we went outside, he says, just agree to whatever he tells you, and do

27 not ask questions.

28

1

Part 9 - VladTV Frankie Pasqua & VladTV, Frankie Pasqua Describes
Killing Purple Gang Leader Michael Meldish

1          So, I went outside, and I kept my mouth shut.  When we

2 left, I started talking to my father about it, a little more got relayed to

3 me over the weeks -- like about a week about that, which it turned out -- I

4 heard two stories.  One of them from Chris Londonio, that there was $100,000

5 debt that Mike wasn't paying back.  That turned out to be bullshit.

6          The story that I believe was relayed to me later on

7 between what I heard from my father and other guys in the crew.  Mike had

8 done a collection for Matty.  And when you do a street collection, you get

9 to keep 50 percent.  That's how it is in the street.  You owe someone five

10 grand, that guy come to me, he's not paying me.  You go see him.  I come see

11 you, I crack you a couple times.  You pay me the five grand.  I bring $2,500

12 back to the other guy.

13          So, what was relayed to me through guys, and it -- then

14 again, I'm a nobody, so it might not be true, was that he did the collection

15 and kept I think $45,000 or $50,000 of the $100,000, and what they told me

16 was Matt said no, you don't get to keep that anymore, because now I'm the

17 boss.  So, if I was just a wise guy, or a Captain, yeah you get to keep it.

18 But now I'm the boss, you've got to that collection basically for way less.

19          And ultimately, from what I was told was ultimately, Mike

20 told him to go fuck himself.  And then he said something even more

21 disrespectful, that I don't even want to repeat, it's not a phrase I say.

22 And he said something else to him, and that evidently Matty had said you're

23 a dead man to him, in front of people.  And that basically, once the boss

24 tells you, you're dead in front of other people, he's got to deliver on

25 that.So, that's how that was broken down to me, while I was in MDC, prison.

26 VLADTV        Okay.  So, describe the night when he gets killed?

27 FP          I was living on Staten Island, I was fresh out of jail.

28 There was an arrangement.  The way that it was going to be set up was -- I

2

Part 9 - VladTV Frankie Pasqua & VladTV, Frankie Pasqua Describes
Killing Purple Gang Leader Michael Meldish

1  feel the real reason that my father and I were even brought into this, was

2  to make him feel safe, because you know, he had known us for years.  And he

3  probably figured, oh, I'm safe, it's Frankie and his son.  I feel like I was

4  more of a there to rock him to sleep, than to do anything.

5              So, what happened was my father picked me up at a friend's

6  house, I was staying with.  We drove to -- we drove here to where I am right

7  now, there's a parking garage next door, we went and got the -- we dropped

8  our car off to somebody who brought us an older car with no GPS.  And we

9  drove that to the Bronx.

10              And the way it was going to be broken down was supposedly

11  it was set up with Mike, that we were going to bring him 100 grams of dope,

12  to take to his distribution network, have them test it, see if they can work

13  with it.  And then we'd bring kilos if they wanted it.  If that work was

14  good enough for him.

15              So, that night, all I thought I was doing was going to

16  pick up Mike, drive him downtown to pick up this 100 grams, and then hear

17  from him later on whether he wanted -- how much he wanted.  Ultimately, when

18  we got there, my father and I got out of the car, we walked down to where

19  Mike's house was, and when I got there, we greeted him, and my father said,

20  oh, go back to the car and get the iPad, because there's a -- the map is in

21  there, where we're going.

22              I knew there was no iPad in the car because we went to the

23  trouble not to have a GPS in the car.  So, I didn't know what was going on,

24  but I wasn't going to argue with -- I just want back to the car.  So, I got

25  in the car, and I -- at that point, now I told you I had been having

26  problems with my father.  We've had some serious issues.  I had a couple

27  earns that he basically lied to me about and squashed.  And at that point, I

28

3

A-2128

Part 9 - VladTV Frankie Pasqua & VladTV, Frankie Pasqua Describes
Killing Purple Gang Leader Michael Meldish

1  didn't know that he was working to get me arrested, but I knew we had some

2  beefs going on before this.

3              So, right away, I started to think maybe I was the hit, to

4  be honest with you.  Send me back to a car by myself, I'm unarmed to get an

5  iPad that I know is not there.  So, I got nervous, I started looking in

6  every mirror, every window, you know, heart started pounded a little bit, I

7  figured I was going to get shot.  And then I saw my father coming back to

8  the car, and he just got in the car with me and said it's done.  I told him,

9  I said, what the fuck do you mean it's done?

10             And he goes like this [motions], that's one of the things

11  my father does all the time.  He doesn't want to talk about something, he

12  puts his finger to his lips, and he doesn't want you to talk.  He's always

13  afraid of being listened to or something.  And we took it home from there.

14             And ultimately, that was the night that Mike got hit.  And

15  it turned out this other guy, you know we call him Teddy, but his name is

16  Terry Caldwell, black guy who was very close friends with Mike for years.

17  Mike was actually driving him to chemotherapy for two years straight.  And

18  he was the trigger man.  He pulled the trigger on Mike.  And Chris was the

19  driver, Chris Londonio.

20             And one of the things that mentioned on the wire, when I

21  was talking to my father was, the whole reason they had this case, is

22  because Chris was so stupid, they killed Mike, and then he called literally

23  within five minutes of the time of death, he called Matty, for a two-minute

24  conversation on the phone log, and it was just him saying, it's done.

25             And so my father told me if Chris didn't call Matt, all

26  basically proud of himself that he got the hit done, and dying to tell the

27  boss it's done, it wouldn't have pointed in our direction as much, because

28  at the time they were trying to deflect blame to the Bonanno's because Mike

4

Part 9 - VladTV Frankie Pasqua & VladTV, Frankie Pasqua Describes
Killing Purple Gang Leader Michael Meldish

1  had had a beef with Mikey Nose Mancuso, and so they were trying to make it

2  look like he ordered the hit.  But instead Chris made that phone call, and

3  it put heat on the Lucchese's -- on us for hitting our own guy.

4  VLADTV            Okay, and they found the body in Throggs Neck in a

5  Lincoln, and it was just a single gunshot wound to the head.

6  FP                22 in the back of the head, yeah.

7  VLADTV            Yeah.  And you know the police were essentially

8  celebrating when they found out the news.

9  FP                Yeah, yeah.  And they found him without a dollar in his

10 pocket, so obviously -- you know, Mike always had a couple thousand on him,

11 so someone went in his pockets, and they were -- especially that guy Coffey

12 said some really horrendous things about Mike on the day he was murdered.

13 [00:08:15]

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5

Part 12 Frankie on Wearing a Wire for the Feds Pat Downs Don't Work for Wires

Transcript:   Part 12 Frankie on Wearing a Wire for the Feds Pat Downs

                        Don't Work for Wires

Participants:          (VLAD) VLADTV

                              (FP) FRANKIE PASQUA

Date:                  September 4th, 2021

(PH)              (Phonetic)

(SL)              (Sounds Like)

(TS)              (Talking Simultaneously)

(UI)              (Unintelligible)

(UM/F)            (Unidentified Male / Female)

A-2131

Part 12 Frankie on Wearing a Wire for the Feds Pat Downs Don't Work for
Wires

1  [00:00:00]

2  VLADTV          So in 2015, you told the Feds that it was your father that

3  killed Meldish, while you stood a few feet away.

4  FP              No, no.  While I was back in the car.

5  VLADTV          But then later on...

6  FP              I was back in the car, and at that time, I was under the

7  impression that my father had pulled the trigger, because I didn't see any

8  other people there.

9  VLADTV          Okay.

10 FP              It wasn't until later on, I realized, when I was in jail

11 with Chris, I realized that my father didn't pull the trigger on there.

12 VLADTV          Okay.  Because then they're saying that later on, you

13 admitted that you made up that story...

14 FP              No.

15 VLADTV          ...and now you claim that Crea, Jr. ...

16 FP              Never did that.  Never did that.

17 VLADTV          No?

18 FP              I never admitted I made up anything because I would have

19 been -- if I ever told them I made something up, my whole case would have

20 got thrown out, I would have got life.  It doesn't work like that.  If you

21 make stuff up and lie to them -- I never lied to these people, because I was

22 scared to death of now, being a rat, and still having to go do life in

23 prison with a target on my back.  That never happened.

24 VLADTV          Right.  Because at one point you know this -- this hit was

25 being tied to Crea, and as he's going through his case, you know you're --

26 you're one of the principal witnesses in it.

27 FP              Um-hmm.

28

1

A-2132

Part 12 Frankie on Wearing a Wire for the Feds Pat Downs Don't Work for
Wires

1  VLADTV         And you know for example, the Defense Attorney, you know

2  claimed that you're a "stone-cold junkie, who routinely beat your wife in

3  front of your children, and also physically abusive to your mom".

4  FP           Well, if you were a Defense Attorney, how would you paint

5  me?  As an upstanding citizen, or all that bullshit?

6  VLADTV         There you have it.  There you have it.

7  FP           Just like it's very similar -- my whole life we've known,

8  you could tell Jerry Capeci anything if you're a wise guy, he'll write it on

9  -- he'll put it in the newspaper for you.  And that's what he does.  So, you

10  hear all these things, it's being shaded from a crew, I put away.  I put

11  them all away.

12            The Captain didn't handle his business the right way, and

13  I put him in prison for it.  So, do you think -- what do you think they're

14  saying about me?

15  VLADTV         Right, because ultimately now because of 2020, Crea was

16  sentenced to life in prison for murder...

17  FP           Well, that was -- that was the father, but the son too.

18  Why would -- first of all, the father said to his son, you're not taking any

19  plea agreements, those are rat plea agreements, because you've got to

20  allocute.  We're all going to prison together.

21            The son wanted -- when he want to get made, he went to his

22  father, and his father made him, right?  When he wanted to be a Captain, his

23  father made him a Captain too, right?  But then when his father said now,

24  it's time to go to prison, he said, sorry, Dad, I'm not doing that with you,

25  right?  You could ask Daddy for whatever you want when times are good.  But

26  when Daddy said, let's go stand up like men together, he went, took a plea,

27  took 13 years.  I don't know many people that plea out to 13 years, if they

28

2

A-2133

Part 12 Frankie on Wearing a Wire for the Feds Pat Downs Don't Work for
Wires

1   didn't do what the witness said.  So obviously, he was scared enough of what

2   I had to say.

3   VLADTV          Yeah.  And you know, like you mentioned earlier in the

4   interview, you started wearing a wire?

5   FP              Yeah.

6   VLADTV          And you wore a wire with your own father?

7   FP              Yeah.  I only -- I only wish I would have got half the

8   stuff that I knew.  But I -- it's very nerve-racking when you're in a

9   situation like that.  So, I'm not asking questions to make people

10  suspicious, so I end up getting shot.  I had to walk a certain line of

11  getting what I can, without getting myself killed in the process.

12  VLADTV          Right.  And you also wore a wire on another high-ranking

13  Mafia guys.

14  FP              Yeah.

15  VLADTV          As well as, the guys that were involved in the hit.

16  FP              Yeah.

17  VLADTV          I mean when you look at wearing a wire, and you see like

18  you know movies like Donny Brasco that's set in the 70s, you know, you have

19  an actually wire...

20  FP              Yeah, there's a tape recorder and...

21  VLADTV          ...and a tape recorder, and whatever else.

22  FP              Yeah, we didn't have that.

23  VLADTV          But when you're talking about later on during your era,

24  what does a wire mean?  Like how did they wire you up?

25  FP              Okay.  I'll -- I don't want to, you know, give up their

26  secrets, but ultimately what I'll tell you is, it's -- it's about the size

27  of a fingernail, all right.  And you can put it anywhere.

28

3

Part 12 Frankie on Wearing a Wire for the Feds Pat Downs Don't Work for
Wires

1          They have ones that can go anywhere, I'm not going to give
2 up their -- and God forbid some guy was wearing a wire today and gets killed
3 because of something I said on this interview.  You know, so I'm not going
4 to say too much.  They're not finding them.  It's not going to happen.
5 VLADTV          Okay.  So, getting patted down or frisked just doesn't
6 matter with the wires these days.
7 FP          It doesn't matter.  They go over you with a magnetron -- a
8 magnetometer it's not going to beep -- it's not like that.
9 VLADTV          Okay.  So, for example, like the glasses I'm wearing right
10 now, you could stick a wire in that, you know a recording device, and then
11 that's it.
12 FP          I'm sure they could.  I haven't seen any glasses with
13 wires in them, but I'm sure they could.
14 VLADTV          I'm sure they could, okay.  I mean were you really
15 nervous, though?  I mean I guess they can't really find it, but still you're
16 recording somebody, you know that the Feds are listening.  I mean, as you're
17 going through and essentially...
18 FP          Well, here's the -- the thing I was most worried about was
19 a dirty Fed, giving me up.  That's what I was really worried about.  Because
20 we had dirty cops work for us my whole life.  So, you know, the guy that I
21 mentioned earlier, that wanted me and Gene to do that hit for him.  A cop in
22 the Organized Crime Task Force basically told everyone that he was a rat.
23 And it was in the newspaper.  And then the Fed that I was working for told
24 me, oh, no, I know for a fact your Uncle is a rat.  Because the Organized
25 Crime Task Force officer told me, he works for me.
26 VLADTV          Right.  And at one point, the Feds actually relocated you
27 to Madison...
28 FP          No.  I relocated myself there.

4

Part 12 Frankie on Wearing a Wire for the Feds Pat Downs Don't Work for
Wires

1  VLADTV              No?

2  FP                  I moved down there.  I had friends that were living down

3  there.  I had heard that they had only two strip clubs in the whole state.

4  I went down there and tried to buy into a piece of a strip club there.  I

5  ended up working for some people there, at some strip clubs, building the

6  rapport to see if they trusted me to work for them, to buy in.  Before that

7  happened, I got pinched for selling drugs.

8                      They didn't relocate me there.  I didn't work for them

9  there.  I went down there, started trying to build a new life.  At that

10 point, I had already told them -- that's when I had called them and said,

11 hey, I have information on the Meldish murder.  Can you help me with this

12 DEA case that my father is trying to get me on, and the ACS case with my

13 kids?  They told me sorry, we don't things like that.  We can't just squash

14 cases for you, which is the truth.  They don't squash cases for you.

15                     That's when I threw that telephone away, never called them

16 again, moved down there, took some of the money I had, started earning more

17 money selling drugs, and was trying to buy a strip club down there, to just

18 start my own life, without ratting on everybody.  But ultimately, I got

19 pinched there.

20 [00:06:38]

21

22

23

24

25

26

27

28

5

Part 11 Frankie Pasqua on Contacting Feds After Being Asked to Kill Bonanno
Mafia Boss

1

2

3

4

5

6  Transcript:  Part 11 Frankie Pasqua on Contacting Feds After Being Asked

7                to Kill Bonanno Mafia Boss

8  Participants:        (VLAD) VLADTV

9                        (FP) FRANKIE PASQUA

10

11

12  Date:                September 3rd, 2021

13

14

15

16

17

18

19  (PH)             (Phonetic)

20  (SL)             (Sounds Like)

21  (TS)             (Talking Simultaneously)

22  (UI)             (Unintelligible)

23  (UM/F)           (Unidentified Male / Female)

24

25

26

27

28

A-2137

Part 11 Frankie Pasqua on Contacting Feds After Being Asked to Kill Bonanno Mafia Boss

1   [00:00:00]

2   VLADTV             Okay.  So, in terms of you deciding to cooperate with the

3   Feds...

4   FP                 Um-hmm.

5   VLADTV             ...you know, there's different accounts of this particular

6   situation.  So, I kind of want to, you know address all these things and

7   have you clear it up.

8   FP                 Um-hmm.

9   VLADTV             You know, there was one quote I found, where you said that

10  while you were in prison, they wanted you to kill the Boss of the Bonanno

11  family.

12  FP                 Um-hmm.

13  VLADTV             And that's when you decided to flip.

14  FP                 Well, that's when I decided to contact them again.  Now,

15  mind you in 2013, when this first happened, when I found them ratting on me,

16  I called the Feds.  I had a number from an agent who had been trying to flip

17  me for a while.  I contacted them.  I told them I had information on the

18  Meldish murder.  They -- I asked them to help me, get my kids out of my

19  parents' custody.  They told me they can't do things like that.  That I have

20  to tell them everything, and then see what I could get.  So, I dumped that

21  phone, and never called them again.

22                     Now, I moved on, went through the regular channels to get

23  my kids out, which worked out.  I was doing business -- I moved to another

24  state, was going business there.  Then I got arrested.  I still didn't call

25  the Feds right away.  I was facing my case down there, I was going to do

26  about two years, it was no big deal.

27                     Then they did a Writ of Habeas Corpus and shot me up to

28  New York as a -- on a Federal Hold.  Threw me in MDC.  So, I figured they

1

Part 11 Frankie Pasqua on Contacting Feds After Being Asked to Kill Bonanno Mafia Boss

1  were going to try to come at me with a case.  While I'm sitting there for

2  two months, I meet up with other wise guys I know and they offer me this

3  Meldish hit -- no, not Meldish hit, they offer me the Micky Mancuso hit.

4           And then I say to myself wow, I have something right now,

5  that I could leverage right at this moment, to screw over the people that I

6  hate, and get myself out of this life.  And that's when I called my lawyer,

7  said get in touch with the US Attorney.  If they could get a wire to me, I

8  could get a hit that's being put on a boss of the Bonanno family -- excuse

9  me -- right now.  And that's what I did.

10  VLADTV       Well, there's another report that said that you flipped

11  after getting arrested for selling heroin in Mississippi.

12  FP        Yeah, I was selling heroin in Mississippi.  But that's not

13  when I flipped.  I got pinched down there.  I was facing a drug case for --

14  it less than three for four grams they caught me with.

15  VLADTV       Um-hmm.

16  FP        While I'm in jail fighting that case, I was there maybe

17  four or five weeks.  The next thing I know, I get woken up at six o'clock in

18  the morning, and put on a plane, and flown up to New York, under an assumed

19  name, because I had already contacted them.  So, when I moved -- when they

20  put me in Putnam County Jail, I was under an alias.  I did not get -- what

21  they were offering me, it just didn't seem like it was worth -- like I could

22  just go do the two years.

23           So, then I got in trouble in Putnam Country selling drugs

24  in jail, again.  Now, I was facing maybe seven -- seven years, six, seven

25  years, and at least I was going to get to do it in the Fed system close to

26  New York, which was better for me.  They put me in MDC.  While I'm in MDC,

27  they offered me this hit.  And that's when I called the US Attorney and

28  decided to work with them.

2

A-2139

Part 11 Frankie Pasqua on Contacting Feds After Being Asked to Kill Bonanno Mafia Boss

1   VLADTV              Okay.  Now, we know talked about throughout your career
2   that you were selling drugs.
3   FP                  Yeah.
4   VLADTV              But were you actually using drugs yourself, as well?
5   FP                  I -- listen I partied my whole life.  When I was younger,
6   I was running strip clubs, I loved partying.  I'm embarrassed to say it, and
7   I hope my kids don't see this.  But when I was young and stupid, I did
8   drugs, drank, partied with strippers, that was my lifestyle.
9                       Was I ever some junkie, breaking into people's houses and
10  robbing them?  No.  That was not my lifestyle, I didn't allow that in my
11  life.  I stayed sharp enough, but Saturday at 5:00 a.m., I was in Sound
12  Factory.  You know that was it.
13  VLADTV              Yeah.
14  [00:03:51]
15
16
17
18
19
20
21
22
23
24
25
26
27
28

John Pennisi Part 2 There was NO honor in what he thought…
Episode 202

1

2

3

4

5

6  Transcript:   John Pennisi Part 2, There was No honor in what

7                    he thought

8  Participants:        (Gunner) GUNNER

9                       (JP) JOHN PENNISI

10

11

12 Date:               5/18/2021

13

14

15

16

17

18

19 (PH)               (Phonetic)

20 (SL)               (Sounds Like)

21 (TS)               (Talking Simultaneously)

22 (UI)               (Unintelligible)

23 (Gunner/F)         (Unidentified Male / Female)

24

25

26

27

28

A-2141

John Pennisi Part 2 There was NO honor in what he thought…
Episode 202

1  [00:00:]

2  JP              I didn't like the way he said it.

3  Gunner          Yeah.

4  JP              So, I said, well then why don't we find out who they are

5  and kill them?  You know, I mean like in that life, when I was in that life…

6  Gunner          Yeah, yeah.  Yeah, yeah.

7  JP              That is what you do, right?

8  Gunner          Yeah, yeah, yeah.

9  JP              That's part of life.

10 Gunner          That's expected.

11 JP              So, and he didn't say nothing.  Walked away.  And the

12 other guy I was with happened to pull his shirt up laughing, kidding around

13 with the guy.  So, when we went outside, I said what the F -- you know why

14 would you disrespect yourself with this asshole?  He was our Captain, but

15 this guy was also a friend with me.

16                 I said, why would you disrespect yourself?  Yeah, well

17 you're getting too crazy.  He says, you know, I was only kidding around.  I

18 said, no, because I don't like the way he said that to us.  You're

19 disrespecting yourself by doing that.  I can pull my shirt up too, but

20 you're disrespecting yourself to this asshole.

21                 So, that was like the first incident.  And then what had

22 happened after that is, I went to one of the Skippers, one of the Captains,

23 that was also out on bail on that -- on that case, I was called to his

24 house.  And I happened to take my younger daughter, I was picking my younger

25 daughter up to take her back to where I live.  And I showed up there with my

26 younger daughter.  Had I not shown up with my younger daughter, I don't know

27 what would have happened, because there was a whole crew of guys there.

28 Like I thought I was just going with one other guy to say hello to him.

1

A-2142

John Pennisi Part 2 There was NO honor in what he thought…
Episode 202

1    And it was so strange, because he was an old-timer, and I
2  really loved him, he passed away now.  And I used to sit and talk to him for
3  hours, his name was Dom.  And so when I go in, I notice all these guys -- I
4  go say hello to everybody.
5    And one of the things I was just recently telling somebody
6  is that if I'm going there innocently, and when you have a dirty stomach, so
7  to speak, if you're -- if you're no good, you're a rat, right.  Or you're an
8  informant, you're a confidential informant, whatever it is, right, and
9  you're doing something dirty, your stomach is going to be dirty.  And you
10 wouldn't just be looking at nonchalantly walk into these meetings, you know
11 what I mean?
12 Gunner        Yeah, not unless you're Greg Scarpo [00:02:07], but yeah.
13 JP            Yeah, well, you could just -- where you may not walk out,
14 right you know what I mean?
15 Gunner        Right.
16 JP            And so anyway I go to this thing, and it wasn't a meeting,
17 it was more of to see how he was doing.  He had just got out on the bail.
18 And I go to sit down and talk to the guy, and the first thing out of his
19 mouth, and he pulled his chair all the way up close to me, and when he did
20 that, I move closer to him.  Like -- you know, like I think he did it to get
21 a reading off of me.
22 Gunner        Do you speak Italian?  Do you speak Italian?
23 JP            I could -- I could a little bit, but I can understand
24 more.
25 Gunner        Yeah, yeah.  I'm the same way.  I'm the same way.  So,
26 they always talk to me in Sicilian, and they do the same thing, they come
27 and start talking Sicilian.
28

2

A-2143

John Pennisi Part 2 There was NO honor in what he thought…
Episode 202

| | |
|---|---|
| 1 | JP               So, he moved very close to me, and I moved even closer. |
| 2 | Once again, I have nothing to hide.  And instead of greeting me by saying |
| 3 | hello, he says, I want to ask you if you know who the rats are on my case? |
| 4 | And I laughed, when he said that; because, I honestly didn't know, and I |
| 5 | told him.  I like, grabbed his shoulder.  I said Dom, how are you feeling? |
| 6 | Like first, how are you feeling?  Like how are you? |
| 7 | Gunner          Yeah, yeah.  Yeah. |
| 8 | JP               Right, right?  And you know I'm all right.  He says, so |
| 9 | you know about these -- you know on my case?  I said, Dom, to be honest with |
| 10 | you, I know you were pinched.  I know you were locked up.  I heard it, and |
| 11 | then I've seen it on -- I heard on the news, or the newspaper, whatever it |
| 12 | was, I says, but I don't even know what you're charged with, let alone who |
| 13 | the fucking rats are on your case.  What are you asking me for? |
| 14 |                  And I'm like laughing, because I don't -- you know he's |
| 15 | also up there in age. |
| 16 | Gunner          Yeah, yeah. |
| 17 | JP               So, I don't know like where is he going with this? |
| 18 | Gunner          Yeah, yeah. |
| 19 | JP               I'm kind of clueless at this point, but I don't know what |
| 20 | already was going around. |
| 21 | Gunner          Yeah, yeah. |
| 22 | JP               Anyway, I wind up leaving there that day, and that was |
| 23 | that.  His wife winds up passing away right after that -- that meeting.  And |
| 24 | now, I go to the wake.  And it is at that wake that I know something |
| 25 | seriously is wrong.  Because everyone is treating me, and just to give you a |
| 26 | little background, you may know this.  At these wakes, is like a gathering |
| 27 | for… |
| 28 | Gunner          Yeah, I know.  Everybody, everybody. |

3

A-2144

John Pennisi Part 2 There was NO honor in what he thought…
Episode 202

1 JP              You're not only going to pay respect to the people that

2 have passed away, or the family members, we're going to meet -- a visit…

3 Gunner          The mob, it's a mob group -- yeah.

4 JP              Yes, right.

5 Gunner          I know.

6 JP              And it's very you know where you're all -- we're all in

7 the same…

8 Gunner          Formal.

9 JP              Family, and all very kidding around, and saying hello, and

10 very respectful to one another.  On this day, they are treating me like I

11 had the plague.  And I'm trying to think in my head, and I'm saying to

12 myself like what did I do?  Did I maybe say something and maybe disrespect -

13 - somebody was insulted?

14                I can't -- because I treat -- you know I always treated

15 everybody very respectful and talked respectful.  I just was -- I couldn't

16 understand what did I do, that people are acting this way?  Once again, if

17 my stomach's dirty, I'm going to know what I did, right.  Uh-oh, they know,

18 you know.

19 Gunner          Yeah, yeah, yeah, yeah.

20 JP              But I can't figure it out, why they're -- I still don't

21 know what's being said, obviously, right.  And I feel like not only

22 confused, but I feel bad, like I don't -- like it's hard to explain the

23 feeling, like I feel…

24 Gunner          Shunned.  Yeah, you feel shunned, like what happened my

25 families don't want nothing to do with me.

26 JP              Yeah, and it's easier to -- to accept something like that,

27 if you know like you did something.

28 Gunner          Yeah, yeah, yeah.

4

A-2145

John Pennisi Part 2 There was NO honor in what he thought…
Episode 202

1   JP            All right, well he robbed money from this guy, or he -- he

2   went with somebody's girl, or he smacked this guy and he was an associate of

3   his.  It's easier to accept, because you kind of know what you did.  But

4   when you are clueless, it fucks with your head, right.  And there's a

5   surveillance picture that the agents catch of me walking out, and it's like

6   -- you know when they say a picture tells 1,000 words?

7   Gunner        Yeah.

8   JP            It does, because you can see it on my face that…

9   Gunner        Do you have that picture?  Do you have that picture?

10  JP            Yeah.

11  Gunner        Can you send it to me?  I'll put it in right here.

12  JP            Yeah.  So, what happens is, is that I -- I leave there and

13  I know at that point…

14  Gunner        What's up.

15  JP            Something is seriously wrong, and it's not good.  And of

16  course, now I go arm myself up, because I -- we got a whole Borgata that --

17  that just shunned me inside of a funeral parlor.

18  Gunner        Yeah.

19  JP            And I know something's you know seriously, seriously

20  wrong, I don't know what.  So, what had happened is, is that -- I'm looking

21  for this picture -- what had happened is -- how am I sending this to you.

22  Gunner        Just text it after, you can wait, you know it's no rush.

23  You don't have to send it now.

24  JP            I'll send it when…

25  Gunner        Yeah, send it when you're done.  Yeah.

26  JP            So, I had a close friend in that family who -- who we were

27  with and going out with all the time, and I was around him, and actually his

28  crew a lot.  And so there was like -- there was somebody in as the acting

5

A-2146

John Pennisi Part 2 There was NO honor in what he thought…
Episode 202

1   boss, and then there was -- they were starting to like, like I said,

2   reorganize and position, and kind of -- he was very jealous of me, this guy.

3   It's another whole long story, but there was a lot of jealousy with him,

4   with me.

5           And so he, of all people, took a back step and never like

6   you know heard all of this, but it was perfect timing for him, because if he

7   stays back, I go down.  Either I get killed or whatever, and it kind of

8   pushes him into a better position.

9   Gunner          Yeah, the one that slept with your girl.

10  JP              No, no, no, not him.

11  Gunner          Okay.

12  JP              There's plenty of Machiavelli's in this story.  So, what

13  happens is that I go and see him, and I tell him, I says, listen Patty, I'm

14  going -- something's going on, and you know I tell him what's going on.  And

15  he's of course denying everything.

16          And I said, look, I'll tell you what.  I'm going to stay

17  here.  I'm going to put my head on this table.  You go make telephone calls,

18  anybody who can come back with anything wrong that I did, or some kind of --

19  for paperwork, or anything -- anything that I did, blow my brains out here

20  at this table.  Because that's what we believe in.  That's our life, right?

21  And so, I'll stay here, and if somebody can come back here and say something

22  wrong, blow my brains out.  Oh, what are you crazy?  And you know what are

23  you talking like that for?

24          So, I said, well I'm going to tell you something else.

25  You tell everybody don't approach me no more.  Because the first person that

26  I see approach me, now I'm going to light them up, because now I don't know

27  what's going on.  I know something's wrong, right?

28  Gunner          Yeah.

                                    6

A-2147

John Pennisi Part 2 There was NO honor in what he thought…
Episode 202

1   JP           And what does he go and slip and say, he tells me I know.

2   I told them they got to use shotguns on you.  Now, that's a big statement.

3   Gunner        Yeah, yeah, yeah.

4   JP           That means that there was a discussion and you're my

5   closest -- one of my closest friends in this whole thing.  Like you were in

6   this discussion.

7   Gunner        Yeah.

8   JP           So, I didn't say anything but I just said, I cannot

9   believe what he just said.

10   Gunner        Yeah.

11   JP           So, now I leave him, and I go home, and I think it was

12   like a day or two later, I was always kind of surveilling to see if the

13   agents were around, you know I was always on the lookout, and they always

14   said oh, he's paranoid, but I was always on the lookout for agents, you know

15   see if they were laying down the block or what not.

16             And you know in that life, that's what you get, right?

17   Gunner        You're always looking.  You're always looking.

18   JP           See if they're surveilling you.  So, I went to go and I

19   looked in one area, and then I went down my block, just to go check.  And

20   there was a car that was like not lined -- out of line, right.

21   Gunner        Yeah, yeah.  Yeah.

22   JP           And I pull up to this car, and there's two guys sitting in

23   the car, one with a baseball hat and turns his head sideways.  But the

24   passenger takes his baseball hat and puts it over his face.  Now, a lot of

25   people have debated and said, oh, this fucking -- you know this guy -- that

26   was probably law enforcement, because you'll know as the story goes, law

27   enforcement is not going to let this go that far, without identifying

28   themselves.  Because they're -- so, I know whoever is in that passenger

7

A-2148

John Pennisi Part 2 There was NO honor in what he thought…
Episode 202

1   seat, I must know him, because they're hiding their face, you know that

2   they're covering their whole face with the hat.

3   Gunner          Yeah, yeah, yeah, yeah.

4   JP              I make a U-turn, come around, and I actually was going to

5   shoot into the car at them, and one of the neighbors was walking, this was

6   in the day time, was walking with his 10 or 11 year old daughter.  And that

7   stopped me, of course, because I was worried about hitting them.  And I

8   drove past.

9                   And now they pulled out and they made a quick, going the

10  other -- you know they did a Uie and was taking off the other way.  And now

11  I'm chasing them through Long Island, on like an 80-mile an hour chase.

12  Now, that's at the point where law enforcement…

13  Gunner          No cops.

14  JP              They're going to identify themselves.  They're not going

15  to wait and see if I'm going to start shooting at them.  They're going to

16  identify themselves.  That's no cops.

17  Gunner          No, that's not cops.

18  JP              But I have an idea -- I have an idea of who it is.  So,

19  what I do is, I set up -- and he's not, he's an associate, and I set up a

20  meeting with his uncle, who is a Captain in our family.  And when I set this

21  meeting up, he picks the spot.  I show up at the spot the next day, and I

22  show up early because I want to case the area, I want to see what I'm

23  walking into, right.

24                  And I don't like the place, because the place has all

25  blacked out windows, and it was like a lounge.  And he actually owned the

26  place.  So, I go around the block, and you're able to park in

27  Gunner          in the alley

28  JP              the back, like going through a back door.

8

John Pennisi Part 2 There was NO honor in what he thought…
Episode 202

1  Gunner          Yeah, yeah.

2  JP              no no Not an alley, but it's like a back of -- like a

3  bunch of strip stores that have back entrances.

4  Gunner          Sure.  Yeah, yeah.

5  JP              And when I go around there, I see by one of the back

6  doors, a bunch of cars parked there.  So, I count from the corner, I count

7  the number of doors and I go around the block, and I count the number of

8  doors, and sure enough, that's the back entrance with the cars to that

9  place.  So, I said, I don't like this.  You know that means people are

10 inside this place.

11 Gunner          Yeah, yeah, you're walking in with a machine gun…

12 JP              And I go -- I go to walk away and I'm going to go in my

13 car and call it off, and say hey I wind up having car trouble, we've got to

14 make it for another time.  And the guy pulls up.  And he says, oh, you're

15 here early.  So, I said, yeah.

16                 Now, my jacket, it's like cold out, and my -- the right

17 side of my jacket is hanging all the way down, so you know he's not stupid,

18 I've got a pistol on me, which is bad in itself, I'm showing up to a meeting

19 with a pistol.  And I'm just telling myself, well if he says, well, come on,

20 let's go in there, I'm going to say no, I'd rather walk.  I want to go for a

21 walk.  You know I want to keep myself away from whatever is going to go on

22 or about or happen in there.

23 Gunner          Sure.

24 JP              And he doesn't.  There's a little café next door, he says

25 come on, let's get some expressos.  All right.  And he doesn't greet me.

26 So, there's signs that -- you know in that life our disrespect, now he don't

27 greet me, our greeting, right.  He don't greet me hello.  And we're talking.

28

9

A-2150

John Pennisi Part 2 There was NO honor in what he thought…
Episode 202

1   So, I kind of lay out my story of why I think it's his nephew that was in

2   that car with the baseball hat like this.

3   Gunner          Yeah.

4   JP              And now this is a very key point.  In that life, no one is

5   supposed to put their hands on us.  No one is supposed to lay on us, to try

6   to hurt us.  No one is supposed to plot to kill us, right?  You know, as the

7   worst case scenario.

8                   I tell him, his name is Joe.  I said, Joe, if I catch your

9   nephew not only on my block, but in my area, I'm going to leave your nephew

10  in the street.  Now, his answer as a brother in that life to me is, because

11  don't forget the nephew is now a civilian, right.

12  Gunner          Yeah, yeah.

13  JP              He's not in that life.  His answer to me is supposed to

14  be, well if I find out that my nephew is -- don't worry about it, I'm going

15  to leave him in the street.  That's supposed to be his answer.  His answer

16  to me was, well that's not going to go so good for you.  And that's when I

17  really knew he was not even looking at me as a brother no more.

18  Gunner          Right, yeah.

19  JP              And that's how I knew this was really serious.

20  Gunner          Yeah.

21  JP              I knew it was serious, and I didn't know what.  But now I

22  knew this is bad.  So, I kind of threatened him back, and say it's not going

23  to go good for your fucking nephew either.  You know, it doesn't matter you

24  know if I do something to your nephew or hurt your nephew or kill your

25  nephew, it's not going to go good for him, obviously, right?

26                  And we get up, he doesn't greet me, doesn't even stand up

27  when I'm going to say goodbye to him, but he's staring at my jacket the

28  whole time.  And I leave.  And I know at that point, that it's a lot more

10

John Pennisi Part 2 There was NO honor in what he thought…
Episode 202

1  serious than I think it is, because they're not recognizing me, or treating

2  me as a friend.

3  Gunner          Yeah, yeah, and they're never going to.  They've never

4  going to after that point, by the way.  Even if you could convince them that

5  you're not a rat or nothing, they're still going to freaking try to kill

6  you.

7  JP              So, what happens is, is that I go home, and there was an

8  incident that took place right after that.  I heard some -- I heard

9  something on the side of my house.  So, I came out of the back, and one of

10  the motion lights had a slow start.  And I pull a pistol out and was going

11  to shoot this shadow coming towards me, and thank God, and I say this --

12  that the light wind up popping on, and I see the brown UPS.  And the guy is

13  looking down, and he had his -- that little thing that you -- you know that

14  little thing that they have…

15  Gunner          Yeah, yeah, yeah.

16  JP              They have that scanner or whatever it is.  And I put the

17  gun behind my back, and I says, you know what's up.  So, he says oh, are you

18  so and so?  No, no, no, that's the next one over.  All right, and when he's

19  walking out, my son is coming up the driveway.  And you know here's a kid

20  who -- who was two years old when I went away, was 19, driving when I came

21  home.  And now he's -- now he's older, right.

22              So, he said, what's going on?  I said, hurry up, come with

23  me.  And I get him in the house, I close the door.  I take the pistol, I put

24  it away.  And he says, what you doing?  So, I started explaining, I said I

25  almost shot this UPS guy.  He says why?  What's going on?  And I start

26  explaining as much as I could, you know as much I could.  He don't really

27  know too much about the life, but I'm explaining as much as I could.  And he

28

11

John Pennisi Part 2 There was NO honor in what he thought…
Episode 202

1  begs me, he tells me, he said, Dad, please you can't stay here then.  You

2  need to -- you need to leave.

3              And I don't go to the FBI. I pack up and pack as much as I

4  could, and I tell him tomorrow, I want yous to come back, pack my stuff up,

5  put it in storage, and I start driving to Georgia, I go to Savannah,

6  Georgia.

7  Gunner          You got any money?

8  JP              I grabbed what I could, and I go.  But I don't have the

9  money to like go down there and that's it, you know.

10  Gunner          really, yea.

11  JP              And that's it and I'm -- you know.  But I -- so I figured,

12  you know what, let me give myself some time.  I'm -- you know the way the

13  mob is.  They're going to be texting, calling, I'm going to get more

14  information about what the hell's going on and all of that.  And I go down

15  there.  And I have to say if you go on my Instagram, the Repented Racketeer

16  Instagram, and you scroll all the way down to the bottom, you'll see a text

17  on there, I saved it.

18              So, now what happens, Gunner is you know -- you know

19  you've been in trouble before, there's this case that happened, right.

20  There's this arrest.  And what comes after your arrest, what do your lawyers

21  ask for?  Your lawyers start asking for what's called discovery, right?

22  Gunner          Yeah.

23  JP              If it's true what they were saying about me…

24  Gunner          It would be in there.

25  JP              My name would be in the discovery.  Well, guess who's name

26  is not in the discovery?  My name is nowhere in the discovery.  So, now they

27  are trying to get me to come back and sending me messages and saying there

28  was a huge mistake made.

12

John Pennisi Part 2 There was NO honor in what he thought…
Episode 202

1   Gunner          Yea

2   JP              But now, look I changed my whole life, and I've got a

3   whole another way of thinking now, but back then, my way of thinking was

4   well, the first guy that you should be killing, is the guy that put the

5   rumor out on me.

6   Gunner          Yeah, yeah, yeah.

7   JP              So, in other words, I should pick up the paper, and he

8   should be splattered in the street, and/or they find him in a car, or in a

9   trunk or whatever way they want to do it, because that is what that life is

10  about.  Because he put a false wire on a guy that could have got me killed.

11  Gunner          Yeah, yeah.

12  JP              Did they do anything ?[00:18:30]  No, he's still a part of

13  them today.  And that was my reasoning for saying not only did yous go

14  against me, and you sent people to try to hurt me, and kill me, but you

15  didn't even -- you didn't even go by our rules, number one is, his brother

16  should go, right, because that -- that -- look what his brother was, fucking

17  a guy's -- a friend's wife.  So, he -- he -- he should go.  The older

18  brother, my Captain should go for spreading the rumor.  And that's -- that's

19  you know the kid should go, the one laying -- laying on me at the house.

20  So, there's a series of things that should really take place, if that life

21  is the way we believed in it, right.

22  Gunner          Real, yeah.

23  JP              None of that happened.  So, my way is go fuck yourself

24  now, I'm not coming in, right.  And that obviously, is a violation now on

25  myself, because part of the rules also is that, when called upon you come

26  in, right?  And someone had you know you always get the haters, and someone

27  had wrote something and said, well, Sonny Black went in.  Yeah, Sonny Black

28  -- Sonny Black didn't go and have guys laying at his house, and go to wakes

13

A-2154

John Pennisi Part 2 There was NO honor in what he thought…
Episode 202

1  and have people you know -- and Sonny Black didn't have all these things.

2  Sonny Black was just going to a meeting.

3              If all these things don't happen and they call me in, I'd

4  go to a meeting too.  I may not walk out of a meeting.  But you go, you know

5  what I mean?

6  Gunner        Yeah, yeah.

7  JP            Because that's your brothers calling you.  He was loyal to

8  his brothers, because they were you know, they didn't do all these other

9  things to Sonny Black.  So, you know a lot of people don't know what they're

10 talking about.  But at that time, my way of looking at it is, Gunner, that

11 if these same people prior to this called me and say hey John, we want you

12 to come to this house, leave your phone, come at 2:30 in the morning, and go

13 down into this basement, and don't turn the lights on, I'm going to do it.

14 Gunner        Yeah, yeah, yeah, yeah.

15 JP            That's -- you know that's our family, I'm going to do it,

16 right?  How could I ever do that now, after all of that?  How could I do it?

17 Gunner        Yeah, yeah.

18 JP            How could I trust again to do it.  So, at that point, it

19 wasn't about FBI, and running to the FBI [00:20:38], no, this -- I went

20 away, and just never even thought about the FBI, they were our enemies,

21 right, since I was a kid.  You grew up around organized crime, was you at

22 Halloween dressing like a cop for Halloween?  No.  They were the enemy kind

23 of, they were the bad guy, right.

24 Gunner        Yeah, yeah.

25 JP            The law enforcement was a bad guy, and the street guys

26 were the good guys, right.  We idolized them.

27 Gunner        Yeah looked up to them.

28

14

John Pennisi Part 2 There was NO honor in what he thought…
Episode 202

1    JP           Going to law enforcement was not even a thought in my head

2    at that point.  And what happens is that because of my record, I can't get

3    work in Savannah, Georgia, and now the money is going, and you know what am

4    I going to do?  Go live on the street?  So, I have to come back to New York.

5    And I'm ignoring, I still have the core group of guys that I talk to, but

6    I'm ignoring the calls, and the texts and everything else from…

7    Gunner        And did you try -- did you try to push for those guys to

8    be killed?  Because I would have.

9    JP           No, no, I didn't, because -- because you want to know why?

10    It's not about me pushing.  It's about that is…

11    Gunner        They should have.

12    JP           That life kind of -- you know that's what it calls for.

13    Gunner        Yeah.

14    JP           If I got to teach you the life, then you don't belong in

15    the position, right?

16    Gunner        Yeah, yeah.  Yeah.

17    JP           You know if you were the under boss, if you were the

18    acting boss, or the Consigliere, or you know and you're -- you're running a

19    family, do I have to tell you what needs to be done, when there's rules

20    broken?  No.

21    Gunner        Yeah, no.

22    JP           Then you don't belong there.  So, I come back -- I don't

23    come back and go to the FBI.  And I don't come go, you know -- I come back

24    and start going to work.  I was doing construction.  I come back and start

25    doing my job again, and I'm staying away, right.  And this is -- when I tell

26    you this is going on the course of eight months, I'm doing this.  And now

27    I'm more -- now, I send a message to the acting boss, and I tell him, look,

28    you know I know there's no walking away, but I'm doing it.  And -- and you

15

John Pennisi Part 2 There was NO honor in what he thought…
Episode 202

1  know this mistake wasn't one on mine, this was on -- this is not my mistake.

2  You know the mistake was -- the -- the injustice was done to me.  It wasn't

3  anything that I did to anybody else.  You know I'm the one that was falsely

4  accused here.

5  And I said, I just want you to know, and everybody to

6  know, nobody got to worry about me.  I hope yous never see the inside of --

7  this is verbatim.  I hope yous never see the inside of the jail cell.  I

8  hope yous make millions of dollars, God bless you, I'm gone -- I'm done.

9  That was my message right.

10  I received a message back -- first of all, I never should

11  have got a message back, but I received a message back from him, the acting

12  boss, saying oh, we could have had you.  We knew where you weork.  Like it's

13  the wrong message to send back, you know.

14  Gunner          Yeah.

15  JP              Even if you were plotting to get me still, I would just

16  say, okay, good luck.

17  Gunner          Yeah, good luck.

18  JP              And then in the end he did say, like anyway, we're going

19  to let you go and live your life and good luck, which I never believed for

20  one second, right.  And then they -- they now hunted me down.  Because

21  they're not going to make me -- what they should have did was shelf me,

22  because that saves face.

23  Gunner          Yeah.

24  JP              It doesn't make the…

25  Gunner          Yeah.

26  JP              You won't have anarchy and lose control over your members,

27  where if they let me walk away, and nothing happens, next week Tony, Vinny,

28  Louie say well, I'm going to walk away too, because they didn't do nothing

16

John Pennisi Part 2 There was NO honor in what he thought…
Episode 202

1   to John, you know -- and the next thing you know you lose control of your

2   family, right?

3   Gunner          Face.

4   JP              But when you shelf a guy, which they should have did,

5   because it was their fault, now it's well we shelfed him for our own

6   reasons.  You let everybody know, and then you let the other families know,

7   he's no longer recognized, and I'm done, right.

8   Gunner          Yeah, yeah.

9   JP              And you go your way, I go my way.

10  Gunner          It happens, it happens.

11  JP              And then I'm not talking to no one.  I go about my life,

12  and they go -- they go about theirs, but they don't do that.  What they --

13  they are pissed off because they wanted me back, and I'm refusing to come in

14  now.  Because I feel that it's just -- the disrespect and where is the

15  loyalty?  There was none.

16                  And now they start sending people.  And I with my pistols

17  start chasing their people away.  And in the city, they even send members of

18  Bloods, they sent about four or five Bloods to where I work.  I chased them

19  in the middle of Manhattan with my hand in my knapsack, all through, down

20  7th Avenue and everything else.  And I was like, like you got to be kidding

21  me, you're sending gang members after me now and they did use them.

22  Gunner          Oh yeah.

23  JP              And they had sent…

24  Gunner          Were they Muscaliti (phonetic)?

25  JP              Excuse me?

26  Gunner          Were they Muscaliti, middle Johnnies.

27  JP              No.

28  Gunner          No, they weren't?

17

John Pennisi Part 2 There was NO honor in what he thought…
Episode 202

1  JP              It's just…

2  Gunner          They're Mexicans?  Were they Mexicans?  Or were they

3  Blacks?

4  JP              No.  No, they were Black, they were Black.  And so, that

5  happened and now I wind up switching actually my job, and then I switched an

6  apartment, right?  So, now -- you know what it costs to now go down to

7  Georgia, I'm not down there like a lot of money, that I'm blowing all this

8  money.  And now I go to another apartment, have to switch from that

9  apartment, because they find that one, and I start seeing things.  And then

10 I chase two different guys from train stations that I'm waiting to go to

11 work, and they found out -- it's too long of a story how they found out, but

12 they find out that.

13             And I on foot, chased the guy, and it's getting crazy,

14 because you know what could happen, you know how long could you be lucky.

15 There's going to come a time when you're not going to be lucky, and they get

16 the jump on you.  And it just gets crazy, and it gets to the point, where

17 now I had to do another move, and I come out there, and I spot somebody

18 else, maybe within a month of living in this new place.  So, they just

19 hunted me down.

20             And my son comes to me, and I had a cousin in that life

21 too that told me to do something, I didn't listen to him either.  But my son

22 comes to me one day, and it's getting so bad that I have a younger daughter,

23 and I'm carrying her high, not as a shield.  I'm worried that somebody is

24 going to be laying, because the area was kind of dark, and I want them to

25 say like I got a kid with me, you know don't try to do nothing.  You know

26 and it's bad.  It's getting bad.

27             And my son comes to me one day, and don't forget he --

28 almost his whole life, I was away, and he's basically saying to me like you

18

John Pennisi Part 2 There was NO honor in what he thought…
Episode 202

1   know what are you going to do, you know, you're going to wind up killing

2   somebody or getting killed, or going to prison.  It's either getting killed

3   or going to prison, that's what's going to happen.  There's no doubt about

4   it.

5              And you know I'm asking you -- you have to do something

6   because for me and my sisters.  So, I have two daughters and him.  And I

7   says well, you know maybe I got to go to a different state.  And he takes

8   like a pen, he says look lets write down your options, and let's go through

9   them.  He says, because as far as my calculations you have none.  And he's

10  like so you -- all right, you want to go to another state.  You tried that.

11  What if you go to another state and the same thing happens again, where you

12  can't find a job.  Now, you've got to come back, because what are you going

13  to do, like you don't have that kind of money to last.

14             So, all right, well and are you going to be able to --

15  now, you move to another apartment, and they're going to find you there.

16  Now, you're going to  have to move again.  How long are you going to keep

17  doing this?  How long are you going to keep moving?  Don't forget you're

18  putting these apartments under your name.  How long are you going to keep

19  jumping from apartment to apartment, and how are going to be able to afford

20  these moves?  Because you know it's not an easy thing to get moving trucks

21  and all of that.  And then pay security and rent and all of that…

22  Gunner         Yeah, yeah, yeah.

23  JP             You know, it starts getting into a lot of money.  And so,

24  we do this whole thing, go through this list.  And then he writes on the

25  other side of the paper, what -- you know what about these FBI people?  And

26  up until this whole point, you know in my whole life, like you know anytime

27  that name was mentioned, it was followed by you know scumbags, these fucking

28

19

John Pennisi Part 2 There was NO honor in what he thought…
Episode 202

1   mutts [00:28:40], and that's the way we viewed them.  They were our enemy in

2   that life, right.  And even when I wasn't in the life as a young guy…

3   Gunner          Yeah.

4   JP              And maybe an associate, or a knock-around kid, they were

5   still the enemy then, the cops, that's -- that's the way you know a street

6   guy from any state or anywhere, probably any country views law enforcement.

7                   So, at this point, I'm like, you know not entertaining

8   this, and he sees it, and he says I know that you don't want to hear this.

9   He says, but what are your other options?  Tell me what you're going to do?

10   In other words what are you going to do to avoid killing somebody, getting

11   yourself killed, or going -- going -- getting arrested from doing something

12   to somebody?  How are you going to avoid that?  Tell me.  And I don't have

13   that, I don't know.  You thought well, I don't know, Nicky.  His name's

14   Nicky, I don't know.  So, he said to me, now he's going to leave, and he

15   says promise me that you're going to go talk to these people.  Do it for me

16   and my sisters.

17                   And it's you know like, here's a kid who I was away his

18   whole life and my older daughter was born while I was in the prison you know

19   from the conjugal visits.  And you know, so I -- yeah, well, I'll think

20   about it, Nicky.  You know, promise me you're going to go tomorrow, and he

21   leaves right.  And that next day was a Friday, and I had gone and stood in

22   the house Friday, Friday night, Saturday, Saturday night, Sunday, Sunday

23   night, all the way to Monday, literally vomiting because I was sick to my

24   stomach over this whole thing, and the -- the possibility of even having to

25   consider that option, because it just made me physically sick.

26                   And I wake up Monday, and a lot of people -- I have told

27   this story before, and it's -- it's sad that people have like kind of made

28   fun of it, or -- or said that I'm lying about this next part.  So, if I am ,

John Pennisi Part 2 There was NO honor in what he thought…
Episode 202

1   only I have to -- we all have to answer, right, in this world, and we all

2   have to answer when we die.  So, I'll answer to that gladly.

3              The next day I wake up, and I don't want to -- I didn't go

4   you know three days, I didn't want to leave my house.  I didn't want to go.

5   And I went over -- I was very close, as you were, to my grandparents, and

6   they had passed away.  And you know I have pictures and I had a candle and

7   you know rosary beads you know.

8   Gunner        Sure.

9   JP            And I go over to this area, and I go over to their picture

10  and I pray to them, and say please -- I know we're not supposed to ask for

11  signs, and I never did my whole life, please send me a sign if I should

12  listen to Nicky, because I don't want to.  I don't want to do this.  And

13  Gunner, I swear to you, everything, it was like an earthquake at my house.

14  All the dishes, and like wine glasses, and anything that was glass, it was

15  ding, ding, ding, ding, ding, ding.  Not for a little bit, it went on for

16  hours throughout that whole morning.

17             I called my mother, and I said you're not going to believe

18  this, I want you to listen.  She says, what is that?  I says, let me tell

19  you what I did.  I prayed to grandma and grandpa, and I tell her the whole

20  thing.  And she said, oh my God.  I get Google, I don't know where to go.

21  Gunner        You live by the El train?

22  JP            No.

23  Gunner        I'm just kidding.  I'm kidding.  I'm kidding.

24  JP            You would like, if that was it, you know like I would look

25  for an excuse and say all right, that's the train.  Nothing.  Right.  I go

26  to Manhattan and end up at their Federal building in Manhattan, and actually

27  go to the wrong area, because it's like the -- the terrorist task force.

28

21

John Pennisi Part 2 There was NO honor in what he thought…
Episode 202

1  And that's how this whole thing begins, you know, or -- or ends, rather that

2  is really my way of just I left the life.

3                     And I truly can say that they made such a mistake, because

4  like what they were saying was not true, and they knew it wasn't true, but

5  just let me go.  I know -- I know you can't walk away.  I know that there's

6  no such thing as -- and no one has to tell me that, I know the rules better

7  than anybody, I was in that life.

8  Gunner          I mean, but you can be shelved.

9  JP              There is no such thing as walking away, right?  We know

10 that's part of the rules.

11 Gunner          Yeah, yeah.

12 JP              But I what I always say is so now what do people call you?

13 They'll say, oh, so you were accused of being an informant, so now you

14 became one.  Or you were accused of being a rat, so now you proved them

15 right.  Or oh yeah, see he was a rat.  Listen, at the end of the day, and

16 I'll say it until I'm blue in the face.

17                 We have -- we had rules.  And we had rules put in place

18 for a reason, right.  All of my former friends, still till to this day, have

19 broken all our rules.  I broke one.  I didn't come in.  Two, right and spoke

20 right.  When they come up with the name as a whole for everybody that breaks

21 all the rules in that life, whether it's rat, scumbag, whatever name it is,

22 I'll accept that name, but let's label everybody together the right way,

23 because we all broke the rules.

24 Gunner          Yeah.

25 JP              That's my look on it.  You know and I'll accept whatever

26 name it is, but let's -- let's put them in the equation, my former friends

27 too, because we had one guy fucking my girl.  We had another guy put a false

28

22

John Pennisi Part 2 There was NO honor in what he thought…
Episode 202

1   wire on me, and a lot of other things that -- rules that they broke, a lot

2   of it.

3   Gunner        Well, I'm not judging you, bro, just so you know, I have -

4   - I have -- what you did is what you felt you needed to do for self-

5   preservation for your kids, for your family.

6   JP        Yeah.

7   Gunner        You were protecting yourself and people were trying to

8   kill you who were -- who were not the most honorable people, they were not

9   upholding the rules, they were scummier than that.  So, what you did was you

10   know what you felt was the right thing to do.  I'm not saying I would do it.

11   I'm not saying, I'm wouldn't, is what I'm saying.

12   JP        Yeah, yeah.

13   Gunner        I don't know, but when it came…

14   JP        You don't know too, but the bottom line is it's good that

15   you said that, because you wouldn't know until --

16   Gunner        Until you know.

17   JP        -- you were in my whatever shoes I was wearing at the

18   time.  But what I find very comical to me is that the people who make -- you

19   know the way the internet is, and there is always haters hiding behind a

20   computer screen.

21   Gunner        Sure, oh yeah, I get it.

22   JP        But yeah -- but what I find comical is, is that they will

23   make comments and say, ah, you wasn't no gangster.  Ah, you wasn't no tough

24   guy.  Well, let me ask you.  I have a question.  When it first happened, I

25   didn't go run to the FBI.  I went and got what -- I went and got a pistol.

26   That's usually what gangsters do, right.  They live by the pistol.  I went

27   and chased their own guys that they sent to me with the pistol.  Still left

28   -- still was living my life as a gangster, right?  That's what gangsters do.

23

John Pennisi Part 2 There was NO honor in what he thought…
Episode 202

1  I was by myself going to meetings with a pistol, not running to the FBI, as

2  a gangster.

3             I did all those things.  I tried, you know I tried my

4  best.  I was even trying to fight them by myself.  I had a crew of guys that

5  said what do you want to do?  What do you want to do?  What am I going to

6  do, go to war with this little crew of guys, have their -- I know their

7  wives, kids, and everything, have them get killed, or -- or go to jail.

8  It's -- I tried to handle it on my own, but I'm one person, and as I said

9  that little core group of people turned on me eventually, and I understand

10  why.

11             They're into that life, so it's easier now to go against

12  one, than many.  And they had aspirations to get into the life.  So,

13  obviously they're not going to go against them, and that's -- that's really

14  what happened and it's just -- I just laugh at the comments that people

15  make.

16  Gunner          Yeah, yeah, yeah.

17  JP              Because they don't know.

18  Gunner          Don't sweat those bro.  Let me tell you something bro,

19  listen, you don't really know me, bro, but let me tell you something.  The

20  old me back in the day, I'm going to tell you who I was.  If I was in your

21  situation, I probably would have freaking walked into the boss, and put a

22  bullet in his head.  And then I would have said, now who's next.  I'm going

23  to get got, today, now I'm an adult man.  If I was in your shoes or

24  whatever, I can't say -- I wouldn't do that, I would either run like you

25  did, or do what you did.

26             Because who cares?  This is your life.  You get one.  You

27  have kids, you know what I'm saying.  They had their -- they had their

28  chance to be honorable and do the right thing for you, by your name, after

24

John Pennisi Part 2 There was NO honor in what he thought…
Episode 202

1  you had given them years of your life.  You had given them you know your

2  true commitment to our thing, and then the next thing you know, they turn

3  their back, so F them.  I feel like those scumbags whatever they get, they

4  had coming.

5                Now, let me ask this though.  How did you -- what did you

6  with the Feds, did you -- you're not in witness protection, because you're

7  doing this.

8  JP            No.  No, and let me tell you something else.  When I go

9  in, you know and this is -- I'm not trying to knock anybody else, but

10 usually when they have somebody, the person either was loaded up with

11 charges, or an indictment.  The person was convicted and didn't want to do

12 the time --

13 Gunner        Yeah, do time.

14 JP            -- or the person was doing time, and wanted to get out of

15 the time, or caught up in a sweep, and you know told like lights out, and

16 they don't want to go do whatever may be the case.  Everybody's situation is

17 different, whatever decisions people make are different, it's none of my

18 business.

19                In my case, in particular, I had no indictments.

20 Gunner        Case.

21 JP            I had no case over my head.

22 Gunner        That's crazy.

23 JP            I owed no time.  I wasn't in jail.  I wasn't -- and it was

24 very unique in itself, I think the only other person that had done something

25 that like, it happens to be the same family was Al D'Arco.  Is that they

26 plotted to kill Al D'Arco for no reason.  And they -- and he walked in cold,

27 as they say.  It's like walking…

28

25

John Pennisi Part 2 There was NO honor in what he thought…
Episode 202

1   Gunner           Did they shoot Al D'Arco -- didn't they shoot him at one
2   point?
3   JP               No, no.  They were trying to set him up in a hotel, and
4   they were going to kill him.  They were definitely going to kill him.  He
5   winds up getting out, he's very lucky.  But -- so, it's like kind of unique
6   in itself, but at the end of the day, yes, we cooperated, you know, there
7   was no…
8   Gunner           What did they do for you in return though?  Just rid of
9   the guys who were after you?
10  JP               No, they were -- they're out there today.  They -- what
11  they did is that they -- you know they will make their moves and move you,
12  and all of that, and offer you the -- you know to go into the program, and
13  you know and all of that.  And you know they are very vigilant about your --
14  someone's safety.  And you know I can't speak to much about what they do,
15  but it's just -- I have to tell you that it is unbelievable and amazing at
16  what they know, and what they could do to protect you.  It's unbelievable.
17  Gunner           Oh, I already know.  No, I can believe it.
18  JP               Like, forget it, it's unbelievable.
19  Gunner           I can believe it.
20  JP               And don't forget, you know today we have -- today we have
21  drones, and things like that, and I can't say too much, but it's just insane
22  what they could do and not only that, is that they know who's who.
23  Gunner           Everybody.  They know everybody, everybody.
24  JP               They know -- it's insanity how they watch these people.
25  Gunner           Bro Listen, I'm telling -- I'm telling you in Detroit,
26  they always had a couple of Feds on the -- it's not even secret you know
27  what I'm saying.  It's just everybody knows with the information that the
28  guys inside get, that there's a couple of dirty Feds from OC or whoever it

26

John Pennisi Part 2 There was NO honor in what he thought…
Episode 202

1    is, but this information falls right from the inside the Fed building

2    downtown right to the family, and they kind of know everything.  So, I know

3    -- I can believe it, believe me.  They know everything.  They know

4    everything.

5    JP              Oh, they know everything.

6    Gunner          They know -- dude, listen knew my nickname, they knew --

7    they would -- they said -- they had me, first they brought me in four times

8    in 1996, this was a big sweep.  And they kept showing me pictures of myself

9    coming and going from places.  One time I was carrying a duffle bag of

10   money, and they're like what's in the duffle bag?  I'm like sandwiches, and

11   I just made it up real quick.  I'm like oh, it's sandwiches for the guys at

12   the horse track.

13              You know another time they had -- playing wires on the --

14   playing the wire, I'm sitting there like this, listening to myself.  So,

15   what are you saying here?  Who are you talking about?  And blah, blah, blah.

16   And I'm like I could not believe it.  They knew everything I did and I

17   wasn't even a major player.  I was like -- I was a nobody.  So, I'm like

18   jeez, imagine what they know about the boss.  Then I got to thinking…

19   JP              Yeah, they -- especially with the technology today, it's

20   just like -- you know even these people out there that have burner phones --

21   you know you've got to be very careful.

22   Gunner          They can get at you.  They can GPS you.

23   JP              They're not -- they are so high tech that, it's just

24   totally amazing.

25   Gunner          They triangulate it.  Yeah.

26   JP              Yeah, and they have your…

27   Gunner          All they need to know is your location, if they know your

28   location, they can triangulate it, or get your phone boom just like that and

27

John Pennisi Part 2 There was NO honor in what he thought…
Episode 202

1  lock on, I know -- I know about it. (41:29) Listen, so what -- but so they

2  did this for you, I mean you don't have to talk about it, if you don't want

3  to, I understand, and it's not something I really care about.  But what I'm

4  saying is you went and said this is my situation, but they weren't going to

5  spend a bunch of time and money on you unless you gave them something in

6  return.

7  JP              No, so now -- no, so now what happens is, is that you're

8  kind of now being debriefed, right.

9  Gunner          Yeah, yeah, yeah.

10 JP              So, now they're like you know are you kind of speaking

11 about things and you know unbeknown to a lot of people is as you're speaking

12 of crimes, you are going to be charged with those crimes, so I walked myself

13 into an indictment, because now I go from nothing to something, because you

14 can't -- so, this is the way -- this is the way it is.

15              They can't sit there and listen, and I tell them oh well,

16 me and Gunner had a bookmaking operation, and we did, that, and the other

17 thing.  All right, we're going -- we're going to -- let's -- we're going to

18 indict Gunner and not indict John Pennisi.  It doesn't -- it doesn't work

19 that way.  They have to indict you.  And they have to indict me, so they put

20 it obviously under a RICO, and I got to get -- I get indicted as well for

21 this.

22              But due to how this took place, being that I didn't have

23 any charges against me in the very beginning, being that I didn't have a

24 case, and oh, I wasn't convicted of anything, I didn't have nothing over my

25 head, you know they take that, or a Judge takes that into heavy

26 consideration when it's time to sentence you.

27 Gunner          Did you -- so, have you been sentenced?

28

John Pennisi Part 2 There was NO honor in what he thought…
Episode 202

1   JP              I'm sentenced, yeah.  I'm sentenced to five years post --

2   five years parole, Federal Parole, like post release.

3   Gunner          And they helped you kind of like get out of Dodge, go move

4   away.

5   JP              Yeah, I had to plead to the indictment.  I had to plead --

6   I had to get indicted and plead right then and there, and then after that

7   you wait.  And we waited a while, then you wait to get sentenced.  And you

8   know it's up to the Judge.  You know the Judge could have gave me time, and

9   I would have went in.  I was prepared to go, because you know you don't know

10  what you're going to get, and you know it's up to the Judge.  But I think

11  because of the way it took place, he -- he took that into heavy

12  consideration.

13  Gunner          Oh, no, not took it in, he did.

14  JP              He basically said, we didn't have him on nothing.  We

15  didn't have no cases on him.  We had none of those.  We basically made the

16  indictment from what he told us about himself, and that he never minimized

17  his parts in these crimes.  We fact checked, and triple checked and

18  everything he said was accurate.  So, you know -- and that's -- that's what

19  happened.

20  Gunner          So, there's no bodies involved.  There's no major freaking

21  violent crimes, it was just kind of more petty crap and that -- I get it.

22  JP              Yeah.

23  Gunner          So, you're not -- you're not in New York I'm assuming.

24  JP              No, no.

25  Gunner          Yeah, you don't want to go there.  I wouldn't -- you know

26  those guys, the guys like that man, irritate me, and I'm not saying New York

27  guys.  I'm saying all guys.

28

                                29

A-2170

John Pennisi Part 2 There was NO honor in what he thought…
Episode 202

1   JP              And you know when you're -- when you're -- like you're
2   from Detroit, right, and I'm from New York.  And like that's your home town.
3   And you know it was -- I mean it didn't break my heart, but it was like, you
4   know you're a little down, and you know you miss being around New York.  And
5   now, I don't.
6   Gunner          I don't live in New York.  I don't live in Detroit.
7   JP              I occasionally come in.
8   Gunner          Yeah.
9   JP              I occasionally come in, and you know see my family and
10  what not, but -- but I don't miss it at all, I really don't.
11  Gunner          Yeah, me neither.  Me neither.  I don't miss Detroit.
12  JP              No, I don't miss it.
13  Gunner          Dude Listen, I live five hours away, up north in the
14  boonies, and I have a 20-acre ranch in the middle of nowhere, in the middle
15  of the woods.
16  JP              That's -- that's -- listen that's the way to live.  I love
17  it.
18  Gunner          Bro, dude, you should come here someday, yeah I'll take
19  you trout fishing.
20  JP              I love -- you don't know how much I love -- I love rural,
21  I love being…
22  Gunner          That's where I live.
23  JP              That's my new thing is that's what I love.  I love being
24  outdoors.
25  Gunner          Bro, you've got to come see me.  Are you kidding me?  I
26  live on a 20-acre ranch in the middle of the wilderness, and it's like a
27  beautiful -- all I do is…
28  JP              That's the best way to live.

30

John Pennisi Part 2 There was NO honor in what he thought…
Episode 202

1  Gunner            All I do is go trout fishing, deer hunting, four-wheeling,
2  snowmobiling, that's what I do.  That's my life.
3  JP                I know you -- I know you put up this thing about this
4  young kid, and I'm going to try and put that out there more myself.
5  Gunner            Yeah, yeah.
6  JP                To get that kid, and get his family out there so that they
7  can come and…
8  Gunner            Yeah, exactly.  That's a big deal to him.  So, man anyway,
9  I was thinking about -- so, as you were telling your story, it just makes me
10 think about so many different little situations and instances, and I do not
11 miss that life.  On the part of the -- the good part of the life that I live
12 around those guys, it wasn't a lot.  Like it was probably more for you -- it
13 was more coming up in your culture, around your people, the culture of the
14 LCN in New York's different.  Because it's so secretive and cloistered in
15 Detroit, it's not anyone knows anyway.

16                   And the people who do know, they didn't really -- they
17 called me what's called [dragonie 00:46:27], I don't know if you've heard of
18 that term dragonie, or defetto [00:46:29] is another word.  But dragonie,
19 it's just means half-breed, right.  They didn't say it to my face.  They'd
20 never say it to my face, but I felt like they looked at me as a dragonie,
21 meaning they didn't my dad.  My dad was a douche-bag.  They loved my mom, my
22 dad was a douche-bag.  Of course, then I come along, and I represent the
23 douche-bag dad, in my mind.

24                   Everybody's -- nobody's ever said that.  They always said
25 nah, nah.  And even when I brought it up, I'm like dude, you guys I thought
26 I was a -- you know half-breed douche-bag.  My dad's kid [00:46:54].  No, we
27 didn't bro, we never looked at you like that ever.  But in my mind, I
28 thought they did.  So anyway -- so, at that time in my life, I never really

31

John Pennisi Part 2 There was NO honor in what he thought…
Episode 202

1   was that -- I had this -- this bond to you know Cosa Nostra, nothing like

2   that.  I knew it.  I was involved in it.  I was around it.  That's all I

3   knew, but in my mind I was just like, well I could never be fully part of

4   it, and they looked down their nose at me anyway, because I'm not full-

5   blooded.

6               And that's the reason why I was so violent, because I

7   wanted to prove my self-worth.  So, I had a chip on my shoulder.  So, you

8   know no -- nobody freaking bothered me bro.  Listen, these guys are -- all

9   of them got bodies, you know they didn't get the button for nothing.  All of

10  them are very, very dangerous men.  These are men that are freaking

11  terrified of me, because of what they've heard or seen from me.  And so, in

12  return they gave me respect.

13              It was for the wrong reasons, but still they gave me

14  respect.  Now, 20 years later, because I've been out of prison five years,

15  you know I was in -- in for 13, I don't miss any of that bro.  None of it,

16  none.  I don't miss -- I don't miss dealing with scumbags.  I don't miss

17  even the old men.  It was fun talking, and chilling with the old men and

18  telling old war stories…

19  JP              Yeah, I enjoyed the old-timers.  Really.

20  Gunner          Yeah, the old-timers.  I did too.  I loved those guys.

21  Talking to the old-timers, talking Italian, playing penny poker.

22  JP              And Gunner, let me tell you something.  These -- all these

23  people I talk about, I truly love -- like I loved these guys.

24  Gunner          Yeah.

25  JP              And believe me when I tell you, like and it -- it hurt me

26  so much what -- what-- what -- what was going on, like when…

27  Gunner          Yeah.

28

32

John Pennisi Part 2 There was NO honor in what he thought…
Episode 202

1   JP          And then when you start piecing it all together, I

2   couldn't -- I couldn't believe what -- what happened, like you know.

3   Gunner       Yeah.

4   JP          And I just felt so stupid, that -- that here I am, I

5   thought that these were my brothers, and these were these loyal guys, and we

6   had honor and everything…

7   Gunner       Bro, it's so -- it goes to show you, no offence to you,

8   because you got involved in that life when you were a little older.  Because

9   you were in prison for 17 years, had you gotten -- had you gotten involved

10   in that life in your early -- late teens, early 20s, you would have saw by

11   the time you were 35, just how freaking treacherous these mother-f'ers are.

12   JP          Yeah.

13   Gunner       I mean, I saw so much back-stabbing and lying and crap

14   that went on when I was a kid, between friends, that it just blew my mind.

15   How all these guys were even friends or knew each other, without killing

16   each other, because they're always screwing each other in the back, over

17   money, and lying and there's girls.  And anyway, there is no honor in that

18   freaking life.  They'd like to pretend there is.  In the old-timers, maybe.

19   You're talking -- but I'm talking the old-timers.

20   JP          Yeah.

21   Gunner       The guys who were dying -- the guy who are dying off now

22   are the guys that…

23   JP          Well, I just said that.  That when you -- when these old-

24   timers who have those values that we speak about, right, and follow these

25   rules, when they die off, they're taking that with them.

26   Gunner       It's over, yeah.

27   JP          And that's why if things get watered down, and you have

28   what you have now --

A-2174

```
John Pennisi Part 2 There was NO honor in what he thought…
Episode 202
```

1   Gunner          Yeah.

2   JP              -- where they just -- is the honor and the respect and the

3   loyalty have been replaced by selfish greed, and things like that.

4   Gunner          Yeah.  It's like a street gang.  It's just like a street

5   gang now.  That's all it is.

6   JP              Yeah.  Oh, yeah, like they're a glorified step above a

7   street gang.

8   Gunner          Yeah.  That's it.  Yeah, Larry says the same thing.  He's

9   like yeah, they're not grooming -- they're not grooming them the way they

10  used to.  But I will say though --

11  JP              No they're not

12  Gunner          -- I will say in Detroit, that's not necessarily true, but

13  in New York, I can tell for sure.

14  JP              Yeah.

15  Gunner          I know they brought the Sicilians in, the Sicilians have

16  kind of taken over, and brought the old rules back.

17  JP              Yeah.

18  Gunner          But what you're talking about how -- that's how it is in

19  Detroit, and it always has been that way.  And they groom them in a fashion

20  that you know -- they're just trained different.  And they honor and respect

21  stuff with the guys that -- the nucleus of the family, the made guys,

22  they're all there.  There is treachery, some, but it's more of like the

23  associates and the soldiers and lower-level guys.  They're the treacherous

24  ones, they try to dick each other on contracts and bookmaking, and blah,

25  blah, blah, but the guys up there -- even the guys who are my age, who were

26  kind of coming into their own.  The world that you swore your oath to is the

27  world they live in, and they wouldn't dick you in a minute, man, they would

28  never do it.

                                        34

John Pennisi Part 2 There was NO honor in what he thought…
Episode 202

1   JP              Yeah.  But you know -- but saying all that now, I've got
2   to tell you that I always -- I never was, you know you were running around
3   the street and in that life.  You're always on edge, and you're never at
4   peace.
5   Gunner          Always.  No.
6   JP              And you're never relaxed.
7   Gunner          Never.
8   JP              You know and now, you know for the first time, and I'm --
9   I'm you know -- I'm 50, I'm going to be 52, for the first time in my life,
10  I'm peaceful, I'm happy, I'm more relaxed and you know when everybody,
11  everyone around me now sees it.  And I have met now so many different people
12  in all walks and forms of life, and you know -- and good people, you know,
13  they don't have to be mobsters.
14  Gunner          Yeah, yeah.
15  JP              You know I met a lot of people that are decent people.
16  Gunner          Me too.
17  JP              You know that's why there's a lot of truth to the saying
18  of you know you are who you surround yourself with.
19  Gunner          Yeah, yeah, yeah.  Well, I'll say this John, I'm proud of
20  you.  I don't care if somebody listens to this show and freaking has
21  something to judge you about, because you've you know debriefed.  F them,
22  they can kiss my ass too.  You don't like it, go to another channel.
23  Unsubscribe me.  I can tell you're a good dude.  And those guys who did you
24  wrong, they lost a real one.  It's a shame.
25              They didn't really give you many options, you know they
26  backed you in a corner.  And so, you've got kids and your own life to think
27  about.  What are you going to do?  Put a bullet in your head?  You did self-
28  preservation.  You're here living, you're laughing, you're smiling, you're

John Pennisi Part 2 There was NO honor in what he thought…
Episode 202

1 enjoying your life, and your family.  F them scumbags.  Let them have New

2 York.  They can have it.  There's nothing there anyway, freaking -- they can

3 have the whole literal cesspool, the whole nine, you know what I'm saying?

4                    Go enjoy your life.  Enjoy your family.  Live, laugh,

5 love, be a man of God, you know don't be ashamed of that.  If you are one,

6 enjoy what God's given you, and give him the great -- you know the glory for

7 it.  And keep doing what you're doing.

8                    So, what do you got going now?  So, tell me about, you've

9 got Sit Down News.  What is that?  And what is…

10 JP            So, I -- I created the blog which is Sit Down News, and

11 never expected to go where it's going.  And…

12 Gunner        Is it a podcast, is it a podcast, or what?

13 JP            Well, first, I've started the blog, and I still have the

14 blog to this day.  And it was like -- more like therapy for me to write.

15 Gunner        Yeah, yeah, yeah.

16 JP            And I never went to school for none of that.  I'm not the

17 greatest.

18 Gunner        Right, by the way, you know I'm an -- oh, yeah, I showed

19 my book.  I mean, I wrote 10 novels.  I'm working on my 10th novel right

20 now, by the way.

21 JP            Yeah, I think -- you see how excited I got when you showed

22 it to me.

23 Gunner        Yeah, I'm a writing coach by the way in case you have any

24 interest.

25 JP            That's great.  Yeah, I'm not the -- I'm not the greatest,

26 if you read some of the stuff, it's -- it's okay, and people have praised

27 it, but I have a lot to go.  So, I started doing that, and it really became

28 very popular.  And so, what I did is, after that I started the podcast with

36

John Pennisi Part 2 There was NO honor in what he thought…
Episode 202

1   -- with Tom LaVecchia, the MBA and the Button Man.  And we were just doing

2   it.  And people suggested, oh yous kind of -- yous mesh good together and

3   you know let's give it a shot.  And it's going very well.

4                   And but what I just recently did was, I did it -- I did

5   one separate from that, and called it Sit Down News, and it's just basically

6   kind of talking about what I write on the blog; but give it a little more

7   background.

8   Gunner          What do you write in the blog?

9   JP              Well, all kinds of stories, but all stories that I lived

10  through, or I know about.

11  Gunner          Yeah, yeah.

12  JP              Usually, there's a whole bunch of them on there if you

13  look, a whole bunch.

14  Gunner          Are you saying you're going to do a new YouTube series?

15  Is that what you're going to do?  Like a YouTube series.

16  JP              Well, it's on there now.

17  Gunner          Okay.

18  JP              So, I have the MBA and the Button Man, and I also have the

19  Sit Down News which is kind of me talking about whatever I wrote about on

20  the blog, but in more detail, and giving a little more background on those

21  stories.

22  Gunner          Yeah, yeah.  Yeah.

23  JP              So, I kind of -- I have two podcasts, and the blog going

24  on.  And you know, you know how that is, it's kind of hectic.

25  Gunner          Oh dude, yeah, yeah, yeah.  Well, you have to have me on.

26  I mean, I've got some crazy ass stories.

27  JP              Oh absolutely, I'm having you.  Absolutely.

28

37

John Pennisi Part 2 There was NO honor in what he thought…
Episode 202

1   Gunner            You're have to -- go through some of my -- just scan

2   through…

3   JP                Now, I want to -- now, I want to find out all of your

4   stories.

5   Gunner            Yeah, bro, listen go through my shows, there's 190 of them

6   and pick out a couple that jump out at you, like there's one a while back,

7   where I almost -- I almost, I still have a hard time seeing it.  I was going

8   to kill a main dude.  And I didn't have no if, ands or buts about it.  I

9   told it right to him, you're going to pay me -- or I told him I was going to

10  burn his place down…

11  [00:55:19]

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

A-2179

John Pennisi Talks Mob Life with Gary Jenkins

1

2

3

4

5  Transcript:  John Pennisi Talks Mob Life

6  Participants:        (GJ) Gary Jenkins

7

8                       (JP) John Pennisi

9  Date:                3-19-2021

10

11

12

13

14

15

16  (PH)              (Phonetic)

17  (SL)              (Sounds Like)

18  (TS)              (Talking Simultaneously)

19  (UI)              (Unintelligible)

20  (UM/F)            (Unidentified Male / Female)

21

22

23

24

25

26

27

28

A-2180

John Pennisi Talks Mob Life with Gary Jenkins

1   GJ              Welcome all you wiretappers out there.  We're back here in
2   studio of Gangland Wire.  I've got on a Zoom call, a new friend of ours,
3   John Pennisi.  Now, you may have read about him.  He has his own blog piece,
4   and we're going to talk to him about being a former mob guy, a member of the
5   Luchese family and who has now turned into a blogger, which is kind of
6   interesting.  And believe me, folks, you ought to read it.  He's a -- he can
7   write pretty darn well.  And he's got some interesting stories, and just the
8   titles of some of these things will stir your interest.  So, welcome John.
9   JP              Welcome -- thank you, Gary.  Thanks for having me.
10  GJ              Well, John Pennisi, you're a -- you're kind of a legend on
11  the internet.  You're creating a little bit of stir out there.
12  JP              I'm not -- I'm not trying to.
13  GJ              You even got the US Attorney back at you again, I've
14  noticed by writing these blog pieces, because now you're -- are you in
15  witness protection?
16  JP              I can't -- I can't divulge that.
17  GJ              Okay, all right.  Okay, I got you.  Anyhow, let's -- let's
18  start talking a little bit about your past, I guess.  You were a member of
19  the Luchese family.  You know, tell our listeners here, and me, about that.
20  And you even went through an initiation ceremony.  So, I'd like to hear
21  about that.  And so would the rest of these guys out here.
22  JP              Yes.  I'm a former member now.  And at one time, I was --
23  I was a Member of the Family, Luchese Crime Family.  It was back in 2013,
24  when I was inducted into the Family.  Prior to that, I was an associate to -
25  - of the Family.
26  GJ              So, when you said you were inducted in, now, did you --
27  I've read about this, several places.  I've even seen a couple of people
28  that have talked about it.  I had Mikey, Michael DiLeonardo give kind of a

1

John Pennisi Talks Mob Life with Gary Jenkins

1   blow by blow description of the night that he was inducted.  Can you tell us
2   about that?
3   JP            It's probably very similar.  It was a -- we were called,
4   and you know you're not supposed to know where you're going, but obviously
5   you know where you're going.  And it's -- it's funny, because one of the
6   guys that was my friend, that was coming with us, and he was going to be
7   inducted on the same day as -- as well, his name was Anthony Guzzo.
8             I had tricked him, and he had asked me what I was wearing.
9   And I said, well whatever you do, don't wear no -- don't wear a suit,
10  because you know you're embarrass yourself.  Nobody wears suits to these
11  things anymore.
12  GJ            You're bad.
13  JP            And when we pulled -- when we pulled up to his house, to
14  go to pick him up.  I got out, and I was wearing a suit, but anyway…
15  GJ            And you knew -- and you knew those other guys, a lot of
16  those men would be wearing suits, didn't you?
17  JP            Yeah.
18  GJ            You're bad, man.  Go ahead.
19  JP            Well, I told him go -- he was wearing dress pants and a
20  sweater.  I said, go back up and change, you know you have time.  And he was
21  -- he was all aggravated, he stood the way he was.  But it's basically a --
22  you know it's a serious ceremony, very serious.  They will make you wait,
23  either in another room.  For us, we wind up going down into a basement.  And
24  there was chairs in the basement.  And they called us up at one -- you know
25  one at a time.
26            And in my particular, there  was the acting boss, Matty
27  Madonna, and the Consigliere, which was Joe DiNapoli.  The underboss was not
28  there that day, that Stevie Crea, he wasn't present.  And there was a whole

2

A-2182

John Pennisi Talks Mob Life with Gary Jenkins

1  table full of guys, Captains and Members.  And you know they go through this
2  whole ritual.  And there is on the table, there's a -- there's a pistol, and
3  there's a knife.  That's a symbolic you know -- those are symbolic weapons
4  for the ceremony.
5            And you know they -- they ask you a series of questions,
6  the first being, do you know why you're here?  And we all answer and say no,
7  you know -- we do know why we're there, but you can't say yes, you know why
8  -- you know that you know why you're there.  And then they -- you know they
9  tell you what you're doing here, and that you're -- you know you're --
10  you're going to be inducted, and like I said, it's a serious -- it's a
11  serious ceremony.
12            You know one person is speaking only.  And that was the
13  acting boss.  And basically asks -- asks you if you would -- if called upon
14  to kill for this Family, would you kill for this Family?  You know and a
15  series of other questions.  It's all similar to probably what you've heard
16  from Mickey Scars, and kind of a little bit of explaining the rules a little
17  bit.
18  GJ            Right, that was my question.  So, after the ceremony is
19  over, did they then explain the rules to you, like you know -- you don't
20  mess around with another guy's wife, or sister…
21  JP            Yeah.  Yeah, or girl even.  Even girl…
22  GJ            And those kinds of things or a girl.
23  JP            You know you should -- yes, and also putting your hands on
24  another friend.  So, that's what -- another Member is called -- we refer to
25  them as friend.  And you're not supposed to put your hands on another
26  friend, and as a matter of fact, it was even told to me, that if another
27  friend puts their hands on me, I should kill them.  You know and try to kill
28  them, and we'll deal with the consequences later.

3

John Pennisi Talks Mob Life with Gary Jenkins

1    You know you don't let nobody put their hands on you
2 either.
3 GJ          You know that -- when I first went in the Intelligence
4 Unit, I worked in [00:06:26]Mount Vernon Kansas City, we have a family, old
5 school family goes clear back to the turn of the century, and came up just
6 like all the other families with a -- we had a modern day boss by then.
7           But one thing I found so fascinating is, it's a subculture
8 within this city that a lot of there are like extended families, unlike new
9 people that were extended families were friends out of them, but they were
10 extended members of the blood family.  And everybody knows each other and
11 they -- that's one reason we never had any informants I think in Kansas
12 City, or nobody went into witness -- turned witness, because your extended
13 families all like go to the weddings and funerals and everything with each
14 other.
15           So, if you go in, and you leave town, then you leave all
16 these people behind, and they're like -- they have to kind of bear the brunt
17 of that a little bit back home.  And so, this is so fascinating and they all
18 -- they all went to same class, Catholic High School together, and the dads,
19 and the uncles, and everybody came to the football games, and they had
20 family gatherings.  And it was like this regular normal family.  The
21 neighborhood kids went over, they had a swimming pool in one of their
22 backyards, and kids would go over and play in their swimming pool.
23           And everybody knew each other, and you know if you were a
24 neighbor, you might be able to find something from one of them, that they
25 fell off a truck, but to the extent of it, you know they didn't really know
26 about this whole, you know like Cosa Nostra secret society family things
27 with these other racketeering crimes going on in the background, that was
28

4

John Pennisi Talks Mob Life with Gary Jenkins

1  away.  So that's a -- it's just fascinating that you almost like you lead
2  two lives during that time.
3  JP              Yeah, because you know a lot of people would be surprised,
4  that you do you know have a regular life as well.  And you know we -- you
5  try to keep as low key as you could.  There's like two different types of --
6  of guys who handle themselves in that life.  And what I mean by that, is
7  that you have the people that want people to know who they are.  And then an
8  older school mentality of trying to be a little more secretive and not have
9  people know who are.  And that's probably the best bet.
10 GJ              Yeah.
11 JP              You know there are people who kind of almost would put a
12 sign up over their head.
13 GJ              Oh yeah, I've seen that.  I've seen that.  I had an
14 Italian lawyer--
15 JP              Like look at me--
16 GJ              --here in the city tell me about he ran into some guy in
17 some disco that was dressing the part and talking the part.  He said, I
18 walked over to him, and I said you know I know your parents.  I know
19 everything about your family.  And you know you work at a grocery store.
20 You're not a mob member.
21 JP              We talk about that a lot.  You know years ago you may have
22 the -- the local butcher, who you thought was the butcher.  Yeah, during the
23 daytime he was the butcher, but maybe at night time, he was a part of this
24 organization.
25 GJ              Right.
26 JP              You know that was the smarter way of obviously doing
27 things.
28 GJ              Really -- that's really interesting.

5

John Pennisi Talks Mob Life with Gary Jenkins

1  JP                I have -- I have a slight cold and right away today, you

2  know before this whole COVID thing hit, you know it was a little cold.  Now,

3  we right away get paranoid, and I want to go get tested.

4  GJ                Really.

5  JP                Yeah.

6  GJ                Well, I'll tell you something my friend, I'll cut this

7  part out, but around Christmas time, I had a slight cold, and it kind of get

8  a little bit worse the next day, and I got tested, and I had it.

9  JP                Really.

10 GJ                And me and my wife both were down for about two weeks, and

11 then you know we came back out and it was you know with no -- but it's whew,

12 it's scary, I know.  It is really scary stuff.

13                   So, John tell me a little bit about -- you were never --

14 you never wore a wire or worked on anybody.

15 JP                No.

16 GJ                And you were a member of Brooklyn crew I see in your

17 writing, the Brooklyn crew of the Luchese Family.  But you lived, and

18 everybody lived in Staten Island.

19 JP                Well, the crew -- yeah, well it was a Brooklyn -- it was a

20 Brooklyn faction and we were based out of -- we were based out of Staten

21 Island.

22 GJ                Okay.

23 JP                And it -- the crew used to be in Brooklyn and there is no

24 -- there was no actual crew in Brooklyn, in the borough of Brooklyn, it was

25 -- we had it in Staten Island.

26 GJ                Okay.

27 JP                We were the Brooklyn faction of that family.

28

6

John Pennisi Talks Mob Life with Gary Jenkins

1  GJ                 So, tell me a little bit about -- I guess you -- you
2  caught some cases.
3  JP                 No, I didn't.
4  GJ                 You didn't.  Oh.
5  JP                 No, I didn't.  I had never -- I was not indicted with
6  anything.  I was not facing any time.  I was not under investigation.  I had
7  nothing.
8  GJ                 Oh, okay.  I'm getting you mixed up with somebody else --
9  you're the second interview today.  I'm doing a whole of them right now,
10 okay.  All right, let me check in my notes, here, oh, okay.
11 JP                 You said you had some cheat notes, right? You must be up
12 (unaudible)
13 GJ                 I do.  I do.  Let me go back to them.  I had that in my
14 head, and I thought I don't need to look at -- okay.
15 JP                 No, I didn't have it.
16 GJ                 Now, you became a -- John, you became a cooperating
17 witness, but you never wore a wire or worked undercover on anybody.
18 JP                 No.  I did not.
19 GJ                 So, when you became a cooperating witness, it was because
20 you knew about stuff that had been going on.
21 JP                 No.  What had happened, I mean it's a long story, but I'll
22 try to cut it down as best I could.  What had happened was, I had -- a
23 series of events had taken place that did not make any sense to me, and it
24 all -- it all surrounds the -- someone, and it was my -- my Captain had put,
25 and his brother had put a false -- we call it a wire -- but a false rumor,
26 that I was no good on a case that just took place.  The reason being -- the
27 reason they did this, it was strategically, it was a very smart move for
28 them to do.

7

John Pennisi Talks Mob Life with Gary Jenkins

1              We had just transitioned the Family.  And the power of
2    that Family was on my side now, no longer -- prior it was theirs because
3    they were close to the Consigliere.  And you have to -- you could lose
4    decisions that way, if you have a problem you should bring it to your
5    Consigliere, because they were so close to him, you know I couldn't go and
6    bring any -- any complaints or grievance, or what have you, you would lose
7    that.
8              So, with the shift of power and the transition of the
9    Family, the power was now in my favor.  At that moment, unbeknownst to me,
10   the brother of my Captain, who is also a friend with the Family, started
11   going behind my back, with a girl I had been dating.  Now, that's -- that's
12   the death penalty.  You don't -- you don't mess around with people's wives,
13   girls, none of that.  That's -- that's the death penalty.  That's one of our
14   rules.
15             Knowing this, the best -- and what happened was that, he
16   kept -- there was a break up in a relationship, and even if you're broken
17   up, they're not allowed to do that.  And he kept -- my Captain kept asking
18   me are you with the girl, or are you not with girl?  And I kept, it was very
19   confusing, because that's not a Cosa Nostra conversation, you know that's
20   private.  We do have our private lives, and certain things we don't talk
21   about.
22             And he kept bringing this up and asking me and asking me.
23   And a guy that I write about a lot, or have written about a lot, that was in
24   our crew, called Johnny Sideburns one day asked me, what would you do if you
25   found out that somebody in the crew was dating -- or seeing your girl.  I
26   said, I'm going to make a big deal over it.  And I'm going to bring it to
27   the administration and somebody is going to pay for that.
28

8

John Pennisi Talks Mob Life with Gary Jenkins

1    And he--So, I wasn't putting these pieces together right
2  away, and until I had gone to a wake, and this particular girl wanted to go
3  to -- go to this wake, and we usually don't take women to the wakes.  And
4  she used the excuse that her son played with one of the brother's sons, and
5  that it's -- you know it's respect, she should go to the wake, and she
6  should be allowed to go.  I wind up, against my better judgment letting her
7  go.  She had met the brother prior to this, twice, right.  She knows who he
8  is.
9    And when I went to introduce her to the brother, I said
10 you know so and so, and he said yes, and she says no, we never met before.
11 So, it was a very stupid answer for her to give, because it was a nervous
12 answer.  So, the cat starting coming out of the bag, little by little.  And
13 I questioned her on it.  And that got back to them.  So, now they know that
14 I'm catching onto this.  And it's very dangerous for the Captain's brother.
15    It's -- you know basically it could be the death penalty
16 for him, you know.  So what they did strategically and unbeknownst to me was
17 that they put the false rumor or false wire that I was no good, and I was a
18 rat on a case.  And I was called to a house of one of our Caporegimes, one
19 of our other Skippers, an old-time Captain.  And he happened -- these guys
20 were out on bail, on the particular case that they supposedly they said that
21 I was no good on or gave information on.
22    And he -- and I go to this house, and you know there's a
23 bunch of guys sitting there.  And they didn't know I was actually -- I
24 happened to pick up my youngest daughter, so I don't know what would have
25 happened, had I gone alone to there.
26 GJ          Yeah.
27 JP          But I show up and have my youngest daughter with me,
28 because I used to pick her and bring her from Staten Island, back to Long

9

John Pennisi Talks Mob Life with Gary Jenkins

1  Island for the weekend.  And the first words out of -- the Captain's name
2  was Dom, Dom Truscello, the first words out of his mouth wasn't even hello.
3  He -- he sat right next to me, came very close to me, and asked me do you
4  know who the rats are on my case?  And I like -- I moved closer to him and
5  put my hand on his -- you know affectionately on his shoulder, because we've
6  talked a lot, and I liked him, I had a lot of respect for him.

7                    And I said, Dom, how are you feeling?  You know like you
8  start off with, and he says, oh yeah, I'm all right.  So, do you know these
9  rats, who the rats are on my case?  And I laughed because I said Dom, I know
10 you got arrested, because I read it in the newspaper, but I don't even know
11 what your charges are, let alone who the rats are on your case.  Why you
12 asking me?

13                    And you know he just looked at me, and he was asking --
14 and I -- I -- so, there was a series, like I said, a series of events that
15 made no sense to me, but with -- which was one of -- the second thing that
16 happened was, you know when you're in that life, and you are on the other
17 side of that right.  So, you did surveillance on guys like myself, and so
18 did the FBI, and we always were kind of a little -- some of us were a little
19 counter-surveillance savvy.

20                    I had come home one day, and I was living in Long Island,
21 like I had mentioned, and I was looking for the FBI, not anybody else at
22 all, it wasn't even a thought in my mind.  Even with this -- these couple of
23 things going on, and I -- instead of pulling in my driveway, I went up the
24 block one way and I was looking at the cars.  And when I went to go the
25 other way, I seen a car that was not aligned with the other cars.  So, if
26 parked, not the greatest park, and when I drove past the car, and looked,
27 and I had armed up at this point, because I didn't like what -- I didn't

28

10

A-2190

John Pennisi Talks Mob Life with Gary Jenkins

1  like what I was hearing, and there was a couple of things that took place,
2  and I didn't like it.
3              And I drive past this car, and I look, and lo and behold,
4  there's two guys in the car -- now, it's -- I'm glad I'm talking to you,
5  because you can answer this, I always tell the guy, Tom La Vecchia, you can
6  answer this for me.  Because people have said, oh, it might have been the
7  FBI.  It might have been law enforcement.  So, one guy turns his head, they
8  both have baseball hats, right, and one guy turned his head, the driver
9  completely around, so I couldn't see him.  And the passenger took the
10 baseball cap and put it over his face.  To me, that means I know at least
11 the passenger, right.
12 GJ          Yeah.
13 JP          Now, to answer all these people who like to put messages
14 and they say oh, that was probably law enforcement, so my answer to that,
15 and you correct me if I'm wrong, I wind up chasing these guys, because I
16 spun around, I had the pistol.  I almost shot through my door into their
17 car, the reason I didn't do it was a neighbor and his 10 or 11-year-old
18 daughter started walking, we said, we're wind up killing somebody.  But I
19 wind up chasing them.  They got out.  I went after them.  And now I'm
20 chasing them through the streets.  They did about 80 miles an hour, and they
21 go away from me.
22             My question to you is, had that been law enforcement,
23 knowing who I was, or the FBI, don't you think that they would have
24 announced at some point, pull badges out and said, especially thinking that
25 I'm chasing them, and I might shoot at them, and make themselves and their
26 presence known to me, that hey, this is who we are, or are they going to let
27 me chase them around.
28

11

John Pennisi Talks Mob Life with Gary Jenkins

1   GJ                 Oh, yeah.  First of all, cops, FBI or police whatever,
2   intelligence, you wouldn't have tried to hide your face.  You would just
3   look straight and just like you're going like oh, I'm not -- I'm not doing
4   anything.
5   JP                 Or he would have turned away.
6   GJ                 You know what, I'm not doing anything.  You know I don't
7   know.  What are you talking about dude?  I'm just -- I'm waiting on my
8   girlfriend to come out of this house, I'm not going to try to -- because
9   that's like a dead give-away.  That's amateur hour there.
10  JP                 100 percent.
11  GJ                 And second of all, when you started, if I pulled out, and
12  I had this happen to me, and you started chasing me, well, I'd probably take
13  off just to play with you a little bit, but if you got anywhere close, I had
14  that -- I had this happen too.  I'd have that gun down below, but I'd have
15  that badge, and I would go straight up like this, and say police.
16  JP                 Thank you.
17  GJ                 So, that's the first thing my Sergeant told me.  He said
18  if you think you're getting in trouble, and they think you're an informant
19  or somebody -- you know one of the opposing crew, tell them you're the
20  police right away.  Nobody is going to hurt the police.  But if they don't
21  know your police they're going to hurt you.  So, that's my answer to that.
22  JP                 So, I'm glad that you -- I'm glad you were able to give
23  your insight on that, because I hear it all the time.  I hear it.  I've read
24  it in the beginning.  Now, I put -- I have blockers, I don't even have to
25  look at these mail or comments [00:22:40].
26  GJ                 Yeah, yeah.
27  JP                 But back to the story.  So, now that this took place, I
28  set up a meeting with the guys who I thought it was in the car, the uncle,

12

John Pennisi Talks Mob Life with Gary Jenkins

1   who is another Captain in our Family.  And I went armed to the meeting.  And
2   a very tricky meeting, because when I -- to where -- the guy called the
3   place where I'm meeting him, and I got there early, you know I wanted to
4   look around.  And I seen the place was very tinted windows and dark, not my
5   kind of place that I wanted to walk into.
6              And I went out, and I went to go try to look in there, and
7   it was very dark.  So, I got back in my car, and I went around and behind
8   the buildings was back entrances to these front -- you know the front
9   stores.
10  GJ         Yeah.
11  JP         And in the back entrances, and I -- near one of the
12  entrances, I see a bunch of cars, nice looking cars which was kind of what
13  we drove, right.  And I went back -- I counted, you know one, two, three,
14  four, five.  And I went back around the corner, and I counted and sure
15  enough it was the number of store fronts came out to the one that I seen the
16  cars parked.  And I was going to leave and say hey I can't make it and the
17  guy pulled up.
18              But he didn't tell me to go in that particular place, we
19  went next door to a coffee shop.  And you know, you know how it was when you
20  have a pistol, and it's in my jacket pocket, the right side of my jacket is
21  obviously hanging lower, I didn't care.  I wanted them to know.  And he seen
22  it.  And I basically told him, that if your nephew -- I told him what
23  happened, you what I just explained to you.  And I explained that if your
24  nephew -- if I see you nephew on my block, or in Long Island for that
25  matter, because he didn't live there.  I'm gonna leave your nephew in the
26  street.  And I'm going to leave him right there.
27
28

13

John Pennisi Talks Mob Life with Gary Jenkins

1           And he -- now, at this point, it was a big statement what
2   he said back to me.  Because Gary, in that life, when you -- it's supposed
3   to be a brotherhood, right?
4   GJ          Yeah.
5   JP          We're brothers.  And anyone outside of that life is a
6   civilian.  And his nephew would be a civilian, he wasn't in that life,
7   right?
8   GJ          Right.
9   JP          His answer to me should have been, if you find my nephew,
10  I'll come there, and I'll put him in the street with you, right.
11  GJ          Yeah.
12  JP          His answer to me was, well that's not going to go very
13  well for you, if you do that.  That's how I knew something really was
14  serious, because now he's not looking at me as a friend anymore, as a
15  partner, as a brother.
16  GJ          Right.
17  JP          And I answered him and said, well then it's not going to
18  go good for your nephew either.  And then he has asked me do you want to go
19  for a drink next door?  I said, nah, it's too early.  And we left.  I left.
20  You know we said goodbye and I left.  And he also didn't stand up to greet
21  me goodbye, to say goodbye to me.  That's another disrespect.  So, he wasn't
22  treating me like he was supposed to.  So, that was another sign.
23          So, what happened was, I had spoken to my son after that,
24  because a -- I had, where I lived, Gary, you had to go through like a little
25  driveway to get to the back of my place.  And a UPS guy one day, he was
26  making noise, and he was coming with a box.  I came out with a pistol out, I
27  was going to shoot him.  I thought now it's getting worse and worse and
28

14

John Pennisi Talks Mob Life with Gary Jenkins

1  worse.  And he happened to like the lights came on they were delayed, you

2  know the spotlights [00:26:26] .

3  GJ              Oh yeah.

4  JP              And I realized it was the UPS, he didn't even see me, I

5  put the gun back.  And who walked in behind him was my son, and I said come

6  in.  I said you won't believe this, I almost killed the UPS guy.  And you

7  know I told him what was going on, and he said, Dad please you've got to --

8  you know you got to do something and you can't stay here.

9              I wind up packing up, and this was another thing, the

10 comments that I heard, this is the first time really people are hearing

11 this.  I wind up packing up, and going down south to Georgia, I went to

12 Savannah.  A lot of people asked me why did you pick Savannah?  Because I

13 never heard any wise guys say I'm going on vacation to Savannah, Georgia.

14 GJ              Only to Tampa and Miami.

15 JP              And the reason I did that -- now, I didn't go -- you know

16 like my son always tells me, he says, do you know how many people at that

17 point would have went to the FBI or went to somebody and you know…

18 GJ              Yeah.

19 JP              I -- it was not even a thought in my head.  And you know

20 like I told the agents, when I did speak to them, this is down the road,

21 I'll get to that.  I said, you know you guys were my enemy, that's the way I

22 was brought up and that's the way I was raised.  That was my mindset is that

23 they were the enemy.  So, I'm not going to go to the enemy, you know I was -

24 - took it in the street, I wanted to deal with it in the street.

25              But you know at that point, here is my son who was two

26 years old, when I first went away, and I came home and he was 19 years old.

27 So, you know for 17 years he lost me, and now he's saying like you can't

28

15

John Pennisi Talks Mob Life with Gary Jenkins

1  stay here.  Like he knows I'm going to get in trouble again.  Somebody is
2  going to die, or I'm going to die.

3              So, I go to Savannah, and unfortunately, I try to stay
4  down there, because of my record, you can't get employment, I was getting
5  knocked down for everything.  And I wind up coming back, and in the interim
6  of all of this, my Family is -- you know the Family is trying to get in
7  touch with me.  They're trying to call me in.  Because now like two months
8  goes by Gary, and what you know and a lot of people that don't understand
9  this, what do they get?  As the time goes on, and they're out on bail, what
10 kind of material is handed over to defense lawyers, discovery.

11 GJ              Discovery, yeah.

12 JP              And guess whose name is not in the discovery?  My name.
13 So, now they're trying to get me back, and say -- I got a text and I saved
14 it, and I've put it up on my Instagram, from somebody saying hey they're
15 trying to reach you but nobody's -- they say you're not answering.  They
16 made a huge mistake, exclamation point, exclamation point, exclamation
17 point, saying they want to speak to you.

18             Because now discovery is out and my name is not in
19 discovery.  But at that point, I don't want to go.  I'm done.  Because Gary,
20 here's -- here's a Family or any guy in that Family that could have called
21 me up and told me come meet us at three o'clock in the morning, don't bring
22 your phone and go in the basement of this house, and don't put no lights on,
23 and I would have did it.  I would have met them.

24             How do I now go back after all that, and the disrespect of
25 somebody disrespecting and going with somebody that I dated, that a lot of
26 people think that's the reason for this, it's not.  It was the disrespect of
27 sending people to my house, that hurt me.  How could I go back to my Family
28 and trust these people after that?  I could no longer trust them.

16

John Pennisi Talks Mob Life with Gary Jenkins

1   GJ               Yeah, I hear you.  Yeah.

2   JP               So, I was done.  What I did do is, I sent a message to the

3 acting boss at the time, and I said listen, I'm done.  I know there's no

4 walking away, but I'm done.  There's no coming back.  There's no me talking

5 to yous.  I don't want to sit and have a conversation and have a sit down.

6 There's no more talking to me.  I wish you guys the best of luck.  I hope

7 yous never see the inside of a prison.  I hope yous make millions of dollars

8 and leave me alone, right.

9   GJ               Yeah.

10   JP               Here's the message I received back, which was a foolish

11 message.  I received a message back, and it was a stupid message, because

12 they all denied -- I went to one of my closest friends, who is now the under

13 boss of that Family, Patty Dellorusso.  And I -- we discussed this, and I

14 said to him, we were in a restaurant, I said Patty, I'll put my head on this

15 table and I'll sit here with you.  You make a call and get anyone in New

16 York, anywhere -- or anywhere outside of New York, that can bring paperwork

17 saying that I am no good, or I gave information, or I was -- anything, I'll

18 put my head on this table and blow my brains out.

19                   He says, ah, come on, what are you talking like that?  You

20 know there's no -- there's no paperwork, there's none of that.  I said,

21 well, then why is this happening?  He denied -- they denied it, but you know

22 the mistake he made?  One of my closest friends, what does he say to me?  He

23 says what kind of car was it?

24                   Now, even if we sent the car, I would never admit to that.

25 He says, you know, well what did it look it.  I says it was a black small

26 car, it had stickers on the back.  And as I'm saying it, I'm thinking to

27 myself, why would you -- if it wasn't us that sent that car there, why would

28 you want to know what kind of car it was, what it looked like, what color it

17

John Pennisi Talks Mob Life with Gary Jenkins

1    was.  Because you want to know why?  The guys they sent there, Gary, they
2    didn't tell them that I chased them away.  That's why.
3                    They knew I knew what I was talking about, right?
4    GJ            Yeah, yeah.
5    JP            But worse, what does he say to me.  I said, Patty, listen
6    tell everybody, don't even approach me to say hello to me, because I'm going
7    to hurt somebody.  Because I'm going to take it like someone's coming to do
8    something to me, I'm going to protect myself.
9    GJ            Yep.
10   JP            His answer was, I know, told them they got to use shotguns
11   on you, which means to me, there was a discussion on how to hit me.  And
12   that he told them, he's walking around strapped up with a pistol.  And so,
13   this is all in my head, and I'm saying I can't believe.
14                    So, this happened prior to me going to Georgia.  When I
15   come back is when I get the message back, and here's the message, from the
16   acting boss himself, sends me a message, listen, we could have had you.  We
17   could get you at any time we want.  We know where you were working, because
18   I was legitimately going to a construction job in Manhattan.
19   GJ            Yeah.
20   JP            And I'm saying look at this, now you -- now you -- first,
21   yous had nothing to do with this.  Now, you're saying we could have had you
22   at any time.  And you're kind of admitting that yous were looking to hurt
23   me, and for no reason.  But you know what?  You go your way, we're going to
24   go our way, good luck.  And don't worry about it.  Nobody is going to come
25   looking for you, right?
26   GJ            Yeah.
27   JP            Okay, you know I don't believe that, but okay.  And now I
28   go to my job back in Manhattan, I get my old job back, and you know at that

18

John Pennisi Talks Mob Life with Gary Jenkins

1  time I was a safety engineer for construction jobs.  And I go get my old job
2  back, and I go back to work, right.  They started using other ethnic groups
3  at -- at some point, which was a group called the Bloods.  I had chased in
4  Manhattan in the middle of mid-town Manhattan, about five or six of them
5  that they had laying on me, in mid-town Manhattan.
6            My father was on the job at this time, he was a project
7  manager.  And I explained what was going on, and he was saying don't --
8  don't leave the office.  I went right back out there.  And the first
9  incident I went and chased them, with a knapsack, with a pistol in a
10  knapsack.  And I just couldn't believe how -- what level of disrespect they
11  have stooped to.
12            And I didn't run.  I didn't go to the FBI.  I didn't leave
13  my job, right.  After some time, I wind up going to different job, and I
14  wind up telling somebody, one of the last people that gave -- that I spoke
15  to, I had a group of people near the end, about five, Gary.
16  GJ         Yeah.
17  JP         And one by one, I stopped talking to them, because I
18  couldn't trust them no more.  I've had guys that told me that was close to
19  me, told me what do you want to do, you know we could have went to war, and
20  I just didn't want to do that to them, you know like -- we could have.  But
21  I didn't want to get other people involved in what we're up against -- we're
22  kind of in a losing battle, if we don't do it right.  And then people are
23  going to die, people are going to go to jail.
24            Still I did not think of the FBI at all -- at all.  What
25  happened is, is that I went and had another job, and it was in Rockaway, it
26  was in Queens, another construction job, but I was living in a place -- I
27  had moved to another place, my God, I even I forget where the hell I was
28  living.  Anyway, I was living in Long Island in a different little town, and

19

John Pennisi Talks Mob Life with Gary Jenkins

1  what had happened was one of the last guys that I was close to, he was the
2  guy who brought the message from the -- the acting boss.
3  GJ            Oh, yeah.
4  JP            And he was tryi8ng to get a meeting, because now after
5  sending that -- that message, for me to go on my own, another message comes
6  from him.  And the message was, we need to talk to you.  We want to sit and
7  talk with you.  I said there's nothing -- there's nothing to talk about.
8  So, the guy who gives me the message, he says, what would you -- what's your
9  response.  I says there is none.  He says, well I have to tell them
10  something.  I said tell them you gave me the message.  Well, what's your
11  message?  There is none.  I have nothing to say.  I already sent my message.
12            Good luck, wish you the best of luck.  Why are you sending
13  another one back to me now then?  In other words, like I thought go about
14  your life, don't worry, which I didn't believe.  And now they were trying to
15  get me to another meeting.  And of course, I'm not going.  And that guy kind
16  of knew the vicinity that I lived in.  And I now cut him off, because I
17  didn't like that he was persistent in trying to get me to this meeting.
18            And I started seeing people laying around at the train
19  stations in the new town that I lived in.  And at that point, Gary, what am
20  I going to, because it's expensive, do you know how many times I moved.
21  GJ            Yeah.
22  JP            So, I moved out of the State, do you know how much money
23  that cost me.  I moved back.  And then I moved two more times in different
24  places, you're talking about a lot of money.  And now, I've got to start
25  switching jobs.  And what happened was, a cousin of mine had a conversation
26  with me, and he suggested that I go to the FBI.  I didn't listen to him.
27            And I sat there one day, and I was talking to my son.  And
28  my son basically said, let's -- let's write down, you know like the pros and

20

John Pennisi Talks Mob Life with Gary Jenkins

1    cons of like what could you do?  What are your options?  And the option was

2    again, to move out of the State, but what if I pick another state that looks

3    my record up, and now I have to -- can't get employment, what do I do then?

4    GJ         Yeah.

5    JP         You know money was not -- you know I didn't have loads of

6    money, you know.  And so that was the other option was finally, it was the

7    first time that I even thought of the government or the FBI, right because

8    you had to put that down.  We had put that down like as a last resort.

9           And you know, like I said, my son lost 19 -- 17 years

10   without his father.  And he was a nervous wreck, nervous wreck.  And he knew

11   I was either going to go to jail for the rest of my life, get killed, or

12   wind up you know -- I'm going to be some type of a war with these guys.  And

13   I'm on the losing end.  I'm one person.

14           And he told me you know are you -- I think -- I think that

15   you should go tomorrow, and it was a Thursday that we were talking, and the

16   next day was Friday.  And I said, all right, you know because we had no -- I

17   had no more options.  And so, he left, you know and the next day, I stood in

18   my house, Gary, Friday, Friday night, and Saturday, Saturday night, Sunday,

19   Sunday night, I couldn't do it.  I was sick to my stomach I was sitting on

20   the floor sick to my stomach.

21           And what had happened is Monday morning, I woke up and I

22   went over to my -- my grandparents have passed away.  And I went over to say

23   a prayer to them and their picture.  And I said I know we're not supposed to

24   ask for signs, but I beg you, tell me that going to the FBI is the right

25   move for me to do.  Give me some sign or I'm not going.  I didn't want to

26   go.  I know people will never believe that, but I didn't want to go.

27   GJ         yeah

28

John Pennisi Talks Mob Life with Gary Jenkins

1   JP              I didn't live you know by a train station.  You know the

2   train station was, you know we had to walk to it.  There was no planes

3   flying around.  It wasn't an earthquake.  Gary, I swear to you, my -- I had

4   wine glasses, and different glasses and dishes in the house, everything was

5   shaking in the house, like ding-ding-ding-ding.  And I even called my mother

6   up.  I says you want to listen to something.  This went on for hours.  She

7   says, what is that?  I says it's the glasses, I prayed to grandma and

8   grandpa, it the glasses and the dishes in the house shaking.

9   GJ              Wow.

10  JP              Gary, I can't even explain it.  And that was my sign to

11  go.  So, now where do I go.  I had to Google it.  I went to the wrong

12  building in Manhattan, it's just crazy.  I went -- actually it was a

13  terrorist task force, and of course they contacted the right people.  That's

14  how it took place.  You know in all honesty.

15  GJ              Interesting.

16  JP              Well, people believe it, they don't believe it.  I don't

17  care.  I'm telling you that's the way it happened.

18  GJ              No, I believe in you.  It's got the ring of truth to it,

19  I'll tell you right now.

20  JP              So, Gary, when I walk into them, unlike the 99.9

21  cooperators or informants.  I have no -- the agents, basically said you were

22  like manna from heaven that fell on our lap.

23  GJ              Yeah, you were.

24  JP              Because they were shocked that I was there.  Because I had

25  no -- I wasn't out on bail, I had no cases, I had no indictments, I had no

26  secrets at that time.  I wasn't under investigation, nothing.  And that's

27  usually as you know, you're in law -- you are ex-law enforcement.

28  GJ              Yeah, yeah.

                                   22

John Pennisi Talks Mob Life with Gary Jenkins

1  JP          Why do people cooperate?  They cooperate because they want

2  to get out of a prison sentence.

3  GJ          Yep, because you got something on them, that's the only

4  reason I've ever seen.

5  JP          Yes, so it's -- you know -- I guess the agents, you know

6  I'm unique in that sense.  I think myself and Al D'Arco are the only people

7  in that life that ever came in with nothing against them, and nothing over

8  their head.

9  GJ          Interesting.  Oh, it's about round up here, we're about 45

10  minutes, we've probably got to go ahead, and it's been a great story, John.

11  Let's talk about your website, and tell everybody the name of your website,

12  your blog site.

13  JP          It's sitdownnews.com.

14  GJ          Okay.

15  JP          I created it -- I was doing a lot of writing.  I had --

16  you know this is a stressful, the whole process is very stressful.  You know

17  you're now a government witness, a government cooperator, your life

18  drastically changes, you know as you probably could imagine.

19  GJ          I can't even imagine.

20  JP          Very, very stressful, and you know I had to have an

21  outlet.  You know I like to exercise, it wasn't enough.  I like to run, it

22  wasn't enough.

23  GJ          Yeah.

24  JP          So, what I -- what I found myself doing was writing a lot.

25  And I just came up with the idea one day.  And I said, you know maybe --

26  maybe I'll just put my thoughts and what I have into -- into words and see

27  how it goes, and I created out of the blue one day the website, I didn't

28

John Pennisi Talks Mob Life with Gary Jenkins

1   know how to do it.  I never was a -- I'm not very computer savvy.  I had to
2   Google everything and YouTube, and how to do it.
3   GJ           Yeah, been there.  Yes.
4   JP           I've learned that way, and then I had to write.  And you
5   know I'm not the greatest writer, and I learn along way.  I got better from
6   my first couple of articles, obviously, and as you and I were just talking
7   about SEO, and all that stuff.  I had to learn all of that.
8   GJ           Yeah.
9   JP           And I started writing and posting blogs, and never --
10   never thought that it would grow and get to where it is at the present day.
11   GJ           Cool.
12   JP           I never -- it wasn't -- it was more therapy for me, and it
13   still is.  And I think I mentioned to you, a lot of people have the
14   misconception, and they think because of the way the articles are written,
15   and the type articles they are, that it's like a revenge thing, and it's
16   not.  It's not a revenge thing.
17   GJ           Yeah.
18   JP           It's like I said, you know when you're in the fishbowl and
19   you're looking out, it's very different than when you're out looking in the
20   fishbowl.  And you know I'm a different person now, and I'm in a different
21   place.  And I'm at 100 percent peace with myself, very blessed.  And I am
22   writing the truth.  And a lot of people can't handle the truth.
23             They don't want the truth to come out, because that's the
24   Mob.  You know the Mob doesn't want to look bad.  They'd rather put the
25   story out that oh, John Pennisi is a rat, and he -- like they you know he
26   always must have been a rat, and you know and that's it, and we exposed him.
27   And this is what happened.
28

24

John Pennisi Talks Mob Life with Gary Jenkins

1    And you know that's not the truth.  And John Pennisi was
2  100 percent loyal, and he followed the rules.  And these guys break all the
3  rules.  You know the rules are in place for a reason.  And that's why a lot
4  of people have issues with the blog, and you know a lot of people love the
5  blog.  I get messages from all over the world.  And you know and private
6  messages, and private -- and people have nothing but good things to say.
7  And they say that you know I inspire them to do the right thing.
8  GJ    Yeah.  They understand it, yep.
9  JP    And whatever they're up to in their life to really think
10  about -- think twice before whatever it is that they're doing.
11  GJ    Interesting, yes.  You know Michael DiLeonardo, he gave me
12  precisely the same reason you did.  He went into jail and then he had money
13  out there, businesses and people were going by getting the money and just
14  keeping it.  They just totally disrespected him.
15    They thought he said, you know -- he said I got home, and
16  I told them, I said, yeah, I'm going to be back.  But they just kept it up.
17  And you know they paid the price.  And he -- he expressed a lot of the same
18  sentiments you did, about coming in and making that decision.  He didn't
19  have quite -- such a moving experience to do it, but it's hard to do.
20  JP    It's -- it's -- it hurts you.
21  GJ    Yeah, that's exactly what he said.
22  JP    It hurts you.  And I got to tell you that there is a --
23  there is a Netflix, and I watched it, and my throat had a lump in my throat
24  and my eyes were filling up and it was on Tommaso Buscetta.
25  GJ    Oh yeah, yeah.
26  JP    With his daughters and everything.  And they -- there was
27  one scene where the daughter said that like, my father always tried to act
28  normal.  And I find myself doing that with my daughters.  But inside we seen

25

John Pennisi Talks Mob Life with Gary Jenkins

1  he was like -- like dead, and he was hurting.  And I got a lump in my throat

2  and I was -- you know I started crying, because that's the way I feel.  And

3  that's you know, it's a terrible, terrible situation to be in.

4  GJ                Yeah.  It is, yeah, I've thought about doing a show with

5  just some children of mob people to explain to people.  Everybody thinks

6  this Mafia thing is this glory kind of a deal, but yet there's this other

7  human side, and the children are just really, they're hurt.

8  JP                It's tough.  Gary did you see--[00:48:29]

9  GJ                When you're gone to penitentiary that life you live is so

10  secretive.  I've got a good friend here now, that did nine years out of a

11  ten-year bit, and he's turned around, and I've gotten to know him real well.

12  And I know his adult son.  And I talked to his son a little bit, and it's

13  you know he has this huge gap in his life.  So, it's just -- you know you're

14  not the only one.

15  JP                My kids as well.  Did you see the recent -- the MBA and

16  the Button Man Podcast, we had my daughter on, if you didn't see it.

17  GJ                I didn't see it, which one is it.

18  JP                We had my daughter -- my 25-year-old daughter on.

19  GJ                I'll have to take a look at that.

20  JP                The MBA and Button Man Podcast, that's with me and Tom La

21  Vecchia.

22  GJ                I'll take a look at that one.

23  JP                I'll send you -- I'll send you the link…

24  GJ                Okay, all right, because I really -- I want to do a show.

25  I've got a couple of children now that have got a hold of me.  I get -- all

26  the time, I'm getting emails from children or grandchildren, they have

27  questions.  And they think I might know something because I was in law

28  enforcement, they're like local people here in Kansas City.  And I always

John Pennisi Talks Mob Life with Gary Jenkins

1  have to tell them, I'm sorry.  I can't really tell you any more than kind of

2  what the police would have known at the time, and that personally, you know

3  -- and you know they got killed.

4  JP          Yeah.

5  GJ          Or this one poor girl.  Her dad left one day and just

6  never came back and has never been seen since.  And she's an adult now.

7  JP          Yeah, it's horrible.

8  GJ          We've talked about it.  But she can't talk about it with

9  me much, because if other relatives find out then they're going to be mad at

10 her, be on her.  So, in this secretive kind of a thing that it really

11 destroys families in the end.

12 JP          It's -- it's -- you know if people think, you know like I

13 could get on there and glorify that life and go on a blog or go on a

14 podcast, and you know -- but if that's what people want, you know they're

15 not going to get the truth.

16 GJ          Yeah, that's true, yeah.

17 JP          If they want the truth, you know either you accept it or

18 you don't, but you're going to get the truth from me.  And if it sounds like

19 I have a vendetta or it sounds like I'm trying to get people back.  What

20 could I do?  I'm just speaking the truth.

21 GJ          Yeah, yeah.

22 JP          I can't help the way it comes out.  And the way it sounds,

23 but it's the truth.

24 GJ          Yeah, well, there's -- out there in this mob fan world

25 there's a -- and I'll make some people mad, but you know there's these fan

26 boys out there, and then they think they're -- somehow they think they're --

27 I don't know what they think they are.

28 JP          I'm gonna tell you the answer--

27

John Pennisi Talks Mob Life with Gary Jenkins

1   GJ                 --They get on Facebook [00:50:53] you're a rat.  All yous
2   are rats, there's rat this and rat that.
3   JP                 Do you want me to tell you what they think?  They think By
4   saying that they're part of Cosa Nostra, they're not.  I got a memo for
5   them.  They're not.
6   GJ                 Oh really.  All right, well John this has been great.
7   Folks don't forget, you'd better check out that website, that blog site,
8   it's sitdownnews all one word, dot com.  And he's got -- here are some the
9   titles folks.  I think this will -- this will stir your interest in it, the
10  fashion of Cosa Nostra.  You know I had the FBIs in here locally, he talks
11  about, he's an old codger now.  And he talks about -- he said, what
12  happened?  He said when those guys started wearing track suits, it just went
13  on downhill, all downhill.  He said they used to wear you know thousand-
14  dollar suits.
15  JP                 Look presentable.
16  GJ                 And looked good, looked sharp, shined their shoes.  Now,
17  they're wearing jogging pants and tennis shoes, and gold chains around their
18  neck.  That was the end of the Mafia.
19  JP                 I had an uncle that used to get his undergarments made in
20  -- made in -- shipped from France.
21  GJ                 There you go.  Yeah, a Bonanno wise guy falsely make
22  himself a boss.  Nefarious ways of Johnn Sideburns, and you mention Johnny
23  Sideburns.  A Mob Handbook, so some great titles, and there's some good
24  stuff in there folks.  I kind of looked over some of them, and they're
25  readable.  You know the main thing is you're real readable, you've got like
26  Hemmingway, you've got short sentences, that have subject and predicate and
27  some adjectives in there.  So, I salute your -- your work.
28  JP                 I do my best.

John Pennisi Talks Mob Life with Gary Jenkins

1  GJ                And keep it up.

2  JP                Thank you.

3  GJ                And the next thing you know, they'll be a movie about you,

4  and Brad Pitt will be playing you.

5  JP                He's a little better looking than I am.

6  GJ                I'm always kidding my wife, I said you know Brad Pitt and

7  sucker never called me up, dude, and then tell everybody that they listen to

8  my podcast, I might be something some day.

9  JP                Right, right.  You'd be surprised.  He might be.

10 GJ                He might be.  All right, John.  Thanks a lot.  I

11 appreciate it.

12 JP                Thank you again, for having me.

13 GJ                All right.  Good talking to you.

14

15 [Audio ended]

16

17

18

19

20

21

22

23

24

25

26

27

28

29